AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California, San Jose Division

| | |
|---|---|
| SYLABS, INC. <br> *Plaintiff(s)* <br> v. <br> GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, <br> *Defendant(s)* | Civil Action No.  5:23-cv-00849-SVK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ALL DEFENDANTS AND ADDRESSES LISTED IN ATTACHMENT A HERETO.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583, Counsel of Record for Plaintiff, SYLABS, INC.
LEPISCOPO & ASSOCIATES LAW FIRM
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (619) 251-2428; Facsimile: (619) 330-2991; E-mail: plepiscopo@att.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    5:23-cv-00849-SVK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 5:23-cv-00849-SVK

# ATTACHMENT "A" TO SUMMONS IN A CIVIL ACTION

*Sylabs, Inc. v. Kurtzer, et al.*

**GREGORY ROSE a/k/a GREGORY M. KURTZER**
    191 Solano Avenue, #6687, Albany, California 94706

**JULIA ROSE a/k/a JULIA KURTZER**
    1191 Solano Avenue, #6687, Albany, California 94706

**ROBERT ADOLPH**
    16061 Surprise Lane, Huntington Beach, California 92649

**MATTHEW HAYDEN**
    698-840 Old Archery Road, Susanville, California 96130

**ERIN FONG**
    874 Valley Run, Hercules, California 94547

**CTRL IQ, INC. d/b/a CIQ**
    2524 Grant Street, Berkeley, California 94703

**OPEN DRIVES, INC.**
    10602 Virginia Avenue, Culver City, California 90232

**DAVID BUSS**
    10602 Virginia Avenue, Culver City, California 90232

**MARLIN PRAGER**
    10602 Virginia Avenue, Culver City, California 90232

**JOEL WHITLEY**
    200 Meeting Street, Suite 403, Charleston, South Carolina 29401

**IAG CAPITAL PARTNERS**
    200 Meeting Street, Suite 403, Charleston, South Carolina 29401

[Remaining Portion of Page Intentionally Left Blank.]