UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, | Case No. **5:23-cv-00849-SVK** |
| Plaintiff, | |
| v. | [*PROPOSED*] **ORDER ON ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| **GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al., | |
| Defendants. | |

# [*PROPOSED*] ORDER

The Administrative Motion [ECF 15] of plaintiff, Sylabs, Inc., for an order to reschedule the Case Management Conference and related dates came on before the Court regularly.

The Court, having considered the Motion, and good cause appearing, the Motion is hereby GRANTED. The Case Management Conference is rescheduled, and all related dates are rescheduled as follows:

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **New Date** | **Event** | **Governing Rule** |
| 2/24/2023 | Complaint Filed | |
| 2/24/2023 | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [ECF 3] | |
| 7/5/2023 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>_____ | FRCivP 26(f) & ADR L.R. 3-5<br><br>_____ |
| 7/5/2023 | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| 7/18/2023 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 7/25/23 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 9:30 AM in:<br><br>Courtroom 6, 4th Floor<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 | |

**IT IS SO ORDERED.**

Dated: _____.            _____
                                     **SUSAN VAN KEULEN**
                                     United States District/Magistrate Judge

LEPISCOPO & ASSOCIATES LAW FIRM

# CERTIFICATE OF SERVICE—CM/ECF

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record, who have appeared in this action, via the Court's electronic filing system on March 11, 2023.

Dated: March 11, 2023.　　　　　　　　　LEPISCOPO & ASSOCIATES LAW FIRM

　　　　　　　　　　　　　　　　　　　By: /s/ Peter D. Lepiscopo
　　　　　　　　　　　　　　　　　　　　　 PETER D. LEPISCOPO
　　　　　　　　　　　　　　　　　　　　　 *Counsel of Record*
　　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff, **SYLABS, INC.**