**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (619) 251-2428; Facsimile: (619) 330-2991
Email: plepiscopo@att.net
Counsel of Record for Plaintiff, **SYLABS, INC.**

LEPISCOPO & ASSOCIATES LAW FIRM

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, | Case No.  **5:23-cv-00849-SVK** |
| Plaintiff, | **SYLABS, INC.'S ADMINISTRATIVE MOTION AND [*PROPOSED*] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| **GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al., | |
| Defendants. | |

1.      I, Peter D. Lepiscopo, declare under the penalty of perjury as follows.

2.      I am an attorney licensed to practice law in the State of California and a Member of the Bar of this Court. I am over the age of eighteen and have personal knowledge of the matters stated herein, except those stated on information and belief, and as to those I believe them to be true. I am now and have been throughout these proceedings counsel of record for plaintiff, Sylabs, Inc. ("Plaintiff").

3.      On February 24, 2023, this action was filed [ECF 1] and was immediately assigned to the Honorable Susan van Keulen, Magistrate Judge [ECF 2].

4.      On February 24, 2023, the Court issued the Order Setting Case Management Conference and ADR Deadlines ("CMC Order") [ECF 3].

5.      On February 24, 2023, I submitted for the Court's approval and issuance, summons for all named defendants in this matter [ECF 4-14].

6.      Upon review of the CMC Order, I discovered that the date of the CMC Hearing is for a time frame I will be on a previously scheduled vacation in Hawaii. Accordingly, I respectfully request the Court to issue an order continuing the CMC Hearing and all related dates to the following proposed dates (*please see* [Proposed] Order below on page 4):

| PROPOSED New Date | Event |
|---|---|
| 7/5/2023 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>————————————————————— |
| 7/5/2023 | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) |
| 7/18/2023 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) |
| 7/25/23 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 9:30 AM in:<br><br>Courtroom 6, 4th Floor<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 |

7.      Since there are eleven (11) defendants in this matter, which have not yet been served and none has appeared in this action, now would be a good time to reschedule the forgoing dates.

LEPISCOPO & ASSOCIATES LAW FIRM

8.    Finally, this motion is not made for purposes of delay or for any other inappropriate reason.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 27th day of February 2023 at Orange County, California.

Dated:  February 27, 2023.    LEPISCOPO & ASSOCIATES LAW FIRM

By:  /s/ Peter D. Lepiscopo
PETER D. LEPISCOPO
*Counsel of Record*
Attorneys for Plaintiff, **SYLABS, INC.**

**[*PROPOSED*] ORDER**

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled, and all related dates are rescheduled as follows:

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **New Date** | **Event** | **Governing Rule** |
| 2/24/2023 | Complaint Filed | |
| 2/24/2023 | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [ECF 3] | |
| 7/5/2023 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| 7/5/2023 | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| ~~7/18/2023~~<br>7/5/2023 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| ~~7/25/23~~<br>7/11/2023 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 9:30 AM in:<br><br>Courtroom 6, 4th Floor<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 | |

**IT IS SO ORDERED.**

Dated: __March 13, 2023__.

_____
**SUSAN VAN KEULEN**
United States ~~District/~~Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEPISCOPO & ASSOCIATES LAW FIRM

## CERTIFICATE OF SERVICE—CM/ECF

I hereby certify that true and correct copies of the foregoing documents have been served on the Court and all counsel of record, who have appeared in this action, via the Court's electronic filing system on February 27, 2023.

Dated:  February 27, 2023.            **LEPISCOPO & ASSOCIATES LAW FIRM**


By:  /s/ Peter D. Lepiscopo            _
       **PETER D. LEPISCOPO**
       *Counsel of Record*
       Attorneys for Plaintiff, **SYLABS, INC.**