**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (619) 251-2428; Facsimile: (619) 330-2991
Email: plepiscopo@att.net
Counsel of Record for Plaintiff, **SYLABS, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, | Case No.  **5:23-cv-00849-SVK** |
| Plaintiff, | **SYLABS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| **GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al., | [Civil L.R., Rules 7-11, 16-2, and 79-5; Federal Rules of Criminal Procedure, Rule 6(e)] |
| Defendants. | |

Pursuant to this Court's Civil Local  Rules 7-11, 16-2, and 79-5, and Federal Rules of Criminal Procedure, Rule 6(e), plaintiff Sylabs, Inc. ("Sylabs") files this administrative motion for leave to file under seal Sylabs' Administrative Motion to Reschedule Case Management Conference ("Admin Motion") (redacted version attached as Exhibit 1).

Sylabs respectfully requests that its Admin Motion be filed under seal for the reasons set forth therein. Sylabs seeks leave as a good faith effort to prevent information contained in the Admin Motion from being disclosed and to protect against any possible or inadvertent disclosure in violation of Rule 6(e)(2) of the Federal Rules of Criminal Procedure.

Based on the foregoing arguments and authorities, as well as the reasons set forth in Sylabs' Admin Motion, good cause exists to grant this request in order to prevent the possible improper disclosure of information in violation of Rule 6(e)(2) of the Federal Rules of Criminal Procedure. *See e.g., Pintos v. Pac. Creditors Ass'n*, 565 F.3d 1106, 1115 (9th Cir. 2009) ("In light of the weaker public interest in nondispositive materials, we apply the 'good cause' standard . . . ."). Accordingly, Sylabs respectfully requests that the Court grant this request and order the following document to be filed under seal (a **redacted** version is attached hereto as Exhibit 1):

1. Plaintiff Sylabs' Administrative Motion to Reschedule Case Management Conference.

In addition, pursuant to the Admin Motion filed under seal, Sylabs respectfully requests the Court to issue an order continuing the CMC Hearing and all related dates to the following proposed new dates:

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Proposed New Date** | **Event** | **Governing Rule** |
| 11/7/2023 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | F.R. Civ. P. 26(f) & ADR L.R. 3-5 |
| 11/7/2023 | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| 11/14/2023 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | F.R. Civ. P 26(a)(1) & Civil L.R. 16-9 |

LEPISCOPO & ASSOCIATES LAW FIRM

| 11/21/23<br>9:30 a.m. | INITIAL CASE MANAGEMENT<br>CONFERENCE (CMC) at 9:30 AM in:<br><br>Courtroom 6, 4th Floor<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 | Civil L.R. 16-10 |

Dated:  June 20, 2023.                    **LEPISCOPO & ASSOCIATES LAW FIRM**

By:  /s/ Peter D. Lepiscopo              _
            **PETER D. LEPISCOPO**
            *Counsel of Record*
            Attorneys for Plaintiff, **SYLABS, INC.**

LEPISCOPO & ASSOCIATES LAW FIRM

## CERTIFICATE OF SERVICE—CM/ECF

I hereby certify that true and correct copies of the foregoing documents have been served on the Court and all counsel of record, who have appeared in this action, via the Court's electronic filing system on June 20, 2023.

Dated: June 20, 2023.                 LEPISCOPO & ASSOCIATES LAW FIRM

By: /s/ Peter D. Lepiscopo _____
           **PETER D. LEPISCOPO**
           ***Counsel of Record***
           Attorneys for Plaintiff, **SYLABS, INC.**



## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

**NEWPORT BEACH OFFICE**

# EXHIBIT 1

Lepiscopo & Associates Law Firm