LEPISCOPO & ASSOCIATES LAW FIRM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, | Case No.  **5:23-cv-00849-SVK** |
| Plaintiff, | |
| v. | [*PROPOSED*] **ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| **GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al., | |
| Defendants. | |

[*PROPOSED*] **ORDER**

The Administrative Motion [ECF 22] of plaintiff, Sylabs, Inc., for an order to file under seal and to reschedule the Case Management Conference and related dates came before the Court regularly.

The Court, having considered the Motion, and good cause appearing, the Motion is hereby GRANTED, and, therefore,

**IT IS HEREBY ORDERED** that Exhibit 1 accompanying Sylabs, Inc.'s *Administrative Motion to file Under Seal and Reschedule Case Management Conference* shall be filed under seal until further order of this Court.

**IT IS FURTHER ORDERED** that the Case Management Conference is rescheduled, and all related dates are hereby rescheduled as follows:

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **New Date** | **Event** | **Governing Rule** |
| 11/7/2023 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>———————————————— | FRCivP 26(f) &<br>ADR L.R. 3-5<br>———————————————— |
| 11/7/2023 | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b) &<br>ADR L.R. 3-5(b) |
| 11/14/2023 | **Last day to file Rule 26(f) Report, complete<br>initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br>(also available at<br> http://www.cand.uscourts.gov) | FRCivP 26(a)(1) &<br>Civil L.R. 16-9 |
| 11/21/2023 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 9:30 AM in:<br><br>    Courtroom 6, 4th Floor<br>    Robert F. Peckham Federal Building<br>    280 South 1st Street<br>    San Jose, CA 95113 | Civil L.R. 16-10 |

**IT IS SO ORDERED.**

Dated: _____.

_____
**SUSAN VAN KEULEN**
United States District/Magistrate Judge

LEPISCOPO & ASSOCIATES LAW FIRM