UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLABS, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>GREGORY ROSE, et al.,<br><br>         Defendants. | Case No. 23-cv-00849-SVK<br><br>**ORDER DIRECTING CLERK TO UNSEAL DOCKET ENTRIES**<br><br>Re: Dkt. Nos. 22, 23 |

On June 27, 2023, the Court granted Plaintiff's motion to continue the initial case management conference, denied without prejudice Plaintiff's motion to seal the motion to continue, and granted Plaintiff until July 11, 2023 to file a renewed sealing motion and to propose redactions to the Court's order. Dkt. 23. Having received no response from Plaintiff, the Court **ORDERS** the Clerk to unseal Docket Numbers 22 and 23.

**SO ORDERED.**

Dated: July 17, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge