## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of California

Case Number: 5:23-CV-00849-SVK

Plaintiff:
SYLABS, INC.

vs.

Defendant:
GREGORY ROSE A/K/A GREGORY M. KURTZER; ET AL.,

For:
PETER LEPISCOPO
23 CORPORATE PLAZA DRIVE
SUITE 150
NEWPORT BEACH, CA 92660

Received by PROCESS SERVICE, INC. to be served on **IAG CAPITAL PARTNERS, 200 MEETING ST., SUITE 403, MOUNT PLEASANT, SC 29464**.

I, John R. Gamble, being duly sworn, depose and say that on the **16th day of August, 2023** at 12:48 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the **CIVIL COVER SHEET AND ATTACHMENT A, SUMMONS AND ATTACHMENT A, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, SYLABS, INC.'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE, SYLABS, INC.'S ADMINISTRATIVE MOTION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE, FILED UNDER SEAL: SYLABS, INC.'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE, FILED UNDER SEAL ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO SEAL, NOTICE OF ELECTRONIC FILING** with the date and hour of service endorsed hereon by me to **JOEL WHITLEY, AGENT FOR SERVICE OF PROCESS** for **IAG CAPITAL PARTNERS** at 200 MEETING ST., SUITE 403, CHARLESTON, SC 29401

**Description** of Person Served: Age: 44, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 170, Hair: BROWN, Glasses: N

I am over eighteen and have no interest in the above action.

Subscribed and Sworn to before me on the 16th day of August, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

John Keene
PRINTED SIGNATURE

Commission Expires:
June 3, 2031

John R. Gamble
PROCESS SERVER

PROCESS SERVICE, INC.
P.O. Box 20097
Charleston, SC 29413
(843) 577-2355

Our Job Serial Number: LEX-2023001932

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1t