Peter Lepiscopo

Lepiscopo & Associates Law Firm

San Diego, CA 92108

Representing: File No. 9347280

UNITED STATES DISTRICT COURT

Northern District of California, San Jose Division

| | | |
|---|---|---|
| Sylabs, Inc., a Delaware Corporation | ) | Case No. 5:23-cv-00849 |
| Plaintiff/Petitioner | ) | |
| vs. | ) | Proof of Service of: |
| Gregory Rose a/k/a Gregory M. Kurtzer, et al. | ) | Summons, Complaint, Civil Case Cover Sheet, Motion, |
| Defendant/Respondent | ) | Motion, Order, Order, Order, Order |
| | ) | |
| | ) | Service on: |
| | ) | ROBERT ADOLPH |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 20977502

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Lepiscopo & Associates Law Firm<br>Peter Lepiscopo SBN 139583<br>3511 Camino Del Rio South Suite<br>San Diego, CA 92108<br>　　　TELEPHONE NO:　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:　plepiscopo@att.net<br>　　　ATTORNEY FOR *(Name)*: | Ref. No. or File No.:　9347280<br>(20977502) | |
| *Insert name of Court, and Judicial District and Branch Court*<br>UNITED STATES DISTRICT COURT<br>Northern District of California, San Jose Division<br>280 S. First St. #2112<br>San Jose, 95113-3008 | | |
| PLAINTIFF:<br>Sylabs, Inc., a Delaware Corporation | | |
| DEFENDANT:<br>Gregory Rose a/k/a Gregory M. Kurtzer, et al. | | |
| PROOF OF SERVICE | CASE NUMBER:<br>5:23-cv-00849 | |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Motion, Motion, Order, Order, Order, Order

2. Party Served:　　　　　　　ROBERT ADOLPH

3. Left With:　　　　　　　　Daniel Adolph - Co-Occupant

4. Date & Time of Delivery:　　August 15, 2023 at 8:13 am PDT

5. Address, City and State:　　16061 Surprise Ln Huntington Beach, CA, 92649

6. Manner of Service:　　　　By leaving the copies with or in the presence of Daniel Adolph, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $135.00

Registered California process server.
Michael Maher
County: Orange
Registration No.: 6337

InfoTrack USA - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Michael Maher*

Michael Maher

Date: 08/15/2023

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Lepiscopo & Associates Law Firm<br>Peter Lepiscopo SBN 139583<br>3511 Camino Del Rio South Suite<br>San Diego, CA 92108<br>　　　TELEPHONE NO:　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:　plepiscopo@att.net<br>　　　ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| | Ref. No. or File No.:  9347280 (20977502) |
| *Insert name of Court, and Judicial District and Branch Court*<br>UNITED STATES DISTRICT COURT<br>Northern District of California, San Jose Division<br>280 S. First St. #2112<br>San Jose, 95113-3008 | |
| PLAINTIFF:<br>Sylabs, Inc., a Delaware Corporation | |
| DEFENDANT:<br>Gregory Rose a/k/a Gregory M. Kurtzer, et al. | |
| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>5:23-cv-00849 |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 8/15/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Motion, Motion, Order, Order, Order, Order

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

ROBERT ADOLPH

16061 Surprise Ln
Huntington Beach, CA 92649

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $135.00

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:　8/15/2023
Sandra Alcala
　　　　　　(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for　☐ Plaintiff　☐ Petitioner　☐ Defendant
☐ Respondent　☒ Other *(Specify)*: InfoTrack USA