| | |
|---|---|
| 1 | CAROLYN HOECKER LUEDTKE (State Bar No. 207976) |
|   | carolyn.luedtke@mto.com |
| 2 | MIRIAM KIM (State Bar No. 238230) |
|   | miriam.kim@mto.com |
| 3 | TAYLOR L. BENNINGER (State Bar No. 344825) |
|   | Taylor.Benninger@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, Twenty-Seventh Floor |
| 5 | San Francisco, California 94105-2907 |
|   | Telephone: (415) 512-4000 |
| 6 | Facsimile: (415) 512-4077 |

Attorneys for Defendants
JOEL WHITLEY AND IAG CAPITAL PARTNERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation, | Case No. 5:23-cv-00849-SVK |
| Plaintiff, | **NOTICE OF APPEARANCE OF CAROLYN HOECKER LUEDTKE** |
| v. | |
| GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney Carolyn Hoecker Luedtke of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Joel Whitley and IAG Capital Partners[1] in the above-captioned action, and requests that all court documents in connection with this action be served upon her at the email address listed above.

DATED:  August 28, 2023                    MUNGER, TOLLES & OLSON LLP

By: _____
CAROLYN HOECKER LUEDTKE
carolyn.luedtke@mto.com

Attorneys for JOEL WHITLEY AND IAG CAPITAL PARTNERS

---

[1] IAG Capital Partners is a named Defendant, but it is not an existing corporate entity. As set forth in Footnote 1 of the forthcoming Memorandum of Points and Authorities in Support of IAG Defendants' Motion to Dismiss, counsel appears for IAG Fund II, LP and IAG Capital Holdings, II for the purpose of that Motion to Dismiss, though those entities have not been served and reserve all rights.