CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
TAYLOR L. BENNINGER (State Bar No. 344825)
taylor.benninger@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
JOEL WHITLEY AND IAG CAPITAL PARTNERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation, | Case No. 5:23-cv-00849-SVK |
| Plaintiff, | **NOTICE OF APPEARANCE OF MIRIAM KIM** |
| v. | |
| GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that attorney Miriam Kim of the law firm of Munger, Tolles &
2  Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105,
3  hereby appears as an attorney of record on behalf of Defendants Joel Whitley and IAG Capital
4  Partners[1] in the above-captioned action, and requests that all court documents in connection with
5  this action be served upon her at the email address listed above.

7  DATED:  August 28, 2023                    MUNGER, TOLLES & OLSON LLP

                                              By:   /s/ Miriam Kim
                                                    MIRIAM KIM
                                                    miriam.kim@mto.com

                                                    Attorneys for JOEL WHITLEY AND IAG
                                                    CAPITAL PARTNERS

---

[1] IAG Capital Partners is a named Defendant, but it is not an existing corporate entity.  As set forth in Footnote 1 of the forthcoming Memorandum of Points and Authorities in Support of IAG Defendants' Motion to Dismiss, counsel appears for IAG Fund II, LP and IAG Capital Holdings, II for the purpose of that Motion to Dismiss, though those entities have not been served and reserve all rights.

-1-                     Case No. 5:23-cv-00849-SVK
NOTICE OF APPEARANCE OR MIRIAM KIM