CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
TAYLOR L. BENNINGER (State Bar No. 344825)
Taylor.Benninger@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendants
JOEL WHITLEY AND IAG CAPITAL PARTNERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**IAG DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- IAG Fund II, LC, a Delaware Corporation, erroneously sued as "IAG Capital Partners"; and
- IAG Capital Holdings II, LC, a Delaware Corporation, erroneously sued as "IAG Capital Partners."

The undersigned further certifies that, as of this date, there is no conflict to report.

DATED:  August 28, 2023                    MUNGER, TOLLES & OLSON LLP

By:  /s/ Carolyn Hoecker Luedtke
CAROLYN HOECKER LUEDTKE
carolyn.luedtke@mto.com
MIRIAM KIM
miriam.kim@mto.com
TAYLOR L. BENNINGER
Taylor.Benninger@mto.com

Attorneys for JOEL WHITLEY AND IAG CAPITAL PARTNERS