| | |
|---|---|
| 1 | NEEL CHATTERJEE (SBN 173985) |
|   | NChatterjee@goodwinlaw.com |
| 2 | ELIZABETH J. LOW (SBN 308098) |
|   | ELow@goodwinlaw.com |
| 3 | ARIEL E. ROGERS (SBN 316910) |
|   | ARogers@goodwinlaw.com |
| 4 | DAVID SERATI (SBN 329811) |
|   | DSerati@goodwinlaw.com |
| 5 | **GOODWIN PROCTER** LLP |
|   | 601 Marshall Street |
| 6 | Redwood City, California 94063 |
|   | Tel.: +1 650 752 3100 |
| 7 | Fax: +1 650 853 1038 |
| 8 | JENNIFER BRIGGS FISHER (SBN 241321) |
|   | JFisher@goodwinlaw.com |
| 9 | **GOODWIN PROCTER** LLP |
|   | Three Embarcadero Center |
| 10 | San Francisco, California 94111 |
|   | Tel.: +1 415 733 6000 |
| 11 | Fax: +1 415 677 9041 |
| 12 | Attorneys for Defendants |
|   | CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a |
| 13 | GREGORY M. KURTZER; JULIA ROSE a/k/a |
|   | JULIA KURTZER; ROBERT ADOLPH; MATTHEW |
| 14 | HAYDEN; ERIN FONG; OPEN DRIVES, INC.; |
|   | DAVID BUSS; and MARLIN PRAGER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation, | Case No. 5:23-cv-00849-SVK |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, | Courtroom: 6<br>Judge:    Hon. Susan van Keulen |
| Defendants. | |

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 5:23-cv-00849-SVK

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Neel Chatterjee of the law firm Goodwin Procter LLP, a member of the State Bar of California and admitted to practice in this Court, and whose contact information appears below, hereby enters his appearance as attorney of record for Defendants CTRL IQ, Inc. d/b/a CIQ, Gregory Rose a/k/a Gregory M. Kurtzer, Julia Rose a/k/a Julia Kurtzer, Robert Adolph, Mathew Hayden, Erin Fong, Open Drives, Inc., David Buss, and Marlin Prager in the above-captioned case.

Copies of all pleadings, correspondence, and electronic filing notices should be directed to Counsel as follows:

>Neel Chatterjee
>*NChatterjee@goodwinlaw.com*
>**GOODWIN PROCTER LLP**
>601 Marshall Street
>Redwood City, California 94063
>Tel.: +1 650 752 3100
>Fax: +1 650 853 1038

Dated: August 28, 2023                              Respectfully submitted,

>By: /s/ *Neel Chatterjee*
>Neel Chatterjee
>*NChatterjee@goodwinlaw.com*
>GOODWIN PROCTER LLP
>601 Marshall Street
>Redwood City, California 94063
>Tel.: +1 650 752 3100
>Fax: +1 650 853 1038
>
>Attorney for Defendants
>CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 28, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2023.

                                                /s/*Neel Chatterjee*
                                                Neel Chatterjee