NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
ELIZABETH J. LOW (SBN 308098)
*ELow@goodwinlaw.com*
ARIEL E. ROGERS (SBN 316910)
*ARogers@goodwinlaw.com*
DAVID SERATI (SBN 329811)
*DSerati@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
*JFisher@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a
GREGORY M. KURTZER; JULIA ROSE a/k/a
JULIA KURTZER; ROBERT ADOLPH; MATTHEW
HAYDEN; ERIN FONG; OPEN DRIVES, INC.;
DAVID BUSS; and MARLIN PRAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation, | Case No. 5:23-cv-00849-SVK |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, | Courtroom:  6<br>Judge:     Hon. Susan van Keulen |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Jennifer Briggs Fisher of the law firm Goodwin Procter LLP, a member of the State Bar of California and admitted to practice in this Court, and whose contact information appears below, hereby enters her appearance as attorney of record for Defendants CTRL IQ, Inc. d/b/a CIQ, Gregory Rose a/k/a Gregory M. Kurtzer, Julia Rose a/k/a Julia Kurtzer, Robert Adolph, Mathew Hayden, Erin Fong, Open Drives, Inc., David Buss, and Marlin Prager in the above-captioned case.

Copies of all pleadings, correspondence, and electronic filing notices should be directed to Counsel as follows:

Jennifer Briggs Fisher
*JFisher@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Dated: August 28, 2023                              Respectfully submitted,

By: */s/ Jennifer Briggs Fisher*
Jennifer Briggs Fisher
*JFisher@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorney for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

1

1

## CERTIFICATE OF SERVICE

2  I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3 United States District Court for the Northern District of California by using the CM/ECF system

4 on August 28, 2023.  I further certify that all participants in the case are registered CM/ECF users

5 and that service will be accomplished by the CM/ECF system.

6  I certify under penalty of perjury that the foregoing is true and correct.  Executed on August

7 28, 2023.

8

9           */s/ Jennifer Briggs Fisher*
              Jennifer Briggs Fisher

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 5:23-cv-00849-SVK