1  NEEL CHATTERJEE (SBN 173985)
   *NChatterjee@goodwinlaw.com*
2  ELIZABETH J. LOW (SBN 308098)
   *ELow@goodwinlaw.com*
3  ARIEL E. ROGERS (SBN 316910)
   *ARogers@goodwinlaw.com*
4  DAVID SERATI (SBN 329811)
   *DSerati@goodwinlaw.com*
5  **GOODWIN PROCTER LLP**
   601 Marshall Street
6  Redwood City, California 94063
   Tel.: +1 650 752 3100
7  Fax: +1 650 853 1038

8  JENNIFER BRIGGS FISHER (SBN 241321)
   *JFisher@goodwinlaw.com*
9  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
10 San Francisco, California 94111
   Tel.: +1 415 733 6000
11 Fax: +1 415 677 9041

12 Attorneys for Defendants
   CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a
13 GREGORY M. KURTZER; JULIA ROSE a/k/a
   JULIA KURTZER; ROBERT ADOLPH; MATTHEW
14 HAYDEN; ERIN FONG; OPEN DRIVES, INC.;
   DAVID BUSS; and MARLIN PRAGER
15

16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19 SYLABS, INC., a Delaware corporation,          Case No. 5:23-cv-00849-SVK

20              Plaintiff,                         **NOTICE OF APPEARANCE OF
                                                   COUNSEL**
21         v.
                                                   Courtroom: 6
22 GREGORY ROSE a/k/a GREGORY M.                   Judge:      Hon. Susan van Keulen
   KURTZER; JULIA ROSE a/k/a JULIA
23 KURTZER; ROBERT ADOLPH; MATTHEW
   HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a
24 CIQ; OPEN DRIVES, INC.; DAVID BUSS;
   MARLIN PRAGER; JOEL WHITLEY; IAG
25 CAPITAL PARTNERS; and DOES 1 through
   50, inclusive,
26
                Defendants.
27

28

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that attorney Ariel E. Rogers of the law firm Goodwin Procter

3  LLP, a member of the State Bar of California and admitted to practice in this Court, and whose

4  contact information appears below, hereby enters her appearance as attorney of record for

5  Defendants CTRL IQ, Inc. d/b/a CIQ, Gregory Rose a/k/a Gregory M. Kurtzer, Julia Rose a/k/a

6  Julia Kurtzer, Robert Adolph, Mathew Hayden, Erin Fong, Open Drives, Inc., David Buss, and

Marlin Prager in the above-captioned case.

7      Copies of all pleadings, correspondence, and electronic filing notices should be directed to

8  Counsel as follows:

9                  Ariel E. Rogers
                     *ARogers@goodwinlaw.com*

10              **GOODWIN PROCTER LLP**
               601 Marshall Street

11             Redwood City, California 94063
             Tel.: +1 650 752 3100

12             Fax: +1 650 853 1038

13

14

15  Dated: August 28, 2023             Respectfully submitted,

16

17               By:  */s/ Ariel E. Rogers*
                     Ariel E. Rogers

18                    *ARogers@goodwinlaw.com*
                    GOODWIN PROCTER LLP

19                    601 Marshall Street
                    Redwood City, California 94063

20                    Tel.: +1 650 752 3100
                    Fax: +1 650 853 1038

21

22                    Attorney for Defendants

23                    CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE
                    a/k/a GREGORY M. KURTZER; JULIA

24                    ROSE a/k/a JULIA KURTZER; ROBERT
                    ADOLPH; MATTHEW HAYDEN; ERIN

25                    FONG; OPEN DRIVES, INC.; DAVID BUSS;
                    and MARLIN PRAGER

26

27

28

1

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3  United States District Court for the Northern District of California by using the CM/ECF system

4  on August 28, 2023.  I further certify that all participants in the case are registered CM/ECF users

5  and that service will be accomplished by the CM/ECF system.

6      I certify under penalty of perjury that the foregoing is true and correct.  Executed on August

7  28, 2023.

8

9                                                    */s/ Ariel E. Rogers*
                                                      Ariel E. Rogers

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2