1  NEEL CHATTERJEE (SBN 173985)
   *NChatterjee@goodwinlaw.com*
2  ELIZABETH J. LOW (SBN 308098)
   *ELow@goodwinlaw.com*
3  ARIEL E. ROGERS (SBN 316910)
   *ARogers@goodwinlaw.com*
4  DAVID SERATI (SBN 329811)
   *DSerati@goodwinlaw.com*
5  **GOODWIN PROCTER LLP**
   601 Marshall Street
6  Redwood City, California  94063
   Tel.: +1 650 752 3100
7  Fax: +1 650 853 1038

8  JENNIFER BRIGGS FISHER (SBN 241321)
   *JFisher@goodwinlaw.com*
9  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
10 San Francisco, California 94111
   Tel.: +1 415 733 6000
11 Fax: +1 650 853 1038

12 Attorneys for Defendants
   CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a
13 GREGORY M. KURTZER; JULIA ROSE a/k/a
   JULIA KURTZER; ROBERT ADOLPH; MATTHEW
14 HAYDEN; ERIN FONG; OPEN DRIVES, INC.;
   DAVID BUSS; and MARLIN PRAGER

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                     SAN JOSE DIVISION

19 | SYLABS, INC., a Delaware corporation, | Case No. 5:23-cv-00849-SVK |
   |---|---|
20 | Plaintiff, | **DECLARATION OF ELIZABETH J. LOW IN SUPPORT OF DEFENDANTS' MOTION TO FILE UNDER SEAL** |
21 | v. | |
22 | GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, | Courtroom:          6<br>Judge:          Hon. Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>  1.  Motion to File Under Seal<br>  2.  [Proposed] Order Granting Motion to File Under Seal |
23 | | |
24 | | |
25 | | |
26 | | |
27 | Defendants. | |
28 | | |

LOW DECLARATION ISO DEFENDANTS' MOTION TO FILE UNDER SEAL
CASE NO. 5:23-cv-00849-SVK

## DECLARATION OF ELIZABETH J. LOW

I, Elizabeth J. Low, declare as follows:

1.      I am an attorney of Goodwin Procter LLP and counsel of record for Defendants CTRL IQ, Inc. d/b/a CIQ; Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Matthew Hayden; Erin Fong; Marlin Prager; Open Drives, Inc.; and David Buss (collectively, "Defendants"). I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could and would testify competently to such matters. I make this declaration in support of Defendants' Motion to File Under Seal.

2.      Defendants seek to seal the following documents in connection with their Motion to Dismiss:

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Motion to Dismiss | Highlighted portions at 5:3-20, 5:23-6:8, 7:22-28, 8:1-2 | Gregory Kurtzer |
| Exhibit A to the Declaration of Gregory M. Kurtzer in Support of Defendants' Motion to Dismiss ("Kurtzer Declaration") | The document in its entirety | Gregory Kurtzer |

3.      Exhibit A to the Kurtzer Declaration is an April 29, 2020 Waiver, Release and Settlement Agreement (the "Release") between Mr. Kurtzer, Plaintiff Sylabs, Inc., and nonparties R-Stor Inc. and Sylabs Holdings, LLC.

4.      Exhibit A contains a confidentiality provision that prohibits the public disclosure of its terms and contents. Moreover, disclosure of the Release might make other parties less willing to settle with Defendants, or insist on similar settlement terms, in future lawsuits.

5.      The highlighted portions of the Motion to Dismiss discuss or reference the Release. Sealing these portions is necessary for the reasons stated above, and are narrowly tailored to only information meriting sealing.

//

//

1        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

2    August 28, 2023 in Redwood City, California.

3

4                                                                                  */s/ Elizabeth J. Low*

                                                                          Elizabeth J. Low

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Civil Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).


_/s/ Neel Chatterjee_
Neel Chatterjee

LOW DECLARATION ISO DEFENDANTS' MOTION TO FILE UNDER SEAL
CASE NO. 5:23-cv-00849-SVK