UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL** |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL
CASE NO. 5:23-cv-00849-SVK

**[PROPOSED] ORDER**

Pending before the Court is the Motion to File Under Seal (the "Motion") filed by Defendants CTRL IQ, Inc. d/b/a CIQ; Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Matthew Hayden; Erin Fong; Marlin Prager; Open Drives, Inc.; and David Buss (collectively, "Defendants"). Having considered the Motion, the Court finds compelling reasons exist to **GRANT** the Motion as follows:

| Document | Portions to be Filed Under Sealed | Basis for Sealing |
|---|---|---|
| Motion to Dismiss | Highlighted portions at 5:3-20, 5:23-6:8, 7:22-28, 8:1-2 | The highlighted portions of the Motion to Dismiss quote or discuss Exhibit A to the Declaration of Gregory M. Kurtzer. |
| Exhibit A to the Declaration of Gregory M. Kurtzer in Support of Defendants' Motion to Dismiss | The document in its entirety | Exhibit A is a confidential Waiver, Release and Settlement Agreement, the disclosure of which might make other parties less willing to settle with Defendants, or insist on similar settlement terms, in future lawsuits. |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. SUSAN VAN KEULEN
U.S. MAGISTRATE JUDGE