CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
TAYLOR L. BENNINGER (State Bar No. 344825)
Taylor.Benninger@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
JOEL WHITLEY AND IAG CAPITAL PARTNERS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**[PROPOSED] ORDER GRANTING IAG DEFENDANTS' MOTION TO DISMISS** |

1    **[PROPOSED] ORDER GRANTING IAG DEFENDANTS' MOTION TO DISMISS**

2         For the reasons stated in the IAG Defendants' Motion to Dismiss, the Court DISMISSES

3    Plaintiff Sylabs, Inc.'s Complaint against Defendants Joel Whitley and IAG Capital Partners.

4

5    DATED: _____

6

7    _____

8    HON. SUSAN VAN KEULEN
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28