NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
ARIEL ROGERS (SBN 316910)
ARogers@goodwinlaw.com
DAVID SERATI (SBN 329811)
DSerati@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
JFisher@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; MARLIN PRAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**<br><br>Date:     October 3, 2023<br>Time:     10:00 AM<br>Courtroom: 6<br>Judge:    Hon. Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>  1. Notice of Motion and Motion to Dismiss<br>  2. Request for Judicial Notice<br>  3. Declaration of Gregory M. Kurtzer<br>  4. [Proposed] Order |

CHATTERJEE DECLARATION ISO MOTION TO DISMISS
CASE NO. 5:23-cv-00849-SVK

**DECLARATION OF NEEL CHATTERJEE**

I, Neel Chatterjee, declare as follows:

1. I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendants CTRL IQ, Inc. d/b/a/ CIQ; Gregory Rose a/k/a Gregory M. Kurtzer; Robert Adolph; Matthew Hayden; Erin Fong; Open Drives, Inc.; Marlin Prager; and David Buss (collectively, "Defendants") in the above-captioned matter. I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could and would testify competently to such matters. I make this declaration in support of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6).

2. Attached as **Exhibit A** is a true and correct copy of U.S. Patent Application No. 16/435,251.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 28, 2023 in Redwood City, California.

                                                                   */s/ Neel Chatterjee*
                                                                    Neel Chatterjee