DocuSign Envelope ID: BD2CEB76-552D-47B8-837C-B32C247F599E

NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
ARIEL E. ROGERS (SBN 316910)
ARogers@goodwinlaw.com
DAVID SERATI (SBN 329811)
DSerati@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
JFisher@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: + 1 415 677 9041

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**DECLARATION OF GREGORY M. KURTZER IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**<br><br>Date:      October 3, 2023<br>Time:     10:00 AM<br>Courtroom: 6<br>Judge:    Hon. Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>1. Notice of Motion and Motion to Dismiss Complaint<br>2. Request for Judicial Notice<br>3. Declaration of Neel Chatterjee<br>4. [Proposed] Order |

## DECLARATION OF GREGORY M. KURTZER

I, Gregory M. Kurtzer, declare as follows:

1.      I am the Chief Executive Officer and Founder of CTRL IQ d/b/a CIQ. I submit this declaration in support of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), filed concurrently herewith. All statements in this declaration are based upon my own personal knowledge, unless expressly stated otherwise.

2.      Attached as **Exhibit A** is a true and correct copy of the Waiver, Release and Settlement Agreement, executed on April 29, 2020 (the "Release"), which I signed after my departure from Sylabs, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed __8/28/2023__ in __Berkeley__, __California__.

_____
Gregory M. Kurtzer

1

Kurtzer Decl. ISO Motion to Dismiss Complaint
Case No. 5:23-cv-00849-SVK

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Civil Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

                                                    /s/ *Neel Chatterjee*
                                                    Neel Chatterjee