UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYLABS, INC., a Delaware corporation,

Plaintiff,

v.

GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:23-cv-00849-SVK

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

**[PROPOSED] ORDER**

Pending before the Court is the Motion to Dismiss ("Motion") filed by Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong, Marlin Prager, and CTRL IQ, Inc. d/b/a CIQ (together, the "CIQ Defendants"); and Open Drives, Inc. and David Buss (collectively, "Defendants"). Having considered the briefing and arguments relating to the Motion, the Court GRANTS the Motion for the following reasons:

1. The April 29, 2020 Waiver, Release, and Settlement Agreement (the "Release") bars each of Plaintiff Sylabs, Inc.'s ("Sylabs") claims against the CIQ Defendants. The Court further takes judicial notice of the Release.

2. Counts I through XI of the Complaint (Dkt. No. 1) fail to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated:

________________________________
HON. SUSAN VAN KEULEN
U.S. MAGISTRATE JUDGE