| | |
|---|---|
| 1 | NEEL CHATTERJEE (SBN 173985) |
|   | *NChatterjee@goodwinlaw.com* |
| 2 | ELIZABETH J. LOW (SBN 308098) |
|   | *ELow@goodwinlaw.com* |
| 3 | ARIEL E. ROGERS (SBN 316910) |
|   | *ARogers@goodwinlaw.com* |
| 4 | DAVID SERATI (SBN 329811) |
|   | *DSerati@goodwinlaw.com* |
| 5 | **GOODWIN PROCTER LLP** |
|   | 601 Marshall Street |
| 6 | Redwood City, California 94063 |
|   | Tel.: +1 650 752 3100 |
| 7 | Fax: +1 650 853 1038 |
| 8 | JENNIFER BRIGGS FISHER (SBN 241321) |
|   | *JFisher@goodwinlaw.com* |
| 9 | **GOODWIN PROCTER LLP** |
|   | Three Embarcadero Center |
| 10 | San Francisco, California 94111 |
|    | Tel.: +1 415 733 6000 |
| 11 | Fax: +1 415 677 9041 |
| 12 | Attorneys for Defendants |
|    | CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a |
| 13 | GREGORY M. KURTZER; JULIA ROSE a/k/a |
|    | JULIA KURTZER; ROBERT ADOLPH; MATTHEW |
| 14 | HAYDEN; ERIN FONG; OPEN DRIVES, INC.; |
|    | DAVID BUSS; and MARLIN PRAGER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SYLABS, INC., a Delaware corporation, | | Case No. 5:23-cv-00849-SVK |
| Plaintiff, | | **PROOF OF SERVICE** |
| v. | | Courtroom: 6 |
| GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, | | Judge:     Hon. Susan van Keulen |
| Defendants. | | |

PROOF OF SERVICE
CASE NO. 5:23-cv-00849-SVK

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, Los Angeles, California 90017.

On August 28, 2023, I caused to be served the following document on the person(s) below:

1. **DEFENDANTS' MOTION TO FILE UNDER SEAL**

2. **DECLARATION OF ELIZABETH J. LOW IN SUPPORT OF DEFENDANTS' MOTION TO FILE UNDER SEAL**

3. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**

4. **UNDER SEAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

5. **UNDER SEAL EXHIBIT A TO THE DECLARATION OF GREGORY M. KURTZER**

| | |
|---|---|
| Peter Dominick Lepiscopo<br>Lepiscopo and Associates Law Firm<br>3511 Camino del Rio South, Suite 101<br>San Diego, CA 92108<br>Tel.: 619-299-5343<br>Fax: 619-299-4767<br>Email: plepiscopo@att.net | *Attorney for Plaintiff Sylabs, Inc., a Delaware corporation* |
| Carolyn Hoecker Luedtke<br>Miriam Kim<br>Taylor Benninger<br>Munger, Tolles Olson LLP<br>560 Mission Street 27th Floor<br>San Francisco, CA 94105<br>Tel.: 415-512-4027<br>Fax: 415-644-6927<br>Email: carolyn.luedtke@mto.com,<br>miriam.kim@mto.com,<br>taylor.benninger@mto.com | *Attorneys for Defendants Joel Whitley and IAG Capital Partners* |
| Sylabs Holdings LLC<br>c/o Peter D. Lepiscopo<br>23 Corporate Plaza Drive, Suite 150<br>Newport Beach, CA 92660 | *Registered Agent for Non-Party Sylabs Holdings LLC* |

R-Stor Inc.  *Registered Agent for Non-Party R-Stor Inc.*
c/o Matthew Clint Congdon & Beth Carol Burns
One Capitol Mall
Sacramento, CA 95814

//

//

The documents were served by the following means:

☑ (E-MAIL or ELECTRONIC TRANSMISSION) By electronic service. Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

☑ (OVERNIGHT DELIVERY). By overnight delivery. I caused to be enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I caused the envelope or package to be placed for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 28, 2023, at Los Angeles, California.

| Jhemari Quintana | *(signature)* |
|---|---|
| (Type or print name) | (Signature) |