

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**



# EXHIBIT 2

# NOTICE PURSUANT TO PARAGRAPH 4 OF WAIVER, RELEASE AND SETTLEMENT AGREEMENT

TO:   PACKETFABRIC, INC., SUCCESSOR IN INTEREST TO R-STOR, INC.

SYLABS HOLDINGS, LLC

**NOTICE IS HEREBY GIVEN** that pursuant to Paragraph 4 of the Waiver, Release and Settlement ("Release") entered into by and between R-Stor, Inc, Sylabs, Inc., Sylabs Holdings, LLC, and Gregory Rose a/k/a/ Gregory Kurtzer that Sylabs, Inc. seeks to introduce the entire Release into the public docket, record, and files of the following pending litigation ("Sylabs' Case"):

Case Name:  *Sylabs, Inc. v. Gregory Rose a/k/a/ Gregory Kurtzer, et al.*

Court: United States District Court for the Northern District of California ("District Court")

Case No.: 5:23-cv-00849-SVK

**YOU ARE HEREBY REQUESTED** to indicate below whether you oppose, consent, or have no position on the filing of the entire Release in the public docket, record, and files of the District Court in the Sylabs' Case. Please select below, sign, and return to Sylabs' legal counsel, Pete Lepiscopo, via email: plepiscopo@att.net.

_____ Oppose

__X__ Consent

_____ Have no position

**SYLABS HOLDINGS, LLC**

By: *Giovanni Coglitore*
Giovanni Coglitore, Manager

[Remaining Portion of Page Left Blank.]

**DocuSign**

## Certificate Of Completion

Envelope Id: DEDB4EA0D84E4B969D7CD03AFE8D5C84                                   Status: Completed
Subject: Complete with DocuSign: NOTICE TO  PURSUANT TO PARAGRAPH 4 OF WAIVER (Sylabs Holdings, LLC).pdf
Source Envelope:
Document Pages: 1                          Signatures: 1                        Envelope Originator:
Certificate Pages: 2                       Initials: 0                          Pete Lepiscopo
AutoNav: Enabled                                                                3511 Camino Del Rio South
EnvelopeId Stamping: Enabled                                                    101
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                               San Diego, CA  92108
                                                                                plepiscopo62@gmail.com
                                                                                IP Address: 72.211.214.169

## Record Tracking

Status: Original                           Holder: Pete Lepiscopo               Location: DocuSign
    8/29/2023 11:46:17 AM                          plepiscopo62@gmail.com

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Giovanni Coglitore<br>coglitore@yahoo.com<br>manager<br>X<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Giovanni Coglitore*<br>—7DA2DC62C01841F...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 185.207.249.25<br>Signed using mobile | Sent: 8/29/2023 11:48:17 AM<br>Viewed: 8/29/2023 11:50:53 AM<br>Signed: 8/29/2023 11:51:02 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Jason Torey<br>jt@sylabs.io<br>COO<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 8/29/2023 11:51:02 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Jason Tuschen<br>tusch@sylabs.io<br>CEO<br>Sylabs Inc.<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 8/29/2023 11:51:03 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Pete Lepiscopo, Esq.<br>plepiscopo@att.net<br>Peter Lepiscopo<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 8/29/2023 11:51:03 AM |
| **Electronic Record and Signature Disclosure:**<br>      Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/29/2023 11:48:17 AM |
| Certified Delivered | Security Checked | 8/29/2023 11:50:53 AM |
| Signing Complete | Security Checked | 8/29/2023 11:51:02 AM |
| Completed | Security Checked | 8/29/2023 11:51:03 AM |

| Payment Events | Status | Timestamps |
|---|---|---|