

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com
_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 3

# NOTICE PURSUANT TO PARAGRAPH 4 OF WAIVER, RELEASE AND SETTLEMENT AGREEMENT

TO:   PACKETFABRIC, INC., SUCCESSOR IN INTEREST TO R-STOR, INC.

SYLABS HOLDINGS, LLC

**NOTICE IS HEREBY GIVEN** that pursuant to Paragraph 4 of the Waiver, Release and Settlement ("Release") entered into by and between R-Stor, Inc, Sylabs, Inc., Sylabs Holdings, LLC, and Gregory Rose a/k/a/ Gregory Kurtzer that Sylabs, Inc. seeks to introduce the entire Release into the public docket, record, and files of the following pending litigation ("Sylabs' Case"):

Case Name:  *Sylabs, Inc. v. Gregory Rose a/k/a/ Gregory Kurtzer, et al.*

Court: United States District Court for the Northern District of California ("District Court")

Case No.: 5:23-cv-00849-SVK

**YOU ARE HEREBY REQUESTED** to indicate below whether you oppose, consent, or have no position on the filing of the entire Release in the public docket, record, and files of the District Court in the Sylabs' Case. Please select below, sign, and return to Sylabs' legal counsel, Pete Lepiscopo, via email: plepiscopo@att.net.

\_\_\_\_\_ Oppose

__✓__ Consent

\_\_\_\_\_ Have no position

**PACKETFABRIC, INC.,** SUCCESSOR IN INTEREST TO R-STOR, INC.

By: _____[signature]_____
Daniel Maves, Esq., General Counsel

[Remaining Portion of Page Left Blank.]