**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (619) 251-2428; Facsimile: (619) 330-2991
Email: plepiscopo@att.net
Counsel of Record for Plaintiff, **SYLABS, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, | Case No. **5:23-cv-00849-SVK** |
| Plaintiff, | **DECLARATION OF PETER D. LEPISCOPO, ESQ., IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO FILE UNDER SEAL (ECF 38)** |
| v. | |
| **GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al., | |
| Defendants. | |

I, Peter D. Lepiscopo, declare under the penalty of perjury as follows.

1. I am an attorney licensed to practice law in the State of California and a Member of the Bar of this Court. I am over the age of eighteen and have personal knowledge of the matters stated herein, except those stated on information and belief, and as to those I believe them to be true. I am now and have been throughout these proceedings counsel of record for plaintiff, Sylabs, Inc. (hereinafter referred to as "Sylabs" or "Plaintiff").

2. On August 29, 2023, The Register published an article about this Action, which is titled: "*Rocky Linux backer CIQ rejects lawsuit's claims it was founded on stolen*

*IP*" ("Article"). I have concurrently filed with this declaration and Sylabs' opposition a true and correct copy of the Article, which I have marked as Exhibit 1.

3. For the Court's consideration, the other parties to the Kurtzer Release, Sylabs Holdings, LLC, and R-Stor, Inc., have provided their consent to the public disclosure and filing of the full Release, unredacted, in the Court file. I have concurrently filed with this declaration and Sylabs' opposition true and correct copies of Sylabs Holdings, LLC and R-Stor, Inc.'s consent to disclosing and filing the Kurtzer Release, which I have marked as Exhibits 2 and 3, respectively.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 29th day of August 2023 at Orange County, California.

Dated:  August 30, 2023.	**LEPISCOPO & ASSOCIATES LAW FIRM**


By:  /s/ Peter D. Lepiscopo
**PETER D. LEPISCOPO**
*Counsel of Record*
Attorneys for Plaintiff, **SYLABS, INC.**

---

**DECLARATION OF PETER D. LEPISCOPO, ESQ., IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO FILE UNDER SEAL (ECF 38)**

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 30, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2023.

                    **LEPISCOPO & ASSOCIATES LAW FIRM**

                    By: /s/ Peter D. Lepiscopo
                         **PETER D. LEPISCOPO**
                         *Counsel of Record*
                         Attorneys for Plaintiff, **SYLABS, INC.**

LEPISCOPO & ASSOCIATES LAW FIRM

**DECLARATION OF PETER D. LEPISCOPO, ESQ., IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO FILE UNDER SEAL (ECF 38)**
3