LEPISCOPO & ASSOCIATES LAW FIRM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, | ) Case No. **5:23-cv-00849-SVK** |
| Plaintiff, | ) |
| v. | ) [*PROPOSED*] **ORDER DENYING** |
| | ) **DEFENDANTS' MOTION TO FILE** |
| **GREGORY ROSE** a/k/a **GREGORY M.** | ) **UNDER SEAL (ECF 38)** |
| **KURTZER**, et al., | ) |
| Defendants. | ) |

## [*PROPOSED*] ORDER

Defendants' Motion to File Under Seal [ECF 38], for an order to file under seal the Kurtzer Release (Exhibit A to Kurtzer Declaration) came before the Court regularly.

The Court, having considered the Motion, the Motion shall be and is hereby DENIED, and, therefore,

**IT IS HEREBY ORDERED** that the Clerk unseal Docket Numbers 40 and 40-4.

**IT IS SO ORDERED.**

Dated: _____.

_____
**SUSAN V**AN **KEULEN**
United States District/Magistrate Judge

---

[*PROPOSED*] ORDER DENYING DEFENDANTS' MOTION TO FILE UNDER SEAL (ECF 38)

**1**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 30, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2023.

                                                LEPISCOPO & ASSOCIATES LAW FIRM

                                                By:  /s/ Peter D. Lepiscopo
                                                          **PETER D. LEPISCOPO**
                                                          *Counsel of Record*
                                                          Attorneys for Plaintiff, **SYLABS, INC.**