Peter Lepiscopo

Lepiscopo & Associates Law Firm

San Diego, CA 92108
Representing: Plaintiff, SYLABS, INC.                                 File No. 9347288

UNITED STATES DISTRICT COURT

Northern District of California - District - San Jose

| | |
|---|---|
| Sylabs, Inc.<br>　　　　　Plaintiff/Petitioner<br>　　　　　vs.<br>Gregory Rose a/k/a Gregory M. Kurtzer, et al.<br>　　　　　Defendant/Respondent | Case No. 5:23-cv-00849<br><br>Proof of Service of:<br>Summons, Complaint, Civil Case Cover Sheet, Motion, Motion, Order, Order, Order, Order<br><br>Service on:<br>MATTHEW HAYDEN<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Div/Dept: |

PROOF OF SERVICE

Order # 20977505

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Lepiscopo & Associates Law Firm<br>Peter Lepiscopo SBN 139583<br>3511 Camino Del Rio South Suite<br>San Diego, CA 92108<br>TELEPHONE NO: (619) 251-2428   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: plepiscopo@att.net<br>ATTORNEY FOR *(Name)*: Plaintiff, SYLABS, INC. | Ref. No. or File No.: 9347288 (20977505) | FOR COURT USE ONLY |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court*
Northern District of California - District - San Jose
280 S. First St. #2112
San Jose, 95113-3008

PLAINTIFF:
Sylabs, Inc.

DEFENDANT:
Gregory Rose a/k/a Gregory M. Kurtzer, et al.

| **PROOF OF SERVICE** | CASE NUMBER:<br>5:23-cv-00849 |
|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Motion, Motion, Order, Order, Order, Order

2. Party Served:           MATTHEW HAYDEN

3. Date & Time of Delivery:   August 13, 2023 at 4:09 pm PDT

4. Address, City and State:    698-840 Old Archery Rd Susanville, CA, 96130

5. Manner of Service:        Personal Service - By personally delivering copies.

Fee for service: $205.00

Registered California process server.
Kathy Olson
County: LASSEN
Registration No.: PS16

InfoTrack USA - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Kathy Olson

Date: August 28, 2023