Peter Lepiscopo

Lepiscopo & Associates Law Firm

San Diego, CA 92108
Representing:  Plaintiff, SYLABS, INC                    File No. 9347290

UNITED STATES DISTRICT COURT

Northern District of California - District - San Jose

| | | |
|---|---|---|
| Sylabs, Inc. | ) | Case No. 5:23-cv-00849 |
|       Plaintiff/Petitioner | ) | |
|       vs. | ) | Proof of Service of: |
| Gregory Rose a/k/a Gregory M. Kurtzer, et al. | ) | Summons, Complaint, Civil Case Cover Sheet, Motion, |
|       Defendant/Respondent | ) | Motion, Order, Order, Order, Order |
| | ) | |
| | ) | Service on: |
| | ) | OPEN DRIVES, INC. |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 20977508

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Lepiscopo & Associates Law Firm<br>Peter Lepiscopo SBN 139583<br>3511 Camino Del Rio South Suite<br>San Diego, CA 92108<br>  TELEPHONE NO: (619) 251-2428     FAX NO *(Optional)*:<br>    E-MAIL ADDRESS *(Optional)*:   plepiscopo@att.net<br>       ATTORNEY FOR *(Name)*:   Plaintiff, SYLABS, INC | Ref. No. or File No.:  9347290 (20977508) | FOR COURT USE ONLY |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court*<br>Northern District of California - District - San Jose<br>280 S. First St. #2112<br>San Jose, 95113-3008 | | |

| PLAINTIFF:<br>Sylabs, Inc. |
|---|
| DEFENDANT:<br>Gregory Rose a/k/a Gregory M. Kurtzer, et al. |

| PROOF OF SERVICE | CASE NUMBER:<br>5:23-cv-00849 |
|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Motion, Motion, Order, Order, Order, Order

2. Party Served:  OPEN DRIVES, INC.

3. Person Served:  CSC Lawyers Incorporating Service - Nicole Stauss

4. Date & Time of Delivery:  August 14, 2023 at 1:34 pm PDT

5. Address, City and State:  2710 Gateway Oaks Dr Sacramento, CA, 95833

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for service: $85.00

Registered California process server.
Tyler DiMaria
County:  Sacramento
Registration No.: 2006-06

InfoTrack USA - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Tyler DiMaria*

Tyler DiMaria

Date: August 28, 2023

PROOF OF SERVICE

Page 1 of 1
Order #20977508