

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**



**CURRICULUM VITAE**

# Christopher Tarbell






# Christopher Tarbell

**PARTNER & CO-FOUNDER**
**NAXO LABS**

110 W 40th Street, Suite 201, New York, NY 10018
ctarbell@naxo.com | www.naxo.com

A former FBI Special Agent, Chris Tarbell specializes in cyber investigations and incident response. As a case agent with the FBI's preeminent cybercrime squad in New York, he led some of the most groundbreaking cybercrime investigations in the world - including the arrest and prosecutions of Anonymous and LulzSec leadership, and the founder of the notorious Silk Road underground marketplace, the latter of which resulted in the largest seizure of bitcoins to date.

As a computer forensic examiner with the FBI, Chris engaged in rapid-response investigations all over the world on matters related to terrorism, botnets, and other cybercrimes. In 2009, Chris joined the FBI's renowned cybercrime squad as a Special Agent in the New York field office. He was the lead investigator on several of the Bureau's most complex and cutting-edge cases, including the takedown of the billion-dollar, cryptocurrency-based drug marketplace "Silk Road" and the arrest of its founder, and the investigation and arrest of the leadership of the Anonymous/LulzSec hacking crews.

Prior to co-founding NAXO, Chris developed and led the Cyber Operations & Incident Response practice for a large consulting firm. He has extensive experience helping businesses, high-profile individuals, and governments respond to a broad range of complex computer and network security threats. He is also regularly called on to advise foreign and domestic law enforcement officers on investigative techniques, and frequently lectures to business and government groups, including EUROPOL, on cyber threats and the means to address them.

Chris holds an MS in Computer Science from James Madison University with a concentration on Information Security. He has been certified by both the FBI and the International Association of Computer Investigative Specialists (IACIS) as a Certified Forensic Computer Examiner (CFCE). He has also been certified by the FBI as a subject-matter expert on cellphones and other mobile computing devices, and the Windows and Unix/Linux operating systems. Chris has been qualified in federal court as an expert witness in computer forensics, providing expert testimony in multiple federal criminal trials.

## EDUCATION

**M.S., COMPUTER SCIENCE**
James Madison University, 2004

**B.S., HEALTH SCIENCE**
James Madison University, 2000

## CERTIFICATIONS

AccessData Certified Examiner

Certified Forensic Computer Examiner - International Association of Computer Investigative Specialist

EnCE Certified Examiner

FBI Computer Analysis Response Team Forensic Examiner - Wintel, Linux, and Mobile Devices

ctarbell@naxo.com   |   110 West 40th Street Suite 201 New York, NY 10018



# Christopher Tarbell

**CURRICULUM VITAE**

## PRIOR EXPERIENCE

### BERKELEY RESEARCH GROUP
New York, NY
Director, Cyber Operations & Incident Response
December 2015 – June 2022

- Co-created and developed BRG's Cyber Operations & Incident Response practice focused on responding to cyber security incidents for clients including financial institutions, cryptocurrency hedge funds and custodians, and private individuals.
- Conducted network security assessments and provided expert advice regarding cybersecurity best practices.
- Led investigations related to cyber intrusions, insider threats, ransomware, and other criminal activity; provided computer forensic examinations and expert testimony connected to these matters.

### FTI CONSULTING
New York, NY
Managing Director, Cyber Security & Investigations
March 2014 – December 2015

- Led computer and network forensic investigations for a wide range of clients, including large multinational corporations, financial institutions, and the U.S. Government.
- Performed forensic evidence collection and analysis in response to breaches of client systems and networks by external threats or theft of proprietary information by corporate insiders.
- Conducted vulnerability assessments, including proactive penetration testing and cybersecurity policy review.

### FEDERAL BUREAU OF INVESTIGATION
New York, NY
Special Agent, Cyber Division
March 2009 – March 2014

- Assigned to a criminal computer intrusion squad, conducted investigations of national and international cyber intrusions, hactivism, and computer criminals.
- Created and maintained effective liaison relationships, developed and managed confidential human sources, and collaborated with the United States Attorney's Office on prosecutions.
- Conducted physical and electronic surveillance, collected evidence, monitored online activities, and gathered and analyzed data.
- Coordinated law enforcement raids, searches, seizures, and arrests.

