

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 3

**Exhibit 3** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 142 folders on March 26, 2020.

| | |
|---|---|
| divya@sylabs.io | PR/Analyst Relations |
| melanie@sylabs.io | Sylabs Orchestration |
| HPC 2.0 | Trade Events |
| Meetings | Documents (externally written) |
| Notes | Product Management |
| Board of Director Meetings | Logo |
| Partnerships | Ecosystem |
| Proposals | Pricing |
| geoffroy@sylabs.io | T&C |
| Archive | Press Releases |
| Support Discussions | Why OSS |
| Sales | XMind |
| y@sylabs.io | Fuzzball |
| OpenDrives | All Corporate Docs |
| tim@sylabs.io | FAQ |
| Edge | Signed Corporate NDAs |
| Fuzzball Demo | Signed Individual NDAs |
| Meeting Notes | NetSuit |
| Presentations | Rose - June 2019 - Sales and Partner |
| Recruiting | Expired NDAs |
| Numericcal | Reseller Agreements |
| Customer Documents | Meetings |
| Documents | SC '19 Notes |
| Full Drive | Marketing Materials |
| SBIR | Board of Director Meetings |
| Corp | Agreements |
| Gio Meetings | Marketing |
| Recruiting | NDAs |
| Notes | Brainstorming |
| Archive | Documents |
| Semi-automatic Container Creation | MPA |
| NDAs | F2F Polls |
| LLNL | Agreements |
| MPA | WhySyPRO |
| Pipeline Archive | Support Development SLA |
| MPA Archive | Genome Jobs |
| BizDev (OLD ARCHIVE) | Resumes |
| Professional Services | SyOS |
| SingularityPRO | AFWERX 20.1 |
| Personal | June 6th, 2019 |
| Keepers | SC18 |
| Singularity Enterprise | Outreach - Singularity Pro |
| Qualcomm | ZZZ.old.Customer and Partner Meetings |
| Documents (Sylabs Written) | Recordings |
| Packages | Docs |

**Appendix 03** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 142 folders on March 26, 2020.

ObjectArena.com
Offer Letters
NetSuite
Pending
Aeler
FreshSales Export Files
Company Notes!!!
Corp Stand-up Meeting Recordings
Keith:Sales
JT Strategy
Engineering
8.14.19
8.28.19
9.4.19
7.17.19
8.7.19
7.10.19
7.31.19
7.24.19
6.24.19
6.17.19
7.3.19
6.19.19
5.8.19
5.1.19
6.5.19
5.29.19
5.15.19
6.12.19
6.26.19
5.22.19
OpenDrives
Meeting Recordings
Presentations
Demo-2.19.20
RStor Example SOWs
Project Management
SWOT
PAX.GRSecurityKernel
SingularityPRO.PRD
Aqua Security
Competition
451 Research
Container Services
PauloMatic

Singularity Compare
12.31.19
12.19.19
01.10.20
01.13.20
Archived
THIRD POINT VENTURES