

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**



# EXHIBIT 6

**Exhibit 6** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 75 folders.

AFWERX 20.1
LLNL
NDAs
Qualcomm
SingularityPRO
Professional Services
Singularity Enterprise
Pipeline Archive
MPA Archive
MPA
THIRD POINT VENTURES
Signed Corporate NDAs
Signed Individual NDAs
FreshSales Export Files
Expired NDAs
Aeler
Genome Jobs
Support Development SLA
SingularityPRO.PRD
SWOT
Singularity Compare
Project Management
PauloMatic
Container Services
SC18
6.17.19
6.24.19
5.8.19
7.3.19
5.15.19
5.29.19
5.22.19
6.12.19
6.26.19
6.19.19
6.5.19
5.1.19
8.7.19
8.28.19
9.4.19
7.24.19
8.14.19
7.17.19
7.10.19

7.31.19
451 Research
Competition
PAX.GRSecurityKernel
Aqua Security
MPA
SBIR
Numericcal
Agreements
WhySyPRO
SyOS
T&C
Sylabs Orchestration
Press Releases
Why OSS
Pricing
XMind
Reseller Agreements
Archived
RStor Example SOWs
June 6th, 2019
Meeting Recordings
OpenDrives
Presentations
Presentations
12.19.19
01.10.20
01.13.20
Demo-2.19.20
12.31.19
FAQ