

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

NEWPORT BEACH OFFICE



**Exhibit 7** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Sylabs Reseller Agreement FINAL | Google Docs |
| MASTER PURCHASE AGREEMENT (Roche/Genentech) | Google Docs |
| Sylabs Master Purchase Agreement - Final | Google Docs |
| 4. Additional Info_Sylabs.pdf | PDF |
| 1. J201-CSO1-7047_Sylabs_Technical Volume.pdf | PDF |
| 3. J201-CSO1-7047_Sylabs_Cost Volume.xlsx | Microsoft Excel |
| Sylabs Product Pricing (CONFIDENTIAL).pdf | PDF |
| 2. J201-CSO1-7047_Sylabs_Slide Deck.pdf | PDF |
| Sylabs Products 2019 | Google Docs |
| Sales Operations Meeting Ledger | Google Docs |
| PAYMENT REMINDER EMAIL TEMPLATE | Google Docs |
| Sales Sync | Google Docs |
| Sales Pipeline | Google Sheets |
| PacificTeck Quotes | Google Sheets |
| QCRI-HBKU Reseller Discussion | Google Docs |
| ARR Pipeline Draft | Google Sheets |
| Sylabs Support SLA Matrix | Google Docs |
| MASTER PURCHASE AGREEMENT (Original Revision) - DO NOT USE | Google Docs |
| Price Sheet | Google Sheets |
| Copy of Sales Pipeline | Google Sheets |
| Copy of Sylabs-Reseller Agmt with EULA.FINAL.docx | Microsoft Word |
| Template Reseller Agreement (WIP) | Google Docs |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| BizDev Team Structure | Google Docs |
| Sylabs - Indiv. (Mutual Non Disclosure Agreement) (NDA) | Google Docs |
| Singularity Enterprise System Requirements | Google Docs |
| Sylabs Products MSRP | Google Sheets |
| Sylabs Products 2020 | Google Docs |
| POCs in Progress | Google Sheets |
| RStor - USAF Proposal - 100secs.mp4 | MP4 video |
| Sylabs Mutual Non-Disclosure Agreement (NDA) | Google Docs |
| Sylabs - Indiv. (Larry Lires) 07-27-2018.pdf | PDF |
| Sylabs - Indiv. (Kim McMahon) 07-13-2018.pdf | PDF |
| Sylabs - Indiv. (Rob Currin) 07-28-2018.pdf | PDF |
| Sylabs - Indiv. (Kenneth Craft) 4-12-2018.pdf | PDF |
| Sylabs - Indiv. (Daniel Bessanov) 8-1-2018.pdf | PDF |
| SingularityPRO Order Form_Revised 2.11.20 (Qualcomm).docx | Microsoft Word |
| SingularityPRO | Google Docs |
| SingularityPRO Order Form (Qualcomm) | Google Docs |
| Singularity Enterprise | Google Docs |
| Sylabs - Indiv. (Rodolfo Giometti) 07-17-2018.pdf | PDF |
| Sylabs - Indiv. (Heather Crawford) 07-26-2018.pdf | PDF |
| Sylabs - Indiv. (Ken Glasheen) 5-31-2018.pdf | PDF |
| Sylabs - Indiv. (Gianluca Guida) (NDA) 7-23-2018.pdf | PDF |
| Professional Services | Google Docs |
| Atos/BULL_Sylabs_NDA.pdf | PDF |
| QUALCOMM_Sylabs_NDA.pdf | PDF |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| VMWare_Sylabs_NDA.pdf | PDF |
| ABB_Sylabs_NDA.pdf | PDF |
| HPC_Sylabs_NDA.pdf | PDF |
| Amazon_Sylabs_NDA.pdf | PDF |
| Orange_Sylabs_NDA.docx | Microsoft Word |
| SAIC_Sylabs_NDA.pdf | PDF |
| Aeler_Sylabs_NDA.pdf | PDF |
| Sylabs Solutions Brief (PRO/Enterprise).pdf | PDF |
| Sylabs_Advising PPT.pptx | Microsoft Powerpoint |
| Sylabs - Activation Introduction.pdf | PDF |
| NetSuite Electronic Payments Information.docx | Microsoft Word |
| Sylabs_Advising Plan.docx | Microsoft Word |
| Sylabs - Indiv. (Ken Glasheen) 6-12-2018.pdf | PDF |
| Sylabs Product Summary-draft1.docx | Microsoft Word |
| Company Dillegence - 3rd point ventures | Google Docs |
| Tasks.csv | Unknown |
| User_Roles.csv | Unknown |
| Users.csv | Unknown |
| Sales_Account_Contacts.csv | Unknown |
| Task_Collaborators.csv | Unknown |
| Lead_Emails.csv | Unknown |
| Deals.csv | Unknown |
| Deal_Contacts.csv | Unknown |
| Leads.csv | Unknown |
| Notes.csv | Unknown |
| Deals | Google Sheets |
| Contact_Emails.csv | Unknown |
| Appointments.csv | Unknown |
| Contact_Emails.csv | Unknown |
| Contacts.csv | Unknown |
| Emails.csv | Unknown |

