

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**



**Exhibit 9** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io moved 82 files.

| Item Name | Item Type |
|---|---|
| Fuzzball Timeline | Google Slides |
| Product Pricing Model (CONFIDENTIAL) | Google Sheets |
| Sales Standard Operating Procedure_Feb 2020 | Google Docs |
| Total Sales | Google Sheets |
| vision drafting | Google Docs |
| VC and Corporate Development Meetings  - Sheet1 (3) | Google Docs |
| VMWare License | Google Docs |
| Untitled presentation | Google Slides |
| VC and Corporate Development Meetings  - Sheet1 (3).pdf | PDF |
| XBD201705-00094-001.png | PNG image |
| TODO List | Google Sheets |
| Untitled document | Google Docs |
| Singularityblog vDraft | Google Docs |
| Singularityblog vDraft.docx | Microsoft Word |
| Sylabs - PITCH-1.6.pdf | PDF |
| Sylabs Cisco Pitch Opener | Google Docs |
| Untitled document | Google Docs |
| Untitled drawing | Google Drawings |
| Untitled document | Google Docs |
| Sylabs.io Web Map without copy.docx | Microsoft Word |
| Sylabs.io Web Map without copy | Google Docs |
| TODO | Google Docs |
| Sylabs Internal | Google Sites |
| Sylabs OrgChart 2019 | Google Drawings |
| Singularity Product Definition | Google Docs |
| Singularity Roadmap | Google Sheets |
| Singularity offerings | Google Sheets |
| Singularity/Sylabs meetup - Feb 19-23 | Google Sheets |
| Singularity Pro Flyer | Google Docs |
| OpenDrives SOW Points | Google Docs |
| Questions for Addison / HPC on Wall Street Panel | Google Docs |
| RStor / Sylabs options | Google Docs |
| Org Chart | Google Drawings |

**Appendix 09** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io moved 82 files.

| Item Name | Item Type |
| --- | --- |
| Security PR_SET_NO_NEW_PRIVS followup | Google Docs |
| Singularity Face to Face / user group - Feb 22-23 | Google Sheets |
| Singularity License and Support Model | Google Docs |
| SDX Central - hiring for container platforms | Google Docs |
| Securing quick wins for AI | Google Docs |
| Keys | Google Docs |
| HPC Wire Article | Google Docs |
| Key messages: | Google Docs |
| LANL CharlieCloud.pdf | PDF |
| Holiday Words | Google Docs |
| notes for HPC BOF | Google Docs |
| LinkedIn Recruiting InMail | Google Docs |
| Meeting: Bessemer Ventures | Google Docs |
| LLNL Discussion | Google Docs |
| Notes | Google Docs |
| Disrupt the Status Quo - HPC Taken to the Next Level | Google Docs |
| Facebook proposal | Google Docs |
| Employees | Google Sheets |
| DOD DSRC Questions | Google Docs |
| General Talk Bio and Abstracts | Google Docs |
| Greg's HPC History | Google Docs |
| Copy of Sylabs cap table | Google Sheets |
| Disrupting the Status Quo - HPC Taken to the Next Level | Google Docs |
| Dell Meeting | Google Docs |
| Comms Materials: Sylabs PR Launch | Google Docs |
| Babelfish engineering breakdown | Google Sheets |
| B634296 Sylabs.Pricing.Model.2019-3.png | PNG image |
| Budget test | Google Sheets |
| Employee Restructured Burn | Google Sheets |
| OLD - SYLABS Advisory Board Agreement (Template).doc | Microsoft Word |
| SYLABS Advisory Agreement (Robert Adolph) | Google Docs |
| SYLABS Advisory Agreement (Template) | Google Docs |
| RStor subsidy | Google Docs |

2

**Appendix 09** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io moved 82 files.

| Item Name | Item Type |
|---|---|
| SYLABS Advisory Board Agreement (Randori).pdf | PDF |
| Sylabs_NPA_92019pdf_Exhi.pdf | PDF |
| SYLABS Advisory Board Agreement (Krasnick).pdf | PDF |
| PricingModel.new-state-of-the-art.pdf | PDF |
| SingularityPRO Pricing and Support | Google Sheets |
| Copy of job_desc_core_dev2 | Google Docs |
| Copy of Singularity Messaging Doc | Google Docs |
| Sylabs Professional Services | Google Docs |
| Requirements for payment app | Google Docs |
| Workflow for billing, receiving payment, and delivering Singularity Pro | Google Docs |
| Materials - Singularity PRO | Google Docs |
| Copy of Sylabs-EULA.final.06.11.2018 | Google Docs |
| Copy of Customers | Google Sheets |
| Boilerplate customer letter | Google Docs |
| .DS_Store | Unknown |
| Fuzzball Slides | Google Slides |