

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 15

**Exhibit 15** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including creating 206 folders.

Sales
Customer Documents
Archive
Pipeline Archive
MPA
MPA Archive
SBIR
Notes
NetSuite
Documents
Professional Services
SingularityPRO
Singularity Enterprise
Qualcomm
LLNL
NDAs
THIRD POINT VENTURES
AFWERX 20.1
FreshSales Export Files
Signed Individual NDAs
Signed Corporate NDAs
Expired NDAs
SBIR
Notes
NetSuite
Documents
Customer Documents
Archive
Qualcomm
LLNL
NDAs
THIRD POINT VENTURES
Pipeline Archive
MPA
MPA Archive
AFWERX 20.1
FreshSales Export Files
Professional Services
SingularityPRO
Singularity Enterprise
Signed Individual NDAs
Signed Corporate NDAs
Expired NDAs
SBIR

Notes
NetSuite
Documents
Customer Documents
Archive
NDAs
THIRD POINT VENTURES
Pipeline Archive
MPA
MPA Archive
FreshSales Export Files
Professional Services
SingularityPRO
Singularity Enterprise
Qualcomm
LLNL
Signed Individual NDAs
Signed Corporate NDAs
Expired NDAs
AFWERX 20.1
Edge
Sales
Professional Services
Personal
Documents
Archive
Pipeline Archive
Archive
BizDev (OLD ARCHIVE)
melanie@sylabs.io
MPA Archive
Partnerships
Customer Documents
SingularityPRO
NDAs
Meeting Notes
Notes
Qualcomm
Presentations
Support Discussions
Documents (Sylabs Written)
Fuzzball
Corp
Keepers

1

**Appendix 15** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including creating 206 folders.

| | |
|---|---|
| Semi-automatic Container Creation | Resumes |
| geoffroy@sylabs.io | F2F Polls |
| Offer Letters | WhySyPRO |
| Recruiting | Agreements |
| Packages | Support Development SLA |
| tim@sylabs.io | Genome Jobs |
| Sylabs Orchestration | SC18 |
| y@sylabs.io | AFWERX 20.1 |
| Numericcal | SBIR |
| Gio Meetings | June 6th, 2019 |
| MPA | Outreach - Singularity Pro |
| PR/Analyst Relations | ZZZ.old.Customer and Partner Meetings |
| LLNL | Recordings |
| Full Drive | ObjectArena.com |
| Ecosystem | NetSuite |
| Logo | Docs |
| Documents (externally written) | Pending |
| Product Management | Aeler |
| Trade Events | FreshSales Export Files |
| FAQ | Company Notes!!! |
| Pricing | Corp Stand-up Meeting Recordings |
| NetSuit | Keith:Sales |
| All Corporate Docs | Engineering |
| XMind | JT Strategy |
| Rose - June 2019 - Sales and Partner | 9.4.19 |
| Why OSS | 7.10.19 |
| T&C | 8.28.19 |
| Press Releases | 7.24.19 |
| Signed Individual NDAs | 8.7.19 |
| Signed Corporate NDAs | 7.31.19 |
| Reseller Agreements | 8.14.19 |
| Expired NDAs | 7.17.19 |
| Singularity Enterprise | 6.24.19 |
| MPA | 6.17.19 |
| Marketing Materials | 5.15.19 |
| Marketing | 5.29.19 |
| Documents | 6.26.19 |
| Meetings | 6.19.19 |
| SC '19 Notes | 5.22.19 |
| Board of Director Meetings | 5.1.19 |
| NDAs | 6.12.19 |
| Brainstorming | 7.3.19 |
| Agreements | 5.8.19 |
| SyOS | 6.5.19 |

**Appendix 15** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including creating 206 folders.

HPC 2.0
Presentations
OpenDrives
Demo-2.19.20
RStor Example SOWs
Aqua Security
451 Research
Competition
PAX.GRSecurityKernel
Container Services
SingularityPRO.PRD
Singularity Compare
Project Management
SWOT
PauloMatic
01.13.20
Meeting Recordings
01.10.20
12.19.19
12.31.19
Archived
THIRD POINT VENTURES
divya@sylabs.io
Meetings
Proposals
Notes
Recruiting
Fuzzball Demo
OpenDrives
Board of Director Meetings