

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 26

**Exhibit 26** - During the month of March 2020, prior to ADOLPH tendering his resignation, his account robert@sylabs.io viewed 41 files.

| Item Name | Item Type |
|---|---|
| RStor - USAF Proposal - 100secs.mp4 | MP4 video |
| ONUG Notes | Google Docs |
| Sylabs Products MSRP | Google Sheets |
| Product Pricing Model (CONFIDENTIAL) | Google Sheets |
| Vendor Registration Form - V3Final.pdf | PDF |
| PO_B640518 Signed.pdf | PDF |
| Fuzzball Slides Content | Google Docs |
| Fuzz Budget | Google Sheets |
| Sylabs Spin-in Terms | Google Docs |
| Fuzzball | Google Slides |
| Fuzzball Competitive Analysis | Google Docs |
| Proposal for LC | Google Docs |
| DoD SBIR proposed areas of focus | Google Docs |
| 1. J201-CSO1-7047_Sylabs_Technical Volume.pdf | PDF |
| 2. J201-CSO1-7047_Sylabs_Slide Deck.pdf | PDF |
| 3. J201-CSO1-7047_Sylabs_Cost Volume.xlsx | Microsoft Excel |
| Sales Pipeline | Google Sheets |
| Fuzzball Planning | Google Docs |
| image.png | PNG image |
| Sylabs Solutions Brief (PRO_Enterprise).pdf | PDF |
| Sylabs Support SLA Matrix | Google Docs |
| Email cover to Joel | Google Docs |
| zoom | Google Docs |
| 2020-02_Dev_Timeline | Google Docs |
| DRAFT-PRO_Support_Lifecycle | Google Docs |
| Sylabs / RStor Settlement | Google Docs |
| systacks | Google Slides |
| Facebook proposal | Google Docs |
| main-demo-short.mp4 | MP4 video |
| ExxonMobilContainerStrategy.pdf | PDF |
| Solution Brief-Singularity Containers For Compute_FINAL.pdf | PDF |
| 2020-02_Roadmap_Pub | Google Docs |
| Sylabs Pro Ent | Google Slides |
| Sylabs - PITCH-corp.pptx | Microsoft Powerpoint |
| Sylabs Business Strategy | Google Slides |
| Sylabs Pro Ent (3) (2).pdf | PDF |

**Appendix 26** - During the month of March 2020, prior to ADOLPH tendering his resignation, his account robert@sylabs.io viewed 41 files.

| Item Name | Item Type |
|---|---|
| Sylabs Pro Ent (3) (2) | Google Docs |
| Greg's HPC History | Google Docs |
| Untitled document | Google Docs |
| Untitled document | Google Docs |
| RStor notes | Google Docs |