

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com
_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 27

**Exhibit 27** - On March 29, 2020, the account rose@sylabs.io added 137 files to the folder rose@sylabs.io.

| Item Name | Item Type |
|---|---|
| Anonymous to HR | Google Forms |
| Adam Hughes -  salary adjustment letter.docx (1).pdf | PDF |
| End of Contract - Sushma.docx | Microsoft Word |
| Resume.pdf | PDF |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.docx | Microsoft Word |
| Sylabs Inc.- MASTER SERVICES AGREEMENT | Google Docs |
| 40th bday party invite list | Google Sheets |
| Sylabs Inc. - Separation Agreement Waiver and Release (form).docx | Microsoft Word |
| Sylabs Inc - Separation Agreement Waiver and Release.docx | Microsoft Word |
| Technical Advisor Agreement (SYLABS).docx | Microsoft Word |
| Jon - Sylabs Stock | Google Sheets |
| SYLABS_UWC_30August2019.docx | Microsoft Word |
| SYLABS_UWC_30August2019 | Google Docs |
| Resume 2014 Rose Stein.doc | Microsoft Word |
| Erin - HR stuff | Google Docs |
| COBRA Enrollment Guide.pdf | PDF |
| Rose Stein - 00002372109.pdf | PDF |
| Rose Stein. Resume. contra costa county | Google Docs |
| Rose Stein.HR.Resume | Google Docs |
| Rose.Stein.Resume | Google Docs |
| Rose.Stein.Cover.Letter. | Google Docs |
| Murwood Fundraising Planning | Google Sheets |
| Murwood Walk-a-Thon 2019 | Google Docs |
| Email Templates | Google Docs |
| Sylabs Inc. - Separation Agreement Waiver and Release (form) | Google Docs |
| Copy of Intern Onboarding Doc | Google Docs |

**Appendix 27** - On March 29, 2020, the account rose@sylabs.io added 137 files to the folder rose@sylabs.io.

| Item Name | Item Type |
|---|---|
| gilles_gouaillardet (2).pdf | PDF |
| Team Member Feedback | Google Forms |
| Copy of Team Member Feedback | Google Forms |
| Team Member Feedback (Responses) | Google Sheets |
| Copy of Team Member Feedback (Responses) | Google Sheets |
| WVOE to be completed.pdf | PDF |
| WVOE to be completed | Google Docs |
| 1 - Copy.PDF | PDF |
| Godlove, David.xlsx | Microsoft Excel |
| ss.zip | Unknown |
| Omkar - Monthly Time Sheet - Biweekly Time Sheet.pdf | PDF |
| Contact_Emails.csv | Unknown |
| Contact_Emails | Google Sheets |
| Contacts with Error.xlsx | Microsoft Excel |
| Contacts with Error | Google Sheets |
| Contacts with Error 6-11.xlsx | Microsoft Excel |
| Contacts with Error 6-11 | Google Sheets |
| Deals with Error 6.17.xlsx | Microsoft Excel |
| Deals with Error 6.17 | Google Sheets |
| Consulting - ServicesAgreement - DT - July2019.docx | Microsoft Word |
| Weekly Time sheet - Ari Baranian | Google Forms |
| Weekly Time sheet - Sushma | Google Forms |
| Weekly Time sheets | Google Sheets |
| Ari Baranian's Resume - Sylabs (2).pdf | PDF |

**Appendix 27** - On March 29, 2020, the account rose@sylabs.io added 137 files to the folder rose@sylabs.io.

| Item Name | Item Type |
|---|---|
| 2019.03.pdf | PDF |
| Payroll_History Details.xls | Microsoft Excel |
| Baseline Onboarding Requirements  (1).docx | Microsoft Word |
| sylabs awful chart.drawio | Unknown |
| Copy of LLNL - Spack development | Google Docs |
| Copy of Handbook-Sylabs.docx | Microsoft Word |
| Summer internship ideas! | Google Docs |
| LLNL - Spack development | Google Docs |
| Handbook-Sylabs (2019) | Google Docs |
| OH Risk Packet.pdf | PDF |
| YZG - UA3 & AC2 (not signed).pdf | PDF |
| Sylabs Transition Letter.docx | Microsoft Word |
| E-Verify Registration questionnaire.doc | Microsoft Word |
| Sylabs Transition Letter | Google Docs |
| CAD TSR__Sylabs Inc.__Revised signed:check attached(002) copy.pdf | PDF |
| Sylabs HeadCount 1/18/19 | Google Sheets |
| Form I-9 Acceptable Documents.pdf | PDF |
| YZG SYLABS INC CO REG.pdf | PDF |
| Sylabs Money Tree | Unknown |
| fnyp-M | Google Docs |
| fnyp-W | Google Docs |
| WobitoAdrian-March2019-Timesheet-Signed.pdf | PDF |
| Sales quote | Google Docs |
| Sushma_March.pdf | PDF |
| Randy-Herbans-Resume (1).docx | Microsoft Word |
| 2019 FICA-FUTA Worksheet 051WSEs.xlsx | Microsoft Excel |
| Service Comparison.xlsx | Microsoft Excel |
| Company Info Sheet.pdf | PDF |
| MFF.pdf | PDF |

