

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

**NEWPORT BEACH OFFICE**

# EXHIBIT 28

**Exhibit 28** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 478 folders for account g@sylabs.io to "Owner" or "Can edit."

cloud demo
apache Project
apache
Recorded
Ableton Project Info
Samples
assets
Video
Kdenlive-18.04.1
Backup
Video
EPC
EPC Demo Video
Sylabs
profile-photos
etc
qml
data
lib
share
plugins
From Kai SC18
ladspa
frei0r-1
mlt
New Recording Project
Youtube
dbus-1
mlt
ffmpeg
dbus-1
xdg
QtMultimedia
QtWinExtras
QtQuick.2
Qt
QtQml
org
QtQuick
QtTest
iconengines
playlistformats
imageformats
printsupport
styles

sqldrivers
bearer
xdg
qmltooling
audio
system.d
mediaservice
platforms
kauth
kf5
generic
Models.2
StateMachine
oldfilm
helper
kdenlive
interfaces
profiles
gtk2
services
plusgpl
decklink
sdl2
session.d
motion_est
vid.stab
Particles.2
Layouts
XmlListModel
LocalStorage
Controls
Dialogs
Window.2
Shapes
PrivateWidgets
Extras
def
FE
misc
services-frontend
Ableton Project Info
Samples
kiod
org.kde.kwindowsystem.platforms
labs

**Appendix 28** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 478 folders for account g@sylabs.io to "Owner" or "Can edit."

| | |
|---|---|
| kio | kxmlgui5 |
| kded | man |
| urifilters | titles |
| utils | sharedimage |
| zlib | folderlistmodel |
| lib | handlers |
| dist | settings |
| .bin | solid |
| node_modules | kwindowsystem |
| isbinaryfile | kquickcontrolsaddons |
| pako | kcm |
| postcss-url | kcoreaddons |
| node_modules | newstuff |
| kde | private |
| Past Employees | kio |
| Current Employees | draganddrop |
| menus | kquickcontrols |
| profiles | Recording |
| generators | interfaces |
| transitions | services |
| dbus-1 | xml |
| kf5 | avformat |
| lumas | normalize |
| effects | core |
| kservices5 | feeds |
| Backup | vmfx |
| examples | videostab |
| Ableton Project Info | frei0r |
| Samples | resample |
| config | qt |
| Recorded | HD |
| ui | PAL |
| Recorded | Private |
| Private | Base |
| designer | Desktop |
| plus | qml |
| presets | Styles |
| lumas | Private |
| export | images |
| kservicetypes5 | PAL |
| mime | filter |
| locale | consumer |
| knotifications5 | NTSC |
| config.kcfg | knewstuff |
| color-schemes | kcharselect |

**Appendix 28** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 478 folders for account g@sylabs.io to "Owner" or "Can edit."

| | |
|---|---|
| kmoretools | searchproviders |
| kcookiejar | useragentstrings |
| licenses | kconfig |
| kauth | LC_SCRIPTS |
| metainfo | LC_MESSAGES |
| applications | LC_MESSAGES |
| ps | LC_MESSAGES |
| zh_TW | LC_MESSAGES |
| pa | qml |
| zh_HK | kdenlive |
| nb | LC_MESSAGES |
| uz | PAL |
| sl | NTSC |
| ug | images |
| nl | LC_MESSAGES |
| or | LC_SCRIPTS |
| man1 | pics |
| movit.opacity | LC_MESSAGES |
| volume | Flat |
| movit.blur | LC_MESSAGES |
| brightness | LC_MESSAGES |
| kquickcontrols | sr@latin |
| pt_BR | sr@ijekavianlatin |
| uz@cyrillic | th |
| oc | pt |
| se | sr@ijekavian |
| sr | po |
| ta | tg |
| sk | tr |
| vi | sq |
| pl | nds |
| uk | update |
| LC_MESSAGES | packages |
| LC_MESSAGES | audio |
| LC_MESSAGES | application |
| LC_MESSAGES | image |
| LC_MESSAGES | video |
| images | text |
| LC_MESSAGES | avformat |
| LC_MESSAGES | sv |
| LC_MESSAGES | ro |
| presets-kmoretools | nn |
| LC_MESSAGES | tt |
| LC_SCRIPTS | wa |
| LC_MESSAGES | LC_MESSAGES |

