

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____

**NEWPORT BEACH OFFICE**

# EXHIBIT 30

**Exhibit 30** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 476 folders for account rose@sylabs.io from "Owner" to "Can edit."

| | |
|---|---|
| cloud demo | xml |
| apache Project | hdv_1080_60i |
| apache | hdv_720_25p |
| Recorded | hdv_720_30p |
| Ableton Project Info | hdv_720_50p |
| Samples | hdv_720_60p |
| assets | intermediate |
| Video | lossless |
| EPC | avformat |
| From Kai SC18 | presets |
| def | profiles |
| FE | qt |
| Sylabs | resample |
| misc | sdl2 |
| services-frontend | vid.stab |
| utils | videostab |
| zlib | vmfx |
| lib | mlt |
| dist | volume |
| .bin | stills |
| node_modules | brightness |
| isbinaryfile | movit.blur |
| pako | movit.opacity |
| postcss-url | filter |
| node_modules | hdv_1080_30p |
| Past Employees | hdv_1080_50i |
| Current Employees | motion_est |
| profile-photos | normalize |
| config | oldfilm |
| Backup | plus |
| New Recording Project | plusgpl |
| Recorded | consumer |
| Video | atsc_1080i_50 |
| EPC Demo Video | atsc_1080i_5994 |
| Ableton Project Info | atsc_1080p_2398 |
| Samples | atsc_1080p_24 |
| Recorded | atsc_1080p_25 |
| Ableton Project Info | atsc_1080p_2997 |
| Samples | atsc_1080p_30 |
| Recording | atsc_1080p_50 |
| Youtube | atsc_1080p_5994 |
| Private | atsc_1080p_60 |
| Controls | atsc_720p_2398 |
| Base | atsc_720p_50 |
| Desktop | atsc_720p_5994 |

**Appendix 30** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 476 folders for account rose@sylabs.io from "Owner" to "Can edit."

| | |
|---|---|
| atsc_720p_60 | Styles |
| dv_ntsc | images |
| dv_ntsc_wide | Private |
| dv_pal | Dialogs |
| dv_pal_wide | designer |
| hdv_1080_25p | Extras |
| examples | Layouts |
| XmlListModel | LocalStorage |
| QtWinExtras | Particles.2 |
| interfaces | PrivateWidgets |
| dbus-1 | Shapes |
| ffmpeg | qml |
| share | kquickcontrols |
| PAL | solid |
| PAL | styles |
| Window.2 | draganddrop |
| QtQuick | kcm |
| QtQuick.2 | kconfig |
| QtTest | kcoreaddons |
| qml | kio |
| Kdenlive-18.04.1 | kquickcontrols |
| avformat | kquickcontrolsaddons |
| core | kwindowsystem |
| decklink | newstuff |
| NTSC | private |
| feeds | kde |
| frei0r | urifilters |
| gtk2 | mediaservice |
| kdenlive | platforms |
| NTSC | playlistformats |
| lumas | printsupport |
| sharedimage | qmltooling |
| StateMachine | sqldrivers |
| Flat | plugins |
| qml | org |
| images | Qt |
| Private | menus |
| folderlistmodel | ui |
| handlers | xdg |
| settings | system.d |
| labs | xdg |
| QtMultimedia | mlt |
| Models.2 | helper |
| QtQml | transitions |
| images | data |

**Appendix 30** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 476 folders for account rose@sylabs.io from "Owner" to "Can edit."

| | |
|---|---|
| dbus-1 | LC_MESSAGES |
| etc | LC_MESSAGES |
| frei0r-1 | LC_MESSAGES |
| ladspa | LC_MESSAGES |
| lib | LC_SCRIPTS |
| audio | LC_MESSAGES |
| bearer | LC_MESSAGES |
| generic | LC_MESSAGES |
| iconengines | ta |
| imageformats | te |
| kauth | tg |
| kded | th |
| kio | tr |
| kiod | tt |
| org.kde.kwindowsystem.platforms | ug |
| kf5 | LC_MESSAGES |
| video | uk |
| LC_MESSAGES | uz |
| xh | uz@cyrillic |
| zh_CN | vi |
| zh_HK | wa |
| locale | LC_MESSAGES |
| HD | LC_MESSAGES |
| lumas | LC_MESSAGES |
| man | LC_SCRIPTS |
| metainfo | LC_SCRIPTS |
| application | LC_SCRIPTS |
| audio | LC_SCRIPTS |
| image | LC_MESSAGES |
| packages | LC_MESSAGES |
| text | sk |
| mime | sl |
| profiles | sq |
| titles | LC_MESSAGES |
| LC_MESSAGES | sr |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | sr@ijekavian |
| LC_MESSAGES | LC_MESSAGES |
| zh_TW | sr@ijekavianlatin |
| PAL | LC_MESSAGES |
| man1 | sr@latin |
| ki18n5 | sv |
| LC_MESSAGES | ki18n5 |
| LC_MESSAGES | ki18n5 |
| LC_MESSAGES | ki18n5 |

