1  **PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
   LEPISCOPO & ASSOCIATES LAW FIRM
2  23 Corporate Plaza Drive, Suite 150
3  Newport Beach, California 92660
   Telephone: (619) 251-2428; Facsimile: (619) 330-2991
4  Email: plepiscopo@att.net
5  Counsel of Record for Plaintiff, **SYLABS, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al.,<br><br>Defendants. | Case No.  **5:23-cv-00849-SVK**<br><br>**EVIDENTIARY OBJECTIONS TO EXHIBIT A (KURTZER RELEASE) TO DECLARATION OF GREGORY KURTZER IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO CIQ DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 40)**<br><br>Date:   October 3, 2023<br>Time:   10:00 am<br>Courtroom:   6<br>Judge:   Honorable Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>1.   Opposition to Motion to Dismiss<br>2.   Opposition to Defendants' Request for Judicial Notice<br>3.   Declaration of Peter D. Lepiscopo<br>4.   Declaration of Christopher Tarbell<br>5.   Sylabs' Request for Judicial Notice<br>6.   Exhibits 1 through 37<br>7.   [*Proposed*] Order Denying Motion<br>8.   [*Proposed*] Order Sustaining Objections to and Excluding Kurtzer Release |

**EVIDENTIARY OBJECTIONS TO DECLARATION OF GREGORY KURTZER AND EXHIBIT A THERETO IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO CIQ DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 40)**

1

## EVIDENTIARY OBJECTIONS TO KURTZER RELEASE

Exhibit A to the Declaration of Gregory Kurtzer purports to be a copy of a Waiver, Release, and Settlement Agreement he declares he signed ("Kurtzer Release). Sylabs hereby **objects to** and **opposes** the Kutzer Release being admitted as evidence in support of the Defendants' Rule 12(b)(6) motion ("Motion").

The Kurtzer Release is not properly authenticated through the proper foundation. In his Declaration (ECF 40-3), defendant Kurtzer merely indicates that he is attaching the Kurtzer Release to his Declaration as Exhibit A—no other foundational information is provided (*see* p. 2, ¶ 2).

However, he provides no foundational facts as to the nature or purpose of the document; he does not provide authentication of other signatures appearing in the document; he does not explain the circumstances surrounding the document; he does not explain how the document was negotiated; he does not explain the scope and intent of the document; and he does not provide any foundational facts to support the document or explain its relevance. Accordingly, this Court should **sustain** the objections to and **exclude** the Kurtzer Release because it is inadmissible on evidentiary grounds. *See* Federal Rules of Evidence, Rules 401, 402, 601, and/or 602 (irrelevant and lack of foundation, competency, and personal knowledge)

Concurrent with the filing of this Objection, Sylabs has submitted a [*Proposed*] Order Sustaining Objections to and Excluding the Kurtzer Release.

Dated: September 11, 2023.          **LEPISCOPO & ASSOCIATES LAW FIRM**

By: /s/ Peter D. Lepiscopo
    **PETER D. LEPISCOPO**
    *Counsel of Record*
    Attorneys for Plaintiff, **SYLABS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 11, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2023.

LEPISCOPO & ASSOCIATES LAW FIRM

By: /s/ Peter D. Lepiscopo
    PETER D. LEPISCOPO
    *Counsel of Record*
    Attorneys for Plaintiff, **SYLABS, INC.**

---

**EVIDENTIARY OBJECTIONS TO DECLARATION OF GREGORY KURTZER AND EXHIBIT A THERETO IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO CIQ DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 40)**

3