| | |
|---|---|
| 1 | **PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583** |
| 2 | LEPISCOPO & ASSOCIATES LAW FIRM |
|   | 23 Corporate Plaza Drive, Suite 150 |
| 3 | Newport Beach, California 92660 |
| 4 | Telephone: (619) 251-2428; Facsimile: (619) 330-2991 |
|   | Email: plepiscopo@att.net |
| 5 | Counsel of Record for Plaintiff, **SYLABS, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, ) | Case No.  **5:23-cv-00849-SVK** |
| Plaintiff, ) | **DECLARATION OF PETER D. LEPISCOPO, ESQ., IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO IAG DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 39)** |
| v. ) | |
| **GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al., ) | |
| Defendants. ) | Date:  October 3, 2023 |
| | Time:  10:00 am |
| | Courtroom:  6 |
| | Judge:  Honorable Susan van Keulen |
| | Filed/Lodged Concurrently with: |
| | 1. Opposition to Motion to Dismiss |
| | 2. Sylabs' Request for Judicial Notice |
| | 3. Exhibit 37 |
| | 4. [*Proposed*] Order Denying Motion |

**DECLARATION OF PETER D. LEPISCOPO, ESQ., IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO IAG DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 39)**

1

I, Peter D. Lepiscopo, declare under the penalty of perjury as follows.

1. I am an attorney licensed to practice law in the State of California and a Member of the Bar of this Court. I am over the age of eighteen and have personal knowledge of the matters stated herein, except those stated on information and belief, and as to those I believe them to be true. I am now and have been throughout these proceedings counsel of record for plaintiff, Sylabs, Inc. (hereinafter referred to as "Sylabs" or "Plaintiff").

2. On April 6, 2021, the United States Patent and Trademark Office ("USPTO") issued and published Patent No. US 10,970,113 to defendant CTRL IQ, Inc. d/b/a CIQ ("CIQ") as Applicant and Owner, with defendants Gregory Kurtzer and Robert Adolph as co-inventors with three other non-party individuals as their co-inventors.

3. Through my account with the USPTO, I have accessed and procured from the USPTO's website and concurrently filed with this declaration a true and correct copy of U.S. Patent No. 10,970,113 and marked and identified same as Exhibit 37.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of September 2023 at Orange County, California.

Dated: September 11, 2023.                    **LEPISCOPO & ASSOCIATES LAW FIRM**


By: /s/ Peter D. Lepiscopo
    **PETER D. LEPISCOPO**
    *Counsel of Record*
    Attorneys for Plaintiff, **SYLABS, INC.**

---

**DECLARATION OF PETER D. LEPISCOPO, ESQ., IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO IAG DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 39)**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 11, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2023.

                                        **LEPISCOPO & ASSOCIATES LAW FIRM**

                                        By:  /s/ Peter D. Lepiscopo
                                                    **PETER D. LEPISCOPO**
                                                     *Counsel of Record*
                                                     Attorneys for Plaintiff, **SYLABS, INC.**

**DECLARATION OF PETER D. LEPISCOPO, ESQ., IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO IAG DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 39)**

3