## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, | Case No. **5:23-cv-00849-SVK** |
| Plaintiff, | |
| v. | [*PROPOSED*] **ORDER DENYING IAG DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 39)** |
| **GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al., | |
| Defendants. | |

### [*PROPOSED*] **ORDER**

IAG Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) [ECF 39], for an order to dismiss Sylabs, Inc.'s Complaint [ECF 1] came before the Court regularly.

The Court, having considered the Motion, Opposition to the Motion, and Evidence Submitted in Support and in Opposition, the Motion shall be and is hereby DENIED;

**IT IS HEREBY ORDERED** that Defendants shall have 30 days from the date of this Order to file an answer to the Complaint.

**IT IS SO ORDERED.**

Dated: _____.

_____
**SUSAN V**AN **KEULEN**
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 11, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2023.

LEPISCOPO & ASSOCIATES LAW FIRM

By: /s/ Peter D. Lepiscopo
   **PETER D. LEPISCOPO**
   *Counsel of Record*
   Attorneys for Plaintiff, **SYLABS, INC.**