1  **PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
2  23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
3  Telephone: (619) 251-2428; Facsimile: (619) 330-2991
4  Email: plepiscopo@att.net
Counsel of Record for Plaintiff, **SYLABS, INC.**
5

6

7                    **UNITED STATES DISTRICT COURT**

8        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

**SYLABS, INC.**, a Delaware corporation, )  Case No.  **5:23-cv-00849-SVK**
9                                          )
       Plaintiff,                          )  **SYLABS, INC.'S REQUEST FOR**
10                                          )  **JUDICIAL NOTICE IN SUPPORT OF**
                                           )  **SYLABS, INC.'S OPPOSITION TO IAG**
11     v.                                  )  **DEFENDANTS' MOTION TO DISMISS**
                                           )  **PURSUANT TO RULE 12(b)(6) (ECF 39)**
12  **GREGORY ROSE** a/k/a **GREGORY**        )
**M. KURTZER**, et al.,                     )
13                                          )    Date:    October 3, 2023
                                           )    Time:    10:00 am
14     Defendants.                         )  Courtroom:  6
                                           )    Judge:   Honorable Susan van Keulen
15                                          )
                                           )  Filed/Lodged Concurrently with:
16                                          )   1.   Opposition to Motion to Dismiss
17                                          )   2.   Declaration of Peter D. Lepiscopo
                                           )   3.   Exhibit 37
18                                          )   4.   [*Proposed*] Order Denying Motion
                                           )
19                                          )
                                           )
20                                          )
                                           )
21                                          )
                                           )
22                                          )
                                           )
23                                          )
                                           )
24                                          )
                                           )
25                                          )

26

27

28

LEPISCOPO & ASSOCIATES LAW FIRM

1

2

3

Plaintiff, Sylabs, Inc. ("Sylabs"), hereby makes the following Request for Judicial Notice ("Request") of U.S. Patent No. US 10,970,113 in support of Sylabs' Opposition to Defendants' Motion to Dismiss (ECF 39).

### REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201 and supporting case law, Sylabs hereby requests that the Court take judicial notice of the following documents in connection with and in opposition to Defendants' Motion to Dismiss:

1.      Exhibit 37 to the Declaration of Peter D. Lepiscopo is a copy of U.S. Patent No. 10,970,113. (*See* Decl. of Lepiscopo ¶¶ 2 and 3; Exh. 37.)

This Request for Judicial Notice is based upon the Declaration of Lepiscopo, Exhibit 37, the following Memorandum of Points and Authorities, Sylabs' Opposition and supporting papers, the pleadings and papers on file, and any additional argument or evidence permitted at the hearing on Defendants' Motion to Dismiss.

### MEMORANDUM OF POINTS AND AUTHORITIES

This Court may take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "Under Rule 201, the court can take judicial notice of public records and governments documents," including documents available on "websites run by governmental agencies." *Gerritsen v. Warner Bros Entertainment, Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015) (internal brackets and quotation marks omitted); *see also Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 999 (9th Cir. 2010).

The files and records of the USPTO (a government agency), including patents issued and published, constitute public records and documents under Rule 201. Accordingly, the Court should take judicial notice of U.S. Patent No. US 10,970,113, Exhibit 37. (*See* Decl. of Lepiscopo ¶¶ 2 and 3; Exh. 37.)

1    Dated:  September 11, 2023.            **LEPISCOPO & ASSOCIATES LAW FIRM**

2

3                                          By:  /s/ Peter D. Lepiscopo_____

4                                                **PETER D. LEPISCOPO**
                                                 *Counsel of Record*
5                                                Attorneys for Plaintiff, **SYLABS, INC.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SYLABS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO CIQ DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 39)**

**3**

*(Left margin, vertical)* LEPISCOPO & ASSOCIATES LAW FIRM

**LEPISCOPO & ASSOCIATES LAW FIRM**

1

2   **CERTIFICATE OF SERVICE**

3   I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 11, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

4

5

6

7   I certify under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2023.

8

9   **LEPISCOPO & ASSOCIATES LAW FIRM**

10

11   By: /s/ Peter D. Lepiscopo
       **PETER D. LEPISCOPO**
       *Counsel of Record*
       Attorneys for Plaintiff, **SYLABS, INC.**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**SYLABS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SYLABS, INC.'S OPPOSITION TO CIQ DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (ECF 39)**

**4**