NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
ARIEL E. ROGERS (SBN 316910)
ARogers@goodwinlaw.com
DAVID SERATI (SBN 329811)
DSerati@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
JFisher@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 650 853 1038

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**DECLARATION OF ELIZABETH J. LOW IN SUPPORT OF THE CIQ AND OPEN DRIVES DEFENDANTS' MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Courtroom: 6<br>Judge: Hon. Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>1. Motion to File Under Seal<br>2. [Proposed] Order Granting Motion to File Under Seal |

**DECLARATION OF ELIZABETH J. LOW**

I, Elizabeth J. Low, declare as follows:

1. I am an attorney of Goodwin Procter LLP and counsel of record for Defendants CTRL IQ, Inc. d/b/a CIQ; Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Matthew Hayden; Erin Fong; Marlin Prager (together, the "CIQ Defendants"); and Open Drives, Inc. and David Buss (together, the "Open Drives Defendants") (collectively, with the CIQ Defendants, "Defendants"). I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could and would testify competently to such matters. I make this declaration in support of Defendants' Motion to File Under Seal.

2. Defendants seek to seal the following document in connection with their Motion to Dismiss:

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| CIQ and Open Drives Defendants' Reply in Support of their Motion to Dismiss | Highlighted portions at page 6, lines 27-28; page 7, lines 1-14; and page 13, lines 19-21. | Gregory Kurtzer |

3. The highlighted portions of the Reply discuss or reference an April 29, 2020 Waiver, Release and Settlement Agreement (the "Release") between Mr. Kurtzer, Plaintiff Sylabs, Inc., and nonparties R-Stor Inc. and Sylabs Holdings, LLC, which was submitted in support of Defendants' Motion to Dismiss. *See* Dkt. No. 38; Dkt. No. 38-4 (Release). The Release contains a confidentiality provision that prohibits the public disclosure of its terms and contents. Moreover, disclosure of the Release might make other parties less willing to settle with Defendants, or insist on similar settlement terms, in future lawsuits. Indeed, the signatories to the Release entered the agreement with the expectation that the Release's terms would remain confidential. Sealing these portions is necessary for these reasons, and are narrowly tailored to only information meriting sealing.

//

1

LOW DECLARATION ISO THE CIQ AND OPEN DRIVES DEFENDANTS' MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS
CASE NO. 5:23-cv-00849-SVK

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2023 in Redwood City, California.

                                                        */s/ Elizabeth J. Low*
                                                         Elizabeth J. Low

2

LOW DECLARATION ISO THE CIQ AND OPEN DRIVES DEFENDANTS' MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS
CASE NO. 5:23-cv-00849-SVK

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Civil Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ *Neel Chatterjee*
Neel Chatterjee