UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**[PROPOSED] ORDER GRANTING THE CIQ AND OPEN DRIVES DEFENDANTS' MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS** |

# [PROPOSED] ORDER

Pending before the Court is the Motion to File Under Seal (the "Motion") filed by Defendants CTRL IQ, Inc. d/b/a CIQ; Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Matthew Hayden; Erin Fong; Marlin Prager (together, the "CIQ Defendants") and Open Drives, Inc. and David Buss (together, the "Open Drives Defendants"). Having considered the Motion, the Court finds compelling reasons exist to **GRANT** the Motion as follows:

| Document | Portions to be Filed Under Sealed | Basis for Sealing |
|---|---|---|
| CIQ and Open Drives Defendants' Reply in Support of their Motion to Dismiss | Highlighted portions at page 6, lines 27-28; page 7, lines 1-14; and page 13, lines 19-21. | The highlighted portions of the Reply quote or discuss Exhibit A to the Declaration of Gregory M. Kurtzer (Dkt. No. 38-4). Exhibit A is a confidential Waiver, Release and Settlement Agreement, the disclosure of which might make other parties less willing to settle with Defendants, or insist on similar settlement terms, in future lawsuits. |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. SUSAN VAN KEULEN
U.S. MAGISTRATE JUDGE

1

[Proposed] Order Granting the CIQ and Open Drives Defendants' Motion to File Under Seal Reply In Support of Motion to Dismiss
Case No. 5:23-cv-00849-SVK