UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLABS, INC.,<br>　　　　Plaintiff,<br>　　v.<br>GREGORY ROSE, et al.,<br>　　　　Defendants. | Case No.  23-cv-00849-SVK<br><br>**ORDER DENYING MOTIONS TO SEAL AS MOOT**<br><br>Re: Dkt. Nos. 38, 53 |

In connection with their motion to dismiss Plaintiff's complaint, certain Defendants sought to seal portions of their briefing.  *See* Dkts. 38, 53.  On December 19, 2023, the Court dismissed the complaint with leave to amend.  *See* Dkt. 59.  In its Order dismissing the complaint, the Court did not reference the at-issue portions of Defendants' briefing, and the Court did not consider those portions of Defendants' briefing in its analysis.  Accordingly, the Court **DENIES** Dkts. 38 and 53 as moot; Dkts. 38-3, 38-4 and 53-3 shall remain under seal.  *See, e.g.*, *Bloom Energy Corp. v. Badger*, No. 21-cv-02154-PJH, 2021 WL 4079208, at *13 (N.D. Cal. Sept. 8, 2021) ("As an initial matter, the court does not cite and need not refer to the latter 13 documents when reaching its decision on the counter motion and petition.  Given that, the court does not need to consider whether to seal them.  On that basis, the court denies as moot petitioner's request to seal these documents.  These 13 documents will remain protected from public view.").

**SO ORDERED.**

Dated: December 19, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge