

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**



**Exhibit 2** - During the month of March 2020, prior to KURTZER tendering his resignation, his account g@sylabs.io changed sharing permissions 54 times across 44 files and one folder.

| Item Name | Event Description | Item Type |
|---|---|---|
| Fuzz Budget | Gregory Kurtzer changed sharing permissions for robert@sylabs.io from None to Can edit | Google Sheets |
| Fuzz Budget | Gregory Kurtzer changed sharing permissions for m.prager@opendrives.com from None to Can view, Can comment | Google Sheets |
| Terms | Gregory Kurtzer changed sharing permissions for m.prager@opendrives.com from None to Can view, Can comment | Google Docs |
| Terms | Gregory Kurtzer changed sharing permissions for robert@sylabs.io from None to Can view, Can comment | Google Docs |
| Email cover to Joel | Gregory Kurtzer changed sharing permissions for robert@sylabs.io from None to Can edit | Google Docs |
| Email cover to Joel | Gregory Kurtzer changed sharing permissions for robert@sylabs.io from Can edit to Can view, Can comment | Google Docs |
| Email cover to Joel | Gregory Kurtzer changed sharing permissions for m.prager@opendrives.com from None to Can view, Can comment | Google Docs |
| Cover Letter | Gregory Kurtzer changed sharing permissions for gwendolyn@sylabs.io from None to Can view, Can comment | Google Docs |
| Fuzz Budget | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view, Can comment | Google Sheets |
| All Corporate Docs | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | Folder |
| 005 - Board Consent (Series Seed) - 11-30-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 001 - Action of Incorporator - 10-11-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 003 - Stockholder Consent (Indemnification Agreements and 2017 Stock Plan) - 11-22-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 004 - Board Consent re adoption of 2017 Stock Plan - 11-22-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |

**Appendix 02** - During the month of March 2020, prior to KURTZER tendering his resignation, his account g@sylabs.io changed sharing permissions 54 times across 44 files and one folder.

| Item Name | Event Description | Item Type |
|---|---|---|
| (3) - Stockholder Consent (Series Seed) - 11-30-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Common Stock Purchase Agreement (Gregory Kurtzer) - 11-10-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| B001 - Bylaws - 11-10-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 006 - Stockholder Consent (Series Seed) - 11-30-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| A001 - Certificate of Incorporation - 10-11-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Indemnification Agreement (Greg Kurzter) - 11-10-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| CA SOS Foreign Qualification FILED 12-4-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Investors' Rights Agreement (Series Seed) - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 002 - Board Consent (Organizational Resolutions) - 11-10-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| (6) - Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| (7) - Investors' Rights Agreement (Series Seed) - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Assignment of Technology Agreement (Greg Kurtzer) - 11-10-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Series Seed Preferred Stock Purchase Agreement - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |

**Appendix 02** - During the month of March 2020, prior to KURTZER tendering his resignation, his account g@sylabs.io changed sharing permissions 54 times across 44 files and one folder.

| Item Name | Event Description | Item Type |
|---|---|---|
| (2) - Board Consent (Series Seed) - 11-30-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Indemnification Agreement (Giovanni Coglitore) - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| A003 - Certificate of Incorporation [Sylabs Inc. 2018] - 8-17-18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Founder Stock Purchase Agreement - Sylabs Holdings LLC - 8.31.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 409A Valuation as of 12-31-17 - Carta Valuations LLC - 6-20-18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Patent Cooperation Treaty - 2019.07.11.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 011 - Stockholder Consent (Indemnification Agreements and Assumption of 2017 Plan) [Sylabs Inc. 2018] - 8.31.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 008 - Joint Board and Shareholder Consent of Conversion - 7.10.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 009 - Action of Incorporator [Sylabs Inc. 2018] - 8.17.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 010 - Board Consent (Organizational Resolutions) [Sylabs Inc. 2018] - 9.4.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| (4) - Stockholder Consent (appointment of Series Seed Director) - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 008A - Joint Board and Shareholder Consent of Conversion [DUPLICATE - WITH DRAFT STAMP] - 7.10.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| (8) - Indemnification Agreement  (Giovanni Coglitore) - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |

**Appendix 02** - During the month of March 2020, prior to KURTZER tendering his resignation, his account g@sylabs.io changed sharing permissions 54 times across 44 files and one folder.

| Item Name | Event Description | Item Type |
|---|---|---|
| Plan of Conversion - 7.10.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| (5) - Series Seed Preferred Stock Purchase Agreement - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| B002 - Bylaws [Sylabs Inc. 2018] - 8.31.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| A002 - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Certificate of Conversion (Corp to LLC) - 7.20.18.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| 007 - Stockholder Consent (appointment of Series Seed Director) - 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| (1) - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf | Gregory Kurtzer changed sharing permissions for joel.whitley@gmail.com from None to Can view | PDF |
| Sylabs / RStor Settlement | Gregory Kurtzer changed sharing permissions for robert@sylabs.io from None to Can view, Can comment | Google Docs |
| Sylabs / RStor Settlement | Gregory Kurtzer changed sharing permissions for adam@sylabs.io from None to Can view, Can comment | Google Docs |
| Sylabs / RStor Settlement | Gregory Kurtzer changed sharing permissions for david.trudgian@sylabs.io from None to Can view, Can comment | Google Docs |
| Sylabs / RStor Settlement | Gregory Kurtzer changed sharing permissions for michael.frisch@sylabs.io from None to Can view, Can comment | Google Docs |
| Facebook proposal | Gregory Kurtzer changed sharing permissions for robert@sylabs.io from None to Can edit | Google Docs |
| Greg's HPC History | Gregory Kurtzer changed sharing permissions for robert@sylabs.io from None to Can view, Can comment | Google Docs |