

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

NEWPORT BEACH OFFICE



**Exhibit 4** - Between tendering his resignation and the effective date of his resignation, March31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Corp Confidential | Shared drive |
| Untitled presentation | Google Slides |
| Singularity Product Definition | Google Docs |
| Singularity Presentation - NewFull_DCG.pptx | Google Slides |
| Godlove David Sylabs Offer Letter_15Dec2017.docx | Microsoft Word |
| Penguin Computing Mutual NDA - Sylabs Inc.pdf | PDF |
| Godlove David Sylabs Offer Letter 2017.12.15 | Google Docs |
| Sylab Employee NDA and IP Assignment.docx | Microsoft Word |
| Current Monthly Expenditures | Google Sheets |
| Getting started | PDF |
| Cote Yannick Sylabs Offer Letter_15Dec2017.docx | Microsoft Word |
| Singularity Presentation - IntelDevCon.pptx | Microsoft Powerpoint |
| Godlove David Sylabs Offer Letter 2017.12.15 | Google Docs |
| Your points are well received | Google Docs |
| GMT20200227-160239_Fuzzball-D_2560x1440.mp4 | MP4 video |
| GMT20200227-160239_Fuzzball-D.m4a | Unknown |
| Bauer Michael Sylabs Offer Letter_15Dec2017.docx | Microsoft Word |
| Keyserver requirements | Google Docs |
| main-demo-2.mp4 | MP4 video |
| main-demo-short.mp4 | MP4 video |
| Lenovo Slides | Google Slides |
| Sylabs Edge Platform - Semi-Final | Google Slides |
| Copy of Sylabs Fleet | Google Slides |
| Sylabs Fleet - Themed | Google Slides |
| image012.jpg | JPEG image |
| Total Sales | Google Sheets |
| Bauer Michael Sylabs Offer Letter 2017.12.15 | Google Docs |
| SCC Signup.docx | Microsoft Word |
| Features Vs. Benefits | Google Docs |
| Wallmart Labs | Google Docs |
| Lenovo Proposal - 2019-01-17 | Google Docs |
| Brainstorming | Google Docs |
| Discussions with Jensen | Google Docs |
| Cool Things We Are Working On | Google Docs |
| Website updates | Google Docs |
| Sylabs overview GV | Google Docs |
| Recruiting status | Google Sheets |
| Singularity Presentation - NewFull.pptx | Microsoft Powerpoint |
| Copy of HPC-2.0 | Google Docs |
| DELETE ME | Google Slides |
| edge-demo-1080.mov | Quicktime video |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Sylabs Edge Platform Technical | Google Slides |
| Product Pricing Model (CONFIDENTIAL) | Google Sheets |
| MASTER PURCHASE AGREEMENT (Roche/Genentech) | Google Docs |
| 2019-08-05 Edge Meeting | Google Docs |
| Partner support pricing model | Google Sheets |
| Partnership: Sylabs and Infoserve | Google Slides |
| SC18 Notes | Google Docs |
| Sylabs at SC18 | Google Slides |
| Test Upload Single | Google Sheets |
| Sylabs Meetings SC18.pptx | Microsoft Powerpoint |
| Test  Upload All | Google Sheets |
| Contact  Sample  CSV | Google Sheets |
| Meeting Agenda  K-M  10-29-18 | Google Docs |
| Sylabs - Mutual Non Disclosure Agreement with FRBKC Legal edits copy | Google Docs |
| My Leads.csv | Unknown |
| Corp stand up notes 11/20 | Google Docs |
| Reseller Support Levels | Google Docs |
| PAYMENT REMINDER EMAIL TEMPLATE | Google Docs |
| Sales Operations Meeting Ledger | Google Docs |
| PricingModel.new-state-of-the-art.pdf | PDF |
| Employees open to moving to RStor | Google Sheets |
| Infoserve - Sidra Research | Google Docs |
| Sylabs Product Pricing (CONFIDENTIAL).pdf | PDF |
| website initial content | Google Docs |
| Infoserve | Google Docs |
| Initial engagement outline | Google Docs |
| Sylabs Edge Platform | Google Slides |
| Edge Platform Presentation Outline | Google Docs |
| Initial Questions | Google Docs |
| BuildForm.pdf | PDF |
| Level of Effort | Google Docs |
| SingularityPRO Pricing and Support | Google Sheets |
| Copy of Singularity Messaging Doc | Google Docs |
| Copy of job_desc_core_dev2 | Google Docs |
| Sales Pipeline | Google Sheets |
| Sales Sync | Google Docs |
| ARR Pipeline Draft | Google Sheets |
| PacificTeck Quotes | Google Sheets |
| QCRI-HBKU Reseller Discussion | Google Docs |
| BeoBash PPT Template.pptx | Microsoft Powerpoint |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| HPCast Presentation | Google Slides |
| Sylabs Business Pitch | Google Slides |
| SyOS Overview | Google Slides |
| Containers 101 - Stanford | Google Slides |
| Sylabs Template 1 | Google Slides |
| Pacifictech | Google Docs |
| Singularity Presentation - Master Deck.pptx | Microsoft Powerpoint |
| Discussion with Chuck Chai | Google Docs |
| PMIx Canopie HPC 2019 | Google Slides |
| Singularity vs. Docker | Google Docs |
| canopie HPC pmix paper | Google Docs |
| DOE SBIR fy2020 heterogeneous computing | Google Docs |
| Copy of DOE SBIR fy2020 scalable containers | Google Docs |
| On-node resource management w/ Singularity | Google Slides |
| Copy of DOE SBIR fy2020 heterogeneous computing | Google Docs |
| DOE SBIR fy2020 scalable containers | Google Docs |
| Untitled spreadsheet | Google Sheets |
| Sylabs Reseller Agreement FINAL | Google Docs |
| Sylabs Master Purchase Agreement - Final | Google Docs |
| BizDev Team Structure | Google Docs |
| Template Reseller Agreement (WIP) | Google Docs |
| Copy of Sylabs-Reseller Agmt with EULA.FINAL.docx | Microsoft Word |
| Materials - Singularity PRO | Google Docs |
| POCs in Progress | Google Sheets |
| RStor - USAF Proposal - 100secs.mp4 | MP4 video |
| Sylabs Solutions Brief (PRO/Enterprise).pdf | PDF |
| Sales Standard Operating Procedure  Feb 2020 | Google Docs |
| Copy of Customers | Google Sheets |
| Boilerplate customer letter | Google Docs |
