

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com
_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 6

**Exhibit 6** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io changed the editor settings from "Owner" to "Owner, Writer" on 75 folders.

| | |
|---|---|
| AFWERX 20.1 | 7.31.19 |
| LLNL | 451 Research |
| NDAs | Competition |
| Qualcomm | PAX.GRSecurityKernel |
| SingularityPRO | Aqua Security |
| Professional Services | MPA |
| Singularity Enterprise | SBIR |
| Pipeline Archive | Numericcal |
| MPA Archive | Agreements |
| MPA | WhySyPRO |
| THIRD POINT VENTURES | SyOS |
| Signed Corporate NDAs | T&C |
| Signed Individual NDAs | Sylabs Orchestration |
| FreshSales Export Files | Press Releases |
| Expired NDAs | Why OSS |
| Aeler | Pricing |
| Genome Jobs | XMind |
| Support Development SLA | Reseller Agreements |
| SingularityPRO.PRD | Archived |
| SWOT | RStor Example SOWs |
| Singularity Compare | June 6th, 2019 |
| Project Management | Meeting Recordings |
| PauloMatic | OpenDrives |
| Container Services | Presentations |
| SC18 | Presentations |
| 6.17.19 | 12.19.19 |
| 6.24.19 | 01.10.20 |
| 5.8.19 | 01.13.20 |
| 7.3.19 | Demo-2.19.20 |
| 5.15.19 | 12.31.19 |
| 5.29.19 | FAQ |
| 5.22.19 | |
| 6.12.19 | |
| 6.26.19 | |
| 6.19.19 | |
| 6.5.19 | |
| 5.1.19 | |
| 8.7.19 | |
| 8.28.19 | |
| 9.4.19 | |
| 7.24.19 | |
| 8.14.19 | |
| 7.17.19 | |
| 7.10.19 | |