

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 8

**Exhibit 8** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io moved 59 folders.

Notes
Corp
Presentations
Personal
Funding
Archive
NetSuite
Documents
Customer Documents
Notes
SBIR
Supercomputing
Support Discussions
y@sylabs.io
tim@sylabs.io
Singularity
Recruiting
melanie@sylabs.io
Partnerships
Proposals
Meetings
Gio Meetings
Keepers
From Kai SC18
Meeting Notes
keith@sylabs.io
geoffroy@sylabs.io
divya@sylabs.io
Board of Director Meetings
Facebook
Product Management
Rose - June 2019 - Sales and Partner
SC '19 Notes
Outreach - Singularity Pro
Semi-automatic Container Creation
Trade Events
NetSuit
ZZZ.old.Customer and Partner Meetings
Marketing Materials
Meetings
Company Notes!!!
Engineering
JT Strategy
Logo
F2F Polls

Ecosystem
Documents (externally written)
Keith:Sales
Corp Stand-up Meeting Recordings
Documents (Sylabs Written)
BizDev (OLD ARCHIVE)
LC SBIR
Edge
Fuzzball Demo
HPC 2.0
OpenDrives
Sales
DOD
Archive

1