

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

___

**NEWPORT BEACH OFFICE**

# EXHIBIT 10

**Exhibit 10** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io trashed 126 folders on March 26, 2020.

| | |
|---|---|
| Full Drive | 01.10.20 |
| y@sylabs.io | 01.13.20 |
| tim@sylabs.io | 12.19.19 |
| PR/Analyst Relations | Gio Meetings |
| Support Discussions | geoffroy@sylabs.io |
| Sales | Packages |
| Documents | Fuzzball Demo |
| SBIR | Full Drive |
| NetSuite | Edge |
| Customer Documents | Numericcal |
| Qualcomm | divya@sylabs.io |
| LLNL | Corp |
| NDAs | Fuzzball |
| Archive | All Corporate Docs |
| Notes | Board of Director Meetings |
| SingularityPRO | Brainstorming |
| Singularity Enterprise | NDAs |
| Professional Services | Documents |
| AFWERX 20.1 | Agreements |
| Recruiting | Board of Director Meetings |
| FreshSales Export Files | Marketing |
| THIRD POINT VENTURES | Docs |
| Signed Corporate NDAs | Archive |
| Signed Individual NDAs | Semi-automatic Container Creation |
| MPA | Documents (Sylabs Written) |
| Pipeline Archive | BizDev (OLD ARCHIVE) |
| MPA Archive | JT Strategy |
| Proposals | Engineering |
| Expired NDAs | Keith:Sales |
| Presentations | Corp Stand-up Meeting Recordings |
| Personal | Company Notes!!! |
| Partnerships | Pending |
| OpenDrives | SC '19 Notes |
| melanie@sylabs.io | Rose - June 2019 - Sales and Partner |
| Recordings | Meetings |
| Notes | NetSuit |
| Meeting Notes | Marketing Materials |
| Meetings | Ecosystem |
| Keepers | ZZZ.old.Customer and Partner Meetings |
| HPC 2.0 | Outreach - Singularity Pro |
| Meeting Recordings | 8.28.19 |
| Demo-2.19.20 | 8.14.19 |
| Presentations | 7.10.19 |
| OpenDrives | 7.31.19 |
| 12.31.19 | 9.4.19 |

1

**Appendix 10** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io trashed 126 folders on March 26, 2020.

8.7.19
7.24.19
7.17.19
6.24.19
6.17.19
6.26.19
5.8.19
6.5.19
5.15.19
6.19.19
7.3.19
6.12.19
5.1.19
5.29.19
5.22.19
Aeler
Agreements
WhySyPRO
Trade Events
Product Management
Documents (externally written)
Logo
SC18
SWOT
Project Management
Singularity Compare
SingularityPRO.PRD
Container Services
PauloMatic
RStor Example SOWs
Support Development SLA
Genome Jobs
PAX.GRSecurityKernel
Competition
451 Research
Aqua Security