

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 12

**Exhibit 12** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io change user sharing permissions 390 times to 137 folders on March 26, 2020.

| | |
|---|---|
| Corp | Avenir Free |
| All Corporate Docs | Inactive/Unaccepted |
| NDAs | Inactive |
| Marketing | Tools |
| Documents | Aeler |
| Board of Director Meetings | Genome Jobs |
| Fuzzball | Support Development SLA |
| Docs | SingularityPRO.PRD |
| Brainstorming | SWOT |
| Agreements | Singularity Compare |
| Pending | Project Management |
| EasyBuildUserMeeting-feb-2018 | PauloMatic |
| MAGIC-meeting-feb-2018 | Container Services |
| AFWERX 20.1 | SC18 |
| LLNL | 6.17.19 |
| NDAs | 6.24.19 |
| Qualcomm | 5.8.19 |
| SingularityPRO | 7.3.19 |
| Professional Services | 5.15.19 |
| Singularity Enterprise | 5.29.19 |
| Pipeline Archive | 5.22.19 |
| MPA Archive | 6.12.19 |
| MPA | 6.26.19 |
| THIRD POINT VENTURES | 6.19.19 |
| Signed Corporate NDAs | 6.5.19 |
| Signed Individual NDAs | 5.1.19 |
| FreshSales Export Files | 8.7.19 |
| Expired NDAs | 8.28.19 |
| PR/Analyst Relations | 9.4.19 |
| Resumes | 7.24.19 |
| ObjectArena.com | 8.14.19 |
| misc | 7.17.19 |
| Trade Shows/Conventions | 7.10.19 |
| Sylabs BusDev | 7.31.19 |
| Presentations | 451 Research |
| Interview Help | Competition |
| Offer Letters | PAX.GRSecurityKernel |
| Packages | Aqua Security |
| Recordings | MPA |
| Hiring Templates | SBIR |
| Contractor Agreements | Numericcal |
| Globalization Partners | Agreements |
| OnBoarding | WhySyPRO |
| Hiring Plans | SyOS |

1

**Appendix 12** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io change user sharing permissions 390 times to 137 folders on March 26, 2020.

T&C
Sylabs Orchestration
Press Releases
Why OSS
Pricing
XMind
Reseller Agreements
Archived
RStor Example SOWs
June 6th, 2019
Meeting Recordings
OpenDrives
Presentations
12.19.19
01.10.20
01.13.20
Demo-2.19.20
12.31.19
SAMS - Govt
FAQ
Customer Documents
SBIR
Documents
NetSuite
LC SBIR
Archive
Notes
Ecosystem
Documents (Sylabs Written)
Semi-automatic Container Creation
SC '19 Notes
Meetings
Marketing Materials
Outreach - Singularity Pro
ZZZ.old.Customer and Partner Meetings
BizDev (OLD ARCHIVE)
Company Notes!!!
Corp Stand-up Meeting Recordings
JT Strategy
Keith:Sales
Engineering
NetSuit
Rose - June 2019 - Sales and Partner
Trade Events

Product Management
Documents (externally written)
Logo
F2F Polls
Recruiting