

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 14

**Exhibit 14** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io viewed 47 files.

| Item Name | Item Type |
|---|---|
| Sylabs / RStor Settlement | Google Docs |
| Sylabs Spin-in Terms | Google Docs |
| RStor notes | Google Docs |
| Fuzz Budget | Google Sheets |
| Facebook Pitch | Google Docs |
| Sylabs Reseller Agreement FINAL | Google Docs |
| Fuzzball Timeline | Google Slides |
| salary adjustment letter.docx | Microsoft Word |
| Reduce Burn - Plan / Options | Google Docs |
| Sylabs Inc. - Separation Agreement Waiver and Release (form) | Google Docs |
| Separation Agreement - MG (1) | Google Docs |
| XBD201705-00094-001.png | PNG image |
| VMWare License | Google Docs |
| Pacifictech | Google Docs |
| Gio 1-1: 2018-02-23 | Google Docs |
| zoom_Sylabs_QCRI__5-22-19.mp4 | MP4 video |
| Sylabs_Singularity+Kubernetes demo_2-20-19.mp4 | MP4 video |
| Sales Pipeline | Google Sheets |
| Jon - Separation/ advisory update | Google Sheets |
| dolbycanyon.m4v | MP4 video |
| Panasonic_HDC_TM_700_P_50i.mp4 | MP4 video |
| DELL Meeting 10.8.18 | MP4 video |
| zoom_0.mp4 | MP4 video |
| User Namespaces | Google Docs |
| GMT20200227-160239_Fuzzball-D_2560x1440.mp4 | MP4 video |
| Screen Recording 2019-04-21 at 10.30.32.mov | Quicktime video |
| GMT20190812-155801_Weekly-Sal_640x360.mp4 | MP4 video |
| GMT20190715-155821_Weekly-Sal_1774x954.mp4 | MP4 video |
| GMT20190606-195942_Weekly-Pro_1920x1054.mp4 | MP4 video |
| zoom_0.mp4 | MP4 video |
| ALL HANDS Pt. 1 12.14.18.mp4 | MP4 video |
| ALL HANDS Pt. 2 12.14.18.mp4 | MP4 video |
| Sales FAQ | Google Docs |
| Singularity Slides.pdf | PDF |
| Sylabs Partnership Terms.Conditions.Agreement | Google Docs |
| SyPro Pricing Comparo v.3.xlsx | Microsoft Excel |
| Singularity Pro - Terms and Conditions Outline | Google Docs |

**Appendix 14** - Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io viewed 47 files.

| Item Name | Item Type |
|---|---|
| Sylabs Roadmap | Google Slides |
| edge-demo-1080.mov | Quicktime video |
| Lenovo Slides | Google Slides |
| Current Paid Customers - Support | Google Sheets |
| BABELFISH 2 Proposal | Google Slides |
| BABELFISH Future Work | Google Sheets |
| Disrupt the Status Quo - HPC Taken to the Next Level | Google Docs |
| 2020-02_Roadmap_Pub | Google Docs |
| Employee Resignations (March 2020) | Google Sheets |
| Bookings, Revenue, and Expenses | Google Sheets |