

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 15

**Exhibit 15** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including creating 206 folders.

| | |
|---|---|
| Sales | Notes |
| Customer Documents | NetSuite |
| Archive | Documents |
| Pipeline Archive | Customer Documents |
| MPA | Archive |
| MPA Archive | NDAs |
| SBIR | THIRD POINT VENTURES |
| Notes | Pipeline Archive |
| NetSuite | MPA |
| Documents | MPA Archive |
| Professional Services | FreshSales Export Files |
| SingularityPRO | Professional Services |
| Singularity Enterprise | SingularityPRO |
| Qualcomm | Singularity Enterprise |
| LLNL | Qualcomm |
| NDAs | LLNL |
| THIRD POINT VENTURES | Signed Individual NDAs |
| AFWERX 20.1 | Signed Corporate NDAs |
| FreshSales Export Files | Expired NDAs |
| Signed Individual NDAs | AFWERX 20.1 |
| Signed Corporate NDAs | Edge |
| Expired NDAs | Sales |
| SBIR | Professional Services |
| Notes | Personal |
| NetSuite | Documents |
| Documents | Archive |
| Customer Documents | Pipeline Archive |
| Archive | Archive |
| Qualcomm | BizDev (OLD ARCHIVE) |
| LLNL | melanie@sylabs.io |
| NDAs | MPA Archive |
| THIRD POINT VENTURES | Partnerships |
| Pipeline Archive | Customer Documents |
| MPA | SingularityPRO |
| MPA Archive | NDAs |
| AFWERX 20.1 | Meeting Notes |
| FreshSales Export Files | Notes |
| Professional Services | Qualcomm |
| SingularityPRO | Presentations |
| Singularity Enterprise | Support Discussions |
| Signed Individual NDAs | Documents (Sylabs Written) |
| Signed Corporate NDAs | Fuzzball |
| Expired NDAs | Corp |
| SBIR | Keepers |

**Appendix 15** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including creating 206 folders.

| | |
|---|---|
| Semi-automatic Container Creation | Resumes |
| geoffroy@sylabs.io | F2F Polls |
| Offer Letters | WhySyPRO |
| Recruiting | Agreements |
| Packages | Support Development SLA |
| tim@sylabs.io | Genome Jobs |
| Sylabs Orchestration | SC18 |
| y@sylabs.io | AFWERX 20.1 |
| Numericcal | SBIR |
| Gio Meetings | June 6th, 2019 |
| MPA | Outreach - Singularity Pro |
| PR/Analyst Relations | ZZZ.old.Customer and Partner Meetings |
| LLNL | Recordings |
| Full Drive | ObjectArena.com |
| Ecosystem | NetSuite |
| Logo | Docs |
| Documents (externally written) | Pending |
| Product Management | Aeler |
| Trade Events | FreshSales Export Files |
| FAQ | Company Notes!!! |
| Pricing | Corp Stand-up Meeting Recordings |
| NetSuit | Keith:Sales |
| All Corporate Docs | Engineering |
| XMind | JT Strategy |
| Rose - June 2019 - Sales and Partner | 9.4.19 |
| Why OSS | 7.10.19 |
| T&C | 8.28.19 |
| Press Releases | 7.24.19 |
| Signed Individual NDAs | 8.7.19 |
| Signed Corporate NDAs | 7.31.19 |
| Reseller Agreements | 8.14.19 |
| Expired NDAs | 7.17.19 |
| Singularity Enterprise | 6.24.19 |
| MPA | 6.17.19 |
| Marketing Materials | 5.15.19 |
| Marketing | 5.29.19 |
| Documents | 6.26.19 |
| Meetings | 6.19.19 |
| SC '19 Notes | 5.22.19 |
| Board of Director Meetings | 5.1.19 |
| NDAs | 6.12.19 |
| Brainstorming | 7.3.19 |
| Agreements | 5.8.19 |
| SyOS | 6.5.19 |

**Appendix 15** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including creating 206 folders.

HPC 2.0
Presentations
OpenDrives
Demo-2.19.20
RStor Example SOWs
Aqua Security
451 Research
Competition
PAX.GRSecurityKernel
Container Services
SingularityPRO.PRD
Singularity Compare
Project Management
SWOT
PauloMatic
01.13.20
Meeting Recordings
01.10.20
12.19.19
12.31.19
Archived
THIRD POINT VENTURES
divya@sylabs.io
Meetings
Proposals
Notes
Recruiting
Fuzzball Demo
OpenDrives
Board of Director Meetings