

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 18

**Exhibit 18** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including moving 65 files.

| Item Name | Item Type |
|---|---|
| Total Sales | Google Sheets |
| Sylabs Products 2020 | Google Docs |
| Sylabs Products MSRP | Google Sheets |
| Sales Standard Operating Procedure_Feb 2020 | Google Docs |
| Product Pricing Model (CONFIDENTIAL) | Google Sheets |
| Reseller Support Levels | Google Docs |
| BizDev Team Structure | Google Docs |
| MASTER PURCHASE AGREEMENT (Roche_Genentech) | Google Docs |
| Sylabs Products 2019 | Google Docs |
| Sylabs Reseller Agreement FINAL | Google Docs |
| PAYMENT REMINDER EMAIL TEMPLATE | Google Docs |
| Copy of Sylabs-Reseller Agmt with EULA.FINAL | Google Docs |
| Sales Operations Meeting Ledger | Google Docs |
| Sylabs Support SLA Matrix | Google Docs |
| Sylabs_Advising PPT | Google Slides |
| Sylabs Master Purchase Agreement - Final | Google Docs |
| NetSuite Electronic Payments Information | Google Docs |
| Template Reseller Agreement (WIP) | Google Docs |
| Sales Pipeline | Google Sheets |
| Sylabs_Advising Plan | Google Docs |

**Appendix 18** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including moving 65 files.

| Item Name | Item Type |
|---|---|
| POCs in Progress | Google Sheets |
| Sales Sync | Google Docs |
| SingularityPRO Order Form_Revised 2.11.20 (Qualcomm) | Google Docs |
| Sylabs Inc.- MASTER SERVICES AGREEMENT(1) | Google Docs |
| Copy of Sales Pipeline - Reference | Google Sheets |
| PacificTeck Quotes_ | Google Sheets |
| QCRI-HBKU Reseller Discussion | Google Docs |
| Sales Pipeline (external VC use) 7.10.19 | Google Sheets |
| Sales Pipeline (OLD) BAD | Google Sheets |
| Copy of Sales Pipeline_ | Google Sheets |
| ARR Pipeline Draft | Google Sheets |
| Sylabs Inc.- MASTER SERVICES AGREEMENT | Google Docs |
| SingularityPRO Order Form (Qualcomm) | Google Docs |
| Sylabs Mutual Non-Disclosure Agreement (NDA) | Google Docs |
| Company Dillegence - 3rd point ventures | Google Docs |
| Singularity Enterprise - Technical Specifications | Google Docs |
| Singularity Enterprise System Requirements | Google Docs |
| MASTER PURCHASE AGREEMENT (Original Revision) - DO NOT USE | Google Docs |
| Professional Services | Google Docs |
| Contacts | Google Sheets |

**Appendix 18** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including moving 65 files.

| Item Name | Item Type |
|---|---|
| Appointments | Google Sheets |
| Sylabs Product Summary-draft1 | Google Docs |
| Sylabs - Indiv. (Mutual Non Disclosure Agreement) (NDA) | Google Docs |
| Lead_Emails | Google Sheets |
| Singularity Enterprise | Google Docs |
| SingularityPRO | Google Docs |
| Deals | Google Sheets |
| Call_Logs | Google Sheets |
| Accounts | Google Sheets |
| Leads | Google Sheets |
| Deal_Contacts | Google Sheets |
| Tasks | Google Sheets |
| Appointment_Attendees | Google Sheets |
| Deals | Google Sheets |
| Task_Collaborators | Google Sheets |
| User_Roles | Google Sheets |
| Users | Google Sheets |
| Contact_Emails | Google Sheets |
| Sales_Account_Contacts | Google Sheets |
| Notes | Google Sheets |
| Price Sheet | Google Sheets |

**Appendix 18** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including moving 65 files.

| Item Name | Item Type |
|---|---|
| NDAs Signed | Google Sheets |
| Polaris-Partners_Sylabs_CDA | Google Docs |
| Orange_Sylabs_NDA | Google Docs |
| 3. J201-CSO1-7047_Sylabs_Cost Volume | Google Sheets |

4