

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 19

**Exhibit 19** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including trashing 42 folders.

Notes
Customer Documents
Archive
NetSuite
SBIR
Documents
Singularity Enterprise
SingularityPRO
Professional Services
AFWERX 20.1
Qualcomm
LLNL
NDAs
FreshSales Export Files
THIRD POINT VENTURES
MPA Archive
MPA
Pipeline Archive
Signed Individual NDAs
Signed Corporate NDAs
Customer Documents
Archive
Notes
SBIR
NetSuite
Documents
AFWERX 20.1
Singularity Enterprise
SingularityPRO
Professional Services
FreshSales Export Files
THIRD POINT VENTURES
NDAs
LLNL
Qualcomm
Signed Corporate NDAs
Signed Individual NDAs
MPA Archive
MPA
Pipeline Archive
Expired NDAs
Expired NDAs

1