

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

**NEWPORT BEACH OFFICE**

# EXHIBIT 21

**Exhibit 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Total Sales.xlsx | Microsoft Excel |
| Sales Standard Operating Procedure_Feb 2020.docx | Microsoft Word |
| Product Pricing Model (CONFIDENTIAL).xlsx | Microsoft Excel |
| Sylabs Products 2020.docx | Microsoft Word |
| Sylabs Products 2019.docx | Microsoft Word |
| Sylabs Products MSRP.xlsx | Microsoft Excel |
| Sales Operations Meeting Ledger.docx | Microsoft Word |
| Reseller Support Levels.docx | Microsoft Word |
| MASTER PURCHASE AGREEMENT (Roche_Genentech).docx | Microsoft Word |
| PAYMENT REMINDER EMAIL TEMPLATE.docx | Microsoft Word |
| BizDev Team Structure.docx | Microsoft Word |
| Copy of Sylabs-Reseller Agmt with EULA.FINAL.docx | Microsoft Word |
| Template Reseller Agreement (WIP).docx | Microsoft Word |
| Sylabs - Activation Introduction.pdf | PDF |
| Sylabs Support SLA Matrix.docx | Microsoft Word |
| Sylabs_Advising PPT.pptx | Microsoft Powerpoint |
| Sylabs Reseller Agreement FINAL.docx | Microsoft Word |
| Sylabs Master Purchase Agreement - Final.docx | Microsoft Word |
| Sylabs Product Pricing (CONFIDENTIAL).pdf | PDF |
| Sylabs_Advising Plan.docx | Microsoft Word |
| PacificTeck Quotes_.xlsx | Microsoft Excel |
| QCRI-HBKU Reseller Discussion.docx | Microsoft Word |
| Sales Pipeline.xlsx | Microsoft Excel |
| NetSuite Electronic Payments Information.docx | Microsoft Word |
| Sylabs Solutions Brief (PRO_Enterprise).pdf | PDF |
| Sales Sync.docx | Microsoft Word |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.docx | Microsoft Word |
| ARR Pipeline Draft.xlsx | Microsoft Excel |
| MASTER PURCHASE AGREEMENT (Original Revision) - DO NOT USE.docx | Microsoft Word |

1

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Sylabs Inc.- MASTER SERVICES AGREEMENT.pdf | PDF |
| POCs in Progress.xlsx | Microsoft Excel |
| Copy of Sales Pipeline_.xlsx | Microsoft Excel |
| Sylabs Inc. Master Purchase Agreement (signed).pdf | PDF |
| Sylabs Inc.- MASTER SERVICES AGREEMENT(1).docx | Microsoft Word |
| Company Dillegence - 3rd point ventures.docx | Microsoft Word |
| Sales Pipeline (OLD) BAD.xlsx | Microsoft Excel |
| Sales Pipeline (external VC use) 7.10.19.xlsx | Microsoft Excel |
| Copy of Sales Pipeline - Reference.xlsx | Microsoft Excel |
| Singularity Enterprise - Technical Specifications.docx | Microsoft Word |
| RStor - USAF Proposal - 100secs.mp4 | MP4 video |
| Singularity Enterprise System Requirements.docx | Microsoft Word |
| Sylabs Product Summary-draft1.docx | Microsoft Word |
| Sylabs - Indiv. (Mutual Non Disclosure Agreement) (NDA).docx | Microsoft Word |
| Contacts.csv | Unknown |
| Professional Services.docx | Microsoft Word |
| SingularityPRO.docx | Microsoft Word |
| Singularity Enterprise.docx | Microsoft Word |
| SingularityPRO Order Form_Revised 2.11.20 (Qualcomm).docx | Microsoft Word |
| Price Sheet.xlsx | Microsoft Excel |
| Sylabs Mutual Non-Disclosure Agreement (NDA).docx | Microsoft Word |
| SingularityPRO Order Form (Qualcomm).docx | Microsoft Word |
| Lead_Emails.csv | Unknown |
| Call_Logs.csv | Unknown |
| Deals.xlsx | Microsoft Excel |
| Leads.csv | Unknown |
| Accounts.csv | Unknown |
| Appointments.csv | Unknown |
| Emails.csv | Unknown |
| Contact_Emails.csv | Unknown |

