

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____

**NEWPORT BEACH OFFICE**

# EXHIBIT 22

**Exhibit 22** - Between April 2, 2020 and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive, including changing user sharing permissions 65 times to 64 folders.

| | |
|---|---|
| Sales | Professional Services |
| SBIR | Singularity Enterprise |
| Documents | SingularityPRO |
| Notes | Signed Corporate NDAs |
| Archive | Signed Individual NDAs |
| Notes | Signed Corporate NDAs |
| Archive | Signed Individual NDAs |
| NetSuite | Signed Individual NDAs |
| SBIR | Signed Corporate NDAs |
| Customer Documents | MPA Archive |
| Documents | Pipeline Archive |
| Customer Documents | MPA |
| NetSuite | FreshSales Export Files |
| Archive | THIRD POINT VENTURES |
| Customer Documents | MPA Archive |
| SBIR | Pipeline Archive |
| NetSuite | MPA |
| Documents | Expired NDAs |
| Notes | Expired NDAs |
| NDAs | Expired NDAs |
| Qualcomm | |
| LLNL | |
| THIRD POINT VENTURES | |
| Singularity Enterprise | |
| Professional Services | |
| SingularityPRO | |
| LLNL | |
| NDAs | |
| Qualcomm | |
| THIRD POINT VENTURES | |
| AFWERX 20.1 | |
| LLNL | |
| Qualcomm | |
| NDAs | |
| AFWERX 20.1 | |
| Professional Services | |
| FreshSales Export Files | |
| FreshSales Export Files | |
| SingularityPRO | |
| Singularity Enterprise | |
| Pipeline Archive | |
| MPA Archive | |
| AFWERX 20.1 | |
| MPA | |