

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 32

**Exhibit 32** - On March 26, 2020, account shara@sylabs.io trashed 94 folders on Sylabs' Google Drive.

2019-03-29 15.04.41 QA_Testing standup 621533746
2019-04-02 15.02.32 QA_Testing standup 621533746
2019-04-09 15.02.13 QA_Testing standup 621533746
2019-03-26 15.02.12 QA_Testing standup 621533746
2019-04-05 15.12.58 QA_Testing standup 621533746
2019-01-17 08.00.55 DG and Li meetup prep
2019-03-06 20.03.18 SCS Key Service QA
9.16.19 Webinar Sync
6.26..19 SAIC - DoD/DSRC Strategy Sync (Internal)
2019-04-11 11.18.41 Core Singularity Developers standup 710432487
2019-05-30 09.05.26 Core Singularity Developers standup 710432487
ALL HANDS Meetings
20190726 - AGC (No Audio)
20190401 Japan Meetings
2019-06-03 Singularity Standup
2019-04-22 07.26.55 Hands-on Training with Singularity 359127187
2019-07-23 09.07.27 DoD dry run #1  160773177
2019-08-05 09.06.02 Core Singularity Developers standup 710432487
2019-07-15 09.08.25 Core Singularity Developers standup 710432487
2019-04-23 07.11.56 Hands-on Training with Singularity 359127187
NDA-2019-06-21 08.04.02 Sylabs_Intel containerized MPI follow-up 751193358
K8s Slurm Integration Brain Dump
Edge Platform Meeting 7.24.19
DEMO Meetings
Weekly Sales Operations Meeting
Weekly Sales and Partner Sync
5.10.19
4.12.19
1.11.19
6.21.19
3.9.19
12.14.18
FUM Demo (Isaac, RStor)
Containers 101
Product Strategy Meeting
SyOS Demo Debriefing
5-13-2019 Product Strategy Continued
5.30.19
8.19.19
7.8.19
8.6.19
8.12.19
7.22.19
7.15.19
9.3.19

**Appendix 32** - On March 26, 2020, account shara@sylabs.io trashed 94 folders on Sylabs' Google Drive.

5.23.19
8.26.19
7.29.19
2019-11-06 Engineering Demo Meeting
2019-09-25 Engineering Demo Meeting (Demo 2)
2019-10-09 Engineering Demo Meeting
2019-11-20 Engineering Demo Meeting
2019-12-18 Engineering Demo Meeting
2019-09-25 Engineering Demo Meeting (Demo 1)
2019-09-11 Engineering Demo Meeting (Demo 1)
2019-12-04 Engineering Demo Meeting
2019-10-23 Engineering Demo Meeting
2019-09-11 Engineering Demo Meeting (Demo 2)
2018-12-19 Engineering Demo (Part 2)
2018-12-19 11.02.20 Engineering Demo Meeting (Demo 1) 465495226
2019-07-03 Engineering Demo Meeting (Demo 1)
2019-04-24 Engineering Demo Meeting (Demo 2)
2019-08-14 Engineering Demo Meeting (Demo 1)
2019-06-05 Engineering Demo Meeting (Demo 1)
2019-05-08 Engineering Demo Meeting (Demo 1)
2019-05-08 Engineering Demo Meeting (Demo 2)
2019-07-31 Engineering Demo Meeting (Demo 1)
2019-06-19 Engineering Demo Meeting (Demo 2)
2019-08-14 Engineering Demo Meeting (Demo 2)
2019-05-22 Engineering Demo Meeting (Demo 1)
2019-06-05 Engineering Demo Meeting (Demo 2)
2019-07-31 Engineering Demo Meeting (Demo 2)
2019-07-17 Engineering Demo Meeting (Demo 1)
2019-04-24 Engineering Demo Meeting (Demo 1)
2019-07-03 Engineering Demo Meeting (Demo 2)
2019-05-22 Engineering Demo Meeting (Demo 2)
2019-08-28 Engineering Demo Meeting (Demo 1)
2019-06-19 Engineering Demo Meeting (Demo 1)
2019-07-17 Engineering Demo Meeting (Demo 2)
2019-02-27 Engineering Demo Meeting (Demo 1)
2019-02-27 Engineering Demo Meeting (Demo 2)
2019-04-10 Engineering Demo Meeting (Demo 1)
2019-01-30 Engineering Demo Meeting (Demo 2)
2019-01-16 Engineering Demo Meeting (Demo 1)
2019-03-13 Engineering Demo Meeting (Demo 2)
2019-03-27 Engineering Demo Meeting (Demo 1)
2019-01-02 Engineering Demo Meeting (Demo 1)
2019-02-13 Engineering Demo Meeting (Demo 2)
2019-04-10 Engineering Demo Meeting (Demo 2)
2019-03-13 Engineering Demo Meeting (Demo 1)

**Appendix 32** - On March 26, 2020, account shara@sylabs.io trashed 94 folders on Sylabs' Google Drive.

2019-01-30 Engineering Demo Meeting (Demo 1)
2019-03-27 Engineering Demo Meeting (Demo 2)
2019-02-13 Engineering Demo Meeting (Demo 1)
2019-01-02 Engineering Demo Meeting (Demo 2)
2019-01-16 Engineering Demo Meeting (Demo 2)