

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 33

**Exhibit 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| playback.m3u | Unknown |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| .DS_Store | Unknown |
| zoom_0.mp4 | MP4 video |
| GMT20190626-200841_SAIC---DoD.txt | Plain text |
| GMT20190626-200841_SAIC---DoD.m4a | Unknown |
| GMT20190626-200841_SAIC---DoD_1680x1050 (1).mp4 | MP4 video |
| .DS_Store | Unknown |
| playback.m3u | Unknown |
| audio_only_1.m4a | Unknown |
| zoom_1.mp4 | MP4 video |
| playback.m3u | Unknown |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| playback.m3u | Unknown |
| chat.txt | Plain text |
| Japan Meetings | Google Docs |
| GMT20190130-215958_FUM-Demo-w.m4a | Unknown |
| GMT20190130-215958_FUM-Demo-w_1920x1050.mp4 | MP4 video |
| K8s -> Slurm integration Brain Dump (notes): | Google Docs |
| Screen Recording 2019-07-26 at 1.14.10 PM.mov | Quicktime video |
| GMT20190916-180018_Webinar-FI_2048x1152.mp4 | MP4 video |
| audio_only.m4a | Unknown |
| playback.m3u | Unknown |
| playback.m3u | Unknown |
| audio_only.m4a | Unknown |
| chat.txt | Plain text |

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| playback.m3u | Unknown |
| zoom_0.mp4 | MP4 video |
| chat.txt | Plain text |
| zoom_0.mp4 | MP4 video |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| singularity_what_new.pptx | Microsoft Powerpoint |
| singularity_æ–°æ©Ÿè ƒ½.pptx | Microsoft Powerpoint |
| GMT20190116-231552_SyOS-Demo-.m4a | Unknown |
| GMT20190116-231552_SyOS-Demo-_1774x1104.mp4 | MP4 video |
| playback.m3u | Unknown |
| audio_only.m4a | Unknown |
| chat.txt | Plain text |
| zoom_0.mp4 | MP4 video |
| playback.m3u | Unknown |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| GMT20190724-150511_Engineerin.txt | Plain text |
| GMT20190206-160721_Greg-Vadim.txt | Plain text |
| Copy of K8s -> Slurm integration Brain Dump (notes): | Google Docs |
| GMT20190206-160721_Greg-Vadim_640x360.mp4 | MP4 video |
| GMT20190206-160721_Greg-Vadim.m4a | Unknown |
| GMT20190724-150511_Engineerin.m4a | Unknown |
| GMT20190724-150511_Engineerin_640x360.mp4 | MP4 video |
| GMT20190425-210638_Product-St_640x360.mp4 | MP4 video |
| GMT20190425-210638_Product-St.txt | Plain text |
| playback.m3u | Unknown |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| chat.txt | Plain text |

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| playback.m3u | Unknown |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| chat.txt | Plain text |
| playback.m3u | Unknown |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| GMT20190111-210155_ALL-HANDS-.m4a | Unknown |
| GMT20190111-210155_ALL-HANDS-.txt | Plain text |
| GMT20190111-210155_ALL-HANDS-_1886x1104.mp4 | MP4 video |
| chat.txt | Plain text |
| GMT20191106-155722_Engineerin.txt | Plain text |
| GMT20191120-155820_Engineerin_3440x1440.mp4 | MP4 video |
| GMT20191120-155820_Engineerin.m4a | Unknown |
| GMT20191120-155820_Engineerin.txt | Plain text |
| GMT20191106-155722_Engineerin_3440x1440.mp4 | MP4 video |
| GMT20191106-155722_Engineerin.m4a | Unknown |
| GMT20190513-180817_Product-St.txt | Plain text |
| GMT20190513-180817_Product-St.m4a | Unknown |
| GMT20190513-180817_Product-St_1920x972.mp4 | MP4 video |
| GMT20191204-155641_Engineerin_3440x1440.mp4 | MP4 video |
| GMT20191204-155641_Engineerin.m4a | Unknown |
| GMT20191204-155641_Engineerin.txt | Plain text |
| ALL HANDS Pt. 1 12.14.18.mp4 | MP4 video |
| ALL HANDS Pt. 2 12.14.18.mp4 | MP4 video |
| GMT20190925-225830_Engineerin.txt | Plain text |
| GMT20190925-225830_Engineerin_3440x1440.mp4 | MP4 video |
| GMT20190925-225830_Engineerin.m4a | Unknown |

