

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 34

**Exhibit 34** - On March 26, 2020, account shara@sylabs.io deleted 95 folders on Sylabs' Google Drive.

2019-04-23 07.11.56 Hands-on Training with Singularity 359127187
NDA-2019-06-21 08.04.02 Sylabs_Intel containerized MPI follow-up 751193358
Edge Platform Meeting 7.24.19
K8s Slurm Integration Brain Dump
SyOS Demo Debriefing
FUM Demo (Isaac, RStor)
Weekly Sales Operations Meeting
Weekly Sales and Partner Sync
Product Strategy Meeting
2019-07-15 09.08.25 Core Singularity Developers standup 710432487
2019-08-05 09.06.02 Core Singularity Developers standup 710432487
2019-04-22 07.26.55 Hands-on Training with Singularity 359127187
8.12.19
9.3.19
8.6.19
7.22.19
7.29.19
8.19.19
8.26.19
7.8.19
7.15.19
20190401 Japan Meetings
20190726 - AGC (No Audio)
ALL HANDS Meetings
DEMO Meetings
9.16.19 Webinar Sync
2019-03-06 20.03.18 SCS Key Service QA
6.26..19 SAIC - DoD/DSRC Strategy Sync (Internal)
2019-05-30 09.05.26 Core Singularity Developers standup 710432487
2019-04-11 11.18.41 Core Singularity Developers standup 710432487
2019-07-23 09.07.27 DoD dry run #1  160773177
2019-04-09 15.02.13 QA_Testing standup 621533746
2019-03-26 15.02.12 QA_Testing standup 621533746
2019-01-17 08.00.55 DG and Li meetup prep
2019-03-29 15.04.41 QA_Testing standup 621533746
2019-04-02 15.02.32 QA_Testing standup 621533746
3.9.19
12.14.18
6.21.19
5.10.19
4.12.19
1.11.19
2019-11-20 Engineering Demo Meeting
2019-11-06 Engineering Demo Meeting
2019-10-23 Engineering Demo Meeting

**Appendix 34** - On March 26, 2020, account shara@sylabs.io deleted 95 folders on Sylabs' Google Drive.

2019-09-11 Engineering Demo Meeting (Demo 1)
2019-09-25 Engineering Demo Meeting (Demo 1)
2019-10-09 Engineering Demo Meeting
2019-12-04 Engineering Demo Meeting
2019-09-11 Engineering Demo Meeting (Demo 2)
2019-12-18 Engineering Demo Meeting
2019-09-25 Engineering Demo Meeting (Demo 2)
2018-12-19 Engineering Demo (Part 2)
2019-04-05 15.12.58 QA_Testing standup 621533746
2019-07-17 Engineering Demo Meeting (Demo 2)
2019-04-24 Engineering Demo Meeting (Demo 1)
2019-06-05 Engineering Demo Meeting (Demo 2)
2019-06-19 Engineering Demo Meeting (Demo 1)
2019-05-22 Engineering Demo Meeting (Demo 2)
2019-08-28 Engineering Demo Meeting (Demo 2)
2019-07-03 Engineering Demo Meeting (Demo 1)
2019-07-31 Engineering Demo Meeting (Demo 1)
2019-07-31 Engineering Demo Meeting (Demo 2)
2019-05-08 Engineering Demo Meeting (Demo 1)
2019-08-28 Engineering Demo Meeting (Demo 1)
2019-04-24 Engineering Demo Meeting (Demo 2)
2019-05-22 Engineering Demo Meeting (Demo 1)
2019-05-08 Engineering Demo Meeting (Demo 2)
2019-07-03 Engineering Demo Meeting (Demo 2)
2019-06-05 Engineering Demo Meeting (Demo 1)
2019-08-14 Engineering Demo Meeting (Demo 2)
2019-07-17 Engineering Demo Meeting (Demo 1)
2019-08-14 Engineering Demo Meeting (Demo 1)
2019-06-19 Engineering Demo Meeting (Demo 2)
2019-01-16 Engineering Demo Meeting (Demo 2)
2019-02-27 Engineering Demo Meeting (Demo 1)
2019-01-30 Engineering Demo Meeting (Demo 2)
2019-01-16 Engineering Demo Meeting (Demo 1)
2019-04-10 Engineering Demo Meeting (Demo 2)
2019-03-13 Engineering Demo Meeting (Demo 1)
2019-02-13 Engineering Demo Meeting (Demo 2)
2019-04-10 Engineering Demo Meeting (Demo 1)
2019-01-02 Engineering Demo Meeting (Demo 2)
2019-02-13 Engineering Demo Meeting (Demo 1)
2019-02-27 Engineering Demo Meeting (Demo 2)
2019-03-13 Engineering Demo Meeting (Demo 2)
2019-03-27 Engineering Demo Meeting (Demo 2)
2019-03-27 Engineering Demo Meeting (Demo 1)
2019-01-30 Engineering Demo Meeting (Demo 1)
2019-01-02 Engineering Demo Meeting (Demo 1)

**Appendix 34** - On March 26, 2020, account shara@sylabs.io deleted 95 folders on Sylabs' Google Drive.

2018-12-19 11.02.20 Engineering Demo Meeting (Demo 1) 465495226
5-13-2019 Product Strategy Continued
5.30.19
5.23.19
2019-06-03 Singularity Standup