

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 36

**Exhibit 36** - On March 12, 2020, account g@sylabs.io changed the permissions on 39 files in Sylabs' Google Drive for account joel.whitley@gmail.com from "None" to "Can view."

| Item name | Item Type |
|---|---|
| Fuzz Budget | Google Sheets |
| 005 - Board Consent (Series Seed) - 11-30-17.pdf | PDF |
| 001 - Action of Incorporator - 10-11-17.pdf | PDF |
| 003 - Stockholder Consent (Indemnification Agreements and 2017 Stock Plan) - 11-22-17.pdf | PDF |
| 004 - Board Consent re adoption of 2017 Stock Plan - 11-22-17.pdf | PDF |
| (3) - Stockholder Consent (Series Seed) - 11-30-17.pdf | PDF |
| Common Stock Purchase Agreement (Gregory Kurtzer) - 11-10-17.pdf | PDF |
| B001 - Bylaws - 11-10-17.pdf | PDF |
| 006 - Stockholder Consent (Series Seed) - 11-30-17.pdf | PDF |
| A001 - Certificate of Incorporation - 10-11-17.pdf | PDF |
| Indemnification Agreement  (Greg Kurzter) - 11-10-17.pdf | PDF |
| CA SOS Foreign Qualification FILED 12-4-17.pdf | PDF |
| Investors' Rights Agreement (Series Seed) - 12-1-17.pdf | PDF |
| 002 - Board Consent (Organizational Resolutions) - 11-10-17.pdf | PDF |
| (6) - Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf | PDF |
| (7) - Investors' Rights Agreement (Series Seed) - 12-1-17.pdf | PDF |
| Assignment of Technology Agreement (Greg Kurtzer) - 11-10-17.pdf | PDF |
| Series Seed Preferred Stock Purchase Agreement - 12-1-17.pdf | PDF |
| Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf | PDF |
| (2) - Board Consent (Series Seed) - 11-30-17.pdf | PDF |
| Indemnification Agreement  (Giovanni Coglitore) - 12-1-17.pdf | PDF |
| A003 - Certificate of Incorporation [Sylabs Inc. 2018] - 8-17-18.pdf | PDF |
| Founder Stock Purchase Agreement - Sylabs Holdings LLC - 8.31.18.pdf | PDF |
| 409A Valuation as of 12-31-17 - Carta Valuations LLC - 6-20-18.pdf | PDF |
| Patent Cooperation Treaty - 2019.07.11.pdf | PDF |
| 011 - Stockholder Consent (Indemnification Agreements and Assumption of 2017 Plan) [Sylabs Inc. 2018] - 8.31.18.pdf | PDF |
| 008 - Joint Board and Shareholder Consent of Conversion - 7.10.18.pdf | PDF |
| 009 - Action of Incorporator [Sylabs Inc. 2018] - 8.17.18.pdf | PDF |
| 010 - Board Consent (Organizational Resolutions) [Sylabs Inc. 2018] - 9.4.18.pdf | PDF |
| (4) - Stockholder Consent (appointment of Series Seed Director) - 12-1-17.pdf | PDF |
| 008A - Joint Board and Shareholder Consent of Conversion [DUPLICATE - WITH DRAFT STAMP] - 7.10.18.pdf | PDF |
| (8) - Indemnification Agreement  (Giovanni Coglitore) - 12-1-17.pdf | PDF |

**Appendix 36** - On March 12, 2020, account g@sylabs.io changed the permissions on 39 files in Sylabs' Google Drive for account joel.whitley@gmail.com from "None" to "Can view."

| Item name | Item Type |
|---|---|
| Plan of Conversion - 7.10.18.pdf | PDF |
| (5) - Series Seed Preferred Stock Purchase Agreement - 12-1-17.pdf | PDF |
| B002 - Bylaws [Sylabs Inc. 2018] - 8.31.18.pdf | PDF |
| A002 - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf | PDF |
| Certificate of Conversion (Corp to LLC) - 7.20.18.pdf | PDF |
| 007 - Stockholder Consent (appointment of Series Seed Director) - 12-1-17.pdf | PDF |
| (1) - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf | PDF |