

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

**NEWPORT BEACH OFFICE**

# EXHIBIT 38

**PETER D. LEPISCOPO, ESQ. C.S.B. #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (619) 251-2428; Facsimile: (619) 330-2991
Email: plepiscopo@att.net
Counsel of Record for Plaintiff, **SYLABS, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation | Case No. **5:23-cv-00849-SVK** |
| Plaintiff, | **DECLARATION OF** |
| v. | **CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38** |
| **GREGORY ROSE a/k/a GREGORY M. KURTZER, et al.,** | **TO SYLABS, INC.'S FIRST AMENDED COMPLAINT** |
| Defendants. | |

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

I, Christopher W. Tarbell, provide the following expert disclosures in connection with the above-referenced matter.

## I.

## INTRODUCTION

1.      I have reviewed and considered the court's December 19, 2023, Order Granting the Defendant's Motion to Dismiss Dkt. 59 ("MTD Order") and I am providing the following information to assist the Court in reaching its ultimate decision on Sylabs, Inc.'s ("Sylabs") First Amended Complaint.

2.      This declaration ("Declaration") is my original declaration, I have amended my opinions after reading the MTD Order.

3.      Sylabs utilizes Google Workspace, a cloud computing-based service for employees to collaborate, store, and share files.  Google Workspace allows Sylabs to securely store, edit, and work together on sensitive corporate files while employing Google's robust security features to maintain the confidentiality of their data.

4.      One part of Google's security features is the audit logs that record users' actions on Sylabs access controlled computer systems.  These audit logs provide Sylabs administrators a detailed list of security-relevant actions taken on their sensitive corporate files. These actions include, but are not limited to, trashing files, trashing folders, deleting files, and deleting folders.

5.      Google states that a user "can remove Google Drive files and folders from… (Google Workspace) My Drive and shared drives…(with) trash or delete."[1] Files and folders in Google Workspace Drive can be permanently deleted without

---

[1] Google. ""Google Workspace Google Drive Guides: Trash or Delete Files and Folders" https://developers.google.com/drive/api/guides/delete

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LEPISCOPO & ASSOCIATES LAW FIRM

moving the data to trash.  Any file or folder that is moved into trash is automatically deleted after 30 days.  After a file is deleted, any other user that has been shared that file will lose access to the file.

6.     Damage, as defined in 18 USC § 1030(e)(8), is "any impairment to the integrity or availability of data, a program, a system, or information.

7.     Deleting and trashing, which are automatically deleted after 30 days, files and folders in Sylabs' Google Workspace is a damage.  These files' availability to legitimate Sylabs' Google Workspace users was impaired.

8.     After Sylabs' former CEO, Gregory Kurtzer ("KURTZER") had resigned and left Sylabs, he trashed 42 folders (Exhibit 19) and 330 files (Exhibit 20). These trashed files would be automatically deleted from Sylabs' Google Workspace 30 days after KURTZER's actions.

9.     As KURTZER was walking out the door of Sylabs, after tendering his resignation, KURTZER deleted 142 folders (Exhibit 3) and 881 files (Exhibit 4).

10.     Defendant Robert Adolph ("ADOLPH") trashed 24 files from Sylabs' Google Workspace between tendering his resignation and the effective date of his resignation.  These trashed files would also be automatically deleted within 30 days.

11.     As Shara Hayden was leaving Sylabs, she deleted 95 folder (Exhibit 34) and deleted 255 files (Exhibit 35).

12.     Defendant Matthew Hayden ("HAYDEN") deleted a file from Sylabs' Google Workspace nine days after his resignation from Sylabs.

13.     Exceeds authorized access, as defined in 18 USC § 1030(e)(6), is to access a computer with authorization and to use such access to obtain or alter information in the computer that the accessor is not entitled so to obtain or alter.

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**

1

2

Deleting and trashing files, damaging the data, on a Sylabs' computer system after resigning from Sylabs is exceeding authorized access.

## II.

## BACKGROUND AND QUALIFICATIONS

14.    I am over the age of eighteen (18) and not a party to this action.  The following facts are based on my own personal knowledge, education, and experience. If called as a witness, I could and would testify to the truth of the declared facts under oath.

15.    I am currently a co-founding partner at Naxo Labs, LLC ("NAXO").  I regularly provide expert consultation to clients, including corporations, universities, and government agencies, regarding computer and network security best practices, as well as conduct cyber incident response and investigative analysis.

16.    From 2015 to 2022, I was employed as a Director at Berkeley Research Group, LLC ("BRG").  From 2014 to 2015, I was employed by FTI Consulting, Inc.'s ("FTI") Global Risk and Investigations Practice as a Managing Director of Cyber Security and Investigations. At both BRG and FTI, I provided comparable services to similar clients as my current employment was NAXO.

17.    From 2005 to 2014, I was employed by the Federal Bureau of Investigation ("FBI") as a computer forensic examiner and Special Agent.  As a member of the FBI's Computer Analysis Response Team ("CART"), my professional responsibilities focused on forensically recovering data and conducting forensic examinations of electronic evidence.  As a Special Agent with the FBI, my primary professional responsibility was to conduct criminal investigations into computer and network intrusions, which also involved the retrieval and forensic examination of

computer-related evidence. During my career at the FBI, I worked on nearly 100 criminal and national security investigations that involved the recovery and forensic analysis of a range of electronic evidence as well as the investigations of computer artifacts from cyber intrusions.

18.     I earned a Master of Science degree in Computer Science from James Madison University in 2004, with a concentration in information security.

19.     I have been certified as an FBI CART Forensic Examiner for both criminal and national security cases.  Those certifications were in the Windows and Linux operating systems, along with mobile devices.

20.     I have been certified by leading forensic software providers in the utilization of their forensic tools.  For example, I have been certified by Guidance Software as an EnCase Certified Examiner and by AccessData as an AccessData Certified Examiner.

21.     I have also been certified as a Forensic Computer Examiner with the International Association of Computer Investigative Specialists ("IACIS").

22.     I have previously testified as a computer forensics expert in United States of America v. Munoz, Case No. 11-CR-167 (JRT/AJB) in the United States District Court for the District of Minnesota and United States of America v. Berger, et al., Case No. 08-CR-00022 (LC/EMT) in the United States District Court for the Northern District of Florida, both criminal matters.  I have previously testified as both a computer forensics and computer intrusion expert in United States Securities and Exchange v. Chad C. McGinnis, et al., Civil Action No. 5:14-CV-6 in the United States District Court of Vermont.  A copy of my Curriculum Vitae is filed as Exhibit 1 to plaintiff Sylabs, Inc.'s First Amended Complaint ("Complaint") (hereinafter all

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

references to "Exhibit" or "Exh." Shall refer to exhibits filed in support of the Complaint).  I utilized the information referenced herein in order to provide my analysis and opinions, as well as to create, organize, and assign numbers to Exhibits 2 through 36, 44, 45, 57, and 68 through 73, inclusive, filed in support of the Complaint.

### III.

### SCOPE OF REPORT

23.    I have been retained as an expert in the above-captioned case by counsel on behalf of the plaintiff, Sylabs, to provide my analysis and opinions, based on my education, experience, and review of the materials described in this Declaration.

24.    In forming the opinions described in this Declaration, I have reviewed the following documents and other materials that have been provided by counsel on behalf of Sylabs:

a. Sylabs' Google Workspace Drive audit logs for the following accounts and date ranges (Using Microsoft Excel's included feature "Get Data From File," Sylabs' Google Workspace Drive audit logs were combined and verified into one file, allowing all recorded security-relevant actions to be viewed in chronological order as set forth in the table in Exhibit 44):

   i.    anne@sylabs.io from approximately January 1, 2020, to April 16, 2020;

   ii.   cedric@sylabs.io from approximately January 1, 2020, to April 16, 2020;

   iii.  erin@sylabs.io from approximately January 1, 2020, to April 16, 2020;

   iv.   g@sylabs.io from approximately January 1, 2020, to April 16, 2020;

   v.    gmkurtzer@gmail.com from approximately January 1, 2020, to April 16, 2020;

---

LEPISCOPO & ASSOCIATES LAW FIRM

vi.    joel.whitley@gmail.com from approximately January 1, 2020, to April 16, 2020;

vii.    julia@sylabs.io from approximately January 1, 2020, to April 16, 2020;

viii.    prager@opendrives.com from approximately January 1, 2020, to April 16, 2020;

ix.    matt@sylabs.io from approximately January 1, 2020, to April 16, 2020;

x.    robert@sylabs.io from approximately January 1, 2020, to April 16, 2020;

xi.    rose@sylabs.io from approximately January 1, 2020, to April 16, 2020;

xii.    shara@sylabs.io from approximately January 1, 2020, to April 16, 2020;

b.  Sylabs' Google Workspace Email audit logs for the following accounts and date ranges (Using Microsoft Excel's included feature "Get Data From File," Sylabs' Google Workspace Email audit logs were combined and verified into one file, allowing all recorded security-relevant actions to be viewed in chronological order as set forth in the table in Exhibit 45):

i.    g@sylabs.io from approximately March 18, 2020, to April 17, 2020;

ii.    julia@sylabs.io from approximately March 18, 2020, to April 17, 2020;

iii.    robert@sylabs.io from approximately March 18, 2020, to April 17, 2020;

c.  Sylabs' Issue Notification from the United States Patent and Trademark Office, Application No. 16/435.251, with an Issue Date of May 2, 2023;

d.  Sylabs' Notice of Allowance and Fee(s) Due from the United States Patent and Trademark Office, Application No. 16/435.251, Date Mailed of January 5, 2023;

e.  Sylabs' Employee Handbook 2019, Excerpts pp. 15 – 19;

f.  The court's December 19, 2023, Order Granting the Defendant's Motion to Dismiss Dkt. 59.

25.     I reserve the right to supplement or amend my opinions in light of additional evidence, testimony, or information that may be provided to me after the date of this report.  I also reserve the right to supplement or amend my opinions in response to any further expert reports.  I expect that I may be called as a witness.  If that occurs, I may produce or assist in producing exhibits for trial based on the documentation attached to or described in this report, its exhibits, or any supplemental reports or exhibits.

