

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 46

Sylabs Inc. Mail - Sylabs funding	1/4/24, 1:28 PM



**Gregory Kurtzer <g@sylabs.io>**

# Sylabs funding
9 messages

---

**Gregory M. Kurtzer** <g@sylabs.io>	Wed, Mar 11, 2020 at 9:41 PM
To: Joel Whitley <Joel@msvcp.com>
Cc: Marlin Prager <m.prager@opendrives.com>, Robert Adolph <robert@sylabs.io>

Hi Joel,

Attached you will find a cover letter as well as a white paper which illustrates the opportunity both for Sylabs/NEWCO and the synergy with OpenDrives.

I'd be happy to walk you through the financial and revenue models that I built as well.

Do you have time for a Zoom session to discuss this tomorrow with Marlin, Robert, and myself?

Warm regards,
Greg

--
Gregory M. Kurtzer
CEO, Sylabs Inc.
http://www.sylabs.io

**2 attachments**


**Whitepaper_ OpenDrives and Sylabs v0.2 (1).pdf**
427K


**Cover Letter.pdf**
148K

---

**Joel Whitley** <Joel@msvcp.com>	Thu, Mar 12, 2020 at 6:17 AM
To: "Gregory M. Kurtzer" <g@sylabs.io>
Cc: Marlin Prager <m.prager@opendrives.com>, Robert Adolph <robert@sylabs.io>

I am traveling today and my travel has gotten screwed up, but it looks like I can talk at about 2:30 ET today for about an hour.

I don't know if I'll be able to use a video conference, but should have phone access.

Joel D. Whitley, Principal
IAG Capital Partners
200 Meeting Street, Suite 403
Charleston, SC 29401
(m) 310.779.2514 | (o) 843.619.0417
joel@msvcp.com

Notice: This email may contain material that is confidential and for the sole use of the intended recipient. Any review, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the

intended recipient, please contact the sender and delete all copies.

**From:** Gregory M. Kurtzer <g@sylabs.io>
**Sent:** Thursday, March 12, 2020 12:41:20 AM
**To:** Joel Whitley <Joel@msvcp.com>
**Cc:** Marlin Prager <m.prager@opendrives.com>; Robert Adolph <robert@sylabs.io>
**Subject:** Sylabs funding

[Quoted text hidden]

---

**Marlin Prager** <m.prager@opendrives.com>    Thu, Mar 12, 2020 at 6:49 AM
To: Joel Whitley <Joel@msvcp.com>
Cc: "Gregory M. Kurtzer" <g@sylabs.io>, Robert Adolph <robert@sylabs.io>

Good for me.

[Quoted text hidden]

---

**Gregory M. Kurtzer** <g@sylabs.io>    Thu, Mar 12, 2020 at 7:51 AM
To: Marlin Prager <m.prager@opendrives.com>
Cc: Joel Whitley <Joel@msvcp.com>, Robert Adolph <robert@sylabs.io>

Works for me too, I will setup a Zoom meeting for us shortly.

Greg
[Quoted text hidden]
--
[Quoted text hidden]

---

**Joel Whitley** <Joel@msvcp.com>    Thu, Mar 12, 2020 at 11:30 AM
To: "Gregory M. Kurtzer" <g@sylabs.io>, Marlin Prager <m.prager@opendrives.com>
Cc: Robert Adolph <robert@sylabs.io>

Are we still on for now?

Joel D. Whitley, Principal
IAG Capital Partners
200 Meeting Street, Suite 403
Charleston, SC 29401
(m) 310.779.2514 | (o) 843.619.0417
joel@msvcp.com

Notice: This email may contain material that is confidential and for the sole use of the intended recipient. Any review, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Gregory M. Kurtzer <g@sylabs.io>
**Sent:** Thursday, March 12, 2020 10:51:01 AM
**To:** Marlin Prager <m.prager@opendrives.com>
**Cc:** Joel Whitley <Joel@msvcp.com>; Robert Adolph <robert@sylabs.io>
**Subject:** Re: Sylabs funding

[Quoted text hidden]

**Gregory M. Kurtzer** <g@sylabs.io>  Thu, Mar 12, 2020 at 11:30 AM
To: Joel Whitley <Joel@msvcp.com>
Cc: Marlin Prager <m.prager@opendrives.com>, Robert Adolph <robert@sylabs.io>

Yep, be there in just a minute.

[Quoted text hidden]

---

**Joel Whitley** <Joel@msvcp.com>  Thu, Mar 12, 2020 at 11:31 AM
To: "Gregory M. Kurtzer" <g@sylabs.io>
Cc: Marlin Prager <m.prager@opendrives.com>, Robert Adolph <robert@sylabs.io>

What is the dial-in?

Joel D. Whitley, Principal
IAG Capital Partners
200 Meeting Street, Suite 403
Charleston, SC 29401
(m) 310.779.2514 | (o) 843.619.0417
joel@msvcp.com

Notice: This email may contain material that is confidential and for the sole use of the intended recipient. Any review, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Gregory M. Kurtzer <g@sylabs.io>
**Sent:** Thursday, March 12, 2020 2:30:48 PM
**To:** Joel Whitley <Joel@msvcp.com>
**Cc:** Marlin Prager <m.prager@opendrives.com>; Robert Adolph <robert@sylabs.io>
**Subject:** Re: Sylabs funding

[Quoted text hidden]

---

**Robert Adolph** <robert@sylabs.io>  Thu, Mar 12, 2020 at 11:32 AM
To: Joel Whitley <Joel@msvcp.com>
Cc: "Gregory M. Kurtzer" <g@sylabs.io>, Marlin Prager <m.prager@opendrives.com>

https://zoom.us/j/336318387

Have a good day,

Robert Adolph
M: 714-768-1124
E: robert@sylabs.io

[Quoted text hidden]

---

**Gregory M. Kurtzer** <g@sylabs.io>  Thu, Mar 12, 2020 at 11:32 AM
To: Robert Adolph <robert@sylabs.io>
Cc: Joel Whitley <Joel@msvcp.com>, Marlin Prager <m.prager@opendrives.com>

+16699006833,,336318387

--
Gregory M. Kurtzer
CEO, Sylabs Inc.
http://www.sylabs.io

[Quoted text hidden]

Dear Joel,

We've been working fast trying to get in front of the situation and been strategizing what the best case scenario is moving forward.

The situation hasn't changed much from when we spoke over the weekend, but in a nutshell, RStor is pressing us to become insolvent such that they can take over our assets and opportunities moving forward.

The strategy that seems most advantageous would be to:
1. Quickly spin up a new entity (NEWCO)
2. Provide a base level of short-term funding to that entity, to which we would move all of the employees over ASAP (so we don't lose the team)
3. Lighten the burn of Sylabs enough such that it can not be rendered insolvent by RStor
4. Draft a contract between NEWCO and Sylabs, allowing NEWCO to service Sylabs' accounts

This will provide us with the ability to keep the team together and continue the development of Fuzzball/HPC-2.0. Additionally, we have some big name customers and opportunities we've been developing and this will allow us to continue bringing in the ARR (about $1M today) while also servicing a pipeline of $10M over the next 24 months.

The secondary effect of this allows us to punt the Sylabs/RStor issue to deal with later. A large consideration here is that RStor's current financial situation does not seem to indicate solvency beyond 6 months, so we can expect something to change there. The first forcing function to resolution will be in June, when the first Sylabs convertible note matures.

It is important to note that the intellectual property that we would need to build Fuzzball is all open source and I personally lead those respective open source projects and communities. Sylabs does have some commercial IP, which would be quite advantageous to have (e.g. Singularity Enterprise, which is not open source), but it is not a requirement for Fuzzball or any of our plans or projections for NEWCO.

In terms of the opportunity with NEWCO, I've modeled two scenarios where NEWCO services the Sylabs' business obligations and future revenue:

> The first model is with our current burn and servicing just the known sales deals (only includes existing deals and ARR). For example, this includes the DOD/USAF SBIR Phase 1 ($50k), but not the Phase 2 ($1.5-2.25M) or the Phase 3 (unlimited possibility). There is great value to having a direct sole source purchasing vehicle with every federal government agency that we will have once we complete the SBIR Phase 1.  We already have many sponsors and believe this will move along efficiently.



The second model demonstrates inclusion of an optimistic sales pipeline which includes multiple DOD awards, strategic development NREs, as well as building ARR. It also includes several new market injection points around Fuzzball, which are conservative.



Both of the above financial models are based on a $1M total injection of capital for NEWCO. That was chosen to give us reasonable runway, and even in a worst case scenario, bring us past the current RStor drama and get our feet back under us to consider longer term strategy.

Just to reiterate, RStor has cut off funding of Sylabs. In a manner of speaking, they have transposed their own insolvency issues onto Sylabs and are trying to render us insolvent. We have to move quickly because the engineers have to earn a living, and right now, there is no way to pay them.

Attached you will find a whitepaper which does not make a distinction between NEWCO and Sylabs, but does address the opportunity and synergy with OpenDrives.

Warmest regards,
Greg

# Brief Overview of High Performance Computing ("HPC")?

High performance computing (HPC) is the ability to process data and perform complex calculations at high speeds. To put it into perspective, a laptop or desktop with a 3 GHz processor can perform around 3 billion calculations per second. While that is much faster than any human can achieve, it pales in comparison to HPC solutions that can perform quadrillions of calculations per second.

One of the best-known types of HPC solutions is the supercomputer. A supercomputer contains thousands of compute nodes that work together to complete one or more tasks. This is called parallel processing. It's similar to having thousands of PCs networked together, combining compute power to complete tasks faster.

## HPC Importance?

It is through data that groundbreaking scientific discoveries are made, game-changing innovations are fueled, and quality of life is improved for billions of people around the globe. HPC is the foundation for scientific, industrial, and societal advancements.

As technologies like the IoT, AI/ML, simulation, medicine, and 3D imaging evolve, the size and amount of data that organizations have to work with is growing exponentially. For many purposes, such as streaming a live sporting event, tracking a developing storm, testing new products, or analyzing stock trends, the ability to process data in real time is crucial.

To keep a step ahead of the competition, organizations need lightning-fast, highly reliable IT infrastructure to process, store, and analyze massive amounts of data.

## The Basics of an HPC Cluster?

An HPC cluster consists of tens, hundreds, or thousands of compute servers that are networked together. Each server is called a node. The nodes in each cluster work in parallel with each other, boosting processing speed to deliver high performance computing.

## How Does HPC Work?

HPC solutions have three main components:

- Compute
- Network
- Storage



To build a high performance computing architecture, compute servers are networked together into a cluster. Software programs and algorithms are run simultaneously on the servers in the cluster. The cluster is networked to the data storage to capture the output. Together, these components operate seamlessly to complete a diverse set of tasks.

To operate at maximum performance, each component must keep pace with the others. For example, the storage component must be able to feed and ingest data to and from the compute servers as quickly as it is processed. Likewise, the networking components must be able to support the high-speed transportation of data between compute servers and the data storage. If one component cannot keep up with the rest, the performance of the entire HPC infrastructure suffers.

## HPC Use Cases and Target Markets

Deployed on-prem, at the edge, or in the cloud, HPC solutions are used for a variety of purposes across multiple industries. Examples include:

- **Research Labs:**  Helping scientists find sources of renewable energy, understand the evolution of our universe, predict and track storms, and create new materials.
- **Media and Entertainment:**  HPC builds feature films, render mind-blowing special effects, and stream live events around the world.
- **Oil and Gas:**  HPC more accurately identifies where to drill for new wells and to help boost production from existing wells.

- **Artificial Intelligence and Machine Learning:**  HPC is used to detect credit card fraud, provide self-guided technical support, teach self-driving vehicles, and improve cancer screening techniques.
- **Financial services:**  HPC is used to track real-time stock trends, risk analysis, and automate trading.
- **Medicine:** HPC provides the means for large scale diagnostic imaging, disease identification, genomic analysis, and engineering.
- Design new products, simulate test scenarios, and make sure that parts are kept in stock so that production lines aren't held up.
- Help develop cures for diseases like diabetes and cancer and to enable faster, more accurate patient diagnosis.

# The Future of HPC

In a world where organizations demand the use of AI and machine learning in everyday problems, HPC provides the only scalable architecture for this rollout. However, there are some major hurdles to overcome to make this a reality:

1. The HPC standard architecture was developed originally in 1994, and has not undergone significant changes since then. While this has worked within HPC environments for almost 3 decades, Enterprises have evolved and operate with a very different architecture.
2. HPC infrastructures are far too complex for day-to-day IT administrators to rollout. Couple this with the emphasis on legacy architectures, and there are simply not enough dedicated HPC professionals to satisfy this growing demand.

As such, an off the shelf solution that allows administrators to rollout HPC clusters is a necessity. Simply put, in an environment of increasing demand, traditional HPC will not satisfy the existing Enterprise infrastructures, process flows, security models, and platforms. Hence the opportunity to create a scalable solution that makes HPC available to all Enterprises and workflows.  For example, not even Facebook was able to do this. While they have their pick of developers, at any cost, the market is very limited, and they don't have a background here. To demonstrate how critical this is, they project themselves as "the largest AI shop in the world." They are on our advisory board for Fuzzball, and we are converting them to a customer.

# Sylabs Market Injection Points

## Singularity:

While talking with customers from massive social networking to exascale level government agencies, Gregory Kurtzer (Sylabs' CEO) discovered a need to advance the traditional architecture in HPC with inclusion of container capabilities. He built a container system called Singularity to be simple, fast, and secure to address issues with organizations running large jobs on HPC infrastructures.

Singularity is optimized for compute focused enterprise and HPC workloads, allowing untrusted users the ability to run untrusted containers in a trusted way and revolutionizing the security and trust paradigms of containerized workloads.  **In just over two years and at a total cost of approximately $1.5M, Singularity has built a 90% market share for containers within the HPC community and is used commonly around the world**.

Even Jensen Huang, CEO of Nvidia, talks about Singularity in his keynote at SC18, in front of an audience of 13,000 people and gets a round of applause when he asks about Singularity and then goes on to do a live demo of Singularity via the Nvidia GPU Cloud:



https://sylabs.io/articles/2018/11/singularity-contains-a-supernova-at-sc18

The clip of market penetration and the relatively low investment dollars for a project of this scale exceeds any other paradigm and perfectly positions the company to generate revenue. This exceeded initial expectations, and RStor was to provide the sales and marketing to exploit the Enterprise solutions. However, they have not followed through on these expectations and Sylabs has been left to fend for themselves. Properly exploited revenues should easily exceed $10M per year as demonstrated by the potential Air Force SBIR.

This was our first go-to-market, SingularityPRO, based 100% on the open source Singularity software, available as a subscription commercial license with multiple support tiers.

## Singularity Enterprise:

As our customer base expanded, we learned that there were additional capabilities which were needed to take full advantage of the container capabilities. While Singularity(PRO) provided a performant, simple, and secure container runtime, organizations needed help managing the images. Building, integration with CI/CD, storing, sharing, and securing were all necessary capabilities and the primary motivation behind Singularity Enterprise.

The initial needs came directly from our customer base from pharma and aerospace who needed to manage government compliance for reproducibility from the FDA and FAA respectively. From this we initially built the Container Library with the other features following after.

Singularity Enterprise was first implemented as our cloud hosted solution hosted at https://cloud.sylabs.io, and shortly after going to market, realized that most of our customers require running this on-prem. So we repackaged and added on-prem integration features for Enterprises, made it simple to host on their cloud native environments, and branded this proprietary set of capabilities as Singularity Enterprise.

## Fuzzball:

Executive Summary:

As the world of Enterprise and HPC converge, tools must be developed to make this a practical endeavor. **Sylabs provides these tools and unifies the intersection between HPC and Enterprise.** But the traditional HPC solutions do not fit well within Enterprise environments. This is because the skillset and technology for HPC is highly

specialized and the implementations are highly niche and antiquated (from an enterprise perspective).

Sylabs exists at the intersection point between these two worlds which has provided us with a very unique understanding of the problem set and the expertise to solve this. The vision is to take HPC capabilities from niche to mainstream and Fuzzball is the platform to make this possible.

Fuzzball Overview:



At a high level, Fuzzball enables programmatic management of distributed High Performance Computing resources via a simple to use workflow description (defined in a YAML File) that orchestrates not only the placement of compute jobs but also the required data ingress and egress. This programmatic management integrates directly with existing enterprise cloud native deployments and architectures.

The union between Fuzzball and Singularity enables workloads on-prem, multi-prem, cloud, multi-cloud, hybrid-cloud, and all the way out to the edge securely via a single platform.  Taking the lessons learned from HPC, Fuzzball is addressing the issues we are hearing from our customers and collaborators at the largest deployments in the military, large social networks, enterprises, and small organizations that will be enabling AI/ML.

From running an AI/ML workload on a single compute server, or scaling to hundreds of compute servers within a single rack, and all the way up to thousands of racks, distributed worldwide, Fuzzball takes the best of breed from enterprise, hyperscale, and supercomputing, to offer the next generation in high performance computing to manage, scale, and provision containerized workloads and data everywhere.

Fuzzball will address the entire market via a base Fuzzball/Singularity integration into an existing architecture, or the complete turn-key AI stack, available directly as a software component or through a hardware purchase.

Additionally, Fuzzball is addressing the issues we are hearing from 5G deployments to Nvidia Jetson devices to all IoT deployments anywhere. The capabilities that Sylabs created directly enables data security and trust at the far edge, basically any ARM sensor or device as an example. Leveraging our existing building blocks gives us the ability to manage the secrets and provision workloads to the far edge to the order of millions of devices.

## Technical Deep Dive into Fuzzball:

A Fuzzball cluster will consist of two differentiated software stacks. The Fuzzball service is a cloud native service for workflow management and orchestration. The Fuzzball agent is a small, purpose built systemd service that will execute workflows on compute nodes. The power of Fuzzball clusters lies in their ability to be easily configured to accommodate various scales of compute resources. Fuzzball can be deployed in environments from as small as a single node running both the service and agent, to deploying the service on a production Kubernetes cluster and orchestrating workloads across agents on various clusters on-prem, in the cloud, and at the edge.

Nodes of a Fuzzball compute cluster run the purpose built agent and will be assigned jobs by the Fuzzball service. The agent leverages many of the features offered by the Singularity container platform to ensure container provenance, workflow portability, and secure workflow execution in multi tenant environments. The agent exposes node metadata to the Fuzzball service, allowing for the service to make intelligent scheduling decisions involving metrics such as hardware resources, data locality, etc.

The Fuzzball service is the gateway that enables workflow submission and orchestration as well as user management and authentication for the cluster. Users of the service can use either a simple CLI client or web frontend to manage their workflows. Cluster administrators can manage workflows and users within the service with a "single pane of glass" dashboard. Behind the CLI client and web frontend is a GraphQL API provided by the service that allows for simple integration of additional tooling.

Fuzzball orchestrates and executes workflows based on YAML specifications. Workflow specifications consist of a series of job and volume requirements needed to perform a computation. Jobs consist of one or many applications packaged within a Singularity container for execution by a specified command. Leveraging Singularity containers for job execution allows applications to be run in a trusted, reproducible manner regardless of node specifics. Volumes are an abstraction of a bind mount that allows data to be bound into job containers throughout the workflow. Leveraging the same volume on multiple jobs allows a reliable mechanism to share intermediate results within a workflow or ensure a job has access to data external to the node through NAS.

The Fuzzball service has a pluggable scheduler that will manage where and when jobs within a workflow are executed based on criteria such as submission order, data locality, hardware availability, etc. Having a pluggable scheduler allows for the cluster scheduling behavior to be changed depending on what is optimal for the particular cluster deployment.

Timeline:



As of today, Fuzzball is demo'able, but still lacking the necessary features for a full supportable product line. Our intention is to start simple by releasing a single node version that will give people the ability to "test drive" the open source version, and we can begin working on the Fuzzball "stack" to ease integration and partner with hardware vendors for GPU and CPU compute systems.

Following that, will be a clustered version of the API and continued development of additional capabilities.

We anticipate initial go-to-market will be mid 2020, with follow up offerings through the rest of 2020 and 2021.

# The Synergy Between Sylabs, Fuzzball, and OpenDrives

## Important New Territory for OpenDrives' Best-of-Breed Storage

OpenDrives has expanded upon its best in class throughput and low-to-no latency data storage solution to enter the "scale up" and "scale out" Enterprise Marketplace while maintaining high-speed performance advantages. Essentially, OpenDrives will be able to add pods of storage that will enable increasing GB/second throughput growth while maintaining the best in class latency of the solution. In addition, each pod will have the ability to continuously distribute and parallelize the storage to increase capacity and performance as the resource scales.

What OpenDrives has done is created an easily operated and maintained stack to make available the capabilities of Lustre with the press of a single button.

Lustre, the storage backing of OpenDrives' next generation solution OmniScale, is the proven storage system for the largest and most performant use cases throughout HPC because it provides an efficient parallel storage platform. The biggest challenge Lustre must overcome has to do with its difficulty in setup and maintenance, as it requires very specific skill sets that are not commonly found in the industry.

The OpenDrives implementation of Lustre, and its impact on HPC 2.0, propels OpenDrives to a leadership position in both traditional HPC solutions, as well as in driving HPC capabilities from niche to mainstream. The synergy OpenDrives' OmniScale brings to an integrated HPC 2.0 solution is in alignment with our overall go-to-market strategy.

Ongoing development of OpenDrives with the Fuzzball solution, as an integrated stack, provides a completely supportable stack with a simple easy interface to drive the entire solution. Fuzzball can certainly be integrated in other storage solutions; however this will only be practical for very large and sophisticated enterprises (e.g. Facebook). Most enterprises will appreciate the ease and simplicity of a unified stack given they are already going to be implementing very complex AI/ML solutions.

It is our belief that this fully integrated stack, between Fuzzball and OmniScale, we can have a unified solution within 12 months.

## How Sylabs and OpenDrives Builds Opportunities

Fuzzball drives the intelligent distribution of workloads by bringing the computational jobs to the storage and/or bringing the data to the compute and storage infrastructure. By doing this, we revolutionize the architecture of computational resources such that the Enterprise can easily integrate and utilize.

One of the keys here will be the storage subsystems. We need the highest performing and easiest to use solutions to integrate with as we drive turn-key products, best recipes, and reference architectures.

The combined fully supported stack can enable the entire infrastructure for on-prem, entire cloud infrastructure, as well as being the backbone of a SaaS solution.  This enables customers to build extremely performant scalable units for compute, with each scalable unit comprised of an OpenDrives storage system, groups of compute and GPU resources, and a dedicated performant network. On top of this, Fuzzball, can now cluster groups of clusters, linking disparate global resources.

The go-to-market strategy is jointly enabled by the collaboration of both individual companies. Both Sylabs' Fuzzball and OpenDrives' OmniScale lower the barriers of adoption of HPC capabilities both into existing performance critical use cases as well as within corporate enterprises, and hyperscale markets.

## The Easy Button to Success



The integration of Sylabs and OpenDrives will create the "EASY" button for highly scalable storage, distributed resource allocation of compute and data, and ultimately creating the globally secure unification of storage with compute resources optimizing our customers' environments from the data center to the cloud to the far edge. From a go-to-market perspective, each one of these pieces of the puzzle stands by themselves (Fuzzball, Lustre, OmniScale, Singularity, etc…). Each offers a ton of value by itself, but together, they create an ecosystem that solves the entire problem together. A turn-key solution direct to market, as a single stack.