

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 53

Proposal Number:  F2-13944                                                                                          Sylabs, Inc
Topic Number:  J201-CS01

# Volume 2: Phase II Technical Volume

## Table of Contents
1. **Identification and Significance of the Problem or Opportunity**
2. **Feasibility Study Results**
3. **Phase II Technical Objectives and Key Results**
4. **Phase II Work Plan**
5. **Commercialization Strategy**
6. **Key Personnel**
7. **Supply Chain Integrity**

**Glossary:**
ARR - Annual Recurring Revenue
ATO - Authority to Operate
CI/CD – Continuous Integration / Continuous Delivery
CNCF - Cloud Native Computing Foundation
CAGR - Compound Annual Growth Rate
CRI - Container Runtime Interface
CRI-O – CRI using OCI compliant runtimes
DTRA - Defense Threat Reduction Agency
DoD - Department of Defense
DevSecOps - Development, Security, and Operations
DoD IC - DoD Intelligence Community
DoE / FRB – Department of Energy / Federal Reserve Bank
HPC - High Performance Computing
I/O – Input / Output
K8s - Kubernetes
KEP – Kubernetes Enhancement Proposal
NIH - National Institutes of Health
NSW - Naval Special Warfare
NRL - Navy Research Laboratory
OCI - Open Container Initiative
ORAS – OCI Registry as Storage
SIF - Secure Image Format
USAF - United States Air Force

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed-in whole or in part-for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of-or in connection with-the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. All data in this volume is subject to this restriction, with the exception of Section 4, Work Plan.