

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 57

# Exhibit 57

Between March 18, 2020, and March 30, 2020, external email account d.buss@opendrives.com was associated with five emails within Sylabs' Google Workspace Email audit logs:

| Email at approximately March 18, 2020, 20:25:17 UTC | |
|---|---|
| Sender: | robert@sylabs.io |
| Recipient: | d.buss@opendrives.com<br>m.prager@opendrives.com |
| Subject: | Fwd: Samsung &lt;=&gt; Sylabs |
| Number of Attachments: | 1 |
| Message ID: | <CAH_6fpaNj02QoWAyTApOjP964AmhT87HVF1U6Hsjqy8XZ8q_4Q@mail.gmail.com> |

| Email at approximately March 19, 2020, 21:04:26 UTC | |
|---|---|
| Sender: | d.buss@opendrives.com |
| Recipients: | g@sylabs.io<br>robert@sylabs.io |
| Subject: | Fwd: FW: Latest News from GigaIO |
| Number of Attachments: | 3 |
| Message ID: | <CADFN7GagGXowRkVpP+euFLZqVh1OYLeneMDfknx89UktT_noiA@mail.gmail.com> |

| Email at approximately March 19, 2020, 21:55:54 UTC | |
|---|---|
| Sender: | robert@sylabs.io |
| Recipient: | d.buss@opendrives.com<br>g@sylabs.io<br>robert.adolph@hotmail.com<br>m.prager@opendrives.com |
| Subject: | Re: FW: Latest News from GigaIO |
| Number of Attachments: | 3 |
| Message ID: | <CAH_6fpZHaJaNfV0qvZL+ekAZwRcwMwFiNmh4wvvz5nACEwbPgQ@mail.gmail.com> |

**Exhibit 57**

| Email at approximately March 27, 2020, 17:14:47 UTC | |
|---|---|
| Sender: | d.buss@opendrives.com |
| Recipient: | g@sylabs.io |
| Subject: | |
| Number of Attachments: | 0 |
| Message ID: | <CADFN7GYmjtPZdeZTV=2doX0xeJb96vr-nwgLA2E26j1qeT9xSA@mail.gmail.com> |

| Email at approximately March 30, 2020, 01:12:50 UTC | |
|---|---|
| Sender: | d.buss@opendrives.com |
| Recipient: | g@sylabs.io |
| Subject: | Navy SBIR |
| Number of Attachments: | 0 |
| Message ID: | <CADFN7GaabSimaY8Ls+PU08HEYq23HO=1+nZ-1yrJxBRsTWDNjA@mail.gmail.com> |