

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 58

**Robert Adolph** <robert@sylabs.io>   Mon, Mar 16, 2020 at 3:40 PM
To: Marlin Prager <m.prager@opendrives.com>, David Buss <d.buss@opendrives.com>, Gregory Kurtzer <g@sylabs.io>

Hi Marlin and Dave,

This is the NewCo next SBIR...This is them asking for the Sylabs Edge Solution.

The current SBIR is just secure containers.

Plus, particular note is "Modeling and Simulation are becoming center pieces of everything" He is imagining Sylabs Enterprise extended to the Sylabs Edge Solution.

We talked the SELinux piece through with a partner today, but the reality is Greg and Adam already have that piece thought out as well. Think AI applied to a container so that we know what should be interacting with the kernel then embed that in the portable container and now you have all the way to the hardware secure, etc.

Just wanted to keep you updated on movement. Clearly, OpenDrives plays in the HPC and Big Data piece once we get Lustre Stack moving.

Dave, any insight from your knowledge you would be willing/able to offer for guidance please?

Have a good day,

**Robert Adolph** | Sylabs
M: 714-768-1124
E: robert@sylabs.io
[Quoted text hidden]