

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 59



Gregory Kurtzer <g@sylabs.io>

# Navy SBIR
1 message

**David Buss** <d.buss@opendrives.com>  Sun, Mar 29, 2020 at 6:12 PM
To: "Gregory M. Kurtzer" <g@sylabs.io>, Marlin Prager <m.prager@opendrives.com>, Robert Adolph <robert.adolph@hotmail.com>

Interesting. I just received a LinkedIn connection request from Matt Williams, who runs the Navy's SBIR program. Of course I said yes and connected. Will reach out to him.

Dave

--
David H. Buss
CEO, OpenDrives, LLC
mobile: 619.865.8792