

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

---

**NEWPORT BEACH OFFICE**

# EXHIBIT 60



Gregory Kurtzer <g@sylabs.io>

## re additional ask for Joel/Bob/etc
1 message

---

**Robert Adolph** <r.adolph@opendrives.com>　　　　　　　　　　　　　　　　　　　Fri, Mar 13, 2020 at 7:48 AM
To: David Buss <d.buss@opendrives.com>, Marlin Prager <m.prager@opendrives.com>, Gregory Kurtzer <g@sylabs.io>

Hi Dave, Marlin and Greg,

Per our conversation with Marlin regarding coming over the top with a short two pager to help with Joel's pitch to his partners.

Focused on time to value and the combination with hard facts and the greater vision coupled with why the go to market is compelling.

Please pick apart and enhance!

Have a good day,

**Robert Adolph** | OpenDrives
M:  714-768-1124
E:  r.adolph@opendrives.com