

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 63

**OAuth2 Integration** 2
   Current Status 2
   Work Remaining 2
**Multi-User Support** 2
   Current Status 2
   Work Remaining 2
**Fine grained role-based access control** 2
   Work Remaining 2
**Ephemeral Workflow Volume Support** 3
   Current Status 3
   Work Remaining 3
**Persistent Workflow Volume Support** 3
   Current Status 3
   Work Remaining 3
**Extensible Volume Support** 3
   Work Remaining 3
**Agent/Service Authentication** 4
   Current Status 4
   Work Remaining 4
**Queue-based Scheduling on single node** 4
   Current Status 4
   Work Remaining 4
**Multiple Compute Node Support** 5
   Work Remaining 5
**Pluggable Scheduler Interface** 5
   Work Remaining 5
**Web Interface** 5
   Work Remaining 5

## OAuth2 Integration

### Current Status

- Two flows implemented:
    - Interactive login ("authorization code grant flow with PKCE")
    - Non-interactive login ("client credentials flow")
- Single endpoints/remote only, no ability to configure multiple Fuzzball endpoints.
- OAuth2 provider details are hard-coded into CLI.

### Work Remaining

- CLI must obtain OAuth details from Fuzzball service. [0.5 week]
- CLI must support multiple Fuzzball endpoints. [0.5 week]
- CLI must invalidate authorization/refresh tokens on logout. [0.5 week]

## Multi-User Support

### Current Status

- CLI allows users to authenticate, and pass a bearer token.
- Service consumes bearer token and validates it. Only authenticated users can access the service.
- Service does not record owners of workflows, jobs, etc.
- Agent runs as the "fuzzball" user, and Singularity as the "fuzzball" user.

### Work Remaining

- Service should record owner of workflows, jobs, etc. in DB. [1 week]
- Service should limit queries based on ownership. [1 week]

## Fine grained role-based access control

### Work Remaining

- Define logical representation for policies, and APIs to allow administrators to create and modify policies. [8 weeks]
    - Define logical representation (or research and select project to use for this purpose.)
    - Define API for administrator to create/update/delete policy.

- Define the different operations that can be authorized in the system, and implement authorization hooks throughout. [8 weeks]

## Ephemeral Workflow Volume Support

### Current Status

- Ephemeral volumes allow data to be passed between jobs within a workflow.
- Agent configuration for single location to host ephemeral volumes.

### Work Remaining

- Support for mounting ephemeral volume as read-only at the job level. [0.5 week]

## Persistent Workflow Volume Support

### Current Status

- Persistent volumes allow one or more directories mounted on the host to be bound into one or more jobs at runtime.
- Agent configuration for single persistent volume.

### Work Remaining

- Within the service, define an interface by which an administrator can configure persistent data store endpoints on a per node basis. [4 weeks]
    - Ability to define resource limitations (IOPS) for a persistent data store.
- Within the service, provide the ability for users to declare persistent volumes and map them to a configured persistent data store. [4 weeks]
- Ability to mount volume read-only vs read-write at the job and/or workflow level. [1 week]
- Ability to define resource limits/expectations (IOPS) within a workflow. [0.5 week]

## Extensible Volume Support

### Work Remaining

- Within the service/CLI, provide the ability to configure a new external data source. [1 week]
- Within the agent, define an interface for non-local volumes, the first implementation of which will utilize an S3 FUSE driver. This will allow an Agent to fetch and store data from the external datastore. Caching will be performed by the S3 FUSE driver, and cache status will not be reported to the scheduler. [6 weeks]

- Within the CLI, extend the workflow spec to allow specification of extensible volumes. [1 week]
- Modify or replace the S3 FUSE driver to expose metadata about objects that are cached, and report when items are added or removed from the cache. [4 weeks]
- Allow the agent to report cache metadata to the service. [1 week]

## Agent/Service Authentication

### Current Status

- Agents do not authenticate the service. The service does not authenticate agents.

### Work Remaining

- Implement certificate-based mechanism for agents to authenticate against the service, and for agents to authenticate the service itself. [3 weeks]

## Queue-based Scheduling on single node

### Current Status

- No queue. Workflows are executed immediately, with jobs being scheduled according to the DAG.

### Work Remaining

- Enhance workflow specification to allow user to specify resource requirements/limits per job (number of GPUs, memory, CPU, IOPS, expected job duration, software licenses, volume support, etc.) [2 weeks]
    - Scheduler can use these requirements to maximize resource utilization
- Define interface by which scheduler obtains information about the resources of a node. [2 weeks]
- Define interface by which scheduler obtains information about workflows and jobs. [2 weeks]
- Develop a naive first-fit scheduler that takes node and workflow/job information and schedules jobs appropriately. [2 weeks]
- Extend Agent to enforce limits via cgroups (maybe) [2 weeks]
- Extend scheduler and agent to support workflow cancellation (while the job is queued, while it is running, etc.) [4 weeks]

## Multiple Compute Node Support

### Work Remaining

- On the service side, expose metadata describing all node(s) in the system, and their current state via the scheduler interface. [4 weeks]
- Service should be able to apply one or more labels to nodes, which can be used to define arbitrary sets of nodes based on different properties. [2 weeks]
    - `cluster`: `1` vs `cluster`: `2`
    - `env`: `dev` vs `env`: `production`

## Pluggable Scheduler Interface

### Work Remaining

- On the service side, make the scheduler interface pluggable, allowing for scheduler implementations that are domain-specific or tailored towards a specific workload. [8 weeks]
- Port the first-fit scheduler to use this interface. [2 weeks]
- Develop a second scheduler based on the backfill algorithm (http://docs.adaptivecomputing.com/maui/8.2backfill.php). [6 weeks]
- Develop a policy-based routing engine that can be configured to schedule workloads to sharded schedulers, to allow horizontal scaling and/or non-homogenous schedulers. [12 weeks]
- Develop a SLURM scheduler plugin. [24 weeks]
    - *For caching issues. Ephemeral volumes with SLURM can potentially interface to: https://slurm.schedmd.com/burst_buffer.html*

## Web Interface

### Work Remaining

- Everything [1 FTE ongoing]