

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

**NEWPORT BEACH OFFICE**

# EXHIBIT 64

Rough draft:

A Fuzzball cluster will consist of two differentiated software stacks. The Fuzzball service is a cloud native service for workflow management and orchestration. The Fuzzball agent is a small, purpose built systemd service that will execute workflows on compute nodes. The power of Fuzzball clusters lies in their ability to be easily configured to accommodate various scales of compute resources. Fuzzball can be deployed in environments from as small as a single node running both the service and agent to deploying the service on a production Kubernetes cluster and orchestrating workloads across agents on various clusters on-prem, in the cloud and at the edge.

Nodes of a Fuzzball compute cluster run the purpose built agent and will be assigned jobs by the Fuzzball service. The agent leverages many of the features offered by the Singularity container platform to ensure container provenance, workflow portability, and secure workflow execution in multi tenant environments. The agent exposes node metadata to the Fuzzball service, allowing for the service to make intelligent scheduling decisions involving metrics such as hardware resources, data locality, etc.

The Fuzzball service is the gateway that enables workflow submission and orchestration as well as user management and authentication for the cluster. Users of the service can use either a simple CLI client or web frontend to manage their workflows. Cluster administrators can manage workflows and users within the service with a "single pane of glass" dashboard. Behind the CLI client and web frontend is a GraphQL API provided by the service that allows for simple integration of additional tooling.

Fuzzball orchestrates and executes workflows based on YAML specifications. Workflow specifications consist of a series of job and volume requirements needed to perform a computation. Jobs consist of one or many applications packaged within a Singularity container for execution by a specified command. Leveraging Singularity containers for job execution allows applications to be run in a trusted, reproducible manner regardless of node specifics. Volumes are an abstraction of a bind mount that allows data to be bound into job containers throughout the workflow. Leveraging the same volume on multiple jobs allows a reliable mechanism to share intermediate results within a workflow or ensure a job has access to data external to the node through NAS.

The Fuzzball service has a pluggable scheduler that will manage where and when jobs within a workflow are executed based on criteria such as submission order, data locality, hardware availability, etc. Having a pluggable scheduler allows for the cluster scheduling behavior to be changed depending on what is optimal for the particular cluster deployment.

high level overview:

Fuzzball enables programmatic management of high performance compute resources.

technical architecture overview:

Fuzzball consists of two main components: a cloud native service and a small purpose build agent. Depending on the deployment these two components will operate on the same node or separate specialized nodes. The service enables workflow submission and execution as well as user management and authentication.

Save:

Fuzzball consists of two primary components: a cloud native service and a small purpose build agent. Depending on the configuration these two components will operate on the same node or separate specialized nodes.

From both the service and agent being deployed on a single compute node to the service running in the cloud and managing multiple clusters of agents operating from distant compute resources.(need more here to talk about on-prem, hybrid cloud and multicloud)

# Terminology native to Facebook

- "Distributed computation system"
- "Data-parallel jobs", "data-parallel processing"
- "The most important observation is that many batch jobs are "map-only" or "mapheavy," in the sense that they are (mostly) embarrassingly parallel." ([ref](#))
- (Data) sharding
- "Resource model" - a model of the nodes available to do compute



features

YAML syntax
  Show simple date example and maybe explain what is happening in bullets

Use-cases defined in YAML
  ● video file conversion from s3 bucket. Maybe use another tool more in general/to facebook
  ● Rendering automatic workloads
  ● AI/ML training with hyper-parameterization
  ● Movement of data/affinity

GraphQL API