

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com
_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 65

**Subject:** re
**Date:** Tuesday, March 17, 2020 at 8:30:11 AM Pacific Daylight Time
**From:** Robert Adolph
**To:** Gregory Kurtzer

Hi Vijay,

I apologize for our latent response to our great conversation on potentially working together on a solution, with you but for many others as well.

Exxon, Qualcomm, Disney, Sandia, Shell, etc. have been giving us the exact feedback, but none of them understand open source like yourself.

We have held off coming back to you, since an investor of Greg's has been threatening him to take over his company since he is really starting to do well and they want the IP/DOD Air Force Contract we won/Revenue for themselves/etc.
We don't want you engaged in that drama, heck we don't want to be either. We just want to build cool disruptive tech with cool people.

I believe if we could work out an agreement for a yearly support/development model with you/your team, we could easily sidetrack this situation and possibly even open a new entity focused on this solution (codename Fuzzball).

I know there are a few other great ideas inside Greg's head that we are discussing as well, but the AI/ML/Render/HPC2.0 stack is strong and ready to be done.

Would you be open to a conversation to discuss a yearly support model where all work goes to open source and you have the right to end it at the year renewal? You will have special pricing/consideration for a lifetime for stepping in to solidify us in the startup phase.

Have a good day,

**Robert Adolph |** Sylabs
M: 714-768-1124
E: robert@sylabs.io