

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

---

**NEWPORT BEACH OFFICE**

# EXHIBIT 67

**4 5 8 6 8 4 0**



## Secretary of State
### Statement and Designation by Foreign Corporation

**S&DC-S/N**

**IMPORTANT — Read instructions before completing this form.**

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed.  See instructions.

**Filing Fee** — **$100.00** (for a foreign stock corporation) or **$30.00** (for a foreign nonprofit corporation)

**Copy Fees** — First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year.  For more information, go to *https://www.ftb.ca.gov.*

**FILED**WMWV TWW
**Secretary of State**
**State of California**

**APR 2 3 2020**

( LL This Space For Office Use Only

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Control Command, Inc.

Delaware

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2524 Grant St | Berkeley | CA | 94703 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 2524 Grant St | Berkeley | CA | 94703 |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| | | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State | Zip Code |
| | | | CA | |

**CORPORATION** – Complete Item 4c.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

C T Corporation System

**5. Read and Sign Below** (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Signature

Gregory Rose
Type or Print Name

S&DC-S/N (REV 06/2019)

[Clear Form] [Print Form]

2019 California Secretary of State
bizfile.sos.ca.gov

1049 - 7/15/2019 Wolters Kluwer Online



4 5 8 6 8 4 0

Page 1

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "CONTROL COMMAND, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2020.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

7921858  8300

SR# 20203097633

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202816829

Date: 04-23-20

NCTO



**Secretary of State**

| | **ASDC** |

**A 0 8 4 6 6 0 2**

**Amended Statement by Foreign Corporation**

(Name Change ONLY)

**IMPORTANT — Read Instructions before completing this form.**

**Additional Requirements:**

- **Certificate Showing the Name Change:** If the legal name of the foreign corporation has changed in the state, foreign country or place of formation, this form **must be submitted** with a current certificate issued by the government agency where the foreign corporation was formed that certifies the change of name and includes both the old and new corporate name. (California Corporations Code section 2107.) **Note:** A certified copy of the name change amendment does not meet California statutory requirements.

- **Certificate of Name Approval (Insurers ONLY):** If the foreign corporation is subject to the Insurance Code as an insurer, this form also **must be submitted** with a Certificate of Name Approval issued by the California Insurance Commissioner. (California Corporations Code section 2106.5.)

**Filing Fee – $30.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
  Certification Fee - $5.00 plus copy fees

**FILED**
**Secretary of State**
**State of California**

**SEP 04 2020**

*I CC*   **This Space For Office Use Only**

---

**1. Corporate Name**   (Enter the **exact** name of the foreign corporation as it is recorded with the California Secretary of State.)

Control Command, Inc.

---

**2. New Corporate Name**   (Enter the new name of the foreign corporation. **Note:** The certificate from the government agency where the corporation was formed, as noted in the "Additional Requirements" section above, is not required if legal corporate name has not changed and you are merely filing this form to delete or change a "doing business as" name.)

Ctrl IQ, Inc.

---

**3. Jurisdiction**   (Enter the state, foreign country or place where this corporation is formed – **must match** the jurisdiction on the records of the California Secretary of State.)

**4. 7-Digit Secretary of State File Number**

| Delaware | **4586840** |

---

**5. Read and Sign Below**   (**See Instructions**. Office or title not required. Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_____   Gregory Rose
Signature                   Type or Print Name

---

ASDC (REV 05/2017)

2017 California Secretary of State
bizfile.sos.ca.gov

A08 46602



Page 1

# The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THAT THE SAID "CONTROL COMMAND,

INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO

"CTRL IQ, INC." ON THE THIRTY-FIRST DAY OF AUGUST, A.D. 2020, AT

3:29 O`CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

7921858  8320
SR# 20207134801

Authentication: 203604551
Date: 09-04-20

You may verify this certificate online at corp.delaware.gov/authver.shtml