

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 68

**Exhibit 68**

During the month of March 2020, prior to HAYDEN tendering his resignation, his account matt@sylabs.io:

    Created one folder:
        SBIR

    Deleted three files:
        3. J201-CSO1-7047_SYLABS_COST VOLUME.xlsx
        Copy of Copy of 4a. Proposal Number_Company Name_Cost Volume
        LCCR_Client Questionnaire

    Downloaded five files:
        Resource/Availability
        Copy of 5c. Proposal Number_Company Name_Coversheet Supplement
        .DS_Store
        1.  J201-CSO1-7047_Sylabs_Technical Volume
        BABELFISH Future Work

    Edited two files:
        Resource/Availability
        Projects/Products

    Trashed one file:
        .DS_Store

    Changed the sharing permissions from "None" to "Can edit" on one file:
        Resource/Availability

    Viewed 23 files:
        HPC-2.0
        2.  J201-CSO1-7047_Sylabs_Slide Deck
        Revised Babelfish_2
        main-demo-short.mp4
        Projects/Products
        EDF Statement of Work for Active Directory (LDAP) Integration
        My Copy of BABELFISH New Work
        BABELFISH Future Work
        2020-02_Dev_Timeline
        2. J201-CSO1-7047_Sylabs_Slide Deck.pdf
        DRAFT-PRO_Support_Lifecycle
        BALANCE SHEET
        2e. 20.1 Need IDs
        BABELFISH Future Work.xlsx

**Exhibit 68**

    HPC-2.0
    Copy of BABELFISH Future Work - September 5, 6:46 AM
    4. Additional Info_Sylabs.pdf
    1. J201-CSO1-7047_Sylabs_Technical Volume
    Fuzzball Slides Content
    Resource/Availability
    Client Questionnaire Master Working Copy
    .DS_Store
    1. J201-CSO1-7047_Sylabs_Technical Volume.pdf

Between tendering his resignation and the effective date of his resignation, March 31, 2020, HAYDEN's account matt@sylabs.io:

    Downloaded one file (four times):
        BABELFISH Future Work"

    Viewed the eight files:
        Facebook Pitch
        HPC-2.0
        Client Questionnaire Master Working Copy
        Resource/Availability
        EDF Statement of Work for Active Directory (LDAP) Integration
        2020-02_Dev_Timeline
        BALANCE SHEET
        Projects/Products

Between April 5, 2020, and April 9, 2020, well after HAYDEN's resignation date from Sylabs, his account matt@sylabs.io:

    Created two file:
        Untitled document
        Untitled form

    Edited three file:
        Untitled document
        Direct to Phase II
        Untitled form

    Renamed one file:
        Direct to Phase II

**Exhibit 68**

Viewed four file:
    Direct to Phase II
    Copy of 2019 - Business Plan – Sylabs
    BABELFISH Future Work
    status report for Bryan Embry

Deleted one file:
    .DS_Store

Downloaded 45 files:
    Direct to Phase II
    status report for Bryan Embry
    BABELFISH (Internal Status Report)
    Project Proposal babelfish
    Babelfish notes:
    BABELFISH as of 02112018 (1).pdf
    Sylabs BABELFISH Engineering Hours
    Babelfish Status Report
    Status Report Feb
    BABELFISH Milestone 1 Award Inception
    Copy of Status Report Jan.
    Untitled document
    171212 DRAFT Collaborative Proposal to US Department of Defense.0.6.jfc
    SOW Section Work Package Tasks  - Version 4
    BABELFISH[1].pdf
    SOW
    Status Report April
    Babblefish engineering breakdown (1).pdf
    Status Report Nov5-Dec5
    BABELFISH H98230-18-C-0458S
    BABELFISH[1]
    BABELFISH workpackage  fixes
    Milestone 0 (Award Inception)
    BABELFISH Government Counter 20180920.pdf
    final SOW
    Status Report Mar
    CRI and SLURM/K8s Integration updates for BABELFISH DoD meeting: 05-29-2019
    BABELFISH Government Counter 20180920
    Babblefish engineering breakdown (1)
    Babelfish Update
    Babelfish report for Brian
    BABELFISH notes
    Status Report June

**Exhibit 68**

Appendix
BABELFISH.xmind
BABELFISH H98230-18-C-0458S.pdf
SOW Section Work Package Tasks - Version 4.pdf
Status Report May
BABELFISH CRI SLURM 04/10/19
Status Report Example..pdf
2. J201-CSO1-7047_Sylabs_Slide Deck
1. J201-CSO1-7047_Sylabs_Technical Volume
Singularity_Registry_Installations - Form Responses 3 (1)
Singularity_Registry_Installations - Form Responses 3 (1).pdf
HPC - 2.0