

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 69

**Exhibit 69**

During the month of January 2020, JULIA KURTZER's account julie@sylabs.io:

    Edited the two files:
        Employees/Advisors
        LCCR_Client Questionnaire

    Viewed the six files:
        MPA-SaaS T&C-PS T&C (Draft for Review)
        MASTER PURCHASE AGREEMENT (Genentech/Roche)
        LCCR_Client Questionnaire
        Resource/Availability
        Sylabs, Inc. PEO Letter.pdf
        singularitypro35_blog

During the month of February 2020, JULIA KURTZER's account julie@sylabs.io:

    Viewed the four files:
        Credit Card Statement_02-03-2020
        Copy of 4a. Proposal Number_Company Name_Cost Volume
        Resource/Availability
        Bookings, Revenue, and Expenses

    Edited the two files:
        Credit Card Statement_02-03-2020
        Bookings, Revenue, and Expenses."