

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

___

**NEWPORT BEACH OFFICE**

# EXHIBIT 70

**Exhibit 70**

During the month of March 2020, prior to FONG tendering her resignation, account erin@sylabs.io:

    Created five files:
        Untitled spreadsheet
        Sylabs Reseller Agreement_Mannai
        Sylabs Master Purchase Agreement – KAUST
        Mannai NEW SUPPLIER ACCOUNT OPENING FORM-0910-VEV (2)
        Untitled spreadsheet."

    Downloaded 14 files:
        Linkedin Email Logo.png
        Twitter Email Logo.png
        Github Email Logo.png
        Youtube Email Logo.png
        Sylabs Master Purchase Agreement – Final
        Untitled spreadsheet
        Sylabs Reseller Agreement_Mannai Corporation
        Sylabs Master Purchase Agreement – KAUST
        Mannai NEW SUPPLIER ACCOUNT OPENING FORM-0910-VEV (2)
        HPE_Sylabs_NDA.pdf,""ABB_Sylabs_NDA.pdf
        HPC Now_Sylabs_NDA.pdf
        Facebook_Sylabs_NDA.pdf
        Intel_Sylabs_NDA.pdf

    Edited 10 files:
        Untitled document
        Sales Pipeline
        Sylabs Master Purchase Agreement – Final
        Untitled spreadsheet
        Sylabs Reseller Agreement_Mannai
        Sylabs Master Purchase Agreement – KAUST
        Mannai NEW SUPPLIER ACCOUNT OPENING FORM-0910-VEV (2)
        Monthly Subscriptions
        Email Templates
        Untitled spreadsheet

    Changed the file permissions for any account within Sylabs' domain to view and edit the file:
        Untitled spreadsheet

**Exhibit 70**

Renamed the file:
   Sylabs Reseller Agreement_Mannai to Sylabs Reseller Agreement_Mannai Corporation

Viewed 16 files:
   Untitled document
   Sales Pipeline
   Sylabs Business Strategy
   Bookings, Revenue, and Expenses
   PO_B640518 Signed.pdf
   Sylabs Master Purchase Agreement – Final
   Reseller Agreement - Mark III Systems
   QCRI-HBKU Reseller Discussion
   Sylabs Reseller Agreement FINAL
   Sylabs Reseller Agreement_Mannai Corporation[1]
   Sylabs Master Purchase Agreement – KAUST
   Mannai NEW SUPPLIER ACCOUNT OPENING FORM-0910-VEV (2)
   Monthly Subscriptions
   HPE_Sylabs_NDA.pdf
   Intel_Sylabs_NDA.pdf
   Email Templates

Between tendering her resignation and the effective date of her resignation, March 31, 2020, account erin@sylabs.io:

   Downloaded four files:
      Untitled spreadsheet
      Greg Kurtzer (9/1/19) salary adjustment letter.docx
      Separation Agreement – MG (1).pdf
      Payroll_Register_PDF_with_Employer_Charges.pdf

   Edited one file (18 times on March 24, 2020, between 2:32pm and 6:04pm):
      Untitled spreadsheet

   Uploaded one file:
      Payroll_Register_PDF_with_Employer_Charges.pdf

---

[1] This file was renamed by erin@sylabs.io from "Sylabs Reseller Agreement_Mannai" to "Sylabs Reseller Agreement_Mannai Corporation" on March 10, 2020.

**Exhibit 70**

Viewed 12 files:
- Untitled spreadsheet
- Email Templates
- Greg Kurtzer (9/1/19) salary adjustment letter.docx
- Sylab Employee NDA and IP Assignment
- 171212 DRAFT Collaborative Proposal to US Department of Defense.0.6.jfc.docx
- consultant - Template StdServicesAgreement.docx
- Erin Fong
- Separation Agreement - MG (1).pdf
- Employee NDA and IP Assignment
- Sushma Yellapragada - Intern Contract Agreement
- Adrian Wobito - Contractor - StdServicesAgreement.docx
- Sylabs Reseller Agreement FINAL

On April 2, 2020, after FONG's effective resignation date from Sylabs, account erin@sylabs.io:

Created one folder:
- members_export_705bf21892

Uploaded three files:
- cleaned_members_export_705bf21892.cvs
- subscribed_members_export_705bf21892.cvs
- unsubscribed_members_export_705bf21892.cvs