

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 71

**Exhibit 71**

Between March 4, 2020, and March 27, 2020, account cedric@sylabs.io:

    Uploaded one file:
        inception.sif

    Changed the link sharing visibility from "Private" to "Anyone with the link within the domain for sylabs.io" to one file:
        inception.sif

    Changed the link sharing access type from "None" to "Can view for sylabs.io" to one file:
        inception.sif

    Viewed eight files:
        inception.sif
        Resource/Availability
        Open-Topic-20.1-Focus-Areas
        2020-02_Dev_Timeline
        2020-02_Roadmap_Pub
        2020-03-27 DT Handover

    Edited one file (twice):
        Resource/Availability