

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____

**NEWPORT BEACH OFFICE**

# EXHIBIT 72

**Exhibit 72**

Between March 8, 2020, and March 21, 2020, external account m.prager@opendrives.com:

    Viewed four files:
        Fuzz Budget
        Sylabs Spin-in Terms
        Email cover to Joel
        Disrupt the Status Quo - HPC Taken to the Next Level

    Changed the permissions from "None" to "Can view, Can comment" on three files:
        Fuzz Budget
        Terms
        Email cover to Joel

    Changed the permissions from "None" to "Can edit" on one file:
        HPC is at the heart of Sylabs

    Edited one file:
        Disrupt the Status Quo - HPC Taken to the Next Level