

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 73

**Exhibit 73**

On March 16, 2020, account anne@sylabs.io:

    Created one file:
        Untitled document

    Renamed one file:
        Untitled document

    Changed the link sharing visibility from "Private" to "Anyone with the link within the domain for sylabs.io" on one file:
        Email Templates

    Changed the link sharing access type from "None" to "Can view for sylabs.io" on one file:
        Email Templates

    Changed the link sharing access type from "Can view for sylabs.io" to "Can edit for sylabs.io." on one file:
        Email Templates

    Downloaded one file:
        Email Templates

    Viewed one file:
        Email Templates

    Edited one file:
        Email Templates