NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
ELIZABETH J. LOW (SBN 308098)
*ELow@goodwinlaw.com*
ARIEL E. ROGERS (SBN 316910)
*ARogers@goodwinlaw.com*
DAVID SERATI (SBN 329811)
*DSerati@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
*JFisher@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYLABS, INC., a Delaware corporation,

Plaintiff,

v.

GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:23-cv-00849-SVK

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND EXTRA PAGES**

Courtroom: 6
Judge: Hon. Susan van Keulen

Filed/Lodged Concurrently with:
1. Declaration of Jennifer Briggs Fisher
2. [Proposed] Order

Pursuant to Civil Local Rules 6-2 and 7-4(b), Plaintiff Sylabs, Inc. ("Sylabs") and Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong; CTRL IQ, Inc. d/b/a CIQ; Open Drives, Inc.; David Buss; Marlin Prager; Joel Whitley; IAG Fund II, LP; and IAG Capital Holdings II (collectively, "Defendants") (together with Sylabs, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on January 22, 2024, Sylabs filed its First Amended Complaint ("FAC," Dkt. No. 61);

WHEREAS, Sylabs' FAC adds 10 new claims, and the FAC and exhibits total more than 4,100 pages;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendants to respond to the FAC is February 5, 2024;

WHEREAS, the Parties have met and conferred and agreed that, under the circumstances, an extension of Defendants' deadline to respond to the FAC and modification of the briefing schedule for any motion in lieu of a response is appropriate as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Response to FAC | February 5, 2024 | February 23, 2024 |
| Opposition to motion, if any | February 20, 2024 | March 22, 2024 |
| Reply in support of motion, if any | February 27, 2024 | April 5, 2024 |

WHEREAS, the Parties further agree that, given the volume of the FAC and exhibits, and should they file a motion in lieu of an answer, Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong; CTRL IQ, Inc. d/b/a CIQ; Open Drives, Inc.; David Buss; and Marlin Prager shall file a consolidated motion that may not exceed 35 pages. Sylabs' opposition thereto may not exceed 35 pages of text, and any reply may not exceed 20 pages of text.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval:

1. The deadline for Defendants to answer, move, or otherwise respond to the FAC shall be extended by 18 days to February 23, 2024.

2. In the event that Defendants file a motion in lieu of filing an answer to the FAC, Sylabs shall file any opposition to the motion no later than March 22, 2024, and Defendants shall file any reply no later than due April 5, 2024.

3. In the event they file a motion in lieu of an answer, in the interest of judicial economy, Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong; CTRL IQ, Inc. d/b/a CIQ; Open Drives, Inc.; David Buss; and Marlin Prager shall file a consolidated motion. The Parties stipulate that any such motion, and Sylabs' opposition thereto, may not exceed 35 pages of text, and any reply may not exceed 20 pages of text.[1]

4. This is the Parties' first joint request for an extension of time. Sylabs twice moved to continue the initial case management conference. Dkt. Nos. 15, 22. The Court granted both motions. Dkt. Nos. 21, 23.

**IT IS SO STIPULATED.**

[1] The stipulation for extra pages does not apply to any motion filed by Defendants Joel Whitley; IAG Fund II, LP; and IAG Capital Holdings II, or any opposition and reply thereto. Should those Defendants file a motion, the page limits set forth in Civil Local Rule 7-4 shall apply to such motion, opposition and reply.

Dated: January 29, 2024

GOODWIN PROCTER LLP

By: */s/ Jennifer Briggs Fisher*

Neel Chatterjee
*NChatterjee@goodwinlaw.com*
Jennifer Briggs Fisher
*JFisher@goodwinlaw.com*
Elizabeth J. Low
*ELow@goodwinlaw.com*
Ariel E. Rogers
*ARogers@goodwinlaw.com*
David Serati
*DSerati@goodwinlaw.com*

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

Dated: January 29, 2024

MUNGER, TOLLES & OLSON LLP

By: */s/ Miriam Kim*

CAROLYN HOECKER LUEDTKE
*carolyn.luedtke@mto.com*
MIRIAM KIM
*miriam.kim@mto.com*
TAYLOR L. BENNINGER
*Taylor.Benninger@mto.com*

Attorneys for Defendants
JOEL WHITLEY, IAG FUND II, LP, AND IAG CAPITAL HOLDINGS, II

Dated: January 29, 2024

LEPISCOPO & ASSOCIATES LAW FIRM

By: */s/ Peter D. Lepiscopo*

PETER D. LEPISCOPO
*plepiscopo@att.net*

Attorneys for Plaintiff
SYLABS, INC.

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

*/s/ Jennifer Briggs Fisher*
Jennifer Briggs Fisher

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on January 29, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2024.

*/s/ Jennifer Briggs Fisher*
Jennifer Briggs Fisher