NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
ARIEL E. ROGERS (SBN 316910)
ARogers@goodwinlaw.com
DAVID SERATI (SBN 329811)
DSerati@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
JFisher@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**DECLARATION OF JENNIFER BRIGGS FISHER IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND FOR EXTRA PAGES**<br><br>Courtroom: 6<br>Judge:     Hon. Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>  1. Joint Stipulation<br>  2. [Proposed] Order |

**DECLARATION OF JENNIFER BRIGGS FISHER**

I, Jennifer Briggs Fisher, declare as follows:

1. I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong; CTRL IQ, Inc. d/b/a CIQ; Open Drives, Inc.; David Buss; and Marlin Prager. Pursuant to Civil Local Rule 6-2(a), I make this declaration in support of the parties' Joint Stipulation for Extension of Time to Respond to Plaintiff's First Amended Complaint and for Extra Pages. I have personal knowledge of the matters stated in this declaration. I could and would testify competently to the matters stated herein if called to do so.

2. On January 22, 2024, Plaintiff Sylabs, Inc. ("Sylabs") filed its First Amended Complaint ("FAC," Dkt. No. 61). Sylabs' FAC adds 10 new claims, and the FAC and exhibits total more than 4,100 pages.

3. Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong; CTRL IQ, Inc. d/b/a CIQ; Open Drives, Inc.; David Buss; Marlin Prager; Joel Whitley; IAG Fund II, LP; and IAG Capital Holdings II (collectively, "Defendants") to respond to the FAC is February 5, 2024.

4. Defendants and Sylabs have met and conferred and agreed that, under the circumstances and subject to the Court's approval, the following modifications to the response deadline and briefing schedule, if any, is appropriate:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Response to FAC | February 5, 2024 | February 23, 2024 |
| Opposition to motion, if any | February 20, 2024 | March 22, 2024 |
| Reply in support of motion, if any | February 27, 2024 | April 5, 2024 |

5. The parties further agree that, in the event they file a motion in lieu of an answer, in the interest of judicial economy, Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong; CTRL IQ, Inc. d/b/a CIQ; Open Drives, Inc.; David

1

FISHER DECLARATION ISO STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FAC AND FOR EXTRA PAGES
CASE NO. 5:23-cv-00849-SVK

Buss; and Marlin Prager shall file a consolidated motion. The Parties stipulate that any such motion, and Sylabs' opposition thereto, may not exceed 35 pages of text, and any reply may not exceed 20 pages of text.[1]

6. This is the Parties' first joint request for an extension of time. Sylabs twice moved to continue the initial case management conference. Dkt. Nos. 15, 22. The Court granted both motions. Dkt. Nos. 21, 23.

7. No other pretrials deadlines will be affected if the Court grants the parties' request.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 29th day of January, 2024 in San Francisco, California.

                                                              */s/ Jennifer Briggs Fisher*
                                                                Jennifer Briggs Fisher

---

[1] The stipulation for extra pages does not apply to any motion filed by Defendants Joel Whitley; IAG Fund II, LP; and IAG Capital Holdings II, or any opposition and reply thereto. Should those Defendants file a motion, the page limits set forth in Civil Local Rule 7-4 shall apply to such motion, opposition, and reply.