UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND EXTRA PAGES AS MODIFIED** |

# [PROPOSED] ORDER

Pending before the Court is the Joint Stipulation for Extension of Time to Respond to Plaintiff's First Amended Complaint and for Extra Pages (the "Stipulation") filed by Plaintiff Sylabs, Inc. ("Sylabs") and Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong; CTRL IQ, Inc. d/b/a CIQ; Open Drives, Inc.; David Buss; Marlin Prager; Joel Whitley; IAG Fund II, LP; and IAG Capital Holdings II (collectively, "Defendants") (together with Sylabs, the "Parties"). Good cause appearing, the Court GRANTS the Stipulation and ORDERS as follows:

1. The deadline for Defendants to answer, move, or otherwise respond to Sylabs' First Amended Complaint shall be extended by 18 days to February 23, 2024.

1. In the event that Defendants file motion(s) in lieu of filing an answer to the Complaint, Sylabs shall file any opposition(s) to the motion(s) no later than March 22, 2024, and Defendants shall file any reply(ies) no later than due April 5, 2024.

2. Given the volume of the FAC and exhibits, in the event they file a motion in lieu of an answer and in the interest of judicial economy, Defendants Gregory Rose a/k/a Gregory M. Kurtzer; Julia Rose a/k/a Julia Kurtzer; Robert Adolph; Erin Fong; CTRL IQ, Inc. d/b/a CIQ; Open Drives, Inc.; David Buss; and Marlin Prager shall file a consolidated motion that may not exceed 30 pages of text. Any opposition and reply thereto may not exceed 30 and 20 pages of text, respectively.

3. In the event that Defendants Joel Whitley; IAG Fund II, LP; and IAG Capital Holdings II file a motion, the page limits set forth in Civil Local Rule 7-4 shall apply to such motion, as well as any opposition and reply thereto.

**IT IS SO ORDERED.**

Dated: January 30, 2024

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FAC AND FOR EXTRA PAGES
CASE NO. 5:23-cv-00849-SVK