UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLABS, INC.,

          Plaintiff,

v.

GREGORY ROSE, et al.,

          Defendants.

Case No. 23-cv-00849-SVK

**ORDER RE NAMED DEFENDANTS**

Plaintiff initially named "IAG Capital Partners" as a defendant in this action. *See* Dkt. 1. IAG Capital Partners subsequently consented to the jurisdiction of a magistrate judge. *See* Dkt. 31. In its motion to dismiss the complaint, IAG Capital Partners explained that no entity exists with that name and that the motion was being filed by IAG Fund II, LP and IAG Capital Holdings II, LLC. *See* Dkt. 39 at 1 n.1. Plaintiff has now filed a first amended complaint in which it names these two entities as defendants. *See* Dkt. 61. Accordingly, the Court **ORDERS** Defendants IAG Fund II, LP and IAG Capital Holdings II, LLC to file by **February 6, 2023** completed forms indicating whether they consent or decline magistrate-judge jurisdiction in this action. A template form is available at: https://www.cand.uscourts.gov/forms/civil-forms/.

          **SO ORDERED.**

Dated: January 30, 2024

SUSAN VAN KEULEN
United States Magistrate Judge