NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
DAVID SERATI (SBN 329811)
DSerati@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
JFisher@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 650 853 1038

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**CIQ AND OPEN DRIVES DEFENDANTS' MOTION TO FILE UNDER SEAL**<br><br>Courtroom:   6<br>Judge:         Hon. Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>1. Declaration of Elizabeth J. Low<br>2. [Proposed] Order Granting Motion to File Under Seal<br>3. Notice of Motion and Motion to Dismiss and Strike<br>4. Exhibit A to Declaration of Gregory M. Kurtzer |

## I.  INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Civil Local Rules 7-11 and 79-5, Defendants Gregory Rose a/k/a Gregory M. Kurtzer, Julia Rose a/k/a Julia Kurtzer, Robert Adolph, Erin Fong, Matthew Hayden, Marlin Prager, and CTRL IQ, Inc. d/b/a CIQ, Open Drives, Inc., and David Buss (collectively, "Defendants") move to file under seal the following documents that contain or discuss a Waiver, Release and Settlement Agreement:

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| CIQ and Open Drives Defendants' Notice of Motion and Motion to Dismiss Pursuant to Rule 12(B)(6) and Strike Pursuant to Rule 12(f); Memorandum of Points and Authorities | Highlighted portions at 4:10-4:28 and 5:4-7 | Gregory Kurtzer |
| Exhibit A to the Declaration of Gregory M. Kurtzer in Support of CIQ and Open Drives Defendants' Motion To Dismiss and Strike ("Kurtzer Declaration") | The document in its entirety | Gregory Kurtzer |

## II.  LEGAL STANDARD

Courts "recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016) (internal quotation marks omitted).  There is thus "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).  In the context of dispositive motions, materials may be sealed in the Ninth Circuit upon a showing that there are "compelling reasons" to seal the information.  *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

In addition, Civil Local Rule 79-5(a) presumes that "[t]he public has a right of access to the Court's files."  Thus, "[t]he request must be "narrowly tailored to seek sealing only of sealable

material." Civ. L.R. 79-5(c).

## III.    ARGUMENT

Compelling reasons exist to seal (1) Exhibit A to the Declaration of Gregory M. Kurtzer (the "Kurtzer Declaration"), which is a Waiver, Release and Settlement Agreement (the "Release") between Mr. Kurtzer, Plaintiff Sylabs, Inc. ("Sylabs"), and nonparties R-Stor Inc. ("R-Stor") and Sylabs Holdings, LLC ("Sylabs Holdings"); and (2) the highlighted portions of the Motion to Dismiss, which discuss or refer to the Release.[1]

The Release contains a confidentiality provision that prohibits the public disclosure of its terms and contents.  Kurtzer Decl., Ex. A § 4; Decl. of Elizabeth J. Low ("Low Decl.") ¶ 4. "Numerous courts in this district have recognized the importance of protecting confidential settlement communications and materials 'in order to promote settlement' and have concluded that this general policy satisfies the more . . . 'compelling reasons' standard to seal judicial records." *Doe v. Apple Inc. Health & Welfare Benefit Plan*, No. 22-cv-02566-EJD, 2023 WL 2021697, at *2 (N.D. Cal. Feb. 15, 2023) (granting motion to seal settlement agreement and release) (cleaned up; citation omitted); *see United Tactical Sys., LLC v. Real Action Paintball, Inc.*, No. 14-cv-04050-MEJ, 2015 WL 13390186, at *3 (N.D. Cal. Nov. 10, 2015) (sealing settlement agreement and on grounds that "[c]onfidential settlements benefit society and the parties involved by resolving disputes relatively quickly, with slight judicial intervention, and presumably result in greater satisfaction to the parties. Sound judicial policy fosters and protects this form of alternative dispute resolution.") (cleaned up).  Indeed, disclosure of the Release might make other parties less willing to settle with Defendants, or insist on similar settlement terms, in future lawsuits.  Low Decl. ¶ 4.

As Sylabs, R-Stor, and Sylabs Holdings are also parties to the Release, Defendants anticipate that, pursuant to Civil Local Rule 79-5(f), these entities may file their own declarations in support of sealing.  Defendants are concurrently providing R-Stor and Sylabs Holdings with notice of this Motion.

---

[1] The Court denied Defendants' prior Motions to Seal the Release as moot, as the Court did not consider the Release in ruling on Defendants' Motion to Dismiss the Complaint.  Dkt. No. 60.

## IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion.

Dated: February 23, 2024

GOODWIN PROCTER LLP

By: */s/ Neel Chatterjee*
Neel Chatterjee
*NChatterjee@goodwinlaw.com*
Jennifer Briggs Fisher
*JFisher@goodwinlaw.com*
Elizabeth J. Low
*ELow@goodwinlaw.com*
David Serati
*DSerati@goodwinlaw.com*

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; OPEN DRIVES, INC.; DAVID BUSS; and MARLIN PRAGER

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on February 23, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2024.

/s/ *Neel Chatterjee*
Neel Chatterjee