```
1  NEEL CHATTERJEE (SBN 173985)
   NChatterjee@goodwinlaw.com
2  ELIZABETH J. LOW (SBN 308098)
   ELow@goodwinlaw.com
3  DAVID SERATI (SBN 329811)
   DSerati@goodwinlaw.com
4  GOODWIN PROCTER LLP
   601 Marshall Street
5  Redwood City, California 94063
   Tel.: +1 650 752 3100
6  Fax: +1 650 853 1038

7  JENNIFER BRIGGS FISHER (SBN 241321)
   JFisher@goodwinlaw.com
8  GOODWIN PROCTER LLP
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax: + 1 415 677 9041

11 Attorneys for Defendants
   CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a
12 GREGORY M. KURTZER; JULIA ROSE a/k/a
   JULIA KURTZER; ROBERT ADOLPH; MATTHEW
13 HAYDEN; ERIN FONG; OPEN DRIVES, INC.;
   DAVID BUSS; and MARLIN PRAGER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**DECLARATION OF GREGORY M. KURTZER IN SUPPORT OF CIQ AND OPEN DRIVES DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE**<br><br>Date:      April 30, 2024<br>Time:      10:00 a.m.<br>Courtroom: 6<br>Judge:     Hon. Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>  1. Notice of Motion and Motion to Dismiss and Strike<br>  2. Request for Judicial Notice<br>  3. [Proposed] Order |

# DECLARATION OF GREGORY M. KURTZER

I, Gregory M. Kurtzer, declare as follows:

1. I am the Chief Executive Officer and Founder of CTRL IQ, Inc. d/b/a CIQ ("CIQ"). I submit this declaration in support of CIQ and Open Drives Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and Strike Pursuant to Rule 12(f), filed concurrently herewith. All statements in this declaration are based upon my own personal knowledge, unless expressly stated otherwise.

2. Attached as **Exhibit A** is a true and correct copy of the Waiver, Release and Settlement Agreement, executed on April 29, 2020 (the "Release"), which I signed after my departure from Sylabs, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed _____ in _____, _____.

DocuSigned by:

*Gregory M. Kurtzer*
2776746EF3E14A2...
Gregory M. Kurtzer

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Civil Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

                                          /s/ *Neel Chatterjee*
                                          Neel Chatterjee