UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**[PROPOSED] ORDER GRANTING CIQ AND OPEN DRIVES DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) AND STRIKE PURSUANT TO RULE 12(F); MEMORANDUM OF POINTS AND AUTHORITIES** |

# [PROPOSED] ORDER

Pending before the Court is the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and Strike pursuant to Federal Rule of Civil Procedure ("Motion") filed by Defendants Gregory Rose a/k/a Gregory M. Kurtzer, Julia Rose a/k/a Julia Kurtzer, Robert Adolph, Erin Fong, Matthew Hayden, Marlin Prager, and CTRL IQ, Inc. d/b/a CIQ, Open Drives, Inc., and David Buss.  Having considered the briefing and arguments relating to the Motion, the Court GRANTS the Motion and dismisses Counts 1-11, 13, 15, 17, and 19-21 of Plaintiff Sylabs, Inc.'s First Amended Complaint (Dkt. No. 61) pursuant to Federal Rule of Civil Procedure 12(b)(6). Alternatively, the Court STRIKES paragraphs 143, 194, 195, 222, 223, 278-280, 375-403, and 452-470 and portions of paragraph 8 pursuant to Rule 12(f).

**IT IS SO ORDERED.**

Dated:

HON. SUSAN VAN KEULEN
U.S. MAGISTRATE JUDGE