CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
TAYLOR L. BENNINGER (State Bar No. 344825)
Taylor.Benninger@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendants
JOEL WHITLEY AND IAG CAPITAL PARTNERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation, | Case No. 5:23-cv-00849-SVK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IAG INVESTORS' MOTION TO DISMISS** |
| v. | |
| GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG FUND II, LP a/k/a IAG CAPITAL PARTNERS; IAG CAPITAL HOLDINGS II, LCC a/k/a IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING IAG INVESTORS' MOTION TO DISMISS**

For the reasons stated in the IAG Investors' Motion to Dismiss, the Court DISMISSES Plaintiff Sylabs, Inc.'s First Amended Complaint against Defendants Joel Whitley, IAG Fund II, LP, and IAG Capital Holdings II, LLC WITHOUT LEAVE TO AMEND.

DATED: _____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge