| | |
|---|---|
| 1 | NEEL CHATTERJEE (SBN 173985) |
| | *NChatterjee@goodwinlaw.com* |
| 2 | ELIZABETH J. LOW (SBN 308098) |
| | *ELow@goodwinlaw.com* |
| 3 | DAVID SERATI (SBN 329811) |
| | *DSerati@goodwinlaw.com* |
| 4 | **GOODWIN PROCTER LLP** |
| | 601 Marshall Street |
| 5 | Redwood City, California 94063 |
| | Tel.: +1 650 752 3100 |
| 6 | Fax: +1 650 853 1038 |

7  JENNIFER BRIGGS FISHER (SBN 241321)
   *JFisher@goodwinlaw.com*
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733 6000
10 Fax: +1 415 677 9041

11 Attorneys for Defendants
   CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a
12 GREGORY M. KURTZER; JULIA ROSE a/k/a
   JULIA KURTZER; ROBERT ADOLPH; MATTHEW
13 HAYDEN; ERIN FONG; OPEN DRIVES, INC.;
   DAVID BUSS; and MARLIN PRAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation, | Case No. 5:23-cv-00849-SVK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Date: May 7, 2024 |
| | Time: 10:00 a.m. |
| GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive, | Courtroom: 6 |
| | Judge: Hon. Susan van Keulen |
| Defendants. | |

# **CERTIFICATE OF SERVICE**

I, Elizabeth J. Low, certify that on February 26, 2024, I caused a true and correct copy of the following document(s) to be served on the following Plaintiff and Defendants via electronic mail to the email addresses set forth below:

**UNREDACTED VERSION OF CIQ AND OPEN DRIVES DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) AND STRIKE PURSUANT TO RULE 12(F); MEMORANDUM OF POINTS AND AUTHORITIES**

**UNREDACTED VERSION OF EXHIBIT A TO KURTZER DECLARATION**

| | |
|---|---|
| Peter Dominick Lepiscopo<br>**Lepiscopo and Associates Law Firm**<br>619-299-5343<br>Fax: 619-299-4767<br>*plepiscopo@att.net* | Attorney for Plaintiff<br>*Sylabs, Inc.* |
| Carolyn Hoecker Luedtke<br>Miriam Kim<br>Taylor Benninger<br>**Munger, Tolles Olson LLP**<br>*carolyn.luedtke@mto.com*<br>*Miriam.Kim@mto.com*<br>*taylor.benninger@mto.com* | Attorneys for Defendants<br>*Joel Whitley, IAG Capital Partners, IAG Fund II, LP a/k/a IAG Capital Partners, IAG Capital Holdings II, LLC a/k/a IAG Capital Partners* |

I further certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on February 26, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2024.

/s/ *Elizabeth J. Low*
Elizabeth J. Low