UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **GREGORY ROSE** a/k/a **GREGORY M.** ) <br> **KURTZER**, et al., ) <br> ) <br> Defendants. ) | Case No. **5:23-cv-00849-SVK** <br><br> [*PROPOSED*] **ORDER SUSTAINING SYLABS, INC.'S EVIDENTIARY OBJECTIONS TO AND EXCLUDING KURTZER RELEASE** |

[*PROPOSED*] **ORDER**

Plaintiff Sylabs, Inc.'s Evidentiary Objections to Exhibit A (Kurtzer Release), Dkt. 67-2, to Kurtzer Declaration came before the Court regularly.

The Court, having considered the Evidentiary Objections, the Objections to the Kurtzer Release shall be and hereby are **SUSTAINED**, and, therefore,

**IT IS HEREBY ORDERED** that the Kurtzer Release shall be **EXCLUDED** from being considered by the Court in ruling upon CIQ and Open Drives' Defendants' Motions to Dismiss and Strike, Dkt. 67, and defendants Joel Whitley and IAG's Motion to Dismiss, Dkt. 68.

**IT IS SO ORDERED.**

Dated: _____.

_____
**SUSAN VAN KEULEN**
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 22, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2024.

                                        **LEPISCOPO & ASSOCIATES LAW FIRM**

                                        By:  /s/ Peter D. Lepiscopo
                                                  **PETER D. LEPISCOPO**
                                                  *Counsel of Record*
                                                  Attorneys for Plaintiff, **SYLABS, INC.**