Lepiscopo & Associates Law Firm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| **SYLABS, INC.**, a Delaware corporation, | ) | Case No. **5:23-cv-00849-SVK** |
| | ) | |
| Plaintiff, | ) | |
| | ) | [*PROPOSED*] **ORDER DENYING IAG** |
| v. | ) | **DEFENDANTS' MOTION TO DISMISS** |
| | ) | **PURSUANT TO RULE 12(b)(6)** |
| **GREGORY ROSE** a/k/a **GREGORY M.** | ) | **(Dkt. 68)** |
| **KURTZER**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

[*PROPOSED*] **ORDER**

Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), Dkt. 68, for an order dismissing Sylabs, Inc.'s First Amended Complaint (the "FAC"), Dkt. 61, came before the Court regularly.

The Court, having considered the Motion, Opposition to the Motion, and Evidence Submitted in Support and in Opposition, the Motion shall be and is hereby DENIED;

**IT IS HEREBY ORDERED** that IAG Defendants shall have 30 days from the date of this Order to file an answer to the FAC.

**IT IS SO ORDERED.**

Dated: _____.

                                                     **SUSAN VAN KEULEN**
                                                     United States District/Magistrate Judge

[*PROPOSED*] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND MOTION TO STRIKE PURSUANT TO RULE 12(f) (ECF 67)

**1**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 22, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2024.

                                                **LEPISCOPO & ASSOCIATES LAW FIRM**

                                                By:   /s/ Peter D. Lepiscopo
                                                        **PETER D. LEPISCOPO**
                                                        *Counsel of Record*
                                                        Attorneys for Plaintiff, **SYLABS, INC.**

[*PROPOSED*] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND MOTION TO STRIKE PURSUANT TO RULE 12(f) (ECF 67)

2