UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLABS, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>GREGORY ROSE, et al.,<br><br>   Defendants. | Case No. 23-cv-00849-SVK<br><br>**ORDER STRIKING<br>DKTS. 71, 72 AND 74** |

On January 30, 2024, the Court granted as modified a stipulation setting forth briefing deadlines and page limits for Defendants' then-forthcoming response to Plaintiff's first amended complaint. *See* Dkt. 63. The stipulation provided that one tranche of Defendants—the CIQ Defendants—could "file a motion in lieu of an answer" to the first amended complaint "that may not exceed 30 pages of text" and that "[a]ny opposition . . . thereto may not exceed 30 . . . pages of text." *See id.* In compliance with the stipulation, the CIQ Defendants filed a consolidated motion to dismiss the first amended complaint and strike certain allegations in the first amended complaint; the motion does not exceed 30 pages in length. *See* Dkt. 67.

Rather than filing a single opposition to this motion, Plaintiff opted to file two oppositions: (1) an opposition to the dismissal portion of the motion and (2) an opposition to the strike portion of the motion. *See* Dkts. 71 (opposition to dismissal portion), 72 (opposition to strike portion); *see also* Dkt. 74 (proposed order denying dismissal). The combined length of the two oppositions exceeds the 30-page limit set forth in the January 30 stipulation. Plaintiff did not request that the Court permit it to exceed the 30-page limit. *See* Civil Local Rule 7-11. Accordingly, the Court **ORDERS** as follows:

- Dkts. 71, 72 and 74 are **STRICKEN**.
- Plaintiff shall file an opposition to the motion that complies with the page limit set forth in

the January 30 stipulation (or two oppositions whose combined length does not exceed 30 pages) by **April 1, 2024**.

- The CIQ Defendants shall file a reply to the motion by **April 15, 2024.**

**SO ORDERED.**

Dated: March 25, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge