UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLABS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY ROSE, et al.,<br><br>    Defendants. | Case No.  23-cv-00849-SVK<br><br>**ORDER TERMINATING MOTION TO SEAL AS MOOT**<br><br>Re: Dkt. No. 66 |

In connection with their motion to dismiss Plaintiff's first amended complaint (the "FAC"), certain Defendants sought to seal (1) portions of their briefing discussing an agreement extrinsic to the FAC and (2) the agreement itself. *See* Dkt. 66 (the "MTS"). On May 8, 2024, the Court dismissed in part the FAC with leave to amend. *See* Dkt. 80. In its dismissal order, the Court declined to consider the agreement. The Court also did not expressly discuss any portion of Defendants' briefing which they sought to seal. **Accordingly, the Court TERMINATES the MTS as moot; Dkts. 66-3 and 66-4 shall remain under seal.** *See, e.g.*, *Bloom Energy Corp. v. Badger*, No. 21-cv-02154-PJH, 2021 WL 4079208, at *13 (N.D. Cal. Sept. 8, 2021) ("As an initial matter, the court does not cite and need not refer to the latter 13 documents when reaching its decision on the counter motion and petition. Given that, the court does not need to consider whether to seal them. On that basis, the court denies as moot petitioner's request to seal these documents. These 13 documents will remain protected from public view.").

**SO ORDERED.**

Dated: May 8, 2024

SUSAN VAN KEULEN
United States Magistrate Judge