### FEDERAL BUREAU OF INVESTIGATION
Quantico, VA
Computer Forensic Examiner
May 2005 – March 2009

- Certified computer forensic examiner with the FBI's Computer Analysis Response Team (CART) to provide expert testimony and support to FBI criminal and national security investigations.
- Examined physical evidence under a documented quality assurance program, in an ASCLD/ISO certified laboratory, that included annual proficiency testing, technical/peer and administrative reviews, and adherence to standard operating procedures.
- Conducted forensic examination on computer evidence, carried out research and development activities, performed search and seizure operations, and provided Instructional training to new field examiners.

### STAUNTON POLICE DEPARTMENT
Staunton, VA
Police Officer
February 2003 - April 2005

- Served as a sworn officer to uphold the laws of the Commonwealth of Virginia and the city code of Staunton, VA.
- Conducted criminal investigations and provided criminal court testimony.



**JAMES MADISON UNIVERSITY**  Harrisonburg, VA
System Administrator / Program Support
January 2000 - April 2005

- Provided IT support for the JMU Police Department, evaluated and advised all computer needs and purchases, computer networking, computer/data security, webmaster and site designer, and database management.
- Assist JMU Police Department Investigations Unit with deployment and collection of technical assets and the recovery of electronic evidence.

## EXPERT TESTIMONY

- Securities and Exchange Commission v. **Chad C. McGinnis, et al.;** United States District Court of Vermont; Civil Action No. 5:14-CV-6. Three expert reports, two depositions, and expert analysis of plaintiff's trial exhibits and expert testimony. Analysis identified two fabrications in the plaintiff's expert testimony.

- **A. Doe, et al.,** v. Sutherland Healthcare Solutions Inc., et al.; Superior Court of the State of California for the County of Los Angeles; Case No. BC539436. Expert report and deposition in relation to data theft litigation. Included on-site collection and analysis of computer forensic evidence and physical evidence.

- **United States of America** v. Berger, et al., Senior District Judge L.A. Collier, United States District Court Northern District of Florida, Case No. 08-CR-00022 (LC/EMT). Criminal child pornography litigation. Conducted full forensic examination of computer evidence, produced an expert report, and testified in court.

## INSTRUCTOR / PROCTOR

- FBI CART Basic Wintel Certification Training, Internet Processing – Practicals, Justice Training Center in Stafford, VA

- FBI CART Basic Wintel Certification Training, Internet Processing – Practicals, Justice Training Center in Stafford, VA

- FBI CART Moot Court, Phoenix, AZ

- FBI CART Forensic Examiner Coach for a CART Forensic Examiner in Training

- FBI CART Moot Court, Nashville, TN

- FBI CART Basic Wintel Certification Training – Practicals, Justice Training Center in Fredericksburg, VA

## REPRESENTATIVE MATTERS

**COMPLEX INVESTIGATIONS**

*Digital forensics, insider threats, and litigation support*

- Provide technical and investigative support to a US federal law enforcement agency in connection with darknet-related criminal investigations. Assistance includes deployment and configuration of specialized hardware as well as training and consulting services.

- Retained as an expert on behalf of plaintiffs in a class action lawsuit against a healthcare services company to conduct an independent investigation of a data security breach. Collected and forensically analyzed computer and physical evidence and compiled an expert report.

ctarbell@naxo.com   |   110 West 40th Street Suite 201 New York, NY 10018



**Christopher Tarbell**                                                                                          CURRICULUM VITAE

- Retained to investigate a ransomware attack on a healthcare services company. Analyzed millions of files seeking to determine whether protected health information (PHI) may have been stolen in connection with the breach.

- Retained as a computer forensic expert by a US regulatory agency to examine, analyze, and potentially testify to digital artifacts related to a civil action in federal court.

- Investigated a data breach at a foreign educational institution in which the threat actor leaked confidential documents to local newspapers. Traveled on-site to analyze forensic evidence and conduct interviews in order to determine the source of the leak.

- Retained by a global industrial power tools manufacturer in response to claims that an employee group had deployed unauthorized network infrastructure at an off-site location. Interviewed company employees and assisted with technical reconnaissance of the location, which identified unauthorized wireless networks on company property.

- Engaged by legal counsel to locate highly sensitive data that was being concealed. Identified the location of the data through multiple interviews and technical investigation. Once located, carried out a Congressional subpoena to ensure the data was forensically preserved, documented, and collected.

- Investigated a data theft incident involving an international media company. Successfully identified the perpetrator and their methodology; provided the client with recommendations to prevent further theft of data.

- Retained by an international electrical power transmission system operator to investigate an insider threat suspected to be a Nation-State actor exfiltrating highly sensitive data. The investigation revealed multiple insider threats and resulted in a federal law enforcement referral.

- Retained by a Fortune 500 company that was concerned about the safety of its highly sensitive intellectual property. Identified an employee who was actively stealing thousands of documents and facilitated a law enforcement referral that resulted in a national security investigation and an arrest.

- Engaged by counsel on behalf of a large accounting firm to investigate a possible insider threat. Collected, documented, preserved, and examined digital evidence and created a detailed timeline of suspicious activities. Presented findings to the firm's board of directors which resulted in the individual's termination.

- Retained through counsel by an individual who was accused of insider trading by the SEC. Provided forensic analysis, expert opinions, and sworn testimony that identified flaws in key evidence presented by the prosecution. My work resulted in a victory for the defendant.

- Investigated threatening emails sent to employees of a leading pediatric nutrition company. Identified an insider threat by analyzing tens of thousands of emails, reviewing log files, and conducting employee interviews.

- Retained as an investigative expert by a website that provides community-based classified ads in connection with a web scraping allegation against a competitor in civil court. Conducted interviews with the company's employees and analyzed web server logs to approximate the extent of the web scraping and assess its impact on the website's IT infrastructure.

ctarbell@naxo.com   |   110 West 40th Street Suite 201 New York, NY 10018



**Christopher Tarbell** — CURRICULUM VITAE

**CYBER SECURITY**

*Incident response and network assessments*

- Provided periodic cyber security assessments for a billion-dollar travel company. Conducted in-person interviews with key personnel to assess compliance with data security policy, evaluated physical security of cyber assets, summarized findings as part of a comprehensive report, and provided prioritized recommended security improvements. Presented our team's findings to the company's board of directors and subsequently provided ongoing strategic cybersecurity guidance to C-suite executives.

- In the aftermath of a serious security incident, performed a cyber risk assessment for a Fortune 500 healthcare company to evaluate compliance with the New York State Department of Financial Services (NYDFS) Cybersecurity Requirements for Financial Services Companies. Conducted in-person interviews with key staff, compiled detailed findings and recommendations into a comprehensive report, and provided ongoing support for the firm's IT team as it implemented our recommendations.

- Responded to a cyber-attack on a global law firm. Conducted technical analysis of network log files, which helped reveal that the threat actor was an adverse party to an ongoing criminal matter being handled by the firm. Following our investigation, helped facilitate a federal law enforcement referral conducted a network security, and helped remediate gaps in the firm's cyber security posture.

- Responded to an attack on a New York-based theater's website that resulted in malicious content being embedded on a certain web page. Analyzed web access logs as well as open-source intelligence sources related to the malicious content to establish whether the attacker was likely an insider. Provided detailed recommendations for improvements to the theater's cyber security posture.

- Retained by an individual who was targeted by a foreign country and fell victim to multiple State-Sponsored cyber intrusions. Investigated and provided evidence detailing the specific accounts that had been compromised.

- Retained by a Colorado-based car dealership to conduct technical penetration testing and vulnerability assessments of its IT infrastructure, which included wireless access points installed throughout the company's campus. Identified numerous vulnerabilities and a provided prioritized list of recommended remediations.

- Performed an independent network security assessment and penetration test for a New York-based consulting firm. Provided a report that included prioritized recommendations and assisted in implementing fixes of critical vulnerabilities.

- As a special agent in the FBI, conducted numerous criminal investigations into cyber attacks on US entities in a range of industries, including healthcare, finance, travel, entertainment, technology, media, and government.

**PROFESSIONAL APPEARANCES AND KEYNOTE ADDRESSES**

- Torus Technologies Annual Eastern Iowa Security Conference
- Presidio Fireside Chat with Chris Tarbell 2023
- Splunk GovSummit 2022
- Amazon Web Services re:Invent 2022
- GIFS 2022 Global Insurance Fraud Summit
- Pure Storage's FBI and Black Hat Insights - How to Identify and Combat Threats
- Kulicke & Soffa Industries Inc. 2022 Fall Event
- Veeam Fireside Chat with Chris Tarbell
- First Republic Bank Quarterly Speaker Series Webinar

ctarbell@naxo.com   |   110 West 40th Street Suite 201 New York, NY 10018



- Constitution Capital Partners Annual Meeting
- OptivCon 2022
- 2022 Truckload Carriers Association Annual Convention
- 2021 Zurich Producer Summit
- Palo Alto Networks Fireside Chat
- 2021 Dell Technologies Multi-Customer K12 Briefing
- Humana 11th Annual Cyber Security Awareness Week
- Optiv 2020 Cyber Security
- Verkada's Fortify 2020
- Cyber Supply Chain and Cybersecurity Maturity Model Certification (CMMC): Concerns, Considerations, and Practical Solutions
- 2019 Optiv Cybersecurity Conference
- 2019 ACHRI Leadership Forum
- Altice's 2019 New York City Customer Event
- Humana's 10th Annual Cyber Security Awareness Week
- 2019 National Association of Mutual Insurance Companies Conference
- Steel Partners Holdings' 2019 IT Summit
- Ingram Micro's 2019 SMB Unplugged
- Micro Focus Security Risk and Governance Forum in Vienna, Austria
- 2019 Reimagine Holdings Group Summit
- LookingGlass Cyber Solutions' 2018 Customer Summit
- Darling Ingredients' Director & Senior Management Training Day
- National Electrical Contractors Association's 2018 Annual Meeting
- Micro Focus' 2018 Cyber Security Meeting
- SE2 Partnership Forum
- Members Development Company's Owner Meeting
- Plus One Strategic Communications' 2017 Executive Summit
- 2017 CyberCrime Symposium, hosted by Sage Data Security
- Illinois League of Financial Institutions / Ohio Bankers League 2017 Joint Annual Conference
- Georgia Alliance of Community Hospitals' 2017 Annual Conference
- Worldwide Employee Relocation Council's 2017 Global Workforce Symposium
- Transformation Through Innovation by Daly Computers
- Visiant Health Solutions 2017 Annual Client Conference
- National Association of Attorneys General Investigating Cybercrime and the Deepweb
- Advantest America 2017 Cybersecurity Event
- NIC 2017 Partner Conference
- Proofpoint's CISO-VP Meeting
- Choice Hotel International Services Corp's CHIEF 2016
- Self Storage Association Fall Conference and Trade Show 2016
- CoBank 2016 Communications Forum
- Symantec's HostingCon 2016 "The Global Event"
- CyberArk Impact 2016
- Global Healthcare Exchange 2016 Supply Chain Summit
- American Institute of Certified Public Accountants 2016 Spring Council
- National Council on Compensation Insurance Holdings 2016 Summit
- Mechanical Contractors Association of America's 2016 Annual Convention
- Young Presidents' Organization of California CEO Cyber Security Event
- Check Point CyberDay 2015
- Assurance Conference, hosted by Baker Tilly
- Segal Rogerscasey's 21st Annual Client Research & Educational Summit
- National Association of Realtors' 2015 REALTOR Broker Summit
- F5 Agility Conference 2015

ctarbell@naxo.com   |   110 West 40th Street Suite 201 New York, NY 10018



**MEDIA REFERENCES**

- "Minneapolis Public Schools: Hacked data released on dark web," KSTP Eyewitness News. March 17, 2023
- "#340 - Chris Tarbell: FBI Agent Who Took Down Silk Road," Lex Fridman Podcast. November 22, 2022
- "#1120 Chris Tarbell | Former FBI Agent On Early Bitcoin & Silk Road Takedown," The Pomp Podcast. November 14, 2022
- "Silk Road sleuths launch Naxo, a firm dedicated to the cutting edge of crypto tracking," Fortune. October 22, 2022
- "FBI Agents Who Shut Down Silk Road Are Helping Agencies Like ICE And The DOJ Trace Crypto," Forbes. October 20, 2022
- "DeFi Exchange Mango's $114M Exploit Was 'Market Manipulation,' Not a Hack, Ex-FBI Special Agent Says," Coindesk. October 20, 2022
- "Financial Hacking Plagues DeFi In Latest Setback for Crypto," Bloomberg. October 20, 2022
- "Cybercriminals Are Opportunists: Former FBI Special Agent," Coindesk TV. October 20, 2022
- "The Crypto World Is on Edge After a String of Hacks," The New York Times. September 28, 2022
- "This is the jungle: Law enforcement slowly waking up to the threat of DeFi exploits," Fortune. September 12, 2022
- "A 22-year-old business major from wealthy Weston, Connecticut, is behind OlympusDAO, one of crypto's most notorious projects, according to a new lawsuit seeking $791 million," Business Insider. August 9, 2022
- "Inside the Bitcoin Laundering Case That Confounded the Internet," New York Times. February 13, 2022
- "Cyber Security Experts Share Their Story at NECA 2018 Philadelphia," Electrical Contractor Magazine. October 1, 2018
- "Cyber Soldiers - Who protects your information," CBS New. August 22, 2017
- "Should hospitals pay up following a ransomware attack? The answer is far from simple," Health Tech. April 27, 2017
- "Banking on Bitcoin," Christopher Cannucciari. January 26, 2017
- "Healthcare's paltry tech coffers put industry in hacker crosshairs," ZD Net. October 31, 2016
- "HostingCon 2016: The Silk Road Takedown, and Why Hosts Should Know their Local FBI Agent," DataCenter Knowledge. July 27, 2016
- "Phreaks and Geeks," I Am Rebel (Discovery). June 28, 2016
- "Former FBI agent, CISO share tips for planning endpoint security to ward off hackers," Healthcare IT News. June 22, 2016
- "Preparing Against Current Healthcare Cybersecurity Threats," Health IT Security. June 16, 2016
- "Be vigilant about cybersecurity, warns former FBI agent," Journal of Accountancy. May 15, 2016
- "The Hacker," NBC Nightly News. May 10, 2016
- "Guccifer - The Man Who Hacked Washington," Dateline On Assignment. May 8, 2016
- "Fmr FBI Cyber Crimes Special Agent Says Guccifer's Alleged Clinton Email Hack is 'Plausible'," Law and Crime. May 5, 2016
- "The Rise & Fall of Silk Road" Part 2, Wired. May 15, 2015
- "The Rise & Fall of Silk Road" Part 1, Wired. April 15, 2015
- "Morgan Makes 'Cents' Out of Bitcoin," Morgan Spurlock Inside Man (CNN). February 19, 2015
- "Undercover Agent Reveals How He Helped the FBI Trap Silk Road's Ross Ulbricht, Wired. January 14, 2015
- "The Dark Web," 60 Minutes Australia. September 15, 2014
- "Crossing Swords with Pirates in Cyberspace," Newsweek. October 11, 2013
- "How FBI caught Ross Ulbricht, alleged creator of criminal marketplace Silk Road," CNN. October 5, 2013
- "FBI's Christopher Tarbell - The Elliot Ness of Cyberspace who Busted Silk Road," International Business Times. October 3, 2013
- "Online drug marketplace Silk Road shut down by FBI," The Irish Times. October 3, 2013