3

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Appointment_Attendees.csv | Unknown |
| Numericcal_Sylabs_NDA.pdf | PDF |
| Sandia_Sylabs_Updated NDA.pdf | PDF |
| TGen_Sylabs_CDA.pdf | PDF |
| LBNL_Sylabs_NDA (Renewal 2.5.20).pdf | PDF |
| ARM_Sylabs_NDA.pdf | PDF |
| Jia Li NDA (Google).eml | Unknown |
| TigerGraph _ Sylabs - Mutual NDA.pdf | PDF |
| OpenDrives_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Audrey Daste) (NDA).pdf | PDF |
| Jason Tuschen_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Crystal Valentine).pdf | PDF |
| Sylabs -Indiv.(Shervin Gharavinia)(NDA).pdf | PDF |
| Dan Beal_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Massimiliano Culpo) (NDA).pdf | PDF |
| Jason Torey_Sylabs_NDA.pdf | PDF |
| Facebook_Sylabs_NDA.pdf | PDF |
| Robert Adolph_Sylabs_NDA.pdf | PDF |
| Manxman Group_Sylabs_NDA.pdf | PDF |
| Rescale_Sylabs.pdf | PDF |
| Sandia_Sylabs_One-way NDA.pdf | PDF |
| Penguin Computing+Sylabs_NDA_20180710_fully-executed.pdf | PDF |
| TGEN_Sylabs_CDA (Expired).pdf | PDF |
| LBNL_Sylabs_NDA.pdf | PDF |
| DELL Meeting 10.8.18 | MP4 video |
| Sales Email Important Points | Google Docs |
| Dell | Google Docs |
| Ellexus | Google Docs |
| Total | Google Docs |
| University of Wisconsin | Google Docs |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Pfizer | Google Docs |
| DOD - AFRL | Google Docs |
| Pacific Tech | Google Docs |
| Yale | Google Docs |
| Google | Google Docs |
| Comparison Table | Google Slides |
| Sylabs_Singularity_Solution_Brief_v1.docx | Microsoft Word |
| Sylabs_Singularity_Comparison_DataSheet_v1.docx | Microsoft Word |
| Comparison Table.pptx | Microsoft Powerpoint |
| ___TEMPLATE | Google Docs |
| Cray | Google Docs |
| Amazon AWS | Google Docs |
| Microsoft | Google Docs |
| Scalar.ca | Google Docs |
| Exxon Mobil | Google Docs |
| Atos | Google Docs |
| Partner Brain Dump - keller, rose, shara, ed.mp4 | MP4 video |
| QB Data Extraction Guide.docx | Microsoft Word |
| HPCNow | Google Docs |
| RedLine | Google Docs |
| P&G | Google Docs |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Penguin Computing | Google Docs |
| SUSE | Google Docs |
| Qualcomm | Google Docs |
| TGen | Google Docs |
| FRB | Google Docs |
| EDF | Google Docs |
| Pfizer | Google Docs |
| Singularity3.0-PartnerUpdate.docx | Microsoft Word |
| Singularity Pro Contacts | Google Sheets |
| Singularity Pro to users | Google Docs |
| Competitors SWOT analysis | Google Slides |
| Encrypted SIF Meetup | Google Forms |
| TheFutureoScientificWorkflows.deelman2017.pdf | PDF |
| Sylabs Trade Events | Google Sheets |
| nrg.2017.113.pdf | PDF |
| DaveComparisonChart.xlsx | Microsoft Excel |
| ContainerVMatScale.WP.6-CVM.pdf | PDF |
| ISC18-meetings-summaries | Google Docs |
| EMC.premium.support.pdf | PDF |
| NDA_Aeler_Sylabs.pdf | PDF |
| Adam's ISC '18 Notes | Google Docs |
| Sylabs: Vision, Mission, Values | Google Docs |
| SylabsWhiteLogo.png | PNG image |

6

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| SingularityLogo.png | PNG image |
| Singularity.v3.Logo.svg | Unknown |
| Singularity.v3.Logo.png | PNG image |
| 2018.10.31 Brain Dump.mp4 | MP4 video |
| Sylabs Use Case Listing | Google Docs |
| Application-container-market-will-reach-2-7bn-in-2020_final_graphic.pdf | PDF |
| VMContainerComparison.pptx | Microsoft Powerpoint |
| VMSizingCloud2015.pdf | PDF |
| st-container-storage-for-dummies-ebook-v2-f7543-201705-en.pdf | PDF |
| PricingModel.new-state-of-the-art.pdf | PDF |
| rescue-hpc18 | Google Docs |
| SC18 Notes Adam | Google Docs |
| Sylabs Logo.png | PNG image |
| Sylabs Fleet | Google Slides |
| GMT20190617-155835_Corp-Stand.m4a | Unknown |
| GMT20190617-155835_Corp-Stand.txt | Plain text |
| GMT20190814-165602_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190814-165602_Sylabs-JTs.m4a | Unknown |
| GMT20190814-165602_Sylabs-JTs.txt | Plain text |
| Terms and Conditions - Orrick Draft 03/05/2018 | Google Docs |
| GMT20190515-165754_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190612-165528_Sylabs-JTs.m4a | Unknown |
| GMT20190612-165528_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190612-165528_Sylabs-JTs.txt | Plain text |
| GMT20190904-165911_Sylabs-JTs.m4a | Unknown |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| GMT20190904-165911_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190904-165911_Sylabs-JTs.txt | Plain text |
| GMT20190515-165754_Sylabs-JTs.m4a | Unknown |
| GMT20190717-170931_Sylabs-JTs.m4a | Unknown |
| GMT20190828-165820_Sylabs-JTs_1288x928.mp4 | MP4 video |
| GMT20190624-155623_Corp-Stand.txt | Plain text |
| GMT20190717-170931_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190624-155623_Corp-Stand.m4a | Unknown |
| GMT20190624-155623_Corp-Stand_1506x932.mp4 | MP4 video |
| GMT20190717-170931_Sylabs-JTs.txt | Plain text |
| GMT20190828-165820_Sylabs-JTs.m4a | Unknown |
| GMT20190828-165820_Sylabs-JTs.txt | Plain text |
| GMT20190529-165511_Sylabs-JTs.m4a | Unknown |
| GMT20190529-165511_Sylabs-JTs.txt | Plain text |
| GMT20190529-165511_Sylabs-JTs_1810x1224.mp4 | MP4 video |
| GMT20190807-165456_Sylabs-JTs.txt | Plain text |
| GMT20190807-165456_Sylabs-JTs.m4a | Unknown |
| GMT20190807-165456_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190724-165527_Sylabs-JTs.m4a | Unknown |
| GMT20190724-165527_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190724-165527_Sylabs-JTs.txt | Plain text |
| GMT20190710-165350_Sylabs-JTs.m4a | Unknown |
| GMT20190710-165350_Sylabs-JTs.txt | Plain text |
| GMT20190710-165350_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190731-165631_Sylabs-JTs.m4a | Unknown |
| GMT20190731-165631_Sylabs-JTs_2040x1148.mp4 | MP4 video |
| GMT20190731-165631_Sylabs-JTs.txt | Plain text |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Buyer Personas | Google Docs |
| GMT20190501-170530_Sylabs-JTs.txt | Plain text |
| GMT20190501-170530_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190508-165720_Sylabs-JTs.m4a | Unknown |
| GMT20190501-170530_Sylabs-JTs.m4a | Unknown |
| GMT20190508-165720_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190605-165645_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190605-165645_Sylabs-JTs.txt | Plain text |
| GMT20190703-165731_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190703-165731_Sylabs-JTs.txt | Plain text |
| GMT20190626-165416_Sylabs-JTs.txt | Plain text |
| GMT20190605-165645_Sylabs-JTs.m4a | Unknown |
| GMT20190703-165731_Sylabs-JTs.m4a | Unknown |
| GMT20190626-165416_Sylabs-JTs_1616x788.mp4 | MP4 video |
| GMT20190626-165416_Sylabs-JTs.m4a | Unknown |
| GMT20190619-165558_Sylabs-JTs.m4a | Unknown |
| GMT20190619-165558_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190619-165558_Sylabs-JTs.txt | Plain text |
| GMT20190522-180938_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190522-180938_Sylabs-JTs.m4a | Unknown |
| SingularityPRO 3.1 Product Requirements Document (PRD) | Google Docs |
| Sylabs Projects v1.9.xlsx | Microsoft Excel |
| Sylabs Projects v1.3.xlsx | Microsoft Excel |
| Sylabs Projects v1.6.xlsx | Microsoft Excel |
| Sylabs Projects v1.4.xlsx | Microsoft Excel |

9

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Sylabs Projects v1.1.xlsx | Microsoft Excel |
| Sylabs Projects v1.7.xlsx | Microsoft Excel |
| Sylabs Projects v1.5.xlsx | Microsoft Excel |
| Sylabs Projects v1.2.xlsx | Microsoft Excel |
| Sylabs Projects v1.8.xlsx | Microsoft Excel |
| SCS.Release.Planning.04.24.2019 | Google Slides |
| SCS.Release.Planning.04.23.2019.pptx | Microsoft Powerpoint |
| Copy of Reduce Burn - Plan / Options | Google Docs |
| Friday9:7:18.mp4 | MP4 video |
| 10/1 | Google Docs |
| 8/31 | Google Docs |
| JT's meeting Notes | Google Docs |
| Sylabs Projects v1.4.xlsx | Google Sheets |
| BuildForm.pdf | PDF |
| Level of Effort | Google Docs |
| Initial Questions | Google Docs |
| MPAs Signed | Google Sheets |
| 4. Additional Info_Sylabs.pdf | PDF |
| 3. J201-CSO1-7047_Sylabs_Cost Volume.xlsx | Microsoft Excel |
| 1. J201-CSO1-7047_Sylabs_Technical Volume.pdf | PDF |
| 2. J201-CSO1-7047_Sylabs_Slide Deck.pdf | PDF |
| Copy of Sales Pipeline - Reference | Google Sheets |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Sales Pipeline (external VC use) 7.10.19 | Google Sheets |
| Sales Pipeline (OLD) BAD | Google Sheets |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.docx | Microsoft Word |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.pdf | PDF |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.docx | Microsoft Word |
| Sylabs Inc. Master Purchase Agreement (signed).pdf | PDF |
| DELETE ME | Google Slides |
| edge-demo-1080.mov | Quicktime video |
| Sylabs Edge Platform Technical | Google Slides |
| Sylabs Fleet - Themed | Google Slides |
| Lenovo Slides | Google Slides |
| Copy of Sylabs Fleet | Google Slides |
| Sylabs Edge Platform - Semi-Final | Google Slides |
| Edge Platform Presentation Outline | Google Docs |
| 19 July - Meeting Notes | Google Docs |
| Sylabs Edge Platform | Google Slides |
| 2019-08-05 Edge Meeting | Google Docs |
| Sylabs 101.pptx | Microsoft Powerpoint |
| Sylabs.SyPRO-PS.(SoW).v1.docx | Microsoft Word |
| Singularity-Comparison-Flyer-hires-1 (1).pdf | PDF |
| 171101 Singularity Flyer - v2.docx | Microsoft Word |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| TheFutureoScientificWorkflows.deelman2017.pdf | PDF |
| SyLab Business Flow (Alfredo) v-1.1.pptx | Microsoft Powerpoint |
| SurveyQuestions.docx | Microsoft Word |
| Sylabs 101.5.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.9.pptx | Microsoft Powerpoint |
| Sylabs Leavebehinds-OrangeAI.2018.pptx | Microsoft Powerpoint |
| Sylabs- SingularityOSS.kevin.docx | Microsoft Word |
| SyLab Business Flow (Alfredo) v-0.6.pptx | Microsoft Powerpoint |
| Sylabs Professional Services Template | Google Docs |
| SyLab Business Flow (Alfredo) v-0.3.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.1.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.5.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.7.pptx | Microsoft Powerpoint |
| Sylabs.Master.03.15.2018.pptx | Microsoft Powerpoint |
| 171101 Singularity Flyer - v2.docx | Microsoft Word |
| Sylabs Logo.png | PNG image |
| Flyer - Front.pdf | PDF |
| Sylabs.Update.v8.Partner.pptx | Microsoft Powerpoint |
| Quick Sylabs-Singularity Message.docx | Microsoft Word |
| Sylabs Sales Questionnaire.xlsx | Microsoft Excel |
| Sylabs Inc. - Reseller Agmt with EULA.docx | Google Docs |
| Vertical Markets.docx | Microsoft Word |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| SyPro Pricing Comparo.xlsx | Microsoft Excel |
| Sing_VMs_docker-2.3.xlsx | Microsoft Excel |
| Sing_VMs_docker.xlsx.webarchive | Unknown |
| Sing_VMs_docker.xlsx | Microsoft Excel |
| Marketing Materials and New to watch | Google Docs |
| SyLab Business Flow (Alfredo) v-1.3.pptx | Microsoft Powerpoint |
| Sylabs.io Roadmap v3.0 12.07.2018.png | PNG image |
| st-container-storage-for-dummies-ebook-v2-f7543-201705-en.pdf | PDF |
| VMSizingCloud2015.pdf | PDF |
| Application-container-market-will-reach-2-7bn-in-2020_final_graphic.pdf | PDF |
| StackRox looks at attackers' intent with its latest container security offering.pdf | PDF |
| Sylabs-CustomerParter.List.xlsx | Microsoft Excel |
| Singularity Product Definition v.1.1.docx | Microsoft Word |
| Singularity_BOD_BC_1_16_18_V4.pdf | PDF |
| VMContainerComparison.pptx | Microsoft Powerpoint |
| Singularity_BOD_BC_1_16_18_V7.pdf | PDF |
| SyLab Business v.5.pptx | Microsoft Powerpoint |
| Sing_VMs_docker-2.3.xlsx | Microsoft Excel |
| SyLab Business Flow (Alfredo) v-1.4.pptx | Microsoft Powerpoint |
| Univa seeks to capture opportunity as HPC unites with cloud.pdf | PDF |
| SyLab Business Flow (Alfredo).pptx | Microsoft Powerpoint |
| Sylabs ManuMatic LOE Template.xlsm | Microsoft Excel |

13

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| SIF - Yannick Presentation 12.2017.pptx | Microsoft Powerpoint |
| Singularity Roadmap.webarchive | Unknown |
| SyLab Business Flow (Alfredo) v-1.5.pptx | Microsoft Powerpoint |
| Sing_VMs_docker.xlsx.webarchive | Unknown |
| working.pdf | PDF |
| SyLab Business Flow (Alfredo) v-0.8.pptx | Microsoft Powerpoint |
| Sing_VMs_docker.xlsx | Microsoft Excel |
| Singularity.Planning.xmind | Unknown |
| Singularity Product Definition v.1.0.docx | Microsoft Word |
| SyLab Business v.3.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-1.2.pptx | Microsoft Powerpoint |
| Sylabs business models.docx | Microsoft Word |
| Singularity Price Offering Model.xlsx | Microsoft Excel |
| Singularity Presentation - LabTech 2017.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.2.pptx | Microsoft Powerpoint |
| Sylabs ManuMatic LOE Template.xlsm | Microsoft Excel |
| case-study-template.png | PNG image |
| Reseller Agreements | Google Sheets |
| CircleCICD.pricing-infosheet.pdf | PDF |
| Sylabs Planning v1.6.xmind | Unknown |
| Sylabs Architecture Build.png | PNG image |
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture.png | PNG image |

14

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture Exec.png | PNG image |
| Sylabs Architecture.png | PNG image |
| TEMPLATE_Sylabs Quote_MG.xltx | Unknown |
| TEMPLATE_Sylabs Quote_KC.xltx | Unknown |
| NEW Sylabs Pricing Models_2019_ | Google Sheets |
| NEW Sylabs Pricing Models_2019_.xlsx | Microsoft Excel |
| Copy of Sylabs.Pricing.Models. | Google Sheets |
| Sylabs.Pricing.Models.v1 | Google Sheets |
| TEMPLATE_Sylabs Quote_SH | Google Sheets |
| SyPro Pricing Comparo v.13.xlsx | Microsoft Excel |
| SyPro Pricing Comparo v.11 | Google Sheets |
| Sylabs.Pricing.Models.v1.xlsx | Microsoft Excel |
| SyPro Pricing Comparo.xlsx | Microsoft Excel |
| SyPro Pricing Comparo v.11 | Google Sheets |
| SyPro Pricing Comparo v.11.xlsx | Microsoft Excel |
| Excel Quote Template.Sylabs.v1.xlsx | Microsoft Excel |
| SyPro Pricing Comparo v.3.xlsx | Microsoft Excel |
| SyCloud Pricing Structures | Google Sheets |

15

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Sylabs.Pricing.Models.v04.17.2019 | Google Sheets |
| Sylabs.Pricing.Models.v1 | Google Sheets |
| SyPro Pricing Comparo v.8.xlsx | Microsoft Excel |
| SyPro Pricing Comparo v.9.xlsx | Microsoft Excel |
| Sylabs - ISC PacificTeck v4.docx | Microsoft Word |
| Sylabs - ISC Redapt v2.docx | Microsoft Word |
| Sylabs Weekly Standup Meeting (POR) | Google Docs |
| Sylabs - ISC partner release 06.18.18.docx | Microsoft Word |
| Sylabs - ISC partner release, 06.18.18.docx | Microsoft Word |
| Sylabs - ISC partner release, 06.05.18-Lydia Orig.docx | Microsoft Word |
| Sylabs - ISC PacificTeck v1.docx | Microsoft Word |
| Sylabs - ISC Redapt v1.docx | Microsoft Word |
| Sylabs - ISC PacificTeck v3.docx | Microsoft Word |
| WhySyPro-Flyer.v9.pptx | Microsoft Powerpoint |
| Sylabs-WhySingularityPRO.v2.docx | Microsoft Word |
| WhySyPro-Flyer.pptx | Microsoft Powerpoint |
| WhySyPro-Flyer.v4.pptx | Microsoft Powerpoint |
| WhySyPro-Flyer.v3.pptx | Microsoft Powerpoint |
| Sylabs-WhySingularityPRO.docx | Microsoft Word |
| Sylabs-WhySingularityPRO.pdf | PDF |
| DeleteMe.pptx | Microsoft Powerpoint |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| WhySyPro-Flyer.v5.pptx | Microsoft Powerpoint |
| 32_04-Hahn.pdf | PDF |
| Sylabs Partner Terms.Agreement.docx | Microsoft Word |
| NA-Partner-Agreement-VAR-Program-United-States-20150306.pdf | PDF |
| NA-Partner-Agreement-United-States-20150306.pdf | PDF |
| UCSB SOW.xlsx | Microsoft Excel |
| TDK POC SOW v.1 6.12.31.docx | Microsoft Word |
| UCSB - Solutions Proposal.docx | Microsoft Word |
| Sylabs-EULA.final.06.11.2018 | Google Docs |
| Sylabs-EULA.final.06.11.2018 | Google Docs |
| Sylabs Inc. - Singularity Pro Subscription Terms and Conditions_Orrick Draft Feb 2018 4123-3638-3505 v1.docx | Google Docs |
| Sylabs Inc. - Singularity Pro Subscription Terms and Conditions_Orrick Draft Feb 2018 4123-3638-3505 v1.docx | Microsoft Word |
| Sylabs - ATOS Platform License and Services Agreement (9.6.18).draft.docx | Microsoft Word |
| Sylabs-EULA.final.06.11.2018.docx | Microsoft Word |
| Sylabs.Channel.Partner.Agreement.HPCNow!.03.12.2019.docx | Microsoft Word |
| Sylabs-Reseller Agmt with EULA.final.03.12.2018.docx | Microsoft Word |
| Sylabs-Reseller Agmt with EULA.final.03.12.2019.docx | Microsoft Word |
| Sylabs - ATOS Platform License and Services Agreement (9.7.18).draft.docx | Microsoft Word |
| Sylabs - ATOS Platform License and Services Agreement (9.7.18).kjc.docx | Microsoft Word |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Sylabs-EULA.final.06.11.2018.SAIC.pdf | PDF |
| Working Copy of Sylabs Inc. - Reseller Agmt with EULA.final.05.14.2018.docx | Google Docs |
| Sylabs-Reseller Agmt with EULA.final.05.16.2018.draft.pdf | PDF |
| Sylabs-Reseller Agmt with EULA.final.05.16.2018.docx | Google Docs |
| Sylabs-EULA.final.06.11.2018.SAIC.docx | Microsoft Word |
| Sylabs-EULA.final.06.11.2018.pdf | PDF |
| Sylabs-Reseller Agmt with EULA.final.06.11.2018.docx | Microsoft Word |
| Sylabs-Reseller Agmt with EULA.final.05.16.2018.docx | Microsoft Word |
| Sylabs-Reseller Agmt with EULA.final.05.16.2018.pdf | PDF |
| Singularity Pro - Terms and Conditions Outline | Google Docs |
| TEMPLATE_Sylabs Quote_PacificTeck_SH | Google Sheets |
| TEMPLATE_Sylabs Quote_SH | Google Sheets |
| GMT20200227-160239_Fuzzball-D_2560x1440.mp4 | MP4 video |
| GMT20200227-160239_Fuzzball-D.m4a | Unknown |
| main-demo-2.mp4 | MP4 video |
| main-demo-short.mp4 | MP4 video |
| HPC-2.0 | Google Docs |
| Compute Service.drawio | Unknown |
| ffmpeg.yaml | Unknown |
| ffmpeg-converter.def | Unknown |
| fuzz-demo-so-far.md | Unknown |
| GMT20200109-180550_HPC2-0.m4a | Unknown |
| GMT20200109-180550_HPC2-0_640x360.mp4 | MP4 video |
| GMT20191219-185824_Matthew-Ha.txt | Plain text |
| GMT20191219-185824_Matthew-Ha.m4a | Unknown |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| GMT20191219-185824_Matthew-Ha_640x360.mp4 | MP4 video |
| Fuzzball Slides Content | Google Docs |
| GMT20200113-221343_HPC-2-0.m4a | Unknown |
| GMT20200113-221343_HPC-2-0_1920x1056.mp4 | MP4 video |
| GMT20200109-180550_HPC2-0.m4a | Unknown |
| GMT20200109-180550_HPC2-0_640x360.mp4 | MP4 video |
| GMT20191231-211549_ALL-HANDS-.m4a | Unknown |
| GMT20191231-211549_ALL-HANDS-.txt | Plain text |
| Reseller Support Levels | Google Docs |
| Singularity Enterprise - Technical Specifications | Google Docs |
| Sylabs - Indiv. (John Krasnick)_NDA.pdf | PDF |
| Sylabs - Indiv. (Scott Padgett)_NDA.pdf | PDF |
| Sylabs - Indiv. (Tina Nolte)(NDA).pdf | PDF |
| Sylabs -Indiv. (John Rotchford)(NDA).pdf | PDF |
| Sylabs - Indiv. (Hermann von Drateln)(NDA).pdf | PDF |
| Huawei_Sylabs_NDA.pdf | PDF |
| Dell_Sylabs_NDA.pdf | PDF |
| Groupware_Sylabs_NDA.pdf | PDF |
| Accenture_Sylabs_NDA.pdf | PDF |
| AntMicro_Sylabs_NDA.pdf | PDF |
| HPE_Sylabs_CDA.pdf | PDF |
| Lenovo_Sylabs_NDA_Final.pdf | PDF |
| Zededa_Sylabs_NDA.pdf | PDF |
| Samsung SDSA_Sylabs_NDA.pdf | PDF |
| Lancium_Sylabs_NDA.pdf | PDF |
| ScaleFlux_Sylabs_NDA.pdf | PDF |
| EMU_Sylabs_NDA.pdf | PDF |
| AGC_PacificTeck_Sylabs_NDA.pdf | PDF |
| UberCloud_Sylabs_NDA.pdf | PDF |
| Symbiotic Systems_Sylabs_NDA.PDF | PDF |
| SUSE_Sylabs_NDA.pdf | PDF |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| AMD_Sylabs_NDA.pdf | PDF |
| Redapt_Sylabs_NDA 3.26.18.pdf | PDF |
| FRB_Sylabs_NDA.pdf | PDF |
| LLNL_Sylabs_NDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| Supermicro_Sylabs_NDA.pdf | PDF |
| GigaIO_Sylabs_NDA.pdf | PDF |
| NDAs Signed | Google Sheets |
| Clarus_Sylabs_NDA.pdf | PDF |
| OmniScale_Sylabs_NDA.pdf | PDF |
| Microsoft_Sylabs_NDA.pdf | PDF |
| Nvidia_Sylabs_NDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| HPE_Sylabs_NDA.pdf | PDF |
| Deloitte_Sylabs_NDA.pdf | PDF |
| Penguin_Sylabs_NDA.pdf | PDF |
| HPC Now_Sylabs_NDA.pdf | PDF |
| Samsung Semiconductor, Inc._Sylabs_NDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA.pdf | PDF |
| BostonLimited_SylabsNDA.pdf | PDF |
| American Systems_Sylabs_NDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA | Google Docs |
| Rescale_Sylabs_NDA.pdf | PDF |
| Storidge_Sylabs_NDA.pdf | PDF |
| Cyyon_Sylabs_NDA.pdf | PDF |
| Roche_Sylabs_NDA.pdf | PDF |
| Blusky_Sylabs_NDA.pdf | PDF |
| Walmart_Sylabs_RStor_NDA.pdf | PDF |
| CautivaTeck_Sylabs_NDA.docx.pdf | PDF |
| Aqua_Security_2017_Container_Security_Survey .pdf | PDF |
| Sylabs Professional Services Template.docx | Microsoft Word |
| securosis---complete-enterprise-container-security-guide-2018_394891.pdf | PDF |

**Appendix 07** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 501 files.

| Item Name | Item Type |
|---|---|
| Flyer - Front.pdf | PDF |
| Aqua_eBook_5_Things_DevOps_Need_to_Do_About_Container_Security.pdf | PDF |
| Sylabs Meetup.pdf | PDF |
| Sylabs.SingularityPRO-OSS.PkgInfo.v24x.06.20.2018.docx | Microsoft Word |
| Singularity-ScientificContainersMobilityCompute.pdf | PDF |
| Singularity Pro 1 Pager | Google Docs |
| PaXTeam-H2HC15-RAP-RIP-ROP.pdf | PDF |
| Singularity Slides.pdf | PDF |
| sylabs-hpe-whitepaper.docx | Microsoft Word |
| Sylabs Reseller doc_2019 | Google Docs |
| Container v. VM - Comparitive Study.pptx | Microsoft Powerpoint |
| CDave.xlsx | Microsoft Excel |
| Sales FAQ | Google Docs |