3

**Appendix 27** - On March 29, 2020, the account rose@sylabs.io added 137 files to the folder rose@sylabs.io.

| Item Name | Item Type |
|---|---|
| PEO HB Blank Census.xlsx | Microsoft Excel |
| paychex - PEO HB Blank Census | Google Sheets |
| Inspirity - Copy of 1C413250_Employees | Google Sheets |
| Murwood letterhead.docx | Microsoft Word |
| donation request form.doc | Microsoft Word |
| donation request form | Google Docs |
| letter.pdf | PDF |
| Sylabs OH Form UA-3_PEO Client Relationship Notification Pre-Filled.pdf | PDF |
| CV-short.pdf | PDF |
| DecemberTimeSheet.pdf | PDF |
| SylabsGlobalization P - MSA with France Pricing Addendum - (GP 010819).docx | Microsoft Word |
| SylabsGlobalization P - MSA with France Pricing Addendum - (GP 010819) | Google Docs |
| SylabsGlobalization P - MSA with France Pricing Addendum - (GP 010819) | Google Docs |
| NEW HIRE INFO Client - FRANCE (Final).docx | Microsoft Word |
| VOE Request Form.pdf | PDF |
| VOE Request Form | Google Docs |
| Resume-8.pdf | PDF |
| Mohsen Houshmand Resume v1 11-2018.docx | Microsoft Word |
| Gutierrez, Eduardo StdServicesAgreementSIGNED | Google Docs |
| Canadian Census Template.xls | Microsoft Excel |
| Attendance | Google Sheets |
| Jimi's first job | Google Sheets |
| Global Partnes Payroll Calc | Google Sheets |

4

**Appendix 27** - On March 29, 2020, the account rose@sylabs.io added 137 files to the folder rose@sylabs.io.

| Item Name | Item Type |
|---|---|
| Sample Third Party Recruitment Verification Ltr - SyLabs.docx | Microsoft Word |
| Untitled spreadsheet | Google Sheets |
| kai@sylabs.io | Folder |
| Resume Deshpande Omkar 10%2F12%2F18 | Google Docs |
| Tennessee 2018.pdf | PDF |
| TN Form LB-0910 (1).pdf | PDF |
| Rigoberto Zendejas_Shift Resume.pdf | PDF |
| Schedule | Google Sheets |
| HR presentation | Google Slides |
| Hiring Plans | Folder |
| Nwalor-Chibuzors-Resume.pdf | PDF |
| Webiste - Update! | Google Docs |
| Consulting proposal | Google Slides |
| Professional profile | Google Slides |
| Gantt chart | Google Sheets |
| HR presentation - Pie chart 1 | Google Sheets |
| Interview Help | Folder |
| SequioaOne | Folder |
| My Personal Stuff | Folder |
| Untitled document | Google Docs |
| Kai Nau resume | Google Docs |
| OnBoarding | Folder |
| Sylabs Equity Grants | Google Sheets |
| On boarding checklist.docx | Microsoft Word |
| On Boarding Internal Process - AF edits.docx | Microsoft Word |
| Sylabs Equity Grants | Google Sheets |
| On Boarding Internal Process - AF edits | Google Docs |
| On boarding checklist | Google Docs |
| HR Files - Sylabs | Folder |
| KiranVeeramalla-Resume.pdf | PDF |

5

**Appendix 27** - On March 29, 2020, the account rose@sylabs.io added 137 files to the folder rose@sylabs.io.

| Item Name | Item Type |
|---|---|
| Alexandra Yakovtseva (1).pdf | PDF |
| ACE - CV - July 2018.pdf | PDF |
| Bsiglar-resume.doc | Microsoft Word |
| Toan Nguyen | Google Docs |
| Getting started | PDF |