**Appendix 28** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 478 folders for account g@sylabs.io to "Owner" or "Can edit."

| | |
|---|---|
| zh_CN | LC_SCRIPTS |
| xh | LC_SCRIPTS |
| te | LC_SCRIPTS |
| si | LC_MESSAGES |
| ru | LC_MESSAGES |
| ki18n5 | LC_MESSAGES |
| ki18n5 | LC_MESSAGES |
| hdv_1080_60i | LC_MESSAGES |
| hdv_720_25p | ki18n5 |
| hdv_720_30p | ki18n5 |
| hdv_720_50p | ki18n5 |
| hdv_720_60p | ki18n5 |
| intermediate | LC_MESSAGES |
| lossless | LC_MESSAGES |
| stills | LC_MESSAGES |
| hdv_1080_30p | LC_SCRIPTS |
| hdv_1080_50i | LC_MESSAGES |
| atsc_1080i_50 | ne |
| atsc_1080i_5994 | LC_MESSAGES |
| atsc_1080p_2398 | ki18n5 |
| atsc_1080p_24 | ki18n5 |
| atsc_1080p_25 | LC_MESSAGES |
| atsc_1080p_2997 | LC_MESSAGES |
| atsc_1080p_30 | LC_MESSAGES |
| atsc_1080p_50 | LC_MESSAGES |
| atsc_1080p_5994 | LC_MESSAGES |
| atsc_1080p_60 | LC_MESSAGES |
| atsc_720p_2398 | LC_MESSAGES |
| atsc_720p_50 | LC_SCRIPTS |
| atsc_720p_5994 | LC_MESSAGES |
| atsc_720p_60 | mai |
| dv_ntsc | mk |
| dv_ntsc_wide | ml |
| dv_pal | mr |
| dv_pal_wide | ms |
| hdv_1080_25p | ja |
| LC_MESSAGES | ka |
| LC_MESSAGES | kk |
| LC_MESSAGES | km |
| LC_MESSAGES | kn |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | ko |
| LC_MESSAGES | ku |
| LC_MESSAGES | lb |
| LC_MESSAGES | LC_MESSAGES |

4

**Appendix 28** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 478 folders for account g@sylabs.io to "Owner" or "Can edit."

| | |
|---|---|
| lt | LC_MESSAGES |
| lv | LC_SCRIPTS |
| ki18n5 | LC_MESSAGES |
| ki18n5 | LC_MESSAGES |
| LC_SCRIPTS | LC_MESSAGES |
| LC_MESSAGES | LC_SCRIPTS |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| LC_SCRIPTS | es |
| LC_MESSAGES | et |
| LC_MESSAGES | eu |
| LC_MESSAGES | fa |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | fi |
| LC_MESSAGES | fr |
| LC_MESSAGES | fy |
| LC_MESSAGES | ga |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | gd |
| LC_MESSAGES | gl |
| LC_MESSAGES | ki18n5 |
| LC_MESSAGES | LC_SCRIPTS |
| gu | LC_MESSAGES |
| ha | LC_MESSAGES |
| he | LC_MESSAGES |
| hi | LC_MESSAGES |
| hne | LC_MESSAGES |
| hr | LC_MESSAGES |
| hsb | LC_MESSAGES |
| hu | LC_MESSAGES |
| hy | ki18n5 |
| ia | LC_MESSAGES |
| id | ca@valencia |
| is | crh |
| it | cs |
| LC_MESSAGES | csb |
| LC_MESSAGES | cy |
| LC_MESSAGES | da |
| LC_MESSAGES | de |
| ki18n5 | el |
| ki18n5 | en |
| LC_MESSAGES | en_GB |
| LC_MESSAGES | en_US |
| LC_MESSAGES | eo |

5

**Appendix 28** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 478 folders for account g@sylabs.io to "Owner" or "Can edit."

bn
bn_IN
br
bs
LC_MESSAGES
ca
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_MESSAGES
LC_SCRIPTS
af
ar
as
ast
be
be@latin
bg
Avenir Free
Benefits
recruitment