3

**Appendix 30** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 476 folders for account rose@sylabs.io from "Owner" to "Can edit."

| | |
|---|---|
| ki18n5 | ml |
| ki18n5 | mr |
| LC_MESSAGES | ms |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | nb |
| LC_MESSAGES | nds |
| LC_MESSAGES | ja |
| LC_MESSAGES | ka |
| LC_MESSAGES | kk |
| LC_MESSAGES | km |
| LC_MESSAGES | kn |
| LC_SCRIPTS | LC_MESSAGES |
| LC_MESSAGES | ko |
| oc | ku |
| or | lb |
| pa | LC_MESSAGES |
| pl | lt |
| po | lv |
| ps | ki18n5 |
| pt | ki18n5 |
| pt_BR | LC_SCRIPTS |
| ro | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| ru | LC_MESSAGES |
| se | LC_MESSAGES |
| si | LC_SCRIPTS |
| ne | LC_MESSAGES |
| nl | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| nn | LC_MESSAGES |
| ki18n5 | LC_MESSAGES |
| ki18n5 | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| LC_SCRIPTS | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | gu |
| LC_MESSAGES | ha |
| LC_SCRIPTS | he |
| LC_MESSAGES | hi |
| mai | hne |
| mk | hr |

**Appendix 30** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 476 folders for account rose@sylabs.io from "Owner" to "Can edit."

| | |
|---|---|
| hsb | LC_MESSAGES |
| hu | LC_MESSAGES |
| hy | ki18n5 |
| ia | LC_MESSAGES |
| id | ca@valencia |
| is | crh |
| it | cs |
| LC_MESSAGES | csb |
| LC_MESSAGES | cy |
| LC_MESSAGES | da |
| LC_MESSAGES | de |
| ki18n5 | el |
| ki18n5 | en |
| LC_MESSAGES | en_GB |
| LC_MESSAGES | en_US |
| LC_MESSAGES | eo |
| LC_MESSAGES | bn |
| LC_SCRIPTS | bn_IN |
| LC_MESSAGES | br |
| LC_MESSAGES | bs |
| LC_MESSAGES | LC_MESSAGES |
| LC_SCRIPTS | ca |
| LC_MESSAGES | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| es | LC_MESSAGES |
| et | LC_MESSAGES |
| eu | LC_MESSAGES |
| fa | LC_MESSAGES |
| LC_MESSAGES | LC_MESSAGES |
| fi | LC_MESSAGES |
| fr | LC_MESSAGES |
| fy | LC_MESSAGES |
| ga | LC_MESSAGES |
| LC_MESSAGES | LC_SCRIPTS |
| gd | af |
| gl | ar |
| ki18n5 | as |
| LC_SCRIPTS | ast |
| LC_MESSAGES | be |
| LC_MESSAGES | be@latin |
| LC_MESSAGES | bg |
| LC_MESSAGES | services |
| LC_MESSAGES | update |
| LC_MESSAGES | presets-kmoretools |
| LC_MESSAGES | pics |

**Appendix 30** - On March 29, 2020, the account rose@sylabs.io changed the sharing permissions for 476 folders for account rose@sylabs.io from "Owner" to "Can edit."

licenses
useragentstrings
kdenlive
color-schemes
config.kcfg
interfaces
dbus-1
effects
export
generators
kauth
kcharselect
kcookiejar
kmoretools
knewstuff
kf5
knotifications5
searchproviders
kservices5
kservicetypes5
kxmlgui5
applications
Backup
Avenir Free
services
session.d