| Workflow for billing, receiving payment, and delivering Singularity Pro | Google Docs |
| Sylabs Professional Services | Google Docs |
| Requirements for payment app | Google Docs |
| 19 July - Meeting Notes | Google Docs |
| Gio 1-1: 2018-02-23 | Google Docs |
| Gio 1-1: 2018-03-08 | Google Docs |
| Untitled Site | Google Sites |
| SIF Lab notes | Google Docs |
| Getting started | PDF |
| Sylabs Products 2019 | Google Docs |
| Sylabs Reseller doc _2019 | Google Docs |
| Copy of Sylabs-EULA.final.06.11.2018 | Google Docs |
| Sylabs Sales Questionnaire.xlsx | Microsoft Excel |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Vertical Markets.docx | Microsoft Word |
| Marketing Materials and New to watch | Google Docs |
| Quick Sylabs-Singularity Message.docx | Microsoft Word |
| Sylabs.Update.v8.Partner.pptx | Microsoft Powerpoint |
| Sylabs Inc. Master Purchase Agreement (signed).pdf | PDF |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.pdf | PDF |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.docx | Microsoft Word |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.docx | Microsoft Word |
| Price Sheet | Google Sheets |
| Blogger List | Google Sheets |
| Quotes for Singularity 3.0 PR | Google Docs |
| Singularity 3.0 PR | Google Docs |
| Analyst List | Google Sheets |
| Press Release Roadmap | Google Sheets |
| Editorial Contacts | Google Sheets |
| Sylabs Support SLA Matrix | Google Docs |
| sylabs-hpe-whitepaper.docx | Microsoft Word |
| MASTER PURCHASE AGREEMENT (Original Revision) - DO NOT USE | Google Docs |
| Sylabs - Indiv. (Mutual Non Disclosure Agreement) (NDA) | Google Docs |
| Copy of Sales Pipeline | Google Sheets |
| fsales_report_66737_3000032092_3000010770__08_11_2018_14_05_01 | Google Sheets |
| Meeting: Dell | Google Docs |
| fsales_report_66737_3000032092_3000010731__08_11_2018_00_53_48 | Google Sheets |
| i-9.pdf | PDF |
| Missing info  all deals | Google Sheets |
| fsales_report_66737_3000032092_3000010731__08_11_2018_00_53_48 | Google Sheets |
| fsales_report_66737_3000032092_3000010769__08_11_2018_13_54_10 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| Corp Stand Up - 11/7 MG | Google Docs |
| Meeting: Genentech & Roche | Google Docs |
| Singularity Roadmap | Google Sheets |
| Singularity Product Definition | Google Docs |
| Sylabs Products 2020 | Google Docs |
| Sylabs - PITCH-1.6.pdf | PDF |
| Greg's HPC History | Google Docs |
| Singularity/Sylabs meetup - Feb 19-23 | Google Sheets |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Sylabs Products MSRP | Google Sheets |
| Facebook proposal | Google Docs |
| Singularityblog vDraft | Google Docs |
| Singularityblog vDraft.docx | Microsoft Word |
| Employees | Google Sheets |
| General Talk Bio and Abstracts | Google Docs |
| Arm light NRE - budget | Google Sheets |
| Getting started | PDF |
| Arm internal discussions | Google Docs |
| Arm light NRE | Google Docs |
| SyMPI: easily manage and execute your MPI Singularity containers | Google Docs |
| MPI compat matrices | Google Docs |
| SyContainerize: creating MPI Singularity containers made easy | Google Docs |
| Copy of DOE SBIR fy2020 heterogeneous computing | Google Docs |
| Untitled presentation | Google Slides |
| Untitled Site (Home) | Unknown |
| SyPro Pricing Comparo.xlsx | Microsoft Excel |
| Sylabs Inc. - Reseller Agmt with EULA.docx | Google Docs |
| SYLABS Advisory Board Agreement (Randori).pdf | PDF |
| SYLABS Advisory Agreement (Template) | Google Docs |
| Employee Restructured Burn | Google Sheets |
| SYLABS Advisory Agreement (Robert Adolph) | Google Docs |
| RStor subsidy | Google Docs |
| SYLABS Advisory Board Agreement (Krasnick).pdf | PDF |
| Sylabs_NPA_92019pdf_Exhi.pdf | PDF |
| OLD - SYLABS Advisory Board Agreement (Template).doc | Microsoft Word |
| case-study-template.png | PNG image |
| singularity-container_3.1-1pro_arm64.deb | Unknown |
| singularity-container_3.3.0-1_amd64.deb | Unknown |
| singularity-container_3.0.3-1_amd64.deb | Unknown |
| Sylabs Mutual Non-Disclosure Agreement (NDA) | Google Docs |
| Sandia_Sylabs_Updated NDA.pdf | PDF |
| OpenDrives_Sylabs_NDA.pdf | PDF |
| Facebook_Sylabs_NDA.pdf | PDF |
| TigerGraph__Sylabs - Mutual NDA.pdf | PDF |
| TGen_Sylabs_CDA.pdf | PDF |
| ARM_Sylabs_NDA.pdf | PDF |
| Manxman Group_Sylabs_NDA.pdf | PDF |
| LBNL_Sylabs_NDA (Renewal 2.5.20).pdf | PDF |
| Numericcal_Sylabs_NDA.pdf | PDF |
| Sylabs Weekly Standup Meeting (POR) | Google Docs |
| Sales FAQ | Google Docs |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Singularity Enterprise System Requirements | Google Docs |
| Sylabs Logo.png | PNG image |
| fsales_report_66737_3000032092_3000010637__06_11_2018_16_19_48 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| HP-CAST meeting | Google Docs |
| Meeting: DNAnexus | Google Docs |
| Meeting Agenda k&M | Google Docs |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| Remote I9 - Note to Authorized Representative (Employee).pdf | PDF |
| fsales_report_66737_3000032092_3000010617__06_11_2018_12_04_05 | Google Sheets |
| fsales_report_66737_3000032092_3000010617__06_11_2018_12_04_05 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| Remote I9 - Note to Authorized Representative (Employee) | Google Docs |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| fsales_report_66737_3000032092_3000010710__07_11_2018_20_35_13 | Google Sheets |
| TheFutureoScientificWorkflows.deelman2017.pdf | PDF |
| SingularityPRO | Google Docs |
| Sylabs - Indiv. (Ken Glasheen) 6-12-2018.pdf | PDF |
| SylabsWhiteLogo.png | PNG image |
| Singularity.v3.Logo.svg | Unknown |
| Singularity.v3.Logo.png | PNG image |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| SingularityLogo.png | PNG image |
| Sylabs Trade Events | Google Sheets |
| Sylabs Core Values | Google Docs |
| RStor Spin-In | Google Docs |
| Schedule of corporate milestones for Series A | Google Docs |
| Sylabs pitch | Google Docs |
| Professional Services | Google Docs |
| CircleCICD.pricing-infosheet.pdf | PDF |
| Sylabs- SingularityOSS.kevin.docx | Microsoft Word |
| Singularity-Comparison-Flyer-hires-1 (1).pdf | PDF |
| nrg.2017.113.pdf | PDF |
| 171101 Singularity Flyer - v2.docx | Microsoft Word |
| Sylabs Professional Services Template | Google Docs |
| Sylabs.SyPRO-PS.(SoW).v1.docx | Microsoft Word |
| TheFutureoScientificWorkflows.deelman2017.pdf | PDF |
| Sylabs Leavebehinds-OrangeAI.2018.pptx | Microsoft Powerpoint |
| Flyer - Front.pdf | PDF |
| Sylabs.Master.03.15.2018.pptx | Microsoft Powerpoint |
| Sylabs Planning v1.6.xmind | Unknown |
| Sylabs Logo.png | PNG image |
| 171101 Singularity Flyer - v2.docx | Microsoft Word |
| Sylabs Use Case Listing | Google Docs |
| Sylabs - Indiv. (Heather Crawford) 07-26-2018.pdf | PDF |
| Sylabs - Indiv. (Ken Glasheen) 5-31-2018.pdf | PDF |
| Sylabs - Indiv. (Rodolfo Giometti) 07-17-2018.pdf | PDF |
| Sylabs - Indiv. (Gianluca Guida) (NDA) 7-23-2018.pdf | PDF |
| 32_04-Hahn.pdf | PDF |
| Encrypted SIF Meetup | Google Forms |
| Singularity Enterprise | Google Docs |
| Adam's ISC '18 Notes | Google Docs |
| Sylabs - Indiv. (Daniel Bessanov) 8-1-2018.pdf | PDF |
| Sylabs - Indiv. (Larry Lires) 07-27-2018.pdf | PDF |
| Sylabs - Indiv. (Rob Currin) 07-28-2018.pdf | PDF |
| Sylabs - Indiv. (Kim McMahon) 07-13-2018.pdf | PDF |
| Sylabs - Indiv. (Kenneth Craft) 4-12-2018.pdf | PDF |
| Competitors SWOT analysis | Google Slides |
| Terms and Conditions - Orrick Draft 03/05/2018 | Google Docs |
| Singularity Enterprise - Technical Specifications | Google Docs |
| Security PR_SET_NO_NEW_PRIVS followup | Google Docs |
| SDX Central - hiring for container platforms | Google Docs |
| Singularity License and Support Model | Google Docs |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Singularity Pro Flyer | Google Docs |
| Singularity offerings | Google Sheets |
| OpenDrives SOW Points | Google Docs |
| Securing quick wins for AI | Google Docs |
| RStor / Sylabs options | Google Docs |
| Singularity Face to Face / user group - Feb 22-23 | Google Sheets |
| Access Tokens | Google Docs |
| Vanessa to Ruth | Google Docs |
| Conversation with Vanessa - picking on.png | PNG image |
| Dave and Michael.mp4 | MP4 video |
| Flyer - Front.pdf | PDF |
| Sylabs.SingularityPRO-OSS.PkgInfo.v24x.06.20.2018.docx | Microsoft Word |
| Sylabs Meetup.pdf | PDF |
| Singularity-ScientificContainersMobilityCompute.pdf | PDF |
| Sylabs Professional Services Template.docx | Microsoft Word |
| ISC18-meetings-summaries | Google Docs |
| Sylabs Fleet | Google Slides |
| rescue-hpc18 | Google Docs |
| Sylabs - Indiv. (Scott Padgett)  NDA.pdf | PDF |
| Sylabs - Indiv. (Tina Nolte)(NDA).pdf | PDF |
| Sylabs - Indiv. (Hermann von Drateln)(NDA).pdf | PDF |
| Sylabs -Indiv. (John Rotchford)(NDA).pdf | PDF |
| Sylabs - Indiv. (John Krasnick)  NDA.pdf | PDF |
| fsales_report_66737_3000032092_3000010613__06_11_2018_11_35_53 | Google Sheets |
| Untitled document | Google Docs |
| Getting started | PDF |
| Leads | Google Sheets |
| Meeting: PacificTeck | Google Docs |
| PacificTeck Accounts for follow up | Google Docs |
| Customer Sheet_WORKING | Google Sheets |
| Doc - Nov 4 2018 - 9-42 PM.pdf | PDF |
| Pricing/quotes meeting | Google Docs |
| ThankYousc18 image | Google Slides |
| Customer relationship management | Google Sheets |
| Lead_Sample_CSV | Google Sheets |
| 1Test1 | Google Sheets |
| SC18 Contacts | Google Sheets |
| Sylabs Post SC18 Follow Ups | Google Sheets |
| fsales_report_66737_3000032092_3000010610__06_11_2018_11_28_37 | Google Sheets |
| Untitled document | Google Docs |
| Deal Report for updates - 1-2-18 | Google Sheets |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Meeting: GigaIO | Google Docs |
| Ranges | Google Sheets |
| SC18 Notes Adam | Google Docs |
| Sylabs-EULA.final.06.11.2018.docx | Microsoft Word |
| Sylabs - ISC Redapt v2.docx | Microsoft Word |
| Sylabs - ISC PacificTeck v1.docx | Microsoft Word |
| Sylabs - ISC Redapt v1.docx | Microsoft Word |
| Sylabs - ISC partner release, 06.05.18-Lydia Orig.docx | Microsoft Word |
| Sylabs - ATOS Platform License and Services Agreement (9.7.18).draft.docx | Microsoft Word |
| Sylabs-Reseller Agmt with EULA.final.03.12.2019.docx | Microsoft Word |
| Sylabs - ISC PacificTeck v3.docx | Microsoft Word |
| Sylabs - ATOS Platform License and Services Agreement (9.6.18).draft.docx | Microsoft Word |
| Sylabs-EULA.final.06.11.2018.SAIC.pdf | PDF |
| Sylabs - ISC PacificTeck v4.docx | Microsoft Word |
| Sylabs-Reseller Agmt with EULA.final.03.12.2018.docx | Microsoft Word |
| Sylabs - ISC partner release 06.18.18.docx | Microsoft Word |
| Sylabs - ATOS Platform License and Services Agreement (9.7.18).kjc.docx | Microsoft Word |
| Sylabs.Channel.Partner.Agreement.HPCNow!.03.12.2019.docx | Microsoft Word |
| Sylabs - ISC partner release, 06.18.18.docx | Microsoft Word |
| Comparison Table | Google Slides |
| Huawei - Sylabs.pdf | PDF |
| Sylabs business models | Google Docs |
| B001 - Bylaws - 11-10-17.pdf | PDF |
| Business case one pager (for Matteo) | Google Docs |
| Accounts | Google Docs |
| HPE.pdf | PDF |
| Redapt.Sylabs MNDA FE 3.26.18.pdf | PDF |
| LBNL.pdf | PDF |
| 006 - Stockholder Consent (Series Seed) - 11-30-17.pdf | PDF |
| 2. J201-CSO1-7047_Sylabs_Slide Deck.pdf | PDF |
| Indemnification Agreement  (Greg Kurzter) - 11-10-17.pdf | PDF |
| Cray.pdf | PDF |
| NDA_Sylabs_BULL_SAS.pdf | PDF |
| 3. J201-CSO1-7047_Sylabs_Cost Volume.xlsx | Microsoft Excel |
| Totale.pdf | PDF |
| 4. Additional Info_Sylabs.pdf | PDF |
| Singularity Price Offering Model | Google Sheets |
| 1. J201-CSO1-7047_Sylabs_Technical Volume.pdf | PDF |
| NDA_Aeler_Sylabs.pdf | PDF |
| Burn Rate | Google Sheets |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| (3) - Stockholder Consent (Series Seed) - 11-30-17.pdf | PDF |
| Dell NDA 100115647 - Sylabs.io - audit.pdf | PDF |
| 001 - Action of Incorporator - 10-11-17.pdf | PDF |
| 003 - Stockholder Consent (Indemnification Agreements and 2017 Stock Plan) - 11-22-17.pdf | PDF |
| A001 - Certificate of Incorporation - 10-11-17.pdf | PDF |
| NDA Roche - Singularity April 2018.pdf | PDF |
| 005 - Board Consent (Series Seed) - 11-30-17.pdf | PDF |
| 004 - Board Consent re adoption of 2017 Stock Plan - 11-22-17.pdf | PDF |
| Common Stock Purchase Agreement (Gregory Kurtzer) - 11-10-17.pdf | PDF |
| LLNL Discussion | Google Docs |
| Key messages: | Google Docs |
| Keys | Google Docs |
| Meeting: Bessemer Ventures | Google Docs |
| notes for HPC BOF | Google Docs |
| Questions for Addison / HPC on Wall Street Panel | Google Docs |
| LANL CharlieCloud.pdf | PDF |
| Org Chart | Google Drawings |
| LinkedIn Recruiting InMail | Google Docs |
| Notes | Google Docs |
| fsales_report_66737_3000032092_3000011881__28_11_2018_14_04_58 | Google Sheets |
| Draft Deals | Google Sheets |
| DRAFT_Deal Report | Google Sheets |
| Purchase order | Google Sheets |
| Meeting: Aeler | Google Docs |
| Untitled spreadsheet | Google Sheets |
| Untitled document | Google Docs |
| Sylabs customers and partners_12-17-18 | Google Sheets |
| Sylabs.SalesMaster.v9.3.NewHire.Training | Google Slides |
| Invoice | Google Sheets |
| SAIC_Sylabs_NDA.pdf | PDF |
| Amazon_Sylabs_NDA.pdf | PDF |
| Orange_Sylabs_NDA.docx | Microsoft Word |
| Aeler_Sylabs_NDA.pdf | PDF |
| Atos/BULL_Sylabs_NDA.pdf | PDF |
| HPC_Sylabs_NDA.pdf | PDF |
| ABB_Sylabs_NDA.pdf | PDF |
| VMWare_Sylabs_NDA.pdf | PDF |
| QUALCOMM_Sylabs_NDA.pdf | PDF |
| resume.pdf | PDF |
| TGEN_Sylabs_CDA (Expired).pdf | PDF |
| Penguin Computing+Sylabs_NDA_20180710_fully-executed.pdf | PDF |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| LBNL_Sylabs_NDA.pdf | PDF |
| Singularity Slides.pdf | PDF |
| Intercompany Services Agreement (Sylabs - R-Stor).doc | Microsoft Word |
| RStor notes | Google Docs |
| Fuzz Budget | Google Sheets |
| Sylabs Spin-in Terms | Google Docs |
| Sylabs / RStor Settlement | Google Docs |
| Cover Letter | Google Docs |
| CEO Report - 08.23.2018 | Google Slides |
| Sylabs Architecture.png | PNG image |
| Sylabs-EULA.final.06.11.2018 | Google Docs |
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture.png | PNG image |
| Sylabs Architecture Build.png | PNG image |
| Sylabs Architecture Exec.png | PNG image |
| Sylabs Architecture.png | PNG image |
| Sylabs-EULA.final.06.11.2018 | Google Docs |
| Sylabs Architecture.png | PNG image |
| Dell | Google Docs |
| SDX Central Interview: Sylabs General Update | Google Docs |
| Google | Google Docs |
| Pfizer | Google Docs |
| Ellexus | Google Docs |
| SyLabs revenue models | Google Sheets |
| DOD - AFRL | Google Docs |
| University of Wisconsin | Google Docs |
| Network World Interview: Singularity General Update | Google Docs |
| Yale | Google Docs |
| Total | Google Docs |
| Pacific Tech | Google Docs |
| HPCNow | Google Docs |
| Pfizer | Google Docs |
| EDF | Google Docs |
| Qualcomm | Google Docs |
| Penguin Computing | Google Docs |
| TGen | Google Docs |
| SUSE | Google Docs |
| P&G | Google Docs |
| RedLine | Google Docs |
| FRB | Google Docs |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Dell NDA 100115647 - Sylabs.io_encrypted_ (1).pdf | PDF |
| Sandia.pdf | PDF |
| Pengiun Computing.pdf | PDF |
| Amazon AWS.pdf | PDF |
| Singularity Pro 1 Pager | Google Docs |
| Infoserve.pdf | PDF |
| Sylabs_Advising Plan.docx | Microsoft Word |
| Sylabs_Advising PPT.pptx | Microsoft Powerpoint |
| Sylabs_Advising Plan.docx | Microsoft Word |
| Sylabs - Activation Introduction.pdf | PDF |
| Fuzzball Timeline | Google Slides |
| Meeting: Univalle | Google Docs |
| Meeting: Google Partnership | Google Docs |
| Untitled document | Google Docs |
| All Accounts | Google Sheets |
| Meeting: Aqua Security | Google Docs |
| Meeting: ORNL | Google Docs |
| Master list for CRM | Google Sheets |
| Sylabs.Update.v6 | Google Slides |
| Untitled document | Google Docs |
| fsales_report_66737_3000032092_3000012580__11_12_2018_15_34_2 2 | Google Sheets |
| Exxon Mobil | Google Docs |
| Atos | Google Docs |
| Meeting: Brown University - Paolo | Google Docs |
| zoom_Sylabs_QCRI_ 5-22-19.mp4 | MP4 video |
| Meeting: FRB Follow Up | Google Docs |
| Meeting: Zededa | Google Docs |
| Meeting: Brown University 12/5 | Google Docs |
| Meeting: HHMI | Google Docs |
| zoom_0.mp4 | MP4 video |
| Sylabs, Inc - Company & Product Information | Google Docs |
| Zoom Audio_Sylabs_QCRI_5-22-19.m4a | Unknown |
| Meeting Redapt Partnership Overview | Google Docs |
| Meeting: Intel Life Sciences Intro Meeting | Google Docs |
| Sylabs.Update.v6.Partner.pdf | PDF |
| Meeting: SDSC | Google Docs |
| Budget test | Google Sheets |
| DOD DSRC Questions | Google Docs |
| Dell Meeting | Google Docs |
| Copy of Sylabs cap table | Google Sheets |
| Babelfish engineering breakdown | Google Sheets |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Comms Materials: Sylabs PR Launch | Google Docs |
| Disrupting the Status Quo - HPC Taken to the Next Level | Google Docs |
| Holiday Words | Google Docs |
| HPC Wire Article | Google Docs |
| NDA_Aeler_Sylabs.pdf | PDF |
|    TEMPLATE | Google Docs |
| Microsoft | Google Docs |
| Cray | Google Docs |
| Amazon AWS | Google Docs |
| Scalar.ca | Google Docs |
| Sales Email Important Points | Google Docs |
| Copy of FINAL_Sylabs.io - Cloud Marketplace Onboarding - Open Source Compliance Worksheet | Google Sheets |
| (6) - Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf | PDF |
| Investors' Rights Agreement (Series Seed) - 12-1-17.pdf | PDF |
| Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf | PDF |
| CA SOS Foreign Qualification FILED 12-4-17.pdf | PDF |
| Series Seed Preferred Stock Purchase Agreement - 12-1-17.pdf | PDF |
| (7) - Investors' Rights Agreement (Series Seed) - 12-1-17.pdf | PDF |
| Assignment of Technology Agreement (Greg Kurtzer) - 11-10-17.pdf | PDF |
| 002 - Board Consent (Organizational Resolutions) - 11-10-17.pdf | PDF |
| Indemnification Agreement  (Giovanni Coglitore) - 12-1-17.pdf | PDF |
| (2) - Board Consent (Series Seed) - 11-30-17.pdf | PDF |
| Sylabs Inc. - Certificate of Incorporation FILED 10_11_17 (2).pdf | PDF |
| Sylabs Organization Chart | Google Drawings |
| Sylabs Organization Chart v2 | Google Drawings |
| Sylabs Inc. - Common Stock Purchase Agreement (with vesting) (G. Kurtzer) (1).DOCX | Microsoft Word |
| Sylabs Inc. - Employer Identification Letter (signed).pdf | PDF |
| Sylabs Inc. - 83(b).DOCX | Microsoft Word |
| Sylabs Inc. - Board Consent (Organizational Resolutions).pdf | PDF |
| CA SOS Foreign Qualification FILED 12-4-17.pdf | PDF |
| Sequoia CA_Power_of_Attorney_Declaration__DE_48__-UPDATED_11.28.2017-signed.pdf | PDF |
| FCA US LLC - Form of Proof of Concept (POC) Agreement 1919.Sylabs.02.01.2019.docx | Microsoft Word |
| Singularity-logo-large.png | PNG image |
| Untitled document | Google Docs |
| Sylabs_Singularity+Kubernetes demo_2-20-19.mp4 | MP4 video |
| Copy of My Leads | Google Sheets |
| fsales_report_66737_3000032092_3000016661__18_02_2019_13_28_05 | Google Sheets |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| FCA US LLC - Form of Proof of Concept (POC) Agreement 1919.Sylabs.02.01.2019.docx | Microsoft Word |
| My Leads | Google Sheets |
| 2/18 Containerized workflow user group meeting | Google Docs |
| 007 - Stockholder Consent (appointment of Series Seed Director) - 12-1-17.pdf | PDF |
| (5) - Series Seed Preferred Stock Purchase Agreement - 12-1-17.pdf | PDF |
| B002 - Bylaws [Sylabs Inc. 2018] - 8.31.18.pdf | PDF |
| (4) - Stockholder Consent (appointment of Series Seed Director) - 12-1-17.pdf | PDF |
| (8) - Indemnification Agreement  (Giovanni Coglitore) - 12-1-17.pdf | PDF |
| 008A - Joint Board and Shareholder Consent of Conversion [DUPLICATE - WITH DRAFT STAMP] - 7.10.18.pdf | PDF |
| B634296 Sylabs.Pricing.Model.2019-3.png | PNG image |
| A002 - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf | PDF |
| (1) - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf | PDF |
| Plan of Conversion - 7.10.18.pdf | PDF |
| Certificate of Conversion (Corp to LLC) - 7.20.18.pdf | PDF |
| Leads.csv | Unknown |
| Sales_Account_Contacts.csv | Unknown |
| Notes.csv | Unknown |
| Tasks.csv | Unknown |
| Users.csv | Unknown |
| Task_Collaborators.csv | Unknown |
| User_Roles.csv | Unknown |
| Lead_Emails.csv | Unknown |
| Deal_Contacts.csv | Unknown |
| Deals.csv | Unknown |
| Singularity Pro Contacts | Google Sheets |
| Singularity Pro to users | Google Docs |
| 3-19-19_Compuwave_Sylabs_03191 - Quotation.pdf | PDF |
| Untitled document | Google Docs |
| 12-5-18_FRB_Sylabs Quote12055.pdf | PDF |
| Untitled presentation | Google Slides |
| Copy of Content - Google Cloud Marketplace - First Announcement - February 27, 2019 | Google Docs |
| Untitled document | Google Docs |
| Sylabs_Comparison_Brief.pdf | PDF |
| all deals_all2-18 | Google Sheets |
| Copy of Content - Google Cloud Marketplace - First Announcement - February 27, 2019 | Google Docs |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Copy of Randy Pidhayny | Google Docs |
| Sylabs.io - Kubernetes Apps Metadata | Google Sheets |
| Sylabs.io - Cloud Marketplace Onboarding - Open Source Compliance Worksheet | Google Sheets |
| Sylabs.io - Kubernetes Apps Metadata | Google Sheets |
| Sylabs.io - Cloud Marketplace Onboarding - Open Source Compliance Worksheet | Google Sheets |
| Copy of Sylabs.io - Cloud Marketplace Onboarding - Open Source Compliance Worksheet | Google Sheets |
| Copy of Sylabs.io - Kubernetes Apps Metadata | Google Sheets |
| GaneshB OA.pdf | PDF |
| PKarthikRaj OA.pdf | PDF |
| Naveen OA.pdf | PDF |
| AmarnathTripathy OA.pdf | PDF |
| ManoA OA.pdf | PDF |
| RambabuPatthipaka OA.pdf | PDF |
| Open Quotes w_ Node Count | Google Sheets |
| Open Quotes w_ Node Count.xlsx | Microsoft Excel |
| DRAFT_ Meeting form.docx | Microsoft Word |
| Copy of Google edits - Content - Google Cloud Marketplace - First Announcement - March 1st 2019 | Google Docs |
| Deals | Google Sheets |
| Appointments.csv | Unknown |
| Appointment_Attendees.csv | Unknown |
| Accounts.csv | Unknown |
| Contact_Emails.csv | Unknown |
| Call_Logs.csv | Unknown |
| Contacts.csv | Unknown |
| Emails.csv | Unknown |
| 009 - Action of Incorporator [Sylabs Inc. 2018] - 8.17.18.pdf | PDF |
| 011 - Stockholder Consent (Indemnification Agreements and Assumption of 2017 Plan) [Sylabs Inc. 2018] - 8.31.18.pdf | PDF |
| Penguin Computing Mutual NDA - Sylabs Inc.pdf | PDF |
| A003 - Certificate of Incorporation [Sylabs Inc. 2018] - 8-17-18.pdf | PDF |
| Sylabs Offer Letter - Bauer Michael | Google Docs |
| 409A Valuation as of 12-31-17 - Carta Valuations LLC - 6-20-18.pdf | PDF |
| Patent Cooperation Treaty - 2019.07.11.pdf | PDF |
| 008 - Joint Board and Shareholder Consent of Conversion - 7.10.18.pdf | PDF |
| Sylabs Offer Letter - Stover Jason | Google Docs |
| Sylabs Offer Letter - Godlove David | Google Docs |
| 010 - Board Consent (Organizational Resolutions) [Sylabs Inc. 2018] - 9.4.18.pdf | PDF |
| Sylabs Offer Letter - Cote Yannick | Google Docs |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Job Description - Yannick Cote | Google Docs |
| Information Service WLL.pdf | PDF |
| Founder Stock Purchase Agreement - Sylabs Holdings LLC - 8.31.18.pdf | PDF |
| Pricing meeting_5-17-19 | Google Docs |
| Copy of Sylabs.Pricing.Models.v04.17.2019 | Google Sheets |
| Copy of v2_Sylabs Product & Support Data | Google Docs |
| Untitled document | Google Docs |
| 201902-SingularityPOC-SOW_V2.pdf | PDF |
| Untitled document | Google Docs |
| Untitled spreadsheet | Google Sheets |
| SyPro Pricing Comparo v.13 (2) | Google Sheets |
| Copy of 201902-SingularityPOC-SOW_V2.pdf | PDF |
| Process document | Google Slides |
| Design_ Sylabs Product/ Support Data | Google Docs |
| Sylabs Product/ Support Data | Google Docs |
| Sylabs Open Quotes_5-3-19 | Google Sheets |
| SyPro Pricing Comparo v.13 (2).xlsx | Microsoft Excel |
| Sylabs/ Zendesk Sell Meeting - 4/23/19 | Google Docs |
| Sylabs.RStor.Update.04.30.2019.final_MG (1).pptx | Microsoft Powerpoint |
| Google edits - Content - Google Cloud Marketplace - First Announcement - March 1st 2019 | Google Docs |
| Google Cloud Marketplace - Sylabs Announcement_4-9-19 | Google Docs |
| V1_Sylabs.io - Cloud Marketplace Onboarding - Open Source Compliance Worksheet | Google Sheets |
| Copy of Sylabs.io - Cloud Marketplace Onboarding - Open Source Compliance Worksheet | Google Sheets |
| Sales Pipeline (external VC use) 7.10.19 | Google Sheets |
| Copy of Sales Pipeline - Reference | Google Sheets |
| Sales Pipeline (OLD) BAD | Google Sheets |
| Jia Li NDA (Google).eml | Unknown |
| Sylabs - Indiv. (Audrey Daste) (NDA).pdf | PDF |
| Dan Beal_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Crystal Valentine).pdf | PDF |
| Sylabs -Indiv.(Shervin Gharavinia)(NDA).pdf | PDF |
| Robert Adolph_Sylabs_NDA.pdf | PDF |
| Jason Tuschen_Sylabs_NDA.pdf | PDF |
| Jason Torey_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Massimiliano Culpo) (NDA).pdf | PDF |
| 2018.10.31 Brain Dump.mp4 | MP4 video |
| Sylabs: Vision, Mission, Values | Google Docs |
| GMT20190814-165602_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190807-165456_Sylabs-JTs_640x360.mp4 | MP4 video |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| GMT20190814-165602_Sylabs-JTs.txt | Plain text |
| GMT20190807-165456_Sylabs-JTs.m4a | Unknown |
| GMT20190814-165602_Sylabs-JTs.m4a | Unknown |
| GMT20190807-165456_Sylabs-JTs.txt | Plain text |
| GMT20190724-165527_Sylabs-JTs.txt | Plain text |
| GMT20190724-165527_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190724-165527_Sylabs-JTs.m4a | Unknown |
| 10/1 | Google Docs |
| 8/31 | Google Docs |
| Friday9:7:18.mp4 | MP4 video |
| Copy of Reduce Burn - Plan / Options | Google Docs |
| JT's meeting Notes | Google Docs |
| GMT20190904-165911_Sylabs-JTs.m4a | Unknown |
| GMT20190904-165911_Sylabs-JTs.txt | Plain text |
| GMT20190904-165911_Sylabs-JTs_640x360.mp4 | MP4 video |
| TEMPLATE_Sylabs Quote_SH | Google Sheets |
| TEMPLATE_Sylabs Quote_PacificTeck_SH | Google Sheets |
| SyLab Business Flow (Alfredo) v-0.6.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-1.1.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.1.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.9.pptx | Microsoft Powerpoint |
| SurveyQuestions.docx | Microsoft Word |
| Sylabs 101.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.5.pptx | Microsoft Powerpoint |
| Sylabs 101.5.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.3.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.7.pptx | Microsoft Powerpoint |
| GMT20190731-165631_Sylabs-JTs.txt | Plain text |
| GMT20190731-165631_Sylabs-JTs_2040x1148.mp4 | MP4 video |
| GMT20190731-165631_Sylabs-JTs.m4a | Unknown |
| GMT20190710-165350_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190710-165350_Sylabs-JTs.m4a | Unknown |
| GMT20190710-165350_Sylabs-JTs.txt | Plain text |
| SingularityPRO Order Form_Revised 2.11.20 (Qualcomm).docx | Microsoft Word |

17

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| SingularityPRO Order Form (Qualcomm) | Google Docs |
| Singularity Product Definition v.1.1.docx | Microsoft Word |
| Singularity Product Definition v.1.0.docx | Microsoft Word |
| st-container-storage-for-dummies-ebook-v2-f7543-201705-en.pdf | PDF |
| SyLab Business Flow (Alfredo) v-0.2.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-0.8.pptx | Microsoft Powerpoint |
| Singularity Roadmap.webarchive | Unknown |
| Sylabs.io Roadmap v3.0 12.07.2018.png | PNG image |
| Singularity Presentation - LabTech 2017.pptx | Microsoft Powerpoint |
| working.pdf | PDF |
| Singularity.Planning.xmind | Unknown |
| GMT20190617-155835_Corp-Stand.m4a | Unknown |
| GMT20190617-155835_Corp-Stand.txt | Plain text |
| Penguin_Sylabs_NDA.pdf | PDF |
| BostonLimited_SylabsNDA.pdf | PDF |
| Nvidia_Sylabs_NDA.pdf | PDF |
| CautivaTeck_Sylabs_NDA.docx.pdf | PDF |
| HPC Now_Sylabs_NDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| Cyyon_Sylabs_NDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA | Google Docs |
| HPE_Sylabs_NDA.pdf | PDF |
| Deloitte_Sylabs_NDA.pdf | PDF |
| DELL Meeting 10.8.18 | MP4 video |
| Comparison Table.pptx | Microsoft Powerpoint |
| Sylabs_Singularity_Solution_Brief_v1.docx | Microsoft Word |
| Sylabs_Singularity_Comparison_DataSheet_v1.docx | Microsoft Word |
| GMT20190717-170931_Sylabs-JTs.txt | Plain text |
| GMT20190717-170931_Sylabs-JTs.m4a | Unknown |
| GMT20190717-170931_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190828-165820_Sylabs-JTs.m4a | Unknown |
| GMT20190828-165820_Sylabs-JTs.txt | Plain text |
| GMT20190828-165820_Sylabs-JTs_1288x928.mp4 | MP4 video |
| GMT20190501-170530_Sylabs-JTs.m4a | Unknown |
| GMT20190501-170530_Sylabs-JTs.txt | Plain text |
| GMT20190501-170530_Sylabs-JTs_640x360.mp4 | MP4 video |
| Buyer Personas | Google Docs |
| GMT20190515-165754_Sylabs-JTs.m4a | Unknown |
| GMT20190515-165754_Sylabs-JTs_640x360.mp4 | MP4 video |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| GMT20190624-155623_Corp-Stand.m4a | Unknown |
| GMT20190624-155623_Corp-Stand_1506x932.mp4 | MP4 video |
| GMT20190624-155623_Corp-Stand.txt | Plain text |
| GMT20190619-165558_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190619-165558_Sylabs-JTs.m4a | Unknown |
| GMT20190619-165558_Sylabs-JTs.txt | Plain text |
| GMT20190626-165416_Sylabs-JTs.txt | Plain text |
| GMT20190626-165416_Sylabs-JTs.m4a | Unknown |
| GMT20190626-165416_Sylabs-JTs_1616x788.mp4 | MP4 video |
| Sing_VMs_docker-2.3.xlsx | Microsoft Excel |
| SyLab Business v.5.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-1.5.pptx | Microsoft Powerpoint |
| Sing_VMs_docker.xlsx | Microsoft Excel |
| Sylabs-CustomerParter.List.xlsx | Microsoft Excel |
| SIF - Yannick Presentation 12.2017.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-1.2.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo).pptx | Microsoft Powerpoint |
| Sylabs business models.docx | Microsoft Word |
| GMT20190522-180938_Sylabs-JTs.m4a | Unknown |
| GMT20190522-180938_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190605-165645_Sylabs-JTs.txt | Plain text |
| GMT20190605-165645_Sylabs-JTs.m4a | Unknown |
| GMT20190605-165645_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190612-165528_Sylabs-JTs.txt | Plain text |
| GMT20190612-165528_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190612-165528_Sylabs-JTs.m4a | Unknown |
| GMT20190508-165720_Sylabs-JTs.m4a | Unknown |
| GMT20190508-165720_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190703-165731_Sylabs-JTs_640x360.mp4 | MP4 video |
| GMT20190703-165731_Sylabs-JTs.txt | Plain text |
| GMT20190703-165731_Sylabs-JTs.m4a | Unknown |
| SyLab Business v.3.pptx | Microsoft Powerpoint |
| Singularity Price Offering Model.xlsx | Microsoft Excel |
| SyLab Business Flow (Alfredo) v-1.3.pptx | Microsoft Powerpoint |
| SyLab Business Flow (Alfredo) v-1.4.pptx | Microsoft Powerpoint |

19

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Sylabs ManuMatic LOE Template.xlsm | Microsoft Excel |
| VMSizingCloud2015.pdf | PDF |
| Singularity_BOD_BC_1_16_18_V4.pdf | PDF |
| VMContainerComparison.pptx | Microsoft Powerpoint |
| Sing_VMs_docker.xlsx.webarchive | Unknown |
| Singularity_BOD_BC_1_16_18_V7.pdf | PDF |
| GMT20190529-165511_Sylabs-JTs_1810x1224.mp4 | MP4 video |
| GMT20190529-165511_Sylabs-JTs.m4a | Unknown |
| GMT20190529-165511_Sylabs-JTs.txt | Plain text |
| Reseller Agreements | Google Sheets |
| Microsoft_Sylabs_NDA.pdf | PDF |
| Roche_Sylabs_NDA.pdf | PDF |
| Storidge_Sylabs_NDA.pdf | PDF |
| Samsung Semiconductor, Inc._Sylabs_NDA.pdf | PDF |
| OmniScale_Sylabs_NDA.pdf | PDF |
| Walmart_Sylabs_RStor_NDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA.pdf | PDF |
| Blusky_Sylabs_NDA.pdf | PDF |
| Rescale_Sylabs_NDA.pdf | PDF |
| American Systems_Sylabs_NDA.pdf | PDF |
| MPAs Signed | Google Sheets |
| Sandia_Sylabs_One-way NDA.pdf | PDF |
| Rescale_Sylabs.pdf | PDF |
| HPC-2.0 | Google Docs |
| Compute Service.drawio | Unknown |
| Fuzzball Slides Content | Google Docs |
| fuzz-demo-so-far.md | Unknown |
| ffmpeg-converter.def | Unknown |
| ffmpeg.yaml | Unknown |
| WhySyPro-Flyer.v9.pptx | Microsoft Powerpoint |
| DeleteMe.pptx | Microsoft Powerpoint |
| Sylabs-WhySingularityPRO.v2.docx | Microsoft Word |
| Sylabs-WhySingularityPRO.pdf | PDF |
| Sylabs-WhySingularityPRO.docx | Microsoft Word |
| WhySyPro-Flyer.pptx | Microsoft Powerpoint |
| WhySyPro-Flyer.v3.pptx | Microsoft Powerpoint |
| WhySyPro-Flyer.v4.pptx | Microsoft Powerpoint |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| WhySyPro-Flyer.v5.pptx | Microsoft Powerpoint |
| Singularity3.0-PartnerUpdate.docx | Microsoft Word |
| EMC.premium.support.pdf | PDF |
| NA-Partner-Agreement-United-States-20150306.pdf | PDF |
| Sylabs Partner Terms.Agreement.docx | Microsoft Word |
| NA-Partner-Agreement-VAR-Program-United-States-20150306.pdf | PDF |
| Sylabs-Reseller Agmt with EULA.final.05.16.2018.draft.pdf | PDF |
| Sylabs-EULA.final.06.11.2018.pdf | PDF |
| Sylabs-Reseller Agmt with EULA.final.05.16.2018.docx | Google Docs |
| Sylabs-Reseller Agmt with EULA.final.05.16.2018.docx | Microsoft Word |
| Sylabs-Reseller Agmt with EULA.final.05.16.2018.pdf | PDF |
| Sylabs-Reseller Agmt with EULA.final.06.11.2018.docx | Microsoft Word |
| Sylabs-EULA.final.06.11.2018.SAIC.docx | Microsoft Word |
| TDK POC SOW v.1 6.12.31.docx | Microsoft Word |
| UCSB - Solutions Proposal.docx | Microsoft Word |
| UCSB SOW.xlsx | Microsoft Excel |
| Singularity Pro - Terms and Conditions Outline | Google Docs |
| ContainerVMatScale.WP.6-CVM.pdf | PDF |
| st-container-storage-for-dummies-ebook-v2-f7543-201705-en.pdf | PDF |
| DaveComparisonChart.xlsx | Microsoft Excel |
| VMSizingCloud2015.pdf | PDF |
| PricingModel.new-state-of-the-art.pdf | PDF |
| VMContainerComparison.pptx | Microsoft Powerpoint |
| Application-container-market-will-reach-2-7bn-in-2020_final_graphic.pdf | PDF |
| Sylabs Inc. - Singularity Pro Subscription Terms and Conditions_Orrick Draft Feb 2018 4123-3638-3505 v1.docx | Microsoft Word |
| Sylabs Inc. - Singularity Pro Subscription Terms and Conditions_Orrick Draft Feb 2018 4123-3638-3505 v1.docx | Google Docs |
| Working Copy of Sylabs Inc. - Reseller Agmt with EULA.final.05.14.2018.docx | Google Docs |
| Sylabs Projects v1.7.xlsx | Microsoft Excel |
| Sylabs Projects v1.8.xlsx | Microsoft Excel |
| Sylabs Projects v1.3.xlsx | Microsoft Excel |
| Sylabs Projects v1.5.xlsx | Microsoft Excel |
| Sylabs Projects v1.9.xlsx | Microsoft Excel |
| Sylabs Projects v1.2.xlsx | Microsoft Excel |
| Sylabs Projects v1.6.xlsx | Microsoft Excel |
| Sylabs Projects v1.1.xlsx | Microsoft Excel |
| Sylabs Projects v1.4.xlsx | Microsoft Excel |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Aqua_eBook_5_Things_DevOps_Need_to_Do_About_Container_Security.pdf | PDF |
| Aqua_Security_2017_Container_Security_Survey .pdf | PDF |
| securosis---complete-enterprise-container-security-guide-2018_394891.pdf | PDF |
| PaXTeam-H2HC15-RAP-RIP-ROP.pdf | PDF |
| SingularityPRO 3.1 Product Requirements Document (PRD) | Google Docs |
| Sylabs ManuMatic LOE Template.xlsm | Microsoft Excel |
| Container v. VM - Comparitive Study.pptx | Microsoft Powerpoint |
| CDave.xlsx | Microsoft Excel |
| Univa seeks to capture opportunity as HPC unites with cloud.pdf | PDF |
| StackRox looks at attackers' intent with its latest container security offering.pdf | PDF |
| Application-container-market-will-reach-2-7bn-in-2020_final_graphic.pdf | PDF |
| Sing_VMs_docker.xlsx | Microsoft Excel |
| Sing_VMs_docker-2.3.xlsx | Microsoft Excel |
| Sing_VMs_docker.xlsx.webarchive | Unknown |
| Sylabs Projects v1.4.xlsx | Google Sheets |
| SCS.Release.Planning.04.24.2019 | Google Slides |
| SCS.Release.Planning.04.23.2019.pptx | Microsoft Powerpoint |
| GMT20200109-180550_HPC2-0_640x360.mp4 | MP4 video |
| GMT20200109-180550_HPC2-0.m4a | Unknown |
| GMT20191231-211549_ALL-HANDS-.m4a | Unknown |
| GMT20191231-211549_ALL-HANDS-.txt | Plain text |
| GMT20200113-221343_HPC-2-0.m4a | Unknown |
| GMT20200113-221343_HPC-2-0_1920x1056.mp4 | MP4 video |
| GMT20200109-180550_HPC2-0.m4a | Unknown |
| GMT20200109-180550_HPC2-0_640x360.mp4 | MP4 video |
| GMT20191219-185824_Matthew-Ha.txt | Plain text |
| GMT20191219-185824_Matthew-Ha_640x360.mp4 | MP4 video |
| GMT20191219-185824_Matthew-Ha.m4a | Unknown |
| Partner Brain Dump - keller, rose, shara, ed.mp4 | MP4 video |
| TEMPLATE_Sylabs Quote_SH | Google Sheets |
| Sylabs Product Summary-draft1.docx | Microsoft Word |
| Company Dillegence - 3rd point ventures | Google Docs |
| QB Data Extraction Guide.docx | Microsoft Word |
| SyPro Pricing Comparo v.11 | Google Sheets |
| SyPro Pricing Comparo v.11.xlsx | Microsoft Excel |
| SyPro Pricing Comparo.xlsx | Microsoft Excel |
| SyPro Pricing Comparo v.11 | Google Sheets |

**Appendix 04** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io deleted 881 files on March 26, 2020.

| Item Name | Item Type |
|---|---|
| Sylabs.Pricing.Models.v1.xlsx | Microsoft Excel |
| SyPro Pricing Comparo v.13.xlsx | Microsoft Excel |
| Sylabs.Pricing.Models.v1 | Google Sheets |
| Copy of Sylabs.Pricing.Models. | Google Sheets |
| NEW Sylabs Pricing Models_2019_.xlsx | Microsoft Excel |
| TEMPLATE_Sylabs Quote_KC.xltx | Unknown |
| NEW Sylabs Pricing Models_2019_ | Google Sheets |
| TEMPLATE_Sylabs Quote_MG.xltx | Unknown |
| SyCloud Pricing Structures | Google Sheets |
| SyPro Pricing Comparo v.8.xlsx | Microsoft Excel |
| Sylabs.Pricing.Models.v04.17.2019 | Google Sheets |
| SyPro Pricing Comparo v.9.xlsx | Microsoft Excel |
| Excel Quote Template.Sylabs.v1.xlsx | Microsoft Excel |
| Sylabs.Pricing.Models.v1 | Google Sheets |
| SyPro Pricing Comparo v.3.xlsx | Microsoft Excel |
| Zededa_Sylabs_NDA.pdf | PDF |
| EMU_Sylabs_NDA.pdf | PDF |
| GigaIO_Sylabs_NDA.pdf | PDF |
| FRB_Sylabs_NDA.pdf | PDF |
| ScaleFlux_Sylabs_NDA.pdf | PDF |
| Huawei_Sylabs_NDA.pdf | PDF |
| Dell_Sylabs_NDA.pdf | PDF |
| HPE_Sylabs_CDA.pdf | PDF |
| NDAs Signed | Google Sheets |
| UberCloud_Sylabs_NDA.pdf | PDF |
| Symbiotic Systems_Sylabs_NDA.PDF | PDF |
| LLNL_Sylabs_NDA.pdf | PDF |
| Redapt_Sylabs_NDA 3.26.18.pdf | PDF |
| Accenture_Sylabs_NDA.pdf | PDF |
| Samsung SDSA_Sylabs_NDA.pdf | PDF |
| SUSE_Sylabs_NDA.pdf | PDF |
| AGC_PacificTeck_Sylabs_NDA.pdf | PDF |
| Lenovo_Sylabs_NDA_Final.pdf | PDF |
| Lancium_Sylabs_NDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| AMD_Sylabs_NDA.pdf | PDF |
| Supermicro_Sylabs_NDA.pdf | PDF |
| Groupware_Sylabs_NDA.pdf | PDF |
| AntMicro_Sylabs_NDA.pdf | PDF |
| Clarus_Sylabs_NDA.pdf | PDF |