2

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| User_Roles.csv | Unknown |
| Sales_Account_Contacts.csv | Unknown |
| 2. J201-CSO1-7047_Sylabs_Slide Deck.pdf | PDF |
| Deals.csv | Unknown |
| Users.csv | Unknown |
| Tasks.csv | Unknown |
| Deal_Contacts.csv | Unknown |
| Appointment_Attendees.csv | Unknown |
| 1. J201-CSO1-7047_Sylabs_Technical Volume.pdf | PDF |
| HPE_Sylabs_NDA.pdf | PDF |
| Notes.csv | Unknown |
| Task_Collaborators.csv | Unknown |
| 3. J201-CSO1-7047_Sylabs_Cost Volume.xlsx | Microsoft Excel |
| Supermicro_Sylabs_NDA.pdf | PDF |
| 4. Additional Info_Sylabs.pdf | PDF |
| Rescale_Sylabs_NDA.pdf | PDF |
| SAIC_Sylabs_NDA.pdf | PDF |
| Zededa_Sylabs_NDA.pdf | PDF |
| Numericcal_Sylabs_NDA.pdf | PDF |
| Manxman Group_Sylabs_NDA.pdf | PDF |
| SUSE_Sylabs_NDA.pdf | PDF |
| HPC_Sylabs_NDA.pdf | PDF |
| Redapt_Sylabs_NDA 3.26.18.pdf | PDF |
| Samsung SDSA_Sylabs_NDA.pdf | PDF |
| Aeler_Sylabs_NDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA.pdf | PDF |
| AntMicro_Sylabs_NDA.pdf | PDF |
| EMU_Sylabs_NDA.pdf | PDF |
| ScaleFlux_Sylabs_NDA.pdf | PDF |
| UberCloud_Sylabs_NDA.pdf | PDF |
| ARM_Sylabs_NDA.pdf | PDF |
| Symbiotic Systems_Sylabs_NDA.PDF | PDF |
| VMWare_Sylabs_NDA.pdf | PDF |
| Dell_Sylabs_NDA.pdf | PDF |
| GigaIO_Sylabs_NDA.pdf | PDF |

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| NDAs Signed.xlsx | Microsoft Excel |
| CautivaTeck_Sylabs_NDA.docx.pdf | PDF |
| Blusky_Sylabs_NDA.pdf | PDF |
| Huawei_Sylabs_NDA.pdf | PDF |
| AMD_Sylabs_NDA.pdf | PDF |
| Lenovo_Sylabs_NDA_Final.pdf | PDF |
| Amazon_Sylabs_NDA.pdf | PDF |
| Roche_Sylabs_NDA.pdf | PDF |
| Storidge_Sylabs_NDA.pdf | PDF |
| ABB_Sylabs_NDA.pdf | PDF |
| Penguin_Sylabs_NDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| OmniScale_Sylabs_NDA.pdf | PDF |
| Clarus_Sylabs_NDA.pdf | PDF |
| OpenDrives_Sylabs_NDA.pdf | PDF |
| Groupware_Sylabs_NDA.pdf | PDF |
| Sandia_Sylabs_Updated NDA.pdf | PDF |
| Facebook_Sylabs_NDA.pdf | PDF |
| TGen_Sylabs_CDA.pdf | PDF |
| LLNL_Sylabs_NDA.pdf | PDF |
| Microsoft_Sylabs_NDA.pdf | PDF |
| QUALCOMM_Sylabs_NDA.pdf | PDF |
| HPE_Sylabs_CDA.pdf | PDF |
| FRB_Sylabs_NDA.pdf | PDF |
| AGC_PacificTeck_Sylabs_NDA.pdf | PDF |
| TigerGraph _ Sylabs - Mutual NDA.pdf | PDF |
| HPC Now_Sylabs_NDA.pdf | PDF |
| Atos_BULL_Sylabs_NDA.pdf | PDF |
| Samsung Semiconductor, Inc._Sylabs_NDA.pdf | PDF |
| BostonLimited_SylabsNDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA.docx | Microsoft Word |
| Dan Beal_Sylabs_NDA.pdf | PDF |
| LBNL_Sylabs_NDA (Renewal 2.5.20).pdf | PDF |
| Lancium_Sylabs_NDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| Accenture_Sylabs_NDA.pdf | PDF |

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| American Systems_Sylabs_NDA.pdf | PDF |
| Jason Torey_Sylabs_NDA.pdf | PDF |
| Cyyon_Sylabs_NDA.pdf | PDF |
| Sandia_Sylabs_One-way NDA.pdf | PDF |
| Sylabs - Indiv. (Ken Glasheen) 5-31-2018.pdf | PDF |
| Orange_Sylabs_NDA.docx | Microsoft Word |
| Sylabs - Indiv. (Ken Glasheen) 6-12-2018.pdf | PDF |
| Nvidia_Sylabs_NDA.pdf | PDF |
| Deloitte_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Heather Crawford) 07-26-2018.pdf | PDF |
| Walmart_Sylabs_RStor_NDA.pdf | PDF |
| Sylabs - Indiv. (John Krasnick)_NDA.pdf | PDF |
| Sylabs -Indiv. (John Rotchford)(NDA).pdf | PDF |
| Sylabs - Indiv. (Larry Lires) 07-27-2018.pdf | PDF |
| Sylabs - Indiv. (Rob Currin) 07-28-2018.pdf | PDF |
| Sylabs - Indiv. (Audrey Daste) (NDA).pdf | PDF |
| Robert Adolph_Sylabs_NDA.pdf | PDF |
| Sylabs -Indiv.(Shervin Gharavinia)(NDA).pdf | PDF |
| Sylabs - Indiv. (Hermann von Drateln)(NDA).pdf | PDF |
| Jia Li NDA (Google).eml | Unknown |
| Sylabs - Indiv. (Daniel Bessanov) 8-1-2018.pdf | PDF |
| Sylabs - Indiv. (Scott Padgett)_NDA.pdf | PDF |
| Sylabs - Indiv. (Kim McMahon) 07-13-2018.pdf | PDF |
| Sylabs - Indiv. (Kenneth Craft) 4-12-2018.pdf | PDF |
| Sylabs - Indiv. (Gianluca Guida) (NDA) 7-23-2018.pdf | PDF |
| Sylabs - Indiv. (Rodolfo Giometti) 07-17-2018.pdf | PDF |
| Sylabs - Indiv. (Crystal Valentine).pdf | PDF |
| Jason Tuschen_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Massimiliano Culpo) (NDA).pdf | PDF |
| LBNL_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Tina Nolte)(NDA).pdf | PDF |
| Rescale_Sylabs.pdf | PDF |
| TGEN_Sylabs_CDA (Expired).pdf | PDF |

5

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Penguin Computing+Sylabs_NDA_20180710_fully-executed.pdf | PDF |
| Product Pricing Model (CONFIDENTIAL).xlsx | Microsoft Excel |
| Sylabs Products MSRP.xlsx | Microsoft Excel |
| Sales Standard Operating Procedure_Feb 2020.docx | Microsoft Word |
| Total Sales.xlsx | Microsoft Excel |
| Sylabs Products 2020.docx | Microsoft Word |
| Sylabs Products 2019.docx | Microsoft Word |
| Sales Operations Meeting Ledger.docx | Microsoft Word |
| Template Reseller Agreement (WIP).docx | Microsoft Word |
| Copy of Sylabs-Reseller Agmt with EULA.FINAL.docx | Microsoft Word |
| Reseller Support Levels.docx | Microsoft Word |
| PAYMENT REMINDER EMAIL TEMPLATE.docx | Microsoft Word |
| Sylabs - Activation Introduction.pdf | PDF |
| MASTER PURCHASE AGREEMENT (Roche_Genentech).docx | Microsoft Word |
| BizDev Team Structure.docx | Microsoft Word |
| Sylabs Master Purchase Agreement - Final.docx | Microsoft Word |
| Sylabs Support SLA Matrix.docx | Microsoft Word |
| Sales Pipeline.xlsx | Microsoft Excel |
| Sylabs Solutions Brief (PRO_Enterprise).pdf | PDF |
| Sylabs Reseller Agreement FINAL.docx | Microsoft Word |
| Sylabs_Advising Plan.docx | Microsoft Word |
| NetSuite Electronic Payments Information.docx | Microsoft Word |
| POCs in Progress.xlsx | Microsoft Excel |
| QCRI-HBKU Reseller Discussion.docx | Microsoft Word |
| Sylabs_Advising PPT.pptx | Microsoft Powerpoint |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.docx | Microsoft Word |
| Sales Sync.docx | Microsoft Word |
| PacificTeck Quotes_.xlsx | Microsoft Excel |
| ARR Pipeline Draft.xlsx | Microsoft Excel |

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Copy of Sales Pipeline - Reference.xlsx | Microsoft Excel |
| Sales Pipeline (OLD) BAD.xlsx | Microsoft Excel |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.pdf | PDF |
| Sylabs Product Pricing (CONFIDENTIAL).pdf | PDF |
| Copy of Sales Pipeline_.xlsx | Microsoft Excel |
| Company Dillegence - 3rd point ventures.docx | Microsoft Word |
| MASTER PURCHASE AGREEMENT (Original Revision) - DO NOT USE.docx | Microsoft Word |
| Sylabs Product Summary-draft1.docx | Microsoft Word |
| Sales Pipeline (external VC use) 7.10.19.xlsx | Microsoft Excel |
| SingularityPRO Order Form (Qualcomm).docx | Microsoft Word |
| Singularity Enterprise.docx | Microsoft Word |
| RStor - USAF Proposal - 100secs.mp4 | MP4 video |
| Price Sheet.xlsx | Microsoft Excel |
| Sylabs - Indiv. (Mutual Non Disclosure Agreement) (NDA).docx | Microsoft Word |
| Sylabs Inc. Master Purchase Agreement (signed).pdf | PDF |
| Sylabs Inc.- MASTER SERVICES AGREEMENT(1).docx | Microsoft Word |
| Professional Services.docx | Microsoft Word |
| Singularity Enterprise - Technical Specifications.docx | Microsoft Word |
| Singularity Enterprise System Requirements.docx | Microsoft Word |
| Call_Logs.csv | Unknown |
| SingularityPRO.docx | Microsoft Word |
| Sylabs Mutual Non-Disclosure Agreement (NDA).docx | Microsoft Word |
| Accounts.csv | Unknown |
| Leads.csv | Unknown |
| Lead_Emails.csv | Unknown |
| SingularityPRO Order Form_Revised 2.11.20 (Qualcomm).docx | Microsoft Word |
| Appointments.csv | Unknown |
| Contacts.csv | Unknown |
| Deals.xlsx | Microsoft Excel |

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
| --- | --- |
| Tasks.csv | Unknown |
| Deal_Contacts.csv | Unknown |
| Deals.csv | Unknown |
| User_Roles.csv | Unknown |
| Contact_Emails.csv | Unknown |
| Notes.csv | Unknown |
| 1. J201-CSO1-7047_Sylabs_Technical Volume.pdf | PDF |
| Sales_Account_Contacts.csv | Unknown |
| Task_Collaborators.csv | Unknown |
| Appointment_Attendees.csv | Unknown |
| 3. J201-CSO1-7047_Sylabs_Cost Volume.xlsx | Microsoft Excel |
| Emails.csv | Unknown |
| HPE_Sylabs_NDA.pdf | PDF |
| 2. J201-CSO1-7047_Sylabs_Slide Deck.pdf | PDF |
| Users.csv | Unknown |
| Numericcal_Sylabs_NDA.pdf | PDF |
| Supermicro_Sylabs_NDA.pdf | PDF |
| SUSE_Sylabs_NDA.pdf | PDF |
| Rescale_Sylabs_NDA.pdf | PDF |
| UberCloud_Sylabs_NDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA.pdf | PDF |
| Redapt_Sylabs_NDA 3.26.18.pdf | PDF |
| ScaleFlux_Sylabs_NDA.pdf | PDF |
| HPC_Sylabs_NDA.pdf | PDF |
| Zededa_Sylabs_NDA.pdf | PDF |
| 4. Additional Info_Sylabs.pdf | PDF |
| Aeler_Sylabs_NDA.pdf | PDF |
| Dell_Sylabs_NDA.pdf | PDF |
| Huawei_Sylabs_NDA.pdf | PDF |
| Roche_Sylabs_NDA.pdf | PDF |
| VMWare_Sylabs_NDA.pdf | PDF |
| CautivaTeck_Sylabs_NDA.docx.pdf | PDF |
| SAIC_Sylabs_NDA.pdf | PDF |
| Storidge_Sylabs_NDA.pdf | PDF |
| Blusky_Sylabs_NDA.pdf | PDF |

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Clarus_Sylabs_NDA.pdf | PDF |
| ARM_Sylabs_NDA.pdf | PDF |
| Manxman Group_Sylabs_NDA.pdf | PDF |
| NDAs Signed.xlsx | Microsoft Excel |
| EMU_Sylabs_NDA.pdf | PDF |
| Symbiotic Systems_Sylabs_NDA.PDF | PDF |
| TGen_Sylabs_CDA.pdf | PDF |
| ABB_Sylabs_NDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| AMD_Sylabs_NDA.pdf | PDF |
| Penguin_Sylabs_NDA.pdf | PDF |
| Samsung SDSA_Sylabs_NDA.pdf | PDF |
| OmniScale_Sylabs_NDA.pdf | PDF |
| LLNL_Sylabs_NDA.pdf | PDF |
| Microsoft_Sylabs_NDA.pdf | PDF |
| Groupware_Sylabs_NDA.pdf | PDF |
| Facebook_Sylabs_NDA.pdf | PDF |
| Amazon_Sylabs_NDA.pdf | PDF |
| BostonLimited_SylabsNDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| QUALCOMM_Sylabs_NDA.pdf | PDF |
| AGC_PacificTeck_Sylabs_NDA.pdf | PDF |
| AntMicro_Sylabs_NDA.pdf | PDF |
| FRB_Sylabs_NDA.pdf | PDF |
| TigerGraph _ Sylabs - Mutual NDA.pdf | PDF |
| Nvidia_Sylabs_NDA.pdf | PDF |
| Deloitte_Sylabs_NDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA.docx | Microsoft Word |
| HPC Now_Sylabs_NDA.pdf | PDF |
| GigaIO_Sylabs_NDA.pdf | PDF |
| Walmart_Sylabs_RStor_NDA.pdf | PDF |
| Atos_BULL_Sylabs_NDA.pdf | PDF |
| LBNL_Sylabs_NDA (Renewal 2.5.20).pdf | PDF |
| Sylabs - Indiv. (Ken Glasheen) 5-31-2018.pdf | PDF |
| Lenovo_Sylabs_NDA_Final.pdf | PDF |
| Sylabs - Indiv. (John Krasnick)_NDA.pdf | PDF |

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Lancium_Sylabs_NDA.pdf | PDF |
| American Systems_Sylabs_NDA.pdf | PDF |
| Accenture_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Ken Glasheen) 6-12-2018.pdf | PDF |
| Sylabs -Indiv.(Shervin Gharavinia)(NDA).pdf | PDF |
| Cyyon_Sylabs_NDA.pdf | PDF |
| Orange_Sylabs_NDA.docx | Microsoft Word |
| Sylabs - Indiv. (Larry Lires) 07-27-2018.pdf | PDF |
| OpenDrives_Sylabs_NDA.pdf | PDF |
| Sandia_Sylabs_Updated NDA.pdf | PDF |
| Sylabs - Indiv. (Audrey Daste) (NDA).pdf | PDF |
| Jia Li NDA (Google).eml | Unknown |
| Sylabs - Indiv. (Kenneth Craft) 4-12-2018.pdf | PDF |
| Sylabs - Indiv. (Heather Crawford) 07-26-2018.pdf | PDF |
| Sylabs -Indiv. (John Rotchford)(NDA).pdf | PDF |
| Sylabs - Indiv. (Crystal Valentine).pdf | PDF |
| HPE_Sylabs_CDA.pdf | PDF |
| Robert Adolph_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Rodolfo Giometti) 07-17-2018.pdf | PDF |
| Sylabs - Indiv. (Rob Currin) 07-28-2018.pdf | PDF |
| Sylabs - Indiv. (Scott Padgett)_NDA.pdf | PDF |
| Sylabs - Indiv. (Kim McMahon) 07-13-2018.pdf | PDF |
| Sylabs - Indiv. (Hermann von Drateln)(NDA).pdf | PDF |
| Jason Tuschen_Sylabs_NDA.pdf | PDF |
| Samsung Semiconductor, Inc._Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Massimiliano Culpo) (NDA).pdf | PDF |
| TGEN_Sylabs_CDA (Expired).pdf | PDF |
| Sylabs - Indiv. (Gianluca Guida) (NDA) 7-23-2018.pdf | PDF |
| Sylabs - Indiv. (Daniel Bessanov) 8-1-2018.pdf | PDF |
| Penguin Computing+Sylabs_NDA_20180710_fully-executed.pdf | PDF |
| Rescale_Sylabs.pdf | PDF |

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Dan Beal_Sylabs_NDA.pdf | PDF |
| Jason Torey_Sylabs_NDA.pdf | PDF |
| LBNL_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Tina Nolte)(NDA).pdf | PDF |
| Sandia_Sylabs_One-way NDA.pdf | PDF |
| Sylabs - Activation Introduction.pdf | PDF |
| Sylabs Solutions Brief (PRO_Enterprise).pdf | PDF |
| Sylabs Product Pricing (CONFIDENTIAL).pdf | PDF |
| Sylabs Inc.- MASTER SERVICES AGREEMENT.pdf | PDF |
| Sylabs Inc. Master Purchase Agreement (signed).pdf | PDF |
| RStor - USAF Proposal - 100secs.mp4 | MP4 video |
| Manxman Group_Sylabs_NDA.pdf | PDF |
| Samsung SDSA_Sylabs_NDA.pdf | PDF |
| AntMicro_Sylabs_NDA.pdf | PDF |
| GigaIO_Sylabs_NDA.pdf | PDF |
| Lenovo_Sylabs_NDA_Final.pdf | PDF |
| OpenDrives_Sylabs_NDA.pdf | PDF |
| Sandia_Sylabs_Updated NDA.pdf | PDF |
| HPE_Sylabs_CDA.pdf | PDF |
| Samsung Semiconductor, Inc._Sylabs_NDA.pdf | PDF |
| Dan Beal_Sylabs_NDA.pdf | PDF |
| Jason Torey_Sylabs_NDA.pdf | PDF |
| Sandia_Sylabs_One-way NDA.pdf | PDF |
| Supermicro_Sylabs_NDA.pdf | PDF |
| SAIC_Sylabs_NDA.pdf | PDF |
| HPE_Sylabs_NDA.pdf | PDF |
| 2. J201-CSO1-7047_Sylabs_Slide Deck.pdf | PDF |
| UberCloud_Sylabs_NDA.pdf | PDF |
| 4. Additional Info_Sylabs.pdf | PDF |
| Zededa_Sylabs_NDA.pdf | PDF |
| Numericcal_Sylabs_NDA.pdf | PDF |
| Rescale_Sylabs_NDA.pdf | PDF |
| Aeler_Sylabs_NDA.pdf | PDF |
| VMWare_Sylabs_NDA.pdf | PDF |

11

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| ScaleFlux_Sylabs_NDA.pdf | PDF |
| HPC_Sylabs_NDA.pdf | PDF |
| Dell_Sylabs_NDA.pdf | PDF |
| EMU_Sylabs_NDA.pdf | PDF |
| Symbiotic Systems_Sylabs_NDA.PDF | PDF |
| SUSE_Sylabs_NDA.pdf | PDF |
| Polaris-Partners_Sylabs_CDA.pdf | PDF |
| Redapt_Sylabs_NDA 3.26.18.pdf | PDF |
| Huawei_Sylabs_NDA.pdf | PDF |
| CautivaTeck_Sylabs_NDA.docx.pdf | PDF |
| ARM_Sylabs_NDA.pdf | PDF |
| Roche_Sylabs_NDA.pdf | PDF |
| AMD_Sylabs_NDA.pdf | PDF |
| OmniScale_Sylabs_NDA.pdf | PDF |
| Blusky_Sylabs_NDA.pdf | PDF |
| Facebook_Sylabs_NDA.pdf | PDF |
| Amazon_Sylabs_NDA.pdf | PDF |
| TGen_Sylabs_CDA.pdf | PDF |
| Clarus_Sylabs_NDA.pdf | PDF |
| ABB_Sylabs_NDA.pdf | PDF |
| TigerGraph _ Sylabs - Mutual NDA.pdf | PDF |
| Storidge_Sylabs_NDA.pdf | PDF |
| Intel_Sylabs_NDA.pdf | PDF |
| Penguin_Sylabs_NDA.pdf | PDF |
| Microsoft_Sylabs_NDA.pdf | PDF |
| FRB_Sylabs_NDA.pdf | PDF |
| AGC_PacificTeck_Sylabs_NDA.pdf | PDF |
| Atos_BULL_Sylabs_NDA.pdf | PDF |
| LBNL_Sylabs_NDA (Renewal 2.5.20).pdf | PDF |
| Groupware_Sylabs_NDA.pdf | PDF |
| LLNL_Sylabs_NDA.pdf | PDF |
| BostonLimited_SylabsNDA.pdf | PDF |
| HPC Now_Sylabs_NDA.pdf | PDF |
| QUALCOMM_Sylabs_NDA.pdf | PDF |
| Deloitte_Sylabs_NDA.pdf | PDF |
| Lancium_Sylabs_NDA.pdf | PDF |

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Intel_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Ken Glasheen) 5-31-2018.pdf | PDF |
| Accenture_Sylabs_NDA.pdf | PDF |
| Cyyon_Sylabs_NDA.pdf | PDF |
| American Systems_Sylabs_NDA.pdf | PDF |
| Nvidia_Sylabs_NDA.pdf | PDF |
| Walmart_Sylabs_RStor_NDA.pdf | PDF |
| Sylabs -Indiv. (John Rotchford)(NDA).pdf | PDF |
| Sylabs - Indiv. (Ken Glasheen) 6-12-2018.pdf | PDF |
| Sylabs - Indiv. (Audrey Daste) (NDA).pdf | PDF |
| Sylabs - Indiv. (Larry Lires) 07-27-2018.pdf | PDF |
| Sylabs - Indiv. (Rob Currin) 07-28-2018.pdf | PDF |
| Sylabs - Indiv. (Kenneth Craft) 4-12-2018.pdf | PDF |
| Robert Adolph_Sylabs_NDA.pdf | PDF |
| Sylabs -Indiv.(Shervin Gharavinia)(NDA).pdf | PDF |
| Sylabs - Indiv. (Hermann von Drateln)(NDA).pdf | PDF |
| Jia Li NDA (Google).eml | Unknown |
| Sylabs - Indiv. (Daniel Bessanov) 8-1-2018.pdf | PDF |
| Sylabs - Indiv. (Scott Padgett)_NDA.pdf | PDF |
| Sylabs - Indiv. (Kim McMahon) 07-13-2018.pdf | PDF |
| Jason Tuschen_Sylabs_NDA.pdf | PDF |
| Sylabs - Indiv. (Crystal Valentine).pdf | PDF |
| Sylabs - Indiv. (Gianluca Guida) (NDA) 7-23-2018.pdf | PDF |
| Sylabs - Indiv. (John Krasnick)_NDA.pdf | PDF |
| TGEN_Sylabs_CDA (Expired).pdf | PDF |
| Sylabs - Indiv. (Massimiliano Culpo) (NDA).pdf | PDF |
| Sylabs - Indiv. (Rodolfo Giometti) 07-17-2018.pdf | PDF |
| Penguin Computing+Sylabs_NDA_20180710_fully-executed.pdf | PDF |
| 1. J201-CSO1-7047_Sylabs_Technical Volume.pdf | PDF |
| Rescale_Sylabs.pdf | PDF |
| Sylabs - Indiv. (Heather Crawford) 07-26-2018.pdf | PDF |

13

**Appendix 21** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including uploading 426 files.

| Item Name | Item Type |
|---|---|
| Sylabs - Indiv. (Tina Nolte)(NDA).pdf | PDF |
| LBNL_Sylabs_NDA.pdf | PDF |