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| GMT20190925-145648_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20190925-145648_Engineerin.m4a | Unknown |
| GMT20190606-195942_Weekly-Pro_1920x1054.mp4 | MP4 video |
| GMT20190510-200104_ALL-HANDS-_1920x972.mp4 | MP4 video |
| GMT20190904-180208_Weekly-Sal_1920x1178.mp4 | MP4 video |
| GMT20190722-155635_Weekly-Sal.txt | Plain text |
| GMT20190904-180208_Weekly-Sal.m4a | Unknown |
| GMT20190510-200104_ALL-HANDS-.txt | Plain text |
| GMT20190308-211337_ALL-HANDS-.m4a | Unknown |
| GMT20190412-195413_ALL-HANDS- (2).txt | Plain text |
| GMT20190722-155635_Weekly-Sal_640x360.mp4 | MP4 video |
| GMT20190904-180208_Weekly-Sal.txt | Plain text |
| GMT20190510-200104_ALL-HANDS-.m4a | Unknown |
| GMT20190308-211337_ALL-HANDS-_1558x980.mp4 | MP4 video |
| GMT20190412-195413_ALL-HANDS-_1920x900.mp4 | MP4 video |
| GMT20190722-155635_Weekly-Sal.m4a | Unknown |
| GMT20190412-195413_ALL-HANDS-.m4a | Unknown |
| GMT20190715-155821_Weekly-Sal.txt | Plain text |
| GMT20190715-155821_Weekly-Sal.m4a | Unknown |
| GMT20190715-155821_Weekly-Sal_1774x954.mp4 | MP4 video |
| GMT20190530-195348_Weekly-Pro.txt | Plain text |
| GMT20190530-195348_Weekly-Pro_640x360.mp4 | MP4 video |
| GMT20190530-195348_Weekly-Pro.m4a | Unknown |

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| GMT20190806-195510_Weekly-Sal.txt | Plain text |
| GMT20190806-195510_Weekly-Sal.m4a | Unknown |
| GMT20191218-155854_Engineerin.txt | Plain text |
| GMT20190911-225709_Engineerin_2346x1008.mp4 | MP4 video |
| GMT20191218-155854_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20191218-155854_Engineerin.m4a | Unknown |
| GMT20190911-225709_Engineerin.m4a | Unknown |
| GMT20190911-225709_Engineerin.txt | Plain text |
| GMT20190806-195510_Weekly-Sal_1920x940.mp4 | MP4 video |
| GMT20191009-145534_Engineerin_3440x1440.mp4 | MP4 video |
| GMT20191009-145534_Engineerin.m4a | Unknown |
| GMT20191023-150034_Engineerin_2090x1176.mp4 | MP4 video |
| GMT20190911-145426_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20190911-145426_Engineerin.m4a | Unknown |
| GMT20191023-150034_Engineerin.m4a | Unknown |
| GMT20190621-195421_ALL-HANDS-.txt | Plain text |
| GMT20190621-195421_ALL-HANDS-.m4a | Unknown |
| GMT20190621-195421_ALL-HANDS-_1920x956.mp4 | MP4 video |
| GMT20190523-200353_Weekly-Pro.txt | Plain text |
| GMT20190523-200353_Weekly-Pro.m4a | Unknown |
| GMT20190523-200353_Weekly-Pro_1704x1002.mp4 | MP4 video |
| GMT20190812-155801_Weekly-Sal.txt | Plain text |
| GMT20190812-155801_Weekly-Sal_640x360.mp4 | MP4 video |
| GMT20190812-155801_Weekly-Sal.m4a | Unknown |
| GMT20190826-155834_Weekly-Sal.txt | Plain text |
| GMT20190826-155834_Weekly-Sal.m4a | Unknown |

5

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| GMT20190826-155834_Weekly-Sal_640x360.mp4 | MP4 video |
| GMT20190708-155621_Weekly-Sal.txt | Plain text |
| GMT20190708-155621_Weekly-Sal.m4a | Unknown |
| playback.m3u | Unknown |
| playback.m3u | Unknown |
| zoom_0.mp4 | MP4 video |
| audio_only.m4a | Unknown |
| audio_only.m4a | Unknown |
| zoom_0.mp4 | MP4 video |
| GMT20190819-155627_Weekly-Sal_640x360.mp4 | MP4 video |
| GMT20190819-155627_Weekly-Sal.txt | Plain text |
| GMT20190819-155627_Weekly-Sal.m4a | Unknown |
| GMT20190729-155609_Weekly-Sal_640x360.mp4 | MP4 video |
| GMT20190729-155609_Weekly-Sal.m4a | Unknown |
| GMT20190729-155609_Weekly-Sal.txt | Plain text |
| 2018-12-19 Engineering Demo (Pt 2).mp4 | MP4 video |
| audio_only_1.m4a | Unknown |
| playback.m3u | Unknown |
| zoom_1.mp4 | MP4 video |
| zoom_0.mp4 | MP4 video |
| audio_only.m4a | Unknown |
| chat.txt | Plain text |
| GMT20190814-225026_Engineerin.txt | Plain text |
| GMT20190814-225026_Engineerin_1920x958.mp4 | MP4 video |
| GMT20190814-225026_Engineerin.m4a | Unknown |
| GMT20190424-145715_Engineerin.m4a | Unknown |
| GMT20190424-145715_Engineerin.txt | Plain text |
| GMT20190424-145715_Engineerin_1920x1050.mp4 | MP4 video |
| GMT20190213-235559_Engineerin.m4a | Unknown |
| GMT20190703-225731_Engineerin.txt | Plain text |
| GMT20190130-155838_Engineerin_1920x1200.mp4 | MP4 video |

6

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| GMT20190410-145620_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190410-145620_Engineerin.m4a | Unknown |
| GMT20190703-225731_Engineerin_3440x1440.mp4 | MP4 video |
| GMT20190828-145032_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190213-155747_Engineerin.m4a | Unknown |
| GMT20190213-155747_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20190410-145620_Engineerin.txt | Plain text |
| GMT20190828-145032_Engineerin.m4a | Unknown |
| GMT20190703-225731_Engineerin.m4a | Unknown |
| GMT20190213-235559_Engineerin_3840x1530.mp4 | MP4 video |
| GMT20190130-155838_Engineerin.m4a | Unknown |
| GMT20190410-225528_Engineerin_1920x1200.mp4 | MP4 video |
| GMT20190327-145528_Engineerin.txt | Plain text |
| GMT20190130-235842_Engineerin.m4a | Unknown |
| GMT20190130-235842_Engineerin.txt | Plain text |
| GMT20190327-145225_Engineerin_640x360.mp4 | MP4 video |
| GMT20190130-235842_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20190327-145528_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190327-145528_Engineerin.m4a | Unknown |
| GMT20190327-145225_Engineerin.m4a | Unknown |
| GMT20190410-225528_Engineerin.m4a | Unknown |
| GMT20190522-225413_Engineerin_1920x1058.mp4 | MP4 video |
| GMT20190313-145619_Engineerin.m4a | Unknown |
| GMT20190327-225102_Engineerin.m4a | Unknown |
| GMT20190313-225128_Engineerin.m4a | Unknown |
| GMT20190313-225128_Engineerin.txt | Plain text |
| GMT20190117-000623_Engineerin_2422x1362.mp4 | MP4 video |

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| GMT20190313-145619_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20190327-225102_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190117-000623_Engineerin.m4a | Unknown |
| GMT20190313-225128_Engineerin_3840x2160.mp4 | MP4 video |
| GMT20190522-225413_Engineerin.m4a | Unknown |
| GMT20190327-225102_Engineerin.txt | Plain text |
| GMT20190508-225733_Engineerin.m4a | Unknown |
| GMT20190703-145541_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20190508-225733_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20190703-145541_Engineerin.m4a | Unknown |
| GMT20190731-145829_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190605-225158_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190828-225354_Engineerin_1920x1050.mp4 | MP4 video |
| GMT20190731-145829_Engineerin.txt | Plain text |
| zoom_0.mp4 | MP4 video |
| GMT20190605-225158_Engineerin.m4a | Unknown |
| playback.m3u | Unknown |
| GMT20190828-225354_Engineerin.m4a | Unknown |
| GMT20190731-145829_Engineerin.m4a | Unknown |
| GMT20190102-225730_Engineerin_2266x1416.mp4 | MP4 video |
| audio_only.m4a | Unknown |
| GMT20190828-225354_Engineerin.txt | Plain text |
| GMT20190102-225730_Engineerin.m4a | Unknown |
| GMT20190116-155842_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190227-155820_Engineerin_1920x1200.mp4 | MP4 video |
| GMT20190116-155842_Engineerin.m4a | Unknown |
| GMT20190227-155820_Engineerin.txt | Plain text |

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| GMT20190227-155820_Engineerin.m4a | Unknown |
| GMT20190717-225555_Engineerin.m4a | Unknown |
| GMT20190717-145459_Engineerin.txt | Plain text |
| GMT20190717-145459_Engineerin.m4a | Unknown |
| GMT20190508-145702_Engineerin.txt | Plain text |
| GMT20190508-145702_Engineerin.m4a | Unknown |
| GMT20190717-225555_Engineerin.txt | Plain text |
| GMT20190508-145702_Engineerin_2844x1600.mp4 | MP4 video |
| GMT20190227-235712_Engineerin.m4a | Unknown |
| GMT20190227-235712_Engineerin_1920x1080.mp4 | MP4 video |
| GMT20190717-145459_Engineerin_1920x1050.mp4 | MP4 video |
| GMT20190717-225555_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190619-144851_Engineerin.m4a | Unknown |
| GMT20190619-144851_Engineerin_2560x1328.mp4 | MP4 video |
| GMT20190522-145618_Engineerin_3440x1440.mp4 | MP4 video |
| GMT20190522-145618_Engineerin.txt | Plain text |
| GMT20190619-225539_Engineerin.m4a | Unknown |
| GMT20190522-145618_Engineerin.m4a | Unknown |
| GMT20190619-225539_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190814-150310_Engineerin_2560x1440.mp4 | MP4 video |
| GMT20190814-153105_Engineerin_640x360.mp4 | MP4 video |
| GMT20190814-153105_Engineerin.m4a | Unknown |
| GMT20190814-150310_Engineerin.m4a | Unknown |
| GMT20190605-144710_Engineerin.m4a | Unknown |
| GMT20190605-144710_Engineerin.txt | Plain text |
| GMT20190605-144710_Engineerin_3440x1440.mp4 | MP4 video |
| GMT20190424-225522_Engineerin.m4a | Unknown |

**Appendix 33** - On March 26, 2020, account shara@sylabs.io trashed 256 files on Sylabs' Google Drive.

| Item Name | Item Type |
|---|---|
| GMT20190424-225522_Engineerin_4096x1890.mp4 | MP4 video |
| GMT20190731-225214_Engineerin.m4a | Unknown |
| GMT20190424-225522_Engineerin.txt | Plain text |
| GMT20190731-225214_Engineerin_2560x1080.mp4 | MP4 video |
| GMT20190517-215953_Keller--Gr.txt | Plain text |
| GMT20190517-215953_Keller--Gr_1920x1080.mp4 | MP4 video |
| GMT20190517-215953_Keller--Gr.m4a | Unknown |