26.     NAXO is being paid $750 per hour for my work in this matter.  My compensation is not contingent on the outcome or resolution of this or any other legal matter.

**IV.**

**ANALYSIS**

**A. Summary**

27.     Google Workspace is a cloud computing-based service that many companies utilize for employees to collaborate, store, and share files.  Workspace has a robust logging feature that allows the auditing of employee activities within this environment.

28.     Sylabs utilized Workspace features such as Google Drive to securely store, edit, and work together on sensitive corporate files. Sylabs employed these Google Workspace tools in part to ensure the security of their company secrets and sensitive data.

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

29.     The Cybersecurity and Infrastructure Security Agency ("CISA") of the United States defines an insider threat as "the potential for an insider to use their authorized access or understanding of an organization to harm that organization."[2]

30.     Sylabs suffered multiple insider threat attacks by their former CEO and his cohorts.   KURTZER, used his authorized access to and knowledge of Sylabs' intellectual property, trade secrets, confidential information, resources, including personnel, facilities, information, equipment, networks, and system to delete, share with outsiders, and download Sylabs' sensitive corporate data.

31.     KURTZER shared the folder "All Corporate Docs" with an external user and shared access to over 40 of Sylabs' documents with another external user.

32.     After tendering his resignation, KURTZER, in one day on Sylabs' systems, deleted 142 folders, deleted 880 files, downloaded 3,901 of Sylabs' files, changed the sharing permissions on 137 folders and 1,094 files, and gave his personal email access to nearly 1,200 Sylabs files and folders – which KURTZER then used to download 1,086 files belonging to Sylabs.

33.     Even after his resignation, when KURTZER was no longer an employee of Sylabs, KURTZER had numerous unauthorized accesses to Sylabs' Google Drive that included downloading 1,662 files, editing files, and trashing 42 folders and 330 files.

---

[2] Cybersecurity and Infrastructure Security Agency. "Defining Insider Threats." https://www.cisa.gov/topics/physical-security/insider-threat-mitigation/defining-insider-threats

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**

34.    After his resignation, other former Sylabs employees followed KURTZER to be employed by defendant CIQ and also became insider threat actors, all of whom are identified in the following paragraphs.

35.    ADOLPH edited, downloaded, and trashed numerous files after tendering his resignation to Sylabs.

36.    Defendant Matthew Hayden ("HAYDEN") downloaded and viewed Sylabs' files after tendering his resignation.  HAYDEN continued with unauthorized access to Sylabs' systems after he was no longer an employee of Sylabs while employed by defendant CIQ to create, download, view, and delete files.

37.    Defendant Erin Fong ("FONG") downloaded, edited, and viewed Sylabs files after tendering her resignation to Sylabs.  Along with the others, FONG had unauthorized access to Sylabs' systems after her employment ended while she was employed by CIQ.

38.    Rose Stein changed the sharing permissions on 478 folders and 17,235 files in one day.

39.    Shara Hayden trashed and deleted 350 files within Sylabs' systems.

40.    KURTZER and the other former employees of Sylabs downloaded, deleted, and trashed files on Sylabs' systems as they were walking out the door to other employment; in some cases, these acts were committed when they were no longer an employee of Sylabs they accessed Sylabs' systems without authorization and were inconsistent with the Kurtzer Release.

41.    KURTZER and ADOLPH exchanged email, through their Sylabs email accounts, with d.buss@opendrive.com, including an email with the subject "Navy SBIR." (I have prepared a full list of email activity of d.buss@opendrives.com from

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**

LEPISCOPO & ASSOCIATES LAW FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LEPISCOPO & ASSOCIATES LAW FIRM

the examined Sylabs' Google Workspace Email audit logs as set forth in the table in Exhibit 57.)

**B. Google Workspaces Audit Logs**

42.     Google Workspace, formally known as Google Apps and G Suite, is a collection of productivity and collaboration tools and products developed and marketed by Google.  These tools and products are cloud computing based, meaning they have on-demand delivery to such services as computing resources, servers, applications, and data storage.

43.     Google Workspace provides a business with "a custom email…and include(s) collaboration tools like Gmail, Calendar, Meet, Chat, Drive, Docs, Sheets, Slides, Forms, Sites, and more."[3]

44.     Gmail, the email service provided in Google Workspace, allows a business to choose a domain name for the business's email; for example, the fictitious company Fast Food could have Gmail email addresses with the domain name @fastfood.com.  While the domain name reflects the company name in this example, the email service is provided by Gmail.

45.     Google Workspace's Drive is a file storage and synchronization service that allows a business to "store, share, and collaborate on files and folders from…mobile device(s), tablet(s), or computer(s)."[4]

---

[3] What's included with Google Workspace (formerly G Suite)?" Google. https://workspace.google.com

[4] "Google Drive." Google. https://www.google.com/drive

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**

46.     Google Workspace archives users' actions and offers administrative accounts access to audit logs.  These audit logs are a sequential record of security-relevant events and the organization's user activity within Google Workspace.  Both Google Drive and Gmail generate these audit logs.

47.     Gmail audit logs are a record of actions and events for the organization's user and administrative activity with the organization's email.  These logs archive data about sending and receiving the organization's email such as, but not limited to, the email message ID, timestamps, sender, message size, subject, the direction of the email, number of attachments, recipient email address, event target, event status, event target IP address, and if the email has encryption.

48.     Google "Drive log events include content your users create in Google Docs, Sheets, Slides, and other Google Workspace apps, and content that your users upload to Drive, such as PDFs and Microsoft Word files."[5] These events can include, but are not limited to, add to folder, create, delete, download, edit, editor setting change, link sharing access type change,[6] link sharing visibility change,[7] move, print, remove from folder, rename, restore, shared drive membership change, trash, upload, user sharing permissions change, and view.

---

[5] "Drive Log Events." Google. https://support.google.com/a/answer/4579696

[6] Depending on the account settings, levels of access to a file can be shared through a link that is for everyone on the internet, everyone in an organization, a group of people within an organization, or individually.

[7] Depending on the account settings, a file can be shared/published through a link that is made visible to everyone on the internet, everyone in an organization, a group of people within an organization, or individually.

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**

LEPISCOPO & ASSOCIATES LAW FIRM

**C. Sylabs' Google Workspace Action of g@sylabs.io**

49.     Sylabs' Google Workspace account g@sylabs.io is assigned to KURTZER.  KURTZER tendered his resignation as CEO from Sylabs on March 22, 2020, effective on March 31, 2020. Within Sylabs' Google Workstation, account g@sylabs.io is labeled as "Gregory Kurtzer."

50.     During the month of March 2020, prior to KURTZER tendering his resignation, his account g@sylabs.io:

a. Added the file "Disrupt the Status Quo - HPC Taken to the Next Level" to the folder "Root" on March 19, 2020.

b. Created the folder "All Corporate Docs" on March 13, 2020.

c. Created 10 files: "Untitled spreadsheet," "Fuzz  Budget,"         "Untitled document," "Untitled document," "Untitled document," "Untitled spreadsheet," "Untitled document," "Untitled document," "Untitled document," and "Copy of Disrupt the Status Quo - HPC Taken to the Next Level."

d. Deleted four folders: "Product Information (Descriptions)," "Customer-Specific Product Information (Descriptions) DRAFTS," "Sales," and "WIP Quotes."

e. Deleted four files: "Sylabs MPA.pdf," "DOD - DSRC," "Pacific Tech," and "Pacific Tech - Feb 25 2018."

f. Downloaded six files: "Total Sales," "Sylabs_NPA_92019pdf_Exhi.pdf," "Cover Letter," "Sylabs / RStor Settlement," "Disrupt the Status Quo - HPC Taken to the Next Level," and "Disrupting the Status Quo - HPC Taken to the Next Level."

LEPISCOPO & ASSOCIATES LAW FIRM

g. Edited 18 files: "Disrupt the Status Quo - HPC Taken to the Next Level," "Employee Restructured Burn," "Sylabs / RStor Settlement,"[8] "Bookings, Revenue, and Expenses," "Total Sales," "Greg's HPC History," "ARR Pipeline Draft," "Cover Letter,"[9] "Disrupting the Status Quo - HPC Taken to the Next Level,"[10] "Facebook proposal,"[11] "Fuzzball Timeline," "Sales Pipeline," "Fuzzball Slides Content," "Sylabs Spin-in Terms,"[12] "Fuzz Budget," "Product Pricing Model (CONFIDENTIAL)," "RStor notes," and "Employees open to moving to RStor."

h. Printed the file "A001 - Certificate of Incorporation - 10-11-17.pdf" on March 16, 2020.

i. Renamed nine files: "Untitled spreadsheet" to "Total Sales," "Untitled document" to "Terms" to "Sylabs Spin-in Terms," "Untitled document to Email cover to Joel to Cover Letter," "Untitled document to Sylabs / RStor Settlement," "Untitled spreadsheet to Employees open to moving to RStor,"

---

[8] On March 15, 2020, a file named "Untitled document" was renamed by g@sylabs.io to "Sylabs / RStor Settlement."

[9] On March 11, 2020, a file named "Email cover to Joel" was renamed by g@sylabs.io to "Cover Letter."

[10] On March 19, 2020, a file named "Copy of Disrupt the Status Quo - HPC Taken to the Next Level" was renamed by g@sylabs.io to "Disrupting the Status Quo - HPC Taken to the Next Level."

[11] On March 17, 2020, a file named "Untitled document" was renamed by g@sylabs.io to "Facebook proposal."

[12] On March 9, 2020, a file named "Terms" was renamed by g@sylabs.io to "Sylabs Spin-in Terms."

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

"Untitled document to Facebook proposal," "Untitled document to Jon Notes to RStor notes," "Untitled document" to "Greg's HPC History," and "Copy of Disrupt the Status Quo - HPC Taken to the Next Level" to "Disrupting the Status Quo - HPC Taken to the Next Level"

j.   Trashed the file "Employees open to moving to RStor" on March 16, 2020.

k.   Uploaded 38 files on March 13, 2020: "Patent Cooperation Treaty - 2019.07.11.pdf," "409A Valuation as of 12-31-17 - Carta Valuations LLC - 6-20-18.pdf," "008 - Joint Board and Shareholder Consent of Conversion - 7.10.18.pdf," "A003 - Certificate of Incorporation [Sylabs Inc. 2018] - 8-17-18.pdf," "Founder Stock Purchase Agreement - Sylabs Holdings LLC - 8.31.18.pdf," "009 - Action of Incorporator [Sylabs Inc. 2018] - 8.17.18.pdf," "011 - Stockholder Consent (Indemnification Agreements and Assumption of 2017 Plan) [Sylabs Inc. 2018] - 8.31.18.pdf," "010 - Board Consent (Organizational Resolutions) [Sylabs Inc. 2018] - 9.4.18.pdf," "(1) - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf," "Certificate of Conversion (Corp to LLC) - 7.20.18.pdf," "008A - Joint Board and Shareholder Consent of Conversion [DUPLICATE - WITH DRAFT STAMP] - 7.10.18.pdf," "B002 - Bylaws [Sylabs Inc. 2018] - 8.31.18.pdf," "Plan of Conversion - 7.10.18.pdf," "A002 - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf," "Investors' Rights Agreement (Series Seed) - 12-1-17.pdf," "CA SOS Foreign Qualification FILED 12-4-17.pdf," "(6) - Series Seed cert. SS-1 (R- Stor Inc.) - 12-1-17.pdf," "Indemnification Agreement (Giovanni Coglitore) - 12-1-17.pdf," "(7) - Investors' Rights Agreement (Series Seed) - 12-1-17.pdf," "007 - Stockholder

LEPISCOPO & ASSOCIATES LAW FIRM

Consent (appointment of Series Seed Director) - 12-1-17.pdf," "(8) - Indemnification Agreement (Giovanni Coglitore) - 12-1-17.pdf," "(5) - Series Seed Preferred Stock Purchase Agreement - 12-1-17.pdf," "(4) - Stockholder Consent (appointment of Series Seed Director) - 12-1-17.pdf," "Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf," "003 - Stockholder Consent (Indemnification Agreements and 2017 Stock Plan) - 11-22-17.pdf," "006 - Stockholder Consent (Series Seed) - 11-30-17.pdf," "004 - Board Consent re adoption of 2017 Stock Plan - 11-22-17.pdf," "(3) - Stockholder Consent (Series Seed) - 11-30-17.pdf," "005 - Board Consent (Series Seed) - 11-30-17.pdf," "(2) - Board Consent (Series Seed) - 11-30-17.pdf," "002 - Board Consent (Organizational Resolutions) - 11-10-17.pdf," "Assignment of Technology Agreement (Greg Kurtzer) - 11-10-17.pdf," "Series Seed Preferred Stock Purchase Agreement - 12-1-17.pdf," "B001 - Bylaws - 11-10-17.pdf," "A001 - Certificate of Incorporation - 10-11-17.pdf," "001 - Action of Incorporator - 10-11-17.pdf," "Indemnification Agreement (Greg Kurzter) - 11-10-17.pdf," and "Common Stock Purchase Agreement (Gregory Kurtzer) - 11-10-17.pdf."

l. Changed the sharing permission to the folder "All Corporate Docs" for the external account joel.whitley@gmail.com, used by defendant Joel Whitley ("WHITLEY") who is a principal of defendant IAG, from "None" to "Can view."

m. Changed sharing permissions 54 times across 44 files and one folder. (I have prepared a full list of the 44 files and the folder as set forth in the table in Exhibit 2.) This includes giving 42 sharing permission changes ("Can view" and "Can

---

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**

comment") to external accounts m.prager@opendrives.com and joel.whitley@gmail.com for 41 files in Sylabs' Google Drive.

n. Viewed 37 files: "Untitled document," "Product Pricing Model (CONFIDENTIAL)," "EDF Statement of Work for Active Directory (LDAP) Integration," "ARR Pipeline Draft," "Sylabs Pro Ent," "Sales Pipeline," "Employee Restructured Burn," "Monthly Burn," "Total Sales," "Sylabs Master Purchase Agreement - Final," "PO_B640518 Signed.pdf," "EDF," "Fuzzball Slides Content," "Sylabs_NPA_92019pdf_Exhi.pdf," "Bookings, Revenue, and Expenses," "Fuzz Budget," "Sylabs Spin-in Terms,"[11] "Price Sheet," "Untitled spreadsheet," "Fuzzball Timeline," "Fuzzball Planning," "Cover Letter,"[8] "2020-02_Dev_Timeline," "DRAFT-PRO_Support_Lifecycle," "Sylabs / RStor Settlement,"[7] "A001 - Certificate of Incorporation - 10-11-17.pdf," "A003 - Certificate of Incorporation [Sylabs Inc. 2018] - 8-17-18.pdf," "systacks," "Untitled document," "SyIQ," "Facebook proposal," "RStor notes," "2020-02_Roadmap_Pub," "Greg's HPC History," "Disrupt the Status Quo - HPC Taken to the Next Level," "Disrupting the Status Quo - HPC Taken to the Next Level,"[9] and "VC Status."

51. Between tendering his resignation and the effective date of his resignation, March 31, 2020, KURTZER's account g@sylabs.io:

a. Created the three folders "Sales," "OpenDrives," "Archive," and "DOD" on March 26, 2020. Created the four folders "Full Drive," "rose@sylabs.io," "westley@sylabs.io," and "gwendolyn@sylabs.io" on March 29, 2020.

b. Created the file "Untitled spreadsheet" on March 25, 2020.

LEPISCOPO & ASSOCIATES LAW FIRM

c.  Deleted 142 folders on March 26, 2020. (I have prepared a full list of the 142 deleted folders as set forth in the table in Exhibit 3.)

d.  Deleted 881 files on March 26, 2020. (I have prepared a full list of the 881 deleted files as set forth in the table in Exhibit 4.)

e.  Downloaded 3,901 files. (I have prepared a full list of the 3,901 downloaded files as set forth in the table in Exhibit 5.)

f.  Edited four files: "RStor notes," "Fuzz Budget," "Employee Resignations (March 2020)," and "BABELFISH Future Work."

g.  Changed the editor settings from "Owner" to "Owner, Writer" on 75 folders. (I have prepared a full list of the 75 folders with the changed editor setting from "Owner" to "Owner, Writer" as set forth in Exhibit 6.)

h.  Changed the editor settings from "Owner" to "Owner, Writer" on 501 files. (I have prepared a full list of the 501 files with the changed editor setting from "Owner" to "Owner, Writer" as set forth in Exhibit 7.)

i.  Changed the link sharing access and visibility on the folder "y@sylabs.io."

j.  Changed the link sharing access and visibility on four files: "Getting started," "Untitled Site," "SIF Lab notes," and "Untitled Site (Home)."

k.  Moved 59 folders. (I have prepared a full list of the 59 moved folders as set forth in Exhibit 8.)

l.  Moved 82 files. (I have prepared a full list of the 82 moved files as set forth in Exhibit 9.)

LEPISCOPO & ASSOCIATES LAW FIRM

m. Removed 10 folders from folders: "From Kai SC18," "EasyBuildUserMeeting-feb-2018," "MAGIC-meeting-feb-2018," "Interview Help," "Hiring Templates," "Globalization Partners," "Contractor Agreements," "OnBoarding," "Hiring Plans," and "Inactive/Unaccepted."

n. Renamed the file "Untitled spreadsheet" to "Employee Resignations (March 2020)" on March 25, 2020.

o. Restored the folder "Full Drive" on March 26, 2020.

p. Trashed 126 folders on March 26, 2020. (I have prepared a full list of the 126 trashed folders as set forth in Exhibit 10.)

q. Trashed 722 files on March 26, 2020. (I have prepared a full list of the 722 trashed files as set forth in Exhibit 11.)

r. Change user sharing permissions 390 times to 137 folders on March 26, 2020. (I have prepared a full list of the 137 folders as set forth in Exhibit 12.)

s. Change user sharing permissions 3,251 times to 1,094 files. All but three of these 3,251 changes occurred on March 26, 2020. (I have prepared a full list of the 1,094 files as set forth in Exhibit 13.)

t. View 47 files. (I have prepared a full list of the 47 files viewed as set forth in Exhibit 14.)

52. Between April 2, 2020, and April 15, 2020, well after KURTZER's resignation date from Sylabs, his account g@sylabs.io conducted numerous activities on Sylabs' Google Drive:

a. Created 206 folders. (I have prepared a full list of the 206 folders created as set forth in Exhibit 15.)

b. Created 945 files. (I have prepared a full list of the 945 files created as set forth in Exhibit 16.)

c. Downloaded 1,662 files. (I have prepared a full list of the 1,662 files downloaded as set forth in Exhibit 17.)

d. Edited the two files "Employee Resignations (March 2020)" and "passport."

e. Moved 65 files. (I have prepared a full list of the 65 files moved as set forth in Exhibit 18.)

f. Trashed 42 folders. (I have prepared a full list of the 42 folders trashed as set forth in Exhibit 19.)

g. Trashed 330 files. (I have prepared a full list of the 330 files trashed as set forth in Exhibit 20.)

h. Uploaded 426 files. (I have prepared a full list of the 426 files uploaded as set forth in Exhibit 21.)

i. Change user sharing permissions 65 times to 64 folders. (I have prepared a full list of the 64 folders as set forth in Exhibit 22.)

j. Changed user sharing permissions 489 times to 489 files. (I have prepared a full list of the 489 files as set forth in Exhibit 23.)

k. Viewed 15 files: "Sales Standard Operating Procedure_Feb 2020.docx," "Total Sales," "Sales Pipeline," "Sales Sync," "PacificTeck Quotes_," "BizDev Team Structure," "XBD201705-00094-001.png," "Employee Resignations (March 2020)," "passport," "RHT_Fee_Sylabs.pdf," "Jess

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Mahan - Sylabs Employee NDA and IP Assignment," "Various Sylabs HR Contacts," "Employee Data - phone and address," "Jon - Separation/ advisory update," and "Product Pricing Model (CONFIDENTIAL)."

53.     Between April 2, 2020, and April 15, 2020, KURTZER's account g@sylabs.io conducted 4,696 actions on Sylabs' Google Drive. Of these 4,696 actions, 3,609 actions (approximately 76.9%)[13] were from IP address 135.180.12.122.  While KURTZER was still employed at Sylabs, his account g@sylabs.io conducted 13,210 actions between February 10, 2020, and March 30, 2020, from this exact same IP address, 135.180.12.122.   Furthermore, the account julia@sylabs.io conducted 11 actions between February 17, 2020, and February 25, 2020, from this exact same IP address, 135.180.12.122.

**D.  Sylabs' Google Workspace Actions of gmkurtzer@gmail.com**

54.     On March 26, 2020, account g@sylabs.io gave access to 1,186 files and folders on Sylabs' Google Drive to the external account gmkurtzer@gmail.com ("KURTZER GMAIL"). (I have prepared a full list of the 1,186 files and folders as set forth in Exhibit 24.) The external KURTZER GMAIL account then downloaded 1,086 files from Sylabs' Google Drive. (I have prepared a full list of the 1,086 files as set forth in Exhibit 25.)  The account g@sylabs.io started granting permissions to the KURTZER GMAIL account at approximately 3:04:04 pm. Approximately one hour

---

[13] The remaining 1,087 actions (approximately 23.1%) did not have a recorded IP address.  All the 4,696 actions of account g@sylabs.io between April 2, 2020, and April 15, 2020, were either from IP address 135.180.12.122 or did not have a recorded IP address.

and nineteen minutes later, the KURTZER GMAIL account had finished taking a copy of 1,086 files from Sylabs' Google Drive.

**E. Sylabs' Google Workspace Actions of robert@sylabs.io**

55.     Sylabs' Google Workspace account robert@sylabs.io is assigned to ADOLPH. ADOLPH tendered his resignation from Sylabs on March 23, 2020, effective on March 31, 2020.

56.     During the month of March 2020, prior to ADOLPH tendering his resignation, his account robert@sylabs.io:

    a. Created nine files: "Vendor Registration Form - V3Final.pdf," "PO_B640518 Signed.pdf," "Untitled document," "Singularity-Release_Notes-V1.doc," "Untitled presentation," "ExxonMobilContainerStrategy.pdf," "Sylabs Pro Ent (3) (2)," "Untitled document," and "Untitled document."

    b. Downloaded eight files: "RStor - USAF Proposal - 100secs.mp4," "2. J201-CSO1-7047_Sylabs_Slide Deck.pdf,"[14] "1. J201-CSO1-7047_Sylabs_Technical Volume.pdf," "Sylabs Support SLA Matrix," "systacks," "Untitled presentation, "ExxonMobilContainerStrategy.pdf," and "HPC is at the heart of Sylabs."

---

[14] On March 18, 2020, a file name "HPC is at the heart of Sylabs" was renamed by robert@sylabs.io to "Disrupt the Status Quo - HPC Taken to the Next Level" and also downloaded by robert@sylabs.io on March 18, 2020.

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

c.  Edited 13 files: "Disrupt the Status Quo - HPC Taken to the Next Level,"[15] "Sylabs Support SLA Matrix," "Untitled document," "2020-02_Dev_Timeline,    DRAFT-PRO_Support_Lifecycle,"    "Facebook proposal," "Sylabs Pro Ent (3) (2)," "zoom," "systacks,"[16] "Sylabs Roadmap,"[17]    "Fuzz    Budget,"    "Product    Pricing    Model (CONFIDENTIAL),"and "ONUG Notes."

d.  Changed the link sharing access and visibility on five files: "Vendor Registration Form - V3Final.pdf," "PO_B640518 Signed.pdf," "systacks," "ExxonMobilContainerStrategy.pdf," and "HPC is at the heart of Sylabs."

e.  Renamed four files: "Untitled document" to "zoom," "Untitled presentation" to "systacks" then to "SyIQ," "Sylabs Pro Ent" to "Sylabs Roadmap," and "Untitled document" to "HPC is at the heart of Sylabs"then to "Disrupt the Status Quo - HPC Taken to the Next Level."

f.  Uploaded file "Sylabs Pro Ent (3) (2).pdf."

---

[15] On March 18, 2020, a file named "Untitled document" was renamed by robert@sylabs.io to "HPC is at the heart of Sylabs" and then renamed again by robert@sylabs.io to "Disrupt the Status Quo - HPC Taken to the Next Level."

[16] On March 16, 2020, a file named "Untitled presentation" was renamed by robert@sylabs.io to "systacks" and then renamed again by robert@sylabs.io to "SyIQ" on March 17, 2020.

[17] On February 22, 2020, a file named "Untitled presentation" was renamed by robert@sylabs.io to "Sylabs Pro Ent" and then renamed again by robert@sylabs.io to "Sylabs Roadmap" on March 18. 2020.

LEPISCOPO & ASSOCIATES LAW FIRM

g. Change user sharing permissions on three files: "systacks," "Sylabs Roadmap," and "HPC is at the heart of Sylabs."

h. Viewed 41 files. (I have prepared a full list of the 41 files viewed as set forth in Exhibit 26.)

57.   Between tendering his resignation and the effective date of his resignation, March 31, 2020, ADOLPH's account robert@sylabs.io:

a. Created the file "Untitled document" on March 25, 2020. This file was renamed by robert@sylabs.io to "Geographically Distributed HPC" on March 25, 2020. After multiple views and edits by robert@sylabs.io, the file was renamed again to "C" on March 27, 2020.

b. Along with the edits to "C" (a.k.a. "Untitled document" and "Geographically Distributed HPC"), robert@syslabs.io edited the file "SyIQ" on March 23, 2020.

c. Downloaded three files March 27, 2020: "SyIQ," "Sylabs Pro Ent (3) (2).pdf," and "Sylabs Roadmap."

d. Trashed 24 files from Sylabs' Google Drive: ".~lock.Sylabs - PITCH-corp (1).pptx#," "C,"[18] "Disrupt the Status Quo - HPC Taken to the Next Level," "ExxonMobilContainerStrategy.pdf," "Getting started," "image.png," "PO_B640518 Signed.pdf," "Singularity-Release_Notes-V1.doc," "SyIQ," "Sylabs - PITCH-corp.pptx," "Sylabs Business Strategy," "Sylabs Pro Ent (3) (2)," "Sylabs Pro Ent (3) (2).pdf," "Sylabs

---

[18] This file was renamed by robert@sylabs.io from "Untitled document" to "Geographically Distributed HPC" on March 25, 2020, then renamed again to "C" on March 27, 2020.

Roadmap," "Sylabs Solutions Brief (PRO_Enterprise) ," "Sylabs Solutions Brief (PRO_Enterprise).pdf," "Sylabs Support SLA Matrix (1) ," "Sylabs Support SLA Matrix (1).pdf," "Sylabs Support SLA Matrix (1).pdf," "Untitled document," "Untitled presentation," "Untitled presentation," "zoom," and "Vendor Registration Form - V3Final.pdf."

e.  Viewed eight files: "Facebook Pitch," "SyIQ," "Fuzz Budget," "Sylabs Pro Ent (3) (2).pdf," "Sylabs Roadmap," "Disrupt the Status Quo - HPC Taken to the Next Level," "C," and "ECMWF_Singularity.pptx."

**F. Sylabs' Google Workspace Actions of matt@sylabs.io**

58.  Sylabs' Google Workspace account matt@sylabs.io is assigned to HAYDEN. HAYDEN tendered his resignation from Sylabs on March 23, 2020, effective on March 31, 2020. (I have prepared a list of the files account matt@sylabs.io created, deleted, downloaded, edited, changed the sharing permissions, renamed, trashed, and viewed in March 2020 and after HAYDEN's effective resignation date as set forth in the table in Exhibit 68.)

59.  During the month of March 2020, prior to HAYDEN tendering his resignation, his account matt@sylabs.io:

a.  Created the folder "SBIR."

b.  Deleted the three files "3. J201-CSO1-7047_SYLABS_COST VOLUME.xlsx," "Copy of Copy of 4a. Proposal Number_Company Name_Cost Volume," and "LCCR_Client Questionnaire."

c.  Downloaded the five files "Resource/Availability," "Copy of 5c. Proposal Number_Company Name_Coversheet Supplement,"

LEPISCOPO & ASSOCIATES LAW FIRM

".DS_Store," "1. J201-CSO1-7047_Sylabs_Technical Volume," and "BABELFISH Future Work."

    d. Edited the two files "Resource/Availability" and "Projects/Products."

    e. Trashed the file ".DS_Store."

    f. Changed the sharing permissions for account robert@sylabs.io from "None" to "Can edit" on the file "Resource/Availability."

    g. Viewed 23 files: "HPC-2.0," "2. J201-CSO1-7047_Sylabs_Slide Deck," "Revised Babelfish_2," "main-demo-short.mp4," "Projects/Products," "EDF Statement of Work for Active Directory (LDAP) Integration," "My Copy of BABELFISH New Work," "BABELFISH Future Work," "2020-02_Dev_Timeline," "2. J201-CSO1-7047_Sylabs_Slide Deck.pdf," "DRAFT-PRO_Support_Lifecycle," "BALANCE SHEET," "2e. 20.1 Need IDs," "BABELFISH Future Work.xlsx," "HPC-2.0," "Copy of BABELFISH Future Work - September 5, 6:46 AM," "4. Additional Info_Sylabs.pdf," "1. J201-CSO1-7047_Sylabs_Technical Volume," "Fuzzball Slides Content," "Resource/Availability," "Client Questionnaire Master Working Copy," ".DS_Store," and "1. J201-CSO1-7047_Sylabs_Technical Volume.pdf."

60. Between tendering his resignation and the effective date of his resignation, March 31, 2020, HAYDEN's account matt@sylabs.io:

    a. Downloaded the file "BABELFISH Future Work" four times.

    b. Viewed the eight files "Facebook Pitch," "HPC-2.0," "Client Questionnaire Master Working Copy," "Resource/Availability," "EDF

Statement of Work for Active Directory (LDAP) Integration," "2020-02_Dev_Timeline," "BALANCE SHEET," and "Projects/Products."

61.     Between April 5, 2020, and April 9, 2020, well after HAYDEN's resignation date from Sylabs, his account matt@sylabs.io conducted numerous activities.

62.     On April 5, 2020, HAYDEN's account created the file "Untitled document" on Sylabs' Google Drive. This same account then edited the file "Untitled document" over the next approximately 90 minutes to and renamed the file to "Direct to Phase II." HAYDEN's account continued to edit the file "Direct to Phase II" for nearly two hours on Sylabs' Google Drive. Finally, the file was downloaded twice from Sylabs' Google Drive by matt@sylabs.io.

63.     Along with downloading the file "Direct to Phase II," matt@sylabs.io downloaded 47 other files from Sylabs' Google Drive on April 5, 2020.

64.     Along with viewing the file "Direct to Phase II," matt@sylabs.io on April 5, 2020, viewed the three files "Copy of 2019 - Business Plan – Sylabs," "BABELFISH Future Work," and "status report for Bryan Embry."

65.     HAYDEN's account created and edited the file "Untitled form" on Sylabs' Google Drive on April 5, 2020, five days after his resignation date.

66.     On April 9, 2020, HAYDEN's account matt@sylabs.io deleted the file ".DS_Store" from Sylabs' Google Drive.  The listed owner of this file in the audit logs was "DoD."

67.     The deletion of the file ".DS_Store" on April 9, 2020, by HAYDEN's account matt@sylabs.io logged into Sylabs' Google Drive from IP address 172.79.210.47. HAYDEN's account matt@sylabs.io had used this exact IP address to

LEPISCOPO & ASSOCIATES LAW FIRM

log into Sylabs' Google Drive between March 2, 2020, and March 16, 2020, to perform approximately 81 recorded activities.

**G. Sylabs' Google Workspace Actions of julie@sylabs.io**

68.    Sylabs' Google Workspace account julie@sylabs.io is assigned to Julie Kurtzer ("J. KURTZER" or "JULIA KURTZER"), who is defendant KURTZER's wife. (I have prepared a list of the files account julie@sylabs.io edited and viewed in January 2020 and February 2020 as set forth in the table in Exhibit 69.)

69.    During the month of January 2020, JULIA KURTZER's account julie@sylabs.io:

   a.   Edited the two files "Employees/Advisors," and "LCCR_Client Questionnaire."

   b.   Viewed the six files "MPA-SaaS T&C-PS T&C (Draft for Review)," "MASTER PURCHASE AGREEMENT (Genentech/Roche)," "LCCR_Client Questionnaire," "Resource/Availability," "Sylabs, Inc. PEO Letter.pdf," and "singularitypro35_blog."

70.    During the month of February 2020, JULIA KURTZER's account julie@sylabs.io:

   a.   Viewed the four files "Credit Card Statement_02-03-2020," "Copy of 4a. Proposal Number_Company Name_Cost Volume," "Resource/Availability," and "Bookings, Revenue, and Expenses."

   b.   Edited the two files "Credit Card Statement_02-03-2020" and "Bookings, Revenue, and Expenses."

**H. Sylabs' Google Workspace Actions of erin@sylabs.io**

71.     Sylabs' Google Workspace account erin@sylabs.io is assigned to FONG. FONG tendered her resignation from Sylabs on March 23, 2020, effective on March 31, 2020.   (I have prepared a list of the files account erin@sylabs.io created, downloaded, edited, changed file permissions, renamed, uploaded, and viewed in March 2020 and after FONG's effective resignation date as set forth in the table in Exhibit 70.)

72.     During the month of March 2020, prior to FONG tendering her resignation, her account erin@sylabs.io:

a.   Created five files: "Untitled spreadsheet," "Sylabs Reseller Agreement_Mannai," "Sylabs Master Purchase Agreement – KAUST," "Mannai NEW SUPPLIER ACCOUNT OPENING FORM-0910-VEV (2)," and "Untitled spreadsheet."

b.   Downloaded 14 files: "Linkedin Email Logo.png," "Twitter Email Logo.png," "Github Email Logo.png," "Youtube Email Logo.png," "Sylabs Master Purchase Agreement - Final," "Untitled spreadsheet," "Sylabs Reseller Agreement_Mannai Corporation," "Sylabs Master Purchase Agreement - KAUST," "Mannai NEW SUPPLIER ACCOUNT OPENING FORM-0910-VEV (2)," "HPE_Sylabs_NDA.pdf,""ABB_Sylabs_NDA.pdf," "HPC Now_Sylabs_NDA.pdf," "Facebook_Sylabs_NDA.pdf," and "Intel_Sylabs_NDA.pdf."

c.   Edited 10 files: "Untitled document," "Sales Pipeline," "Sylabs Master Purchase Agreement - Final," "Untitled spreadsheet," "Sylabs Reseller

---

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**

LEPISCOPO & ASSOCIATES LAW FIRM

Agreement_Mannai," "Sylabs Master Purchase Agreement - KAUST," "Mannai NEW SUPPLIER ACCOUNT OPENING FORM-0910-VEV (2)," "Monthly Subscriptions," "Email Templates," and "Untitled spreadsheet."

d.   Changed the file permissions for "Untitled spreadsheet" so any account within Sylabs' domain can view and edit the file

e.   Renamed file "Sylabs Reseller Agreement_Mannai" to "Sylabs Reseller Agreement_Mannai Corporation"

f.   Viewed 16 files: "Untitled document," "Sales Pipeline," "Sylabs Business Strategy," "Bookings, Revenue, and Expenses," "PO_B640518 Signed.pdf," "Sylabs Master Purchase Agreement - Final," "Reseller Agreement - Mark III Systems," "QCRI-HBKU Reseller Discussion," "Sylabs Reseller Agreement FINAL," "Sylabs Reseller Agreement_Mannai Corporation,"[19] "Sylabs Master Purchase Agreement - KAUST," "Mannai NEW SUPPLIER ACCOUNT OPENING FORM-0910-VEV (2)," "Monthly Subscriptions," "HPE_Sylabs_NDA.pdf," "Intel_Sylabs_NDA.pdf," and "Email Templates."

73.   Between tendering her resignation and the effective date of her resignation, March 31, 2020, FONG's account erin@sylabs.io:

---

[19] This file was renamed by erin@sylabs.io from "Sylabs Reseller Agreement_Mannai" to "Sylabs Reseller Agreement_Mannai Corporation" on March 10, 2020.

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

   a.  Downloaded four files: "Untitled spreadsheet," "Greg Kurtzer (9/1/19) salary adjustment letter.docx," "Separation Agreement – MG (1).pdf," and "Payroll_Register_PDF_with_Employer_Charges.pdf."

   b.  Edited one file (18 times on March 24, 2020, between 2:32pm and 6:04pm): "Untitled spreadsheet."

   c.  Uploaded one file: "Payroll_Register_PDF_with_Employer_Charges.pdf."

   d.  Viewed 12 files: "Untitled spreadsheet," "Email Templates," "Greg Kurtzer (9/1/19) salary adjustment letter.docx," "Sylab Employee NDA and IP Assignment," "171212 DRAFT Collaborative Proposal to US Department of Defense.0.6.jfc.docx," "consultant - Template StdServicesAgreement.docx," "Erin Fong," "Separation Agreement - MG (1).pdf," "Employee NDA and IP Assignment," "Sushma Yellapragada - Intern Contract Agreement," "Adrian Wobito - Contractor - StdServicesAgreement.docx," and "Sylabs Reseller Agreement FINAL."

74.   On April 2, 2020, after FONG's effective resignation date from Sylabs, account erin@sylabs.io created the folder "members_export_705bf21892" on Sylabs' Google Drive. Immediately following this folder being created, the same account uploaded three files named "cleaned_members_export_705bf21892.cvs," "subscribed_members_export_705bf21892.cvs," and "unsubscribed_members_export_705bf21892.cvs."

LEPISCOPO & ASSOCIATES LAW FIRM

**I. Sylabs' Google Workspace Actions of rose@sylabs.io**

75.     Sylabs' Google Workspace account rose@sylabs.io is assigned to Rose Stein ("STEIN").

76.     On March 25, 2020, the account rose@sylabs.io took the following actions on Sylabs' Google Drive:

  a.  Created the file "Separation Agreement -MG (1)."

  b.  Downloaded the two files "Sylabs Inc. - Separation Agreement Waiver and Release (form)," and "Separation Agreement - MG (1)."

  c.  Changed the link sharing access and visibility on the file "Sylabs Inc. - Separation Agreement Waiver and Release (form)."

  d.  Moved the file "Separation Agreement - MG (1)" from the folder "Root" to the folder "Melanie Gomez."

  e.  Viewed the five files "Sylabs Inc. - Separation Agreement Waiver and Release (form)," "Separation Agreement - MG (1).pdf," "Separation Agreement - MG (1)," "Sylabs Inc - Separation Agreement Waiver and Release," and "Change in Relationship Documents_Kai Nau.pdf."

77.     On March 29, 2020, the account rose@sylabs.io took the following actions on Sylabs' Google Drive:

  a.  Added 137 files to the folder rose@sylabs.io. (I have prepared a full list of the 137 files added as set forth in Exhibit 27.)

  b.  Changed the sharing permissions for 478 folders for account g@sylabs.io to "Owner" or "Can edit." (I have prepared a full list of the 478 folders changed as set forth in Exhibit 28.)

c. Changed the sharing permissions for 17,236 files for account g@sylabs.io to "Owner" or "Can edit." (I have prepared a full list of the 17,236 files with changes in the sharing permissions as set forth in Exhibit 29.)

d. Changed the sharing permissions for 476 folders for account rose@sylabs.io from "Owner" to "Can edit." (I have prepared a full list of the 476 folders with changes in the sharing permissions as set forth in Exhibit 30.)

e. Changed the sharing permissions for 17,235 files for account rose@sylabs.io from "Owner" to "Can edit." (I have prepared a full list of the 17,235 files with changes in the sharing permissions as set forth in Exhibit 31.)

**J.  Sylabs' Google Workspace Actions of anne@sylabs.io**

78.    On March 16, 2020, account anne@sylabs.io created a file named "Untitled document." This file was then renamed to "Email Templates." The same account then changed the link sharing visibility of this file from "Private" to "Anyone with the link within the domain for sylabs.io." This same account then changed this document's link sharing access type from "None" to "Can view for sylabs.io" to "Can edit for sylabs.io." Also on March 16, 2020, anne@sylabs.io downloaded, viewed, and edited this file multiple times.   (I have prepared a list of the files account anne@sylabs.io created, renamed, changed the link visibility, changed the link sharing access type, downloaded, viewed, and edited on March 16, 2020, as set forth in the table in Exhibit 73.)

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

79.    This same file, "Email Templates" was also viewed and edited by account erin@sylabs.io, FONG, on March 16, 2020. and March 17, 2020.

80.    This same file, "Email Templates" was added to the folder "rose@sylabs.io" by account rose@sylabs.io.

**K. Sylabs' Google Workspace Actions of cedric@sylabs.io**

81.    Sylabs' Google Workspace account cedric@sylabs.io is assigned to Cedric Clerget ("CLERGET").   (I have prepared a list of the files account cedric@sylabs.io edited, changed the link sharing visibility, changed the link sharing access, uploaded, and viewed in March 2020 as set forth in the table in Exhibit 71.)

82.    On March 4, 2020, account cedric@sylabs.io uploaded the file "inception.sif" to Sylabs' Google Drive. The same account then changed the link sharing visibility from "Private" to "Anyone with the link within the domain for sylabs.io" and the link sharing access type from "None" to "Can view for sylabs.io" for this file.

83.    Between March 4, 2020, and March 27, 2020, account cedric@sylabs.io viewed eight files on Sylabs' Google Drive: "inception.sif," "Resource/Availability," "Open-Topic-20.1-Focus-Areas," "2020-02_Dev_Timeline," "2020-02_Roadmap_Pub," and "2020-03-27 DT Handover."   On March 9, 2020, account cedric@sylabs.io edited "Resource/Availability" twice.

84.    On April 1, 2020, account cedric@sylabs.io viewed two files on Sylabs' Google Drive: "2020-03-27 DT Handover" and "SingularityPRO Customer Licenses."

**L. Sylabs' Google Workspace Actions of shara@sylabs.io**

85.    Sylabs' Google Workspace account shara@sylabs.io is assigned to Shara Hayden.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LEPISCOPO & ASSOCIATES LAW FIRM

86.     From March 1, 2020, to March 22, 2020, Sylabs' Google Workspace account shara@sylabs.io took the following actions on Sylabs' Google Drive:

    a.  Created three files: "Untitled document," "Untitled document," and "Student Activity."

    b.  Deleted the two folders on March 19, 2020, "NDA Templates (PDF)" and "NDAs Signed."

    c.  Deleted 26 files: "Untitled document," "Untitled document," "B634296 Sylabs.Pricing.Model.2019-3.png," "SingularityPRO Order Form_Revised 2.6," "QCOM_SaaS_Terms_Sylabs (NF).docx," "QCOM_SaaS_Terms_Sylabs (F)," "SingularityPRO Order Form_Revised 2.6.docx," "QCOM_SaaS_Terms_Sylabs (F)," "QCOM_SaaS_Terms_Sylabs (NF)," "QCOM_SaaS_Terms_Sylabs (F).docx," "SiFive Follow-Up Meeting, 2/20, 10am PST," "BRAINSTORMING," "Copy of Sylabs Master Purchase Agreement - Final," "Untitled document," "trash-me," "Sylabs - Indiv. Mutual Non Disclosure Agreement (NDA) 2020.pdf," "Sylabs - Indiv. Mutual Non Disclosure Agreement (NDA).pdf," "Sylabs Mutual Non-Disclosure Agreement (NDA) 2020.pdf," "Sylabs Mutual Non-Disclosure Agreement (NDA).pdf," "Untitled presentation," "Sylabs Partner & Sales Coordinator - Responsibilities_MG," "Who's_Using_Singularity-Contacts_2-5-18.xlsx," "NDA_Sylabs Inc_Huawei_20180404 Signed.pdf," "Redapt.Sylabs MNDA FE 3.26.18.pdf," "Travel to face2face," and "Chicken with White Wine Sauce."

LEPISCOPO & ASSOCIATES LAW FIRM

d. Downloaded four files: "ARR Pipeline Draft," "Sylabs Master Purchase Agreement – Final," "Webinar - 9-17-19 - Cloud & Enterprise," and "Randy's Singularity Demo."

e. Edited five files: "Sales Pipeline," "Sales Sync," "Untitled document," "Untitled document," and "NDAs Signed."

f. Renamed the file "Samsung_Sylabs_NDA.pdf" to "Samsung Semiconductor, Inc._Sylabs_NDA.pdf."

g. Trashed 12 files: "Untitled document," "Untitled document," "B634296 Sylabs.Pricing.Model.2019-3.png," "BRAINSTORMING," "QCOM_SaaS_Terms_Sylabs (F)," "QCOM_SaaS_Terms_Sylabs (F)," "QCOM_SaaS_Terms_Sylabs (F).docx," "QCOM_SaaS_Terms_Sylabs (NF)," "QCOM_SaaS_Terms_Sylabs (NF).docx," "SiFive Follow-Up Meeting, 2/20, 10am PST," "SingularityPRO Order Form_Revised 2.6," and "SingularityPRO Order Form_Revised 2.6.docx."

h. Viewed 16 files: "Sales Sync," "3-28-19_UniversityOfArizona_Sylabs_03281 - Quotation.pdf," "ARR Pipeline Draft," "Total Sales," "SHI.Pfizer.Quote.pdf," "babelfish-20190729T174037Z-001.zip," "MPO_Babelfish_2.pdf," "My Copy of BABELFISH New Work," "Untitled document," "Untitled document," "MPAs Signed," "NDAs Signed," "RFP H98230-18-R-0252.pdf," "RFP H98230-18-R-0252.pdf," "SingularityPRO Customer Licenses," and "Sales Pipeline."

87.   On March 26, 2020, account shara@sylabs.io took the following actions on Sylabs' Google Drive:

---

DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S
FIRST AMENDED COMPLAINT

36

a. Trashed 94 folders. (I have prepared a full list of the 94 folders trashed as set forth in Exhibit 32.)

b. Trashed 256 files. (I have prepared a full list of the 256 files trashed as set forth in Exhibit 33.)

c. Deleted 95 folders. (I have prepared a full list of the 95 folders deleted as set forth in Exhibit 34.)

d. Deleted 255 files. (I have prepared a full list of the 255 files deleted as set forth in Exhibit 35.)

**M. Sylabs' Google Workspace Actions of joel.whitley@gmail.com**

88.     An email account that is external to Sylab's had access to Sylabs' Google Drive, joel.whitley@gmail.com.       On     March    13,    2020,    account joel.whitley@gmail.com viewed 14 files on Sylabs' Google Drive: "Fuzz Budget," "(6) - Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf," "001 - Action of Incorporator - 10-11-17.pdf," "008 - Joint Board and Shareholder Consent of Conversion - 7.10.18.pdf," "008A - Joint Board and Shareholder Consent of Conversion [DUPLICATE -  WITH DRAFT STAMP] - 7.10.18.pdf," "A003 - Certificate of Incorporation [Sylabs Inc. 2018] - 8-17-18.pdf," "A002 - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf," "Assignment of Technology Agreement (Greg Kurtzer) - 11-10-17.pdf," "B002 - Bylaws [Sylabs Inc. 2018] - 8.31.18.pdf," "Certificate of Conversion (Corp to LLC) - 7.20.18.pdf," "Founder Stock Purchase Agreement - Sylabs Holdings LLC - 8.31.18.pdf," "Investors' Rights Agreement (Series Seed) - 12-1-17.pdf," "Patent Cooperation Treaty - 2019.07.11.pdf," and "Plan of Conversion - 7.10.18.pdf."

89. On March 12 and 13, 2020, account g@sylabs.io changed the permissions on 39 files in Sylabs' Google Drive for account joel.whitley@gmail.com from "None" to "Can view." These permissions changes by KURTZER allowed this external account, joel.whitley@gmail.com, to view the 14 files from Sylabs' Google Drive: "Fuzz Budget," "(6) - Series Seed cert. SS-1 (R-Stor Inc.) - 12-1-17.pdf," "001 - Action of Incorporator - 10-11-17.pdf," "008 - Joint Board and Shareholder Consent of Conversion - 7.10.18.pdf," "008A - Joint Board and Shareholder Consent of Conversion [DUPLICATE - WITH DRAFT STAMP] - 7.10.18.pdf," "A003 - Certificate of Incorporation [Sylabs Inc. 2018] - 8-17-18.pdf," "A002 - Amended and Restated Certificate of Incorporation (Series Seed) FILED 12-1-17.pdf," "Assignment of Technology Agreement (Greg Kurtzer) - 11-10-17.pdf," "B002 - Bylaws [Sylabs Inc. 2018] - 8.31.18.pdf," "Certificate of Conversion (Corp to LLC) - 7.20.18.pdf," "Founder Stock Purchase Agreement - Sylabs Holdings LLC - 8.31.18.pdf," "Investors' Rights Agreement (Series Seed) - 12-1-17.pdf," "Patent Cooperation Treaty - 2019.07.11.pdf," and "Plan of Conversion - 7.10.18.pdf."

90. On March 13, 2020, the external account joel.whitley@gmail.com downloaded the file "Fuzz Budget" from Sylabs' Google Drive.

91. This file, "Fuzz Budget," was created on March 8, 2020, by the account g@sylabs.io, KURTZER. This same account, g@sylabs.io, changed the permissions on "Fuzz Budget" for account joel.whitley@gmail.com from "None" to "Can view, Can Comment" on March 12, 2020. This permission change by KURTZER allowed this external account, joel.whitley@gmail.com, to download the file from Sylabs' Google Drive.

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**N.  Sylabs' Google Workspace Actions of m.prager@opendrives.com**

92.     An email account that is external to Sylabs, m.prager@opendrives.com, used by defendant Marlin Prager ("PRAGER") while employed by defendant Open Drives, Inc., had access to Sylabs' Google Drive. Between March 8, 2020, and March 21, 2020, this external account viewed four files on Sylabs' Google Drive: "Fuzz Budget," "Sylabs Spin-in Terms," "Email cover to Joel," and "Disrupt the Status Quo - HPC Taken to the Next Level."  (I have prepared a list of the files external account m.prager@opendrives.com edited, changed file permissions. and viewed in March 2020 as set forth in the table in Exhibit 72.)

93.     On March 8, 2020, account g@sylabs.io changed the permissions on the file "Fuzz Budget" in Sylabs' Google Drive for external account m.prager@opendrives.com from "None" to "Can view, Can comment."  This permission change by g@sylabs.io allowed this external account, m.prager@opendrives.com, to view the file "Fuzz Budget" in Sylabs' Google Drive on March 8, 2020, and March 9, 2020.

94.     On March 9, 2020, account g@sylabs.io changed the permissions on the file "Terms" in Sylabs' Google Drive for external account m.prager@opendrives.com from "None" to "Can view, Can comment." Just 16 seconds after changing these permissions, g@sylabs.io changed the file's name from "Terms" to "Sylabs Spin-in Terms."  This permission changed by g@sylabs.io allowed this external account, m.prager@opendrives.com, to view the file "Sylabs Spin-in Terms" in Sylabs' Google Drive on March 9, 2020.

95.     On March 11, 2020, account g@sylabs.io changed the permissions on the file "Email cover to Joel" in Sylabs' Google Drive for external account

m.prager@opendrives.com from "None" to "Can view, Can comment." This permission change by g@sylabs.io allowed this external account, m.prager@opendrives.com, to view the file "Email cover to Joel" in Sylabs' Google Drive on March 11, 2020.  The external account m.prager@opendrives.com viewed "Email cover to Joel" less than three minutes after g@sylabs.io changed the file's permissions.

96.     On March 18, 2020, account robert@sylabs.io changed the permissions on the file "HPC is at the heart of Sylabs" in Sylabs' Google Drive for external account m.prager@opendrives.com from "None" to "Can edit." Just 76 seconds after changing this permission, robert@sylabs.io changed the file's name from "HPC is at the heart of Sylabs" to "Disrupt the Status Quo - HPC Taken to the Next Level." This permission change by robert@sylabs.io allowed this external account, m.prager@opendrives.com, to view the "Disrupt the Status Quo - HPC Taken to the Next Level" in Sylabs' Google Drive on March 19, 2020, and March 21, 2020.

97.     On March 19, 2020, external account m.prager@opendrives.com edited the file "Disrupt the Status Quo - HPC Taken to the Next Level." The permission change by robert@sylabs.io allowed this external account, m.prager@opendrives.com, to edit and alter a file that was on Sylabs' Google Drive.

**O. Sylabs Emails Exchanged with d.buss@opendrives.com**

98.     On March 19, 2020, d.buss@opendrives.com sent an email to both g@sylabs.io and robert@sylabs.io.  The subject of this email is "Fwd: FW: Latest News for GigaIO" and the email has three attachments.

99.     Approximately 55 minutes after d.buss@opendrives.com with the subject "Fwd: FW: Latest News for GigaIO," robert@sylabs.io sent an email with the

LEPISCOPO & ASSOCIATES LAW FIRM

subject "Re: FW: Latest News from GigaIO."  This email also has three attachments and was sent to d.buss@opendrives.com, m.prager@opendrives.com, and robert.adolph@hotmail.com, and g@sylabs.io.

100.    On March 27, 2020, d.buss@opendrives.com sent an email to g@sylabs.io.

101.    On March 30, 2020, d.buss@opendrives.com sent an email to g@sylabs.io with the subject "Navy SBIR."

**P. Analysis of Sylabs' Google Drive Audit Logs for Multimedia Files and Files Containing "Fuzzball"**

102.    An mp4 file is a digital multimedia container format most commonly used to store video and audio files. An m4a file is a digital audio stream container used to store compressed audio data.

103.    Google Drive's Item Id is "a unique, opaque ID for each file…(and) are stable throughout the life of the file, even if the file name changes."[20]

**All HANDS Pt. 1 12.14.18.mp4**

104.    On March 26, 2020, at 12:46:56 PM PT, user g@sylabs.io, Gregory Kurtzer, viewed the file "All HANDS Pt. 1 12.14.18.mp4." Sylabs' Google Drive assigned this file the Item Id 1pObxQd8622tPRVL_foz_4wCjTFpTPs9R. The listed "Owner" of this file is "Meeting Recordings."

105.    This file, "All HANDS Pt. 1 12.14.18.mp4" with the unique Item Id 1pObxQd8622tPRVL_foz_4wCjTFpTPs9R, was trashed and deleted from Sylabs'

---

[20] Google. "Google Drive Guides: Files & Folder Overview." https://developers.google.com/drive/api/guides/about-files

LEPISCOPO & ASSOCIATES LAW FIRM

Google Drive account by the user shara@sylabs.io. The file was trashed on March 26, 2020, at 12:56:40 PM PT and then deleted 90 seconds later at 12:58:10 PM PT.

106.    Gregory Kurtzer viewed this file, "All HANDS Pt. 1 12.14.18.mp4" with the unique Item Id 1pObxQd8622tPRVL_foz_4wCjTFpTPs9R, on March 25, 2020, at 1:46:56 PM PT from IP address 135.180.12.122. The account shara@sylabs.io trashed this same file approximately 9 minutes and 44 seconds later, then deleted this same file 90 seconds after that from IP address 172.77.160.123.

**All HANDS Pt. 2 12.14.18.mp4**

107.    On March 26, 2020, at 12:47:27 PM PT, user g@sylabs.io, Gregory Kurtzer, viewed the file "All HANDS Pt. 2 12.14.18.mp4." Sylabs' Google Drive assigned this file the Item Id 1BPtZlsOqL93gGN-zpLrxM8yzy4o8sLI5.  The listed "Owner" of this file is "Meeting Recordings."

108.    This file, "All HANDS Pt. 2 12.14.18.mp4" with the unique Item Id 1BPtZlsOqL93gGN-zpLrxM8yzy4o8sLI5, was trashed and deleted from Sylabs' Google Drive account by the user shara@sylabs.io. The file was trashed on March 26, 2020, at 12:56:40 PM PT and then deleted 90 seconds later at 12:58:10 PM PT.

109.    Gregory Kurtzer viewed this file, "All HANDS Pt. 2 12.14.18.mp4" with the unique Item Id 1BPtZlsOqL93gGN-zpLrxM8yzy4o8sLI5, on March 25, 2020, at 1:47:27 PM PT from IP address 135.180.12.122.  The account shara@sylabs.io trashed this same file approximately 9 minutes and 13 seconds later, then deleted this same file 90 seconds after that from IP address 172.77.160.123.

**GMT20190308-211337_ALL-HANDS-.m4a**

110.    The file "GMT20190308-211337_ALL-HANDS-.m4a" with the unique Item Id 1aBqt6o25RQO3c2Vyz_494Dkqm6u-4opw, was trashed and deleted from

LEPISCOPO & ASSOCIATES LAW FIRM

Sylabs' Google Drive account by the user shara@sylabs.io.  The file was trashed on March 26, 2020, at 12:56:42 PM PT and then deleted at 12:58:17 PM PT. The listed "Owner" of this file is "Meeting Recordings."

### GMT20190111-210155_ALL-HANDS-.m4a

111.   The file "GMT20190111-210155_ALL-HANDS-.m4a" with the unique Item Id 1B_rx3NqyjcfHU4Dkc3HcdDhXDHFEQCFE, was trashed and deleted from Sylabs' Google Drive account by the user shara@sylabs.io. The file was trashed on March 26, 2020, at 12:56:39 PM PT and then deleted at 12:58:13 PM PT. The listed "Owner" of this file is "Meeting Recordings."

### GMT20190111-210155_ALL-HANDS-_1886x1104.mp4

112.   The   file   "GMT20190111-210155_ALL-HANDS-_1886x1104.mp4" with the unique Item Id 1QIP2LxKHGiKZ-0YRKyDXP0q1tMxyi8tC, was trashed and deleted from Sylabs' Google Drive account by the user shara@sylabs.io.  The file was trashed on March 26, 2020, at 12:56:39 PM PT and then deleted at 12:58:13 PM PT.  The listed "Owner" of this file is "Meeting Recordings."

### GMT20190510-200104_ALL-HANDS-.m4a

113.   The file "GMT20190510-200104_ALL-HANDS-.m4a" with the unique Item Id 1CQhTwyUgZPLHNCiSLRmUOATLTG_xbnku, was trashed and deleted from Sylabs' Google Drive account by the user shara@sylabs.io.  The file was trashed on March 26, 2020, at 12:56:42 PM PT and then deleted at 12:58:17 PM PT.  The listed "Owner" of this file is "Meeting Recordings."

### GMT20190510-200104_ALL-HANDS-_1920x972.mp4

114.   The file "GMT20190510-200104_ALL-HANDS-_1920x972.mp4" with the unique Item Id 1kZLiNleWR5Ow92DrgxryYxg00jCcsYHb, was trashed and

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

deleted from Sylabs' Google Drive account by the user shara@sylabs.io. The file was trashed on March 26, 2020, at 12:56:42 PM PT and then deleted at 12:58:17 PM PT. The listed "Owner" of this file is "Meeting Recordings."

### GMT20190412-195413_ALL-HANDS-.m4a

115.    The file "GMT20190412-195413_ALL-HANDS-.m4a" with the unique Item Id 1Yi1jB_OLfJNOkKzFt7QNUaLnsNEbvq6x, was trashed and deleted from Sylabs' Google Drive account by the user shara@sylabs.io.  The file was trashed on March 26, 2020, at 12:56:42 PM PT and then deleted at 12:58:17 PM PT.  The listed "Owner" of this file is "Meeting Recordings."

### GMT20190412-195413_ALL-HANDS-_1920x900.mp4

116.    The file "GMT20190412-195413_ALL-HANDS-_1920x900.mp4" with the unique Item Id 1iPho8DXvyQ3_9d-_fPhAKwYThX-szgVS, was trashed and deleted from Sylabs' Google Drive account by the user shara@sylabs.io.  The file was trashed on March 26, 2020, at 12:56:42 PM PT and then deleted at 12:58:17 PM PT. The listed "Owner" of this file is "Meeting Recordings."

### GMT20190621-195421_ALL-HANDS-.m4a

117.    The file "GMT20190621-195421_ALL-HANDS-.m4a" with the unique Item Id 1zGW8sP-avBf8cs0Qg6zjJ2d7Ba2d82Tf, was trashed and deleted from Sylabs' Google Drive account by the user shara@sylabs.io.  The file was trashed on March 26, 2020, at 12:56:43 PM PT and then deleted at 12:58:13 PM PT.  The listed "Owner" of this file is "Meeting Recordings."

### GMT20190621-195421_ALL-HANDS-_1920x956.mp4

118.    The file "GMT20190621-195421_ALL-HANDS-_1920x956.mp4" with the unique Item Id 1TiTbsmmJxbCEFsMxAXtZvdcguapDfFXI, was trashed and

deleted from Sylabs' Google Drive account by the user shara@sylabs.io.  The file was trashed on March 26, 2020, at 12:56:43 PM PT and then deleted at 12:58:13 PM PT. The listed "Owner" of this file is "Meeting Recordings."

### GMT20191231-211549_ALL-HANDS-.m4a

119.   The file "GMT20191231-211549_ALL-HANDS-.m4a," with the unique Item Id 1V-Xi0QPCPtozr4PdQsQnLU8KiICPXJ53, on Sylabs' Google Drive.   On March 26, 2020, at 12:43:18 PM PT, user g@sylabs.io, Gregory Kurtzer, changed this file's:

    a.   Sharing permissions for g@sylabs.io from None to Owner;

    b.   Sharing permissions for gmkurtzer@gmail.com from None to Can Edit; and

    c.   Editor settings from Owner to Owner, Writer.

120.   Then on that same day at 1:29:53 PM PT, Gregory Kurtzer changed this file's sharing permissions for gmkurtzer@gmail.com from Can Edit to None. Followed by Gregory Kurtzer downloading the file at 1:32:02 PM PT on that same day. Then, on that same day, at 4:14:50 PM PT, Gregory Kurtzer trashed the file and then deleted the file approximately 24 minutes later. This same file, "GMT20191231-211549_ALL-HANDS-.m4a" with unique Item Id 1V-Xi0QPCPtozr4PdQsQnLU8KiICPXJ53 was put back on Sylabs' Google Drive on April 15, 2020, at 4:58:19 AM PT by Gregory Kurtzer.

121.   Between the time Gregory Kurtzer changed the sharing permissions for gmkurtzer@gmail.com from None to Can Edit and then from Can Edit to None for the file "GMT20191231-211549_ALL-HANDS-.m4a," with the unique Item Id 1V-Xi0QPCPtozr4PdQsQnLU8KiICPXJ53, gmkurtzer@gmail.com downloaded the file

LEPISCOPO & ASSOCIATES LAW FIRM

from Sylabs' Google Drive.  This download occurred on March 26, 2020, at 1:22:59 PM PT.

**Audio/Video Files with the Listed Owner "All Hands"**

122.    On April 6, 2020, at 4:33:31 PM PT, user g@sylabs.io, Greg Kurtzer, downloaded the following mp4 and m4a files, all with the listed Owner as "All Hands," from Sylabs' Google Drive:

    a.  audio_only.m4a, unique Item Id 19_Btwx277xwpH1YxqQragB-GLENgFqNB

    b.  zoom_0.mp4, unique Item Id 19awtfMrJe4U-nV4x-uCE98PtoE0BA7qS

    c.  zoom_0.mp4, unique Item Id 1M4jCskcbLTahXoVFm2yZ_2958nRXr9Nz

    d.  main-demo-2.mp4, unique Item Id 1EotZiAOJPoECM1nUsn_nzo-Q4p7mWnde

    e.  main-demo-short.mp4, unique Item Id 1jhHqtVKU2Bakd0QbuwTFUSJZN4IcpCsT

123.    The is no evidence in the examined Sylabs' Google Drive logs that these audio and video files with the listed Owner as "All Hands" were deleted by any user.

**Files Containing "Fuzzball"**

124.    An examination of Sylabs' Google Drive logs located several files that contained "Fuzzball" as part of their naming convention. The Google Docs file named "Fuzzball Planning" was viewed by the user account g@sylabs.io, KURTZER.

125.    The Google Slides file named "Fuzzball Timeline" was viewed, edited, moved, had its user sharing permissions changed, and downloaded by the user account

LEPISCOPO & ASSOCIATES LAW FIRM

g@sylabs.io, KURTZER. This same file, "Fuzzball Timeline," was downloaded by the user account gmkurtzer@gmail.com, KURTZER.

126.    The    mp4    audio/video    file    "GMT20200227-160239_Fuzzball-D_2560x1440.mp4" was viewed, downloaded, had its user sharing permissions changed, and had its editor settings changed by the user account g@sylabs.io, KURTZER.  This file, "GMT20200227-160239_Fuzzball-D_2560x1440.mp4," was also downloaded by the user account gmkurtzer@gmail.com.

127.    The Google Slides file "Fuzzball Slides" was moved by the user account g@sylabs.io, KURTZER. The Google Docs file "Fuzzball Slides Content" was viewed, edited, downloaded, had its user sharing permissions changed, and had its editor settings changed by the user account g@sylabs.io, KURTZER. This file "Fuzzball    Slides    Content"    was    also    downloaded    by    the    user    account gmkurtzer@gmail.com. The digital audio file "GMT20200227-160239_Fuzzball-D.m4a" was downloaded, had its user sharing permissions changed, and had its editor settings    changed    by    the    user    account    g@sylabs.io,    KURTZER.    This    file "GMT20200227-160239_Fuzzball-D.m4a" was also downloaded by the user account gmkurtzer@gmail.com, KURTZER.

## V.

## OPINIONS

128.    Based on the foregoing, along with my review of the Complaint [ECF 1], the evidence disclosed and described herein, as well as Exhibit 1 through 36, inclusive, 44, 45, 57, and 68 through 73, inclusive, I have formed the following opinions regarding this Action.

LEPISCOPO & ASSOCIATES LAW FIRM

129.    Greg Kurtzer, Matthew Hayden, Erin Fong, and Cedric Clerget all accessed Sylabs' Google Workspace after their employment with Sylabs had ended, these were unauthorized accesses to computer systems.

130.    Greg Kurtzer's unauthorized intrusions into Sylabs' computer systems resulted in over 1,600 Sylabs' files being downloaded and over 300 Sylabs' files being trashed.

131.    Greg Kurtzer gave access to three external accounts he, PRAGER, and WHTILEY (m.prager@opendrives.com, joel.whitley@gmail.com, and gmkurtzer@gmail.com) on Sylabs' computer system.  These actions led directly to the downloading of over 1,000 Sylabs' files and external access to the Sylabs' folder "All Corporate Docs."

132.    Greg Kurtzer, Robert Adolph, Matthew Hayden, Erin Fong, Rose Stein, Shara Hayden, and Cedric Clerget either downloaded, deleted, changed accesses, changed visibility, or trashed files on Sylabs' systems as they were walking out the door to other employment.

133.    Marlin Prager accessed and viewed files on Sylabs' system while not employed at Sylabs.

134.    An examination of Sylabs' Google Drive logs located twelve audio or video files that contained "All HANDS" or "ALL-HANDS" as part of their naming convention.  All of these audio and video files have a listed "Owner" as "Meeting Recordings." There is forensic evidence that the known user accounts of KURTZER did not delete any of the "All HANDS/ALL-HANDS" "Meeting Recordings" found in the logs.

LEPISCOPO & ASSOCIATES LAW FIRM

135.    On April 2, 2020, between 5:07:57 PM PT and 5:08:30 PM PT, user account g@sylabs.io, KURTZER, changed sharing permissions on 533 items on Sylabs' Google Drive for user adam@sylabs.io.  These changes were from None to Can View. Thus, KURTZER continued with the ability to access Sylabs' files after his employment ended.

136.    Within the Sylabs' Google Drive logs, there is forensic evidence that both KURTZER's accounts, g@sylabs.io and gmkurtzer@gmail.com, viewed, edited, moved, downloaded, changed user sharing permissions, and changed file editor settings for numerous files containing "Fuzzball" as part of their naming convention.

137.    Between the time KURTZER tendered his resignation with Sylabs and the effective date of his resignation, Mr. Kurtzer downloaded approximately 3,901 files from Sylabs' Google Drive with the account g@sylabs.io.  After KURTZER's effective date of his resignation, KURTZER downloaded approximately 1,662 files from Sylabs' Google Drive with this same user account.  Once these approximately 5,563 files were downloaded from Sylabs' auditable, controlled file storage, Sylabs was not able to track any control data about the files to include, but not limited to, the access of these files.

138.    Along with KURTZER's use of the account g@sylabs.io to download files, KURTZER used his g@sylabs.io account to grant gmkurtzer@gmail.com access to Sylabs' Google Drive.  This secondary account then downloaded approximately 1,086 files from Sylabs' Google Drive on March 26, 2020, between KURTZER's resignation and the effective date of his resignation. These downloaded files were not able to be tracked by Sylabs once they were downloaded from their controlled systems.

LEPISCOPO & ASSOCIATES LAW FIRM

139.    KURTZER's co-defendants also downloaded files causing Sylabs to lose the ability to track access to their files. Through defendant ADOLPH's user account, robert@sylabs.io, he downloaded three files between his resignation and the effective date of his resignation; through defendant HAYDEN's user account, matt@sylabs.io, he downloaded one file between his resignation and the effective date of his resignation and 48 files after the effective date of his resignation; and through defendant FONG's user account, erin@sylabs.io, she downloaded four files between her resignation and the effective date of her resignation. Through defendant WHITLEY's external account, joel.whitley@gmail.com, to which KURTZER gave various permissions and access to Sylabs' Google Drive, downloaded a file.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of January 2024 in New York, New York.

Dated: January 15, 2024

By: _____

CHRISTOPHER TARBELL

---

**DECLARATION OF CHRISTOPHER TARBELL ATTACHED AS EXHIBIT 38 TO SYLABS, INC'S FIRST AMENDED COMPLAINT**