

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

**NEWPORT BEACH OFFICE**

# EXHIBIT 47



## January 2018

Prepared by

111 Sutter Street, Suite 850 San Francisco, California 94104 415-366-4000

Edited by Rose Stein, April 2019.

# Contents

INTRODUCTION

Welcome to our Company ................................................................................................... 3
Purpose of this Employee Handbook................................................................................. 3
Let's Communicate .............................................................................................................. 3

WHAT YOU CAN EXPECT FROM US

Equal Employment Opportunity and Reasonable Accommodations ............................................. 4
Policy Against Unlawful Harassment, Discrimination, and Retaliation ....................................... 5
What Should You Do If You Feel You Are Being, Or Have Been, Harassed, Discriminated Against, or Retaliated Against ....................................................................................................... 7

COMPANY BENEFITS

Your Pay ................................................................................................................................ 9
Paid Holidays ....................................................................................................................... 10
Flexible Time Off ................................................................................................................. 11
Bereavement Leave .............................................................................................................. 11
Workers' Compensation Insurance ...................................................................................... 11
Civic Duties .......................................................................................................................... 12
Military Leave of Absence ................................................................................................... 13
Leave of Absence Without Pay ........................................................................................... 13
General Procedure to Request Leave ................................................................................... 13

WHAT WE EXPECT OF YOU

Company Policies .................................................................................................................. 14
Administrative Policies ......................................................................................................... 14
Absenteeism and Tardiness .................................................................................................. 14
Computers, Databases, E-Mail, Voice Mail and the Internet .............................................. 15
Conflict of Interest ............................................................................................................... 19
Overtime and Work Schedule (Non-Exempt Employees) ................................................... 19
Protection of our Company's Trade Secrets and Confidential Information .......................... 19
Safety .................................................................................................................................... 20
Drug and Alcohol Policy ...................................................................................................... 21
Smoking ................................................................................................................................ 22
Workplace Violence Policy .................................................................................................. 22
Job Performance ................................................................................................................... 22
Open Door Policy ................................................................................................................. 23
Outside Employment ............................................................................................................ 23

## CHANGES IN STATUS

Changes in Personnel Records ................................................................. 23
Outside Inquiries Concerning Employees .............................................. 23
Notice of Resignation ............................................................................. 24
Exit Interview .......................................................................................... 24
**TO SUM IT ALL UP** ............................................................................... **24**
**EMPLOYEE HANDBOOK ACKNOWLEDGMENT AND AT-WILL AGREEMENT** ..... **24**

# INTRODUCTION

## Welcome to our Company

Sylabs, Inc. ("Company") has teamed up with Trinet, a full service Professional Employer Organization that provides human resources outsourcing services. Trinet's expertise in payroll, benefits, and labor and employment compliance allows companies like yours to focus on core business objectives.

Trinet assists companies with certain specific human resources and administrative functions, which may include payroll, benefits, unemployment insurance, workers' compensation insurance, disability insurance and certain other personnel related issues. Trinet does not, however, oversee the day-to-day operations of our company or its employees. The managers and supervisors of our Company will continue to supervise your day-to-day activities as well as handle the operations of the business.

Communication is critical to the success of any winning team. This handbook outlines the benefits, practices and policies that are important to you. You should use this handbook as a guide and ready reference. If you have questions as you read through this handbook, please do not hesitate to discuss them with your HR Manager. Your HR Manager is a very important source of information and will be more than happy to assist you. Should you have questions about payroll, benefits, workers' compensation or other routine administrative questions, you should contact Trinet. You can reach Trinet at the telephone number below.

## Purpose of this Employee Handbook

This Handbook is designed to acquaint you with our company and to give you a ready reference to answer most of your questions regarding your employment. In addition, in accordance with the specific policies of our company and the laws of the particular state (or Country) where you are employed, there may also be an Addendum, located at the back of this Handbook, which serves as a supplement to this Handbook.

The content of this Handbook constitutes only a summary of the employee benefits, personnel policies, and employment regulations in effect at the time of publication. This handbook should not be construed as creating any kind of contract for ongoing employment or specific terms of employment.

Our Internal HR Contact: Rose Stein, hr@sylabs.io

**Trinet Contact:** Kortney Solis. kortney.solis@trinet.com

## Let's Communicate

### Employee Relations Philosophy

Our Company is dedicated to providing an excellent employee relations program. We will attempt to maintain good working conditions, competitive wages and benefits, open communications, and employee involvement.

### If You Have a Problem

If there is something about your job that is bothering you, let's get it out in the open and discuss it. We cannot help you unless you tell us what it is we can do.

Our Problem Solving Procedure offers employees the freedom to discuss anything they wish with their supervisors or HR Manager. If you have a problem, it can usually be resolved by following these steps:

1. Any concern should first be discussed with your immediate supervisor as soon as possible. Your immediate supervisor is the person responsible for what goes on in your immediate work area and may be in the best position to help you. 2. If you prefer not to speak with your immediate supervisor, or you feel that your immediate supervisor cannot, or has not, satisfactorily resolved the problem, you should contact Your Internal HR Contact. 3. If Steps 1 and 2 are not effective, or if at any time you need to speak to someone other than members of our Company management to have an issue of any kind addressed, please contact Trinet. 4. If you have a complaint of harassment, discrimination or accommodation, please refer to the Equal Employment Opportunity policy or the Policy Against Unlawful Harassment and Discrimination in this handbook.

Our Company takes all concerns and problems that are brought to our attention seriously. We will work to address your concern or resolve your problem as soon as possible under the circumstances. You are encouraged to utilize this procedure without fear of reprisal.

Please note that our Company utilizes a system of binding arbitration for disputes with employees which cannot be resolved by other means, and which would otherwise be subject to resolution in court.

Please tell us if you have a problem. We think you'll find our Company and our human resources partner, Trinet, to be receptive to your concerns.

# WHAT YOU CAN EXPECT FROM US

## Equal Employment Opportunity and Reasonable Accommodations

Our Company is committed to providing equal employment opportunities to all employees and applicants without regard to race, religion, color, sex, pregnancy (including breast feeding and related medical conditions), national origin, citizenship status, uniform service member status, age, genetic information, disability, and for employees working in California, ancestry, gender identity and expression, sexual orientation, marital status, protected medical condition, or any other protected status in accordance with all applicable federal, state and local laws. Trinet

endorses these principles in its provision of services to our Company.

This policy extends to all aspects of our employment practices, including but not limited to, recruiting, hiring, discipline, firing, promoting, transferring, compensation, benefits, training, leaves of absence, and other terms and conditions of employment.

Our Company is also committed to complying with the laws protecting qualified individuals with disabilities, as well as employees' religious beliefs and observances. Our Company will provide a reasonable accommodation for any known physical or mental disability of a qualified individual with a disability and/or employees' religious beliefs and observances to the extent required by law, provided the requested accommodation does not create an undue hardship for our Company and/or does not pose a direct threat to the health or safety of others in the workplace and/or to the individual. If you require an accommodation to perform the essential functions of your job and/or for your religious beliefs or observances, you must notify Our Internal HR Contact. If our Company does not completely and timely address your request for an accommodation, you should contact Trinet. Once our Company and/or Trinet are aware of the need for an accommodation, there will be an interactive process to identify possible accommodations that will enable the employee to perform the essential functions of the job.

If you believe that you have been treated in a manner that is not in accordance with these policies, please notify Our Internal HR Contact. If our Company does not completely and timely address your complaint, you should contact Trinet. You are encouraged to utilize this procedure without fear of reprisal.

This policy extends to all aspects of our employment practices, including but not limited to, recruiting, hiring, discipline, firing, promoting, transferring, compensation, benefits, training, leaves of absence, and other terms and conditions of employment.

## Policy Against Unlawful Harassment, Discrimination, and Retaliation

Our Company is committed to providing a work environment that is free of unlawful harassment, discrimination, and retaliation. Further to this commitment, we strictly prohibit all forms of unlawful discrimination and harassment, which includes discrimination and harassment on the basis of race, religion, color, sex, pregnancy (including breast feeding and related medical conditions), national origin, citizenship status, uniform service member status, age, genetic information, disability, and for employees working in California, ancestry, gender identity and expression, sexual orientation, marital status, protected medical condition, or any other category protected by applicable state or federal law.

This policy against unlawful harassment, discrimination, and retaliation applies to all employees of our Company, including supervisors and managers, as well as to unpaid interns and volunteers. We prohibit managers, supervisors and employees from harassing co-workers as well

as our customers, vendors, suppliers, independent contractors and others doing business with our Company. Any such harassment will subject an employee to disciplinary action, up to and including immediate termination. In addition, we prohibit our customers, vendors, suppliers, independent contractors and others doing business with us from harassing our employees.

Examples of Prohibited Sexual Harassment: Sexual harassment includes a broad spectrum of conduct. By way of illustration only, and not limitation, some examples of unlawful and unacceptable behavior include:

• unwanted sexual advances;

• offering an employment benefit (such as a raise or promotion or assistance with one's career) in exchange for sexual favors, or threatening an employment detriment (such as termination, demotion, or disciplinary action) for an employee's failure to engage in sexual activity;

• visual conduct, such as leering, making sexual gestures, displaying sexually suggestive objects or pictures, cartoons or posters;

• verbal sexual advances, propositions, requests or comments;

• sending sexually-related text-messages, videos or messages via social media;

• verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual, suggestive or obscene letters, notes or invitations; and

• physical conduct, such as touching, assault, impeding or blocking movement.

Examples of What Constitutes Prohibited Harassment: In addition to the above listed conduct, our Company strictly prohibits harassment concerning race, color, religion, national origin, age or other protected characteristic. By way of illustration only, and not limitation, prohibited harassment concerning race, color, religion, national origin, age or other protected characteristic includes:

• slurs, epithets, and any other offensive remarks;

• jokes, whether written, verbal, or electronic;

• threats, intimidation, and other menacing behavior;

• other verbal, graphic, or physical conduct; and

• other conduct predicated upon one or more of the protected categories identified in this policy.

If you have any questions about what constitutes harassing behavior, ask your supervisor or another member of management.

Prohibition Against Retaliation: Our Company is committed to prohibiting retaliation against those who themselves or whose family members report, oppose, or participate in an investigation of alleged unlawful harassment, discrimination, or other wrongdoing in the workplace. By way

of example only, participating in such an investigation includes, but is not limited to:

• Filing a complaint with a federal or state enforcement or administrative agency;

• Participating in or cooperating with a federal or state enforcement agency conducting an investigation of the Company regarding alleged unlawful activity;

• Testifying as a party, witness, or accused regarding alleged unlawful activity;

• Making or filing an internal complaint with the Company regarding alleged unlawful activity;

• Providing notice to the Company regarding alleged unlawful activity;

• Assisting another employee who is engaged in any of these activities.

The Company is further committed to prohibiting retaliation against qualified employees who request a reasonable accommodation for any known physical or mental disability and employees who request a reasonable accommodation of their religious beliefs and observances.

## What Should You Do If You Feel You Are Being, Or Have Been, Harassed, Discriminated Against, or Retaliated Against

If you feel that you are being harassed, discriminated against, or retaliated against in violation of this policy by another employee, supervisor, manager or third party doing business with our Company, you should immediately contact Our Internal HR Contact. If our Company does not completely and timely address your complaint of harassment, you should contact Trinet. In addition, if you observe harassment by another employee, supervisor, manager or non-employee, please report the incident immediately to the individuals above. Appropriate action will also be taken in response to violations of this policy by any non-employee.

Supervisors who receive any complaint of harassment, discrimination or retaliation must promptly report such complaint to Our Internal HR Contact. If our Company does not completely and timely address your report or complaint of harassment, you should contact Trinet.

Your notification of the problem is essential to us. We cannot help resolve a harassment problem unless we know about it. Therefore, it is your responsibility to bring your concerns and/or problems to our attention so that we can take whatever steps are necessary to address the situation. Our Company takes all complaints of unlawful harassment seriously and will not penalize you or retaliate against you in any way for reporting a harassment problem in good faith.

All complaints of unlawful harassment which are reported to management will be investigated, as promptly as possible by an impartial and qualified person, and, upon conclusion of such investigation, appropriate corrective action will be taken where warranted. Our Company prohibits employees from hindering internal investigations and the internal complaint procedure. All complaints of unlawful harassment which are reported to management will be treated with as

much confidentiality as possible, consistent with the need to conduct an adequate investigation.

**Violation of this policy will subject an employee to disciplinary action, up to and including immediate termination. Moreover, any employee, supervisor or manager who condones or ignores potential violations of this policy will be subject to appropriate disciplinary action, up to and including termination. Additionally, under California law, employees may be held personally liable for harassing conduct that violates the California Fair Employment and Housing Act.**

## Employee Classification

### Full-Time Employees

Full-time employees are employees who are normally scheduled to work at least thirty (30) hours per week, as determined by our Company in its sole discretion.

### Part-Time Employees

Part-time employees are employees who are normally scheduled to work fewer than thirty (30) hours per week, as determined by our Company in its sole discretion.

### Temporary Employees

Temporary employees are employees who are employed to work on special projects for short periods of time, or on a "fill-in" basis. These positions are not intended to be a part of continuing operations. The employment status of temporary employees will not be changed due to an extension of employment in excess of that originally planned. Unless otherwise required by applicable law, temporary employees are not eligible for company benefits.

### Probationary Employees

A probationary employee is one who is hired to fill a regular position, but who is working for a trial period, up to six months. The length of the probationary period is determined in the sole discretion of Sylabs, Inc. however, the probationary period shall not exceed six months. If the employee satisfactorily completes the applicable probationary period, his/her status is changed to that of a regular employee. Sylabs, Inc. may within its discretion reduce the probationary period or vary its terms.

The probationary period is a working test period when a newly hired employee is required to demonstrate his/her fitness for a position by actual performance of the duties of the position.

Since all employment is at all times at will, a probationary employee's employment may be terminated by the employee or Sylabs, Inc. with or without cause and with or without notice.

### Non-Exempt Employees

Non-exempt employees include all employees who are covered by the overtime provisions of the

Federal Fair Labor Standards Act or any applicable state laws.

### Exempt Employees

Exempt employees include all employees who are classified by our Company as exempt from the overtime provisions of the Federal Fair Labor Standards Act and any applicable state laws.

If you have any questions concerning the benefits for which you qualify, please contact Our Internal HR Contact within our company or the applicable benefit plan documents. Similarly, if you have any questions concerning your classification, please consult Our Internal HR Contact.

### Recruitment, Selection and Transfer

The recruitment, selection, promotion, and transfer of employees shall be made in accordance with Sylabs Equal Opportunity Employment Policy and subject to Sylabs Verification of Status policy. Recruitment, selection and promotion shall, therefore, be based on the employee's qualifications for the job, Sylabs business needs and other business and economic considerations. All decisions regarding recruitment, selection and promotion shall be made in Sylabs sole discretion and in accordance with applicable state and federal law.

SYLABS reserves the right to verify an applicant's education and other credentials or check references and the applicant's work history prior to hiring an applicant.

SYLABS reserves the right to transfer any employee to meet its operational requirements. A request by an employee for transfer shall be made to the employee's immediate supervisor and may be granted in the sole discretion of SYLABS.

operations.

# COMPANY BENEFITS

Our Company provides the following benefits to eligible employees. We reserve the right to terminate or modify these plans at any time, for any reason, with or without advance notice to employees.

## Your Pay

We issue payroll on a monthly basis on the 26th (US), last day (Canada), or First week (Qwil) of each month. If the scheduled payday falls on a Sunday or holiday, paychecks will generally be distributed on the preceding business day. Any questions about the number of hours for which you have been credited and paid, the amount of your pay or deductions should be brought to the attention of Our Internal HR Contact. If our Company does not completely and timely address your question, you should contact Trinet.

The workweek starts on Monday at 12:01 and runs through Sunday at 12:00 midnight.

At their option, employees may receive their checks through Direct Deposit by completing and

returning a Direct Deposit Authorization Form. Direct payroll deposit is the automatic deposit of your pay into the financial institution account(s) of your choice. You may change your deposit selections at any time. If you choose direct deposit your check stub will be made available at the time of issuance through the employee self-service portal. (You will not receive a paper stub.)

## Time Keeping Requirements

All non-exempt employees are required to record time worked for payroll purposes. Employees must record their own time at the start and at the end of each work period, including before and after lunch. All employees are required to submit their timesheets to SYLABS on the 1st of each Month.

Any errors on an employee's timesheet should be reported immediately to the employee's supervisor, who will attempt to correct legitimate errors.

It is the employee's responsibility to make sure his or her timesheet is an accurate record of the time worked. An employee who fails to complete, falsifies or alters his or her timesheet or that of another may be subject to discipline, up to and including termination.

## Paid Holidays

SYLABS recognizes certain holidays in accordance with its special eligibility rules described herein.

All full-time employees who have completed three months of continuous full-time employment are eligible to receive holiday pay. Holiday pay is provided in accordance with the employee's regular work hours. Persons classified as a probationary employee, temporary employee or part-time employee are not eligible for holiday pay, but will have the holiday off on an unpaid basis.

SYLABS observes the following holidays:

(1) New Year's Eve Day;

(2) New Year's Day;

(3) Memorial Day;

(4) Independence Day;

(5) Labor Day;

(6) Thanksgiving Day;

(7) Friday following Thanksgiving Day;

(8) Christmas Eve Day;

(9) Christmas Day;

Thus, SYLABS observes a total equivalent of nine (9) days of holidays.

## Flexible Time Off

Regular full-time employees will have paid vacation based on a flexible paid time off policy. In situations where employees are on a Leave of Absence, such leaves are handled separately and are covered under applicable state and federal laws. Sylabs flexible paid time off policy cannot be used for these types of absences. Please refer to Sylabs Leave of Absence policies or contact Our Internal HR Contact if you have any questions. Part-time employees, temporary employees, and probationary employees are not eligible for and shall not earn paid vacation.

SYLABS has adopted a flexible vacation policy for our exempt employees where each employee is afforded the flexibility to take planned vacations as needed. Instead of accruing and tracking vacation time, you will plan the vacation time you would like to take off with your supervisor and team. We want you at your peak performance and feel this policy promotes that!

Vacation time is not automatically approved, instead it is approved on a first-come, first-served basis. We are all adults here and professionals. Having several teammates out during the same week would be difficult if there were a known critical client event or deliverable on which a vacationing teammate plays a key role. Managers approve vacation according to business needs and in the order in which the vacation requests were received.

Time off lasting more than one week should be pre-approved by your manager and our HR Manager at least one month in advance. Time off lasting more than 3 weeks must be approved 3 months in advance. As always, planning time off in advance helps your team prepare for your absence. SYLABS encourages you to schedule for times that won't cause significant disruption to client services or team operations.

Employees will not "accrue" vacation days under this policy, therefore you will not receive compensation for "unused" vacation time when you leave SYLABS.

## Bereavement Leave

Upon written request of an employee, bereavement leave may be granted with pay for up to three (3) working days for the funeral of a member of the employee's immediate family. The employee's immediate family consists of the employee's spouse, registered domestic partner, mother, father, child, child of a registered domestic partner, sister or brother.

## Workers' Compensation Insurance

Workers' Compensation insurance provides benefits to employees who experience injury or illness connected with employment. To be eligible for Workers' Compensation benefits, the injury must be a direct result of the job. Benefit entitlements are governed by law, but it is essential that you report all work-related accidents, injuries, and illnesses immediately.

Our Company maintains a strict policy against discharging, threatening to discharge, or in any manner discriminating against any employee because he or she has filed, or made known his or

her intention to file, a claim for workers' compensation benefits or an application for adjudication to the workers' compensation board. If you feel you are being discriminated against in violation of this policy you should contact Our Internal HR Contact. If our Company does not completely and timely address your complaint of discrimination, you should contact Trinet.

## On-The-Job Accidents or Injuries

Employees must report any on-the-job accidents or injuries to their direct supervisors immediately, no matter how slight, so that it can be treated if required and reported to the proper authorities. Similarly, employees must report unsafe working conditions. Established procedures are in place for investigating occupational injuries and illnesses and the general workplace. It is an essential job obligation and responsibility of all management staff, supervisors, and employees to become familiar with and observe the practices and procedures that are part of the Sylabs program.

All SYLABS employees, including part-time, temporary, and probationary employees, are eligible for workers' compensation benefits. Workers' compensation insurance is intended to provide medical care and pay for lost time resulting from injuries arising in the course and scope of employment or those illnesses caused by an employee's work.

Employees may obtain further information about Workers' Compensation benefits from the Human Resources department.

# Civic Duties

Our Company encourages each of its employees to accept his or her civic responsibilities. We are a good corporate citizen, and we are pleased to assist you in the performance of your civic duties.

### Witness Duty

If you receive a subpoena to appear in court, please notify your supervisor immediately. You are expected to return to work as soon as your service as a witness is completed.

### Jury Duty

If you receive a call to jury duty, please notify your supervisor immediately so he or she may plan the department's work with as little disruption as possible.

Employees who are released from jury service before the end of their regularly scheduled shift or who are not asked to serve on a jury panel are expected to call their supervisor as soon as possible and report to work if requested.

### Voting

If you would like to vote in a public election, but do not have sufficient time to vote during non-work hours, you may arrange to take up to two hours off from work with pay to vote. Our Company reserves the right to request a copy of your voter's receipt following any time off to

vote.

## Military Leave of Absence

Employees who require time off from work to fulfill military duties will be treated in accordance with applicable requirements of state and federal laws. You are expected to notify Our Internal HR Contact of upcoming military duty by providing your supervisor with a copy of your orders as soon as possible. If our Company does not completely and timely address your request for military leave, you should contact Trinet.

## Leave of Absence Without Pay

A leave of absence without pay may be granted for personal reasons. A request for leave of absence without pay must be submitted to the employee's supervisor, stating the purpose or reason for the request. Each case will be reviewed and must be approved by SYLABS before the leave is authorized. The duration, terms, and conditions of each approval for authorized leave will be based on the circumstances of the individual request and will be solely in the discretion of SYLABS subject to applicable state and federal laws. The employee is not eligible for any SYLABS-sponsored benefits during a leave of absence without pay.

The employee does not continue to accrue sick leave during a leave of absence without pay. SYLABS will not make contributions to any applicable group insurance or retirement plan subject to applicable state and federal law and the benefit plan's requirements. SYLABS will keep the employee on the group insurance plan, subject to applicable state and federal law and the benefit plan's requirements, if the employee pays SYLABS the cost of the premium for the employee's coverage.

If a leave of absence without pay is taken for a non-employment related temporary disability (excluding pregnancy, which is covered under the Pregnancy Disability Leave policy), sick leave and earned vacation time shall first be used before a leave of absence without pay is available.

## General Procedure to Request Leave

SYLABS may request appropriate certification of any leave of absence. All foreseeable leaves should be requested at least seven (7) days prior to the requested leave date. In situations where the leave is unforeseeable or an emergency, please inform your supervisor as soon as you are aware. The duration, terms, and conditions of each approval for authorized leave will be based on the circumstances of the individual request and will be solely in the discretion of SYLABS subject to applicable state and federal laws.

# WHAT WE EXPECT OF YOU

## Company Policies

This section of your handbook discusses your responsibilities to our Company as an employee. Please thoroughly familiarize yourself with these policies and apply them in your work.

The following policies focus on basic rules that may not be violated under any circumstances. Violation of any of these basic rules, the policies in this handbook, or any other policy of our Company may lead to discipline, up to and including immediate termination. Obviously, this list is not all-inclusive and there may be other circumstances for which employees may be disciplined, up to and including immediate termination. If you have any questions about these basic rules, or what we expect of you as one of our employees, please discuss them with your supervisor.

These rules do not alter the at-will nature of your employment. You have the right to terminate your employment at any time, with or without cause or notice, and our Company has a similar right.

## Administrative Policies

### Bulletin Board

As a fully remote team, our official company bulletin board has been placed in one designated location on SYLABS, INC.'s premises to inform employees of special company activities, as well as changes within the company. Official notices and communications are displayed on our internal Intranet and via Slack; and no material may be posted on these boards unless approved by the authorized personnel of SYLABS.

### Expenses

SYLABS will reimburse an employee for expenses reasonably incurred in performing his/her job duties if the employee obtains prior approval for such expenses from the authorized personnel of SYLABS. SYLABS has sole discretion to approve such expenses. Such expenses may include expenses from travel undertaken on behalf of employer, entertainment conducted for purposes of promotion of the employer's business, and fees for educational programs relevant to employee's current or future positions with SYLABS. Employees shall submit expense reports promptly and no later than 30 days after incurring the expense. Failure to promptly submit expense reports, submitting false expense reports and failure to obtain advance approval for work-related expenses may lead to discipline up to and including discharge from employment.

## Absenteeism and Tardiness

Each employee is expected to be at his or her workstation on time each day and to remain there throughout his or her scheduled hours. Absenteeism or tardiness, even for good reasons, is disruptive of our operations and interferes with our ability to satisfy our customers' needs. Absenteeism or tardiness can result in discipline, up to and including termination.

If you are going to be late or absent from work for any reason, you must personally notify your

supervisor and/ or HR Manager as far in advance as possible so that proper arrangements can be made to handle your work during your absence. Of course, some situations may arise in which prior notice cannot be given. In those circumstances, you are expected to notify your supervisor as soon as possible. If you are required to leave work early, you must also personally contact your supervisor and obtain his/her permission, and please add to the Unavailable calendar we share in GSuite.

When absence is due to illness, our Company may require appropriate medical documentation.

Although an employee may be terminated at any time for failing to report to work without contacting our Company, if an employee fails to report for work or call in for four (4) consecutive calendar days they will generally be considered to have abandoned their job and may be subject to discipline, including termination.

## Computers, Databases, E-Mail, Voice Mail and the Internet

The following policy governs the use of all Company controlled computer equipment and software, collectively referred to hereinafter as "Our Company Computer Systems." Our Company Computer Systems includes all computing/processing assets either owned, leased, internally developed, or otherwise within the company's control, including servers, computers, laptops, tablets, handheld devices, storage devices, electronic devices, cell phones, smart phones, scanners, copiers, fax machines, databases, applications, cloud services, and network infrastructure used for Company business (including e-mail, voice mail, Internet access, data processing, data storage, and application development, installation, and maintenance). This policy also governs all Personal devices used for Company business including tablets, handheld devices, laptops, cell phones, smart phones, or home computers that are connected with or to Our Company Computer System on a regular or intermittent basis, but which otherwise are not part of Our Company Computer Systems.

Every component of Our Company Computer Systems is Our Company's property to be used to facilitate the business of Our Company. All information that is temporarily or permanently stored, transmitted or received via Our Company Computer Systems remains the sole and exclusive property of Our Company. As such, employees should have no expectation of privacy in connection with their access and use of such equipment and systems.

Employees should not use or access Our Company Computer Systems in any manner that is unlawful, inappropriate, or wasteful of Company resources, or contrary to Our Company's best interests. These electronic tools are provided to assist employees with the execution of their job duties and should not be abused.

### Company Property

All software that has been installed on Our Company Computer Systems is Company property and may not be used for any non-business, unlawful or improper purpose. In addition, all data

temporarily or permanently received, collected, downloaded, uploaded, copied and/or created on Our Company Computer Systems and all data temporarily or permanently received, collected, downloaded, uploaded, copied and/or created on non-Company computers used for Company business that relates in any manner to our Company's business is subject to monitoring by our Company, is the exclusive property of our Company and may not be copied or transmitted to any outside party or used for any purpose that violates this policy.

Upon termination of employment, an employee shall not remove any software or data from Our Company Computer Systems and shall completely remove all data collected, downloaded and/or created on non-Company computers used for Company business that relate in any manner to our Company's business. Upon request of our Company, a terminating employee shall provide proof that such data has been removed from all personal computers used for Company business.

## Proper Use

Employees are strictly prohibited from using Our Company Computer Systems, or personal computers used for Company business, for any purpose that violates this policy. Any employee who uses Our Company Computer Systems in violation of this policy will be subject to discipline, up to and including immediate termination.

**Prohibited Use Under Any Circumstances**

It is not possible to identify every type of inappropriate or impermissible use of Our Company Computer Systems. The following conduct, however, is strictly prohibited under any circumstances and at any time:

• Employees may not transmit, retrieve, download, or store inappropriate messages or images relating to protected category as defined in the Equal Employment Opportunity Policy, or any other status protected under federal, state and local laws.

• Employees may not use Our Company Computer Systems in any way that violates our Company's policy against unlawful harassment, including sexual harassment. By way of example, employees may not transmit messages that would constitute sexual harassment; may not use sexually suggestive or explicit screen savers or backgrounds; may not access, browse, receive, transmit or print pornographic, obscene or sexually

offensive material or information; and may not access, browse, transmit, retrieve, download, store or print messages or images that are offensive, derogatory, defamatory, off-color, sexual in content, or otherwise inappropriate in a business environment. Employees are also prohibited from making threatening or harassing statements to another employee, or to a vendor, customer/client, or other outside party.

• Employees may not use Our Company Computer Systems in any manner that violates our Company's work rules.

• Employees may not use Our Company Computer Systems in any manner that violates our Company's Policy on Confidential and Trade-Secret Information.

• Employees may not use or allow another individual to use Our Company Computer Systems for any purpose that is competitive with our Company. All such access and use is unauthorized.

• Employees must honor and comply with all laws applicable to trademarks, copyrights, patents and licenses to software and other electronically available information. Employees may not send, receive, download, upload or copy software or other copyrighted or otherwise legally protected information through our Company Computer System without prior authorization.

• Employees may not engage in gambling of any kind, stream movies or videos, watch television programs or play electronic games through our Company Computer Systems.

• Employees may not engage in day trading, or otherwise purchase or sell stocks, bonds or other securities or transmit, retrieve, download or store messages or images related to the purchase or sale of stocks, bonds or other securities through Our Company Computer Systems.

**Prohibited Use During Working Time**

The following conduct is prohibited during an employee's working time, which excludes time spent on an employee's meal or rest break, or before or after an employee's shift:

• Employees may not solicit personal business opportunities or conduct personal advertising through Our Company Computer System.

• Employees may not access Our Company Computer System for any purpose that does not advance the employer's legitimate business interests.

• Employees may not download, transmit, stream or retrieve messages, data, or information from multi-network gateways, real-time data and conversation programs including, but not limited to, instant messaging services (e.g. G-Chat and Yahoo Messenger), chat rooms and message boards, unless such activity is necessary for business purposes.

## Unsolicited E-mail

Electronic mail has become an extremely important and efficient means of communication, particularly in the business world. However, the abuse of electronic mail systems, as well as the receipt and transmission of unsolicited commercial electronic mail places an incredible drain on Our Company Computer Systems, and imposes significant monetary costs to filter and remove unsolicited e-mails from our system. To eliminate the receipt and transmission of unsolicited commercial electronic mail, our Company complies with the federal "CAN-SPAM" law. All employees are responsible for complying with the federal Anti-Spam regulations and therefore may not use Our Company Computer Systems to transmit unsolicited commercial email:

• Promoting our Company's business, goods, products and services without prior authorization.

• Promoting your own personal business, goods, products and services.

• To our Company's customers who have elected to "opt-out" of receiving our Company's electronic advertisements.

• That contains or is accompanied by maliciously false or misleading information.

In addition, to help our Company eliminate the receipt of unsolicited commercial e-mail from outside parties advertising various websites, products or services and to further prevent the receipt of offensive or undesired outside e-mail, employees should delete unfamiliar or suspicious e-mail from outside our Company without opening it.

## Monitoring

Employees should expect that any information created, transmitted, downloaded, received, reviewed, viewed, typed, forwarded, or stored in Our Company Computer Systems or personal computers used for Company business, or on our Company's voicemail system may be accessed by our Company at any time without prior notice. Employees should have no expectation of privacy or confidentiality in such data, messages, or information (whether or not password-protected), or that deleted messages are necessarily removed from the system.

Employees must provide all passwords and access codes for Our Company Computer Systems or personal computers used for Company business to Our Internal HR Contact. Changing passwords or creating new passwords without notifying Our Internal HR Contact is strictly prohibited.

The Company's monitoring policy may include, but is not limited to, physical inspection of home drives, memory devices, and handheld devices; review of content passing through the Company Computer Systems and other systems, review of personal e-mail (including personal web-based password-protected e-mail) and text messages accessed using the Company Computer Systems and/or Company data connections; key loggers and other input monitoring mechanisms; and use of screen monitoring software, hardware, and video drives.

## System Integrity

Because outside storage devices may compromise Our Company Computer Systems, employees are not permitted to use personal storage devices or copies of software or data in any form on any Company computer without first: (1) obtaining specific authorization from Our Internal HR Contact, and (2) scanning the data for viruses. Any employee who intentionally introduces a virus into Our Company Computer Systems via use of personal software or data may be held responsible for the consequences, including cost of repair and lost productivity.

Similarly, information is not to be downloaded directly from the Internet onto Our Company Computer Systems. All information downloaded from the Internet is to be placed on a disk and scanned for viruses before being introduced into Our Company Computer System.

Enforcement

Violations of this policy may result in disciplinary action, up to and including termination of employment. Employees who damage Our Company Computer Systems through its unauthorized use may additionally be liable for the costs resulting from such damage. Employees who misappropriate copyrighted or confidential and proprietary information, or who distribute harassing messages or information, or who access Our Company Computer Systems and information it stores and processes without authorization may additionally be subject to criminal prosecution and/or substantial civil money damages.

## Conflict of Interest

Our policy forbids employees from engaging in any other business that competes with our Company. Company policy also forbids a financial interest in an outside concern, which does business with or is a competitor of our Company (except where such ownership consists of securities of a publicly owned corporation regularly traded on the public stock market). Rendering of directive, managerial, or consulting services to any outside concern which does business with or is a competitor of our Company, except with the knowledge and written consent of Our Internal HR Contact, is also prohibited. If you think that there is a possibility that any business venture of yours may conflict with this policy, it is your responsibility to notify Our Internal HR Contact and obtain his/her approval in writing.

## Overtime and Work Schedule (Non-Exempt Employees)

Our Company may periodically schedule overtime or weekend work in order to meet production needs. We will attempt to give as much advance notice as possible, and we expect that all employees who are scheduled to work overtime will be at work, unless excused by their supervisor. Otherwise, all overtime work must be pre-approved by your supervisor. Working overtime without your supervisor's approval may result in discipline, up to and including termination.

Your supervisor will inform you of the hours you are to work. Due to changing needs of our customers, your actual work schedule may vary from time to time. If it does, your supervisor will notify you. Management retains the right to reassign employees to a different shift where it is necessary for the efficient operation of our Company.

## Protection of our Company's Trade Secrets and Confidential Information

As part of their employment with our Company, employees may be exposed to and/or provided with trade secrets ("Trade Secrets") and other confidential and proprietary information ("Confidential Information") of our Company relating to the operation of our Company's business and its customers (collectively referred to as "Trade Secrets/Confidential Information").

"Trade Secrets" mean information, including a formula, pattern, compilation, program, device, method, technique or process, that: (1) derives independent economic value, actual or potential, from not being generally known to the public or to other persons or entities who can obtain economic value from its disclosure or use; and (2) is the subject of efforts that are reasonable under the circumstances to maintain it secrecy. Our Company's Trade Secrets are: (1) not generally known to the public or to our Company's competitors; (2) were developed or compiled at significant expense by our Company over an extended period of time; and (3) are the subject of our Company's reasonable efforts to maintain their secrecy.

"Confidential Information" means information belonging to our Company, whether reduced to writing or in a form from which such information can be obtained, translated or derived into reasonably usable form, that has been provided to employees during their employment with our Company and/or employees have gained access to while employed by our Company and/or were developed by employees in the course of their employment with our Company, that is proprietary and confidential in nature.

As part of the consideration employees provide to our Company in exchange for their employment and continued employment with our Company is their agreement and acknowledgement that all Trade Secrets/Confidential Information developed, created or maintained by them shall remain at all times the sole property of our Company, and that if our Company's Trade Secrets/Confidential Information were disclosed to a competing business or otherwise used in an unauthorized manner, such disclosure or use would cause immediate and irreparable harm to our Company and would give a competing business an unfair business advantage against our Company.

Employees will not, except as required in the conduct of our Company's business or as authorized in writing by our Company, disclose or use during their term of employment or subsequent thereto any Trade Secrets/Confidential Information. Furthermore, all records, files, plans, documents and the like relating to the business of our Company which employees prepare, use or come in contact with shall be and shall remain the sole property of our Company and shall not be copied without written permission of our Company and shall be returned to our Company on termination or cessation of employment, or at our Company's request at any time.

## Safety

It is our policy to promote safety on the job. The health and well-being of our employees is foremost among our concerns. For this reason, you are urged to follow common sense safety practices and correct or report any unsafe conditions to your supervisor. Each employee shall be instructed regarding our Company's injury prevention program. Each employee is expected to assist our Company in maintaining safe working conditions. Safety is a state of mind and requires constant vigilance and common sense. Safety is everyone's responsibility. Remember:

SAFETY FIRST.

All accidents -- including those which do not involve serious injury and those involving customers -- must be reported immediately to your supervisor. It is only through full knowledge of every accident that our Company can become a safer, healthier place to work for everyone.

## Drug and Alcohol Policy

SYLABS provides a safe and productive work environment for all employees. It is the policy of the company that employees shall not be involved with the unlawful use, possession, sale, or transfer of drugs or narcotics in any manner which may impair their ability to perform assigned duties or otherwise adversely impact the company's business.

If we are to continue to fulfill our responsibility to provide reliable and safe service to our customers and a safe working environment for our employees, employees must be physically and mentally fit to perform their duties in a safe and efficient manner.

All workers are hereby notified that SYLABS prohibits possession, use and distribution of illegal drugs in or on the workplace grounds during work hours and/or when performing any company business and prohibits the possession, use and distribution of alcoholic beverages in or on the workplace or grounds during work hours and/or when performing any company business. By signing the Employee Handbook, the employee acknowledges understanding that SYLABS is a drug free workplace and agrees to abide by such rules.

Alcohol/illegal drug use and its physiological effects represent a threat to the well being and security of employees and could cause extensive damage to the company's reputation, liability exposure, and community standing. It is the sole discretion of SYLABS to have the right to not allow the employee to enter the business premises when the employer reasonably determines that the employee is in any way impaired from the use of alcoholic beverages and/or any other substance. Safety within the facility and decorum within the facility are of the utmost importance and the employer has the right to refuse entrance to the premises if he determines either will be compromised by the employee's condition caused by any substance.

It is the responsibility of all employees of SYLABS to ensure its work environment is free of illegal drugs and alcohol. Any employee who violates this policy, or who has knowledge of such a violation and fails to report it to management, may be subject to disciplinary action, up to and including discharge.

Off-the-job illegal drug activity or alcohol abuse which could have an adverse effect on an employee's job performance or which could jeopardize the safety of other employees, the public, company equipment or the company's relations with the public may result in disciplinary action, including discharge.

Illegal drugs are those drugs defined as illegal under federal, state, or local laws which include, but are not limited to: marijuana, heroin, opiates, phencyclidine (PCP), barbiturate,

amphetamines, hashish, cocaine, hallucinogens, depressants and stimulants not prescribed for current personal treatment by an accredited physician, so-called designed, look-alike or synthetic drugs, and solvents, glue or patches used as an intoxicant, even if the possession of such substances are not specifically prohibited by state or federal law.

## Smoking

Smoking is prohibited in all Company buildings and vehicles. Smoking must be confined to designated outdoor areas. Of course, smoking is prohibited in all areas where paint and flammable materials are present. As smoking in the presence of some customers and co-workers may be offensive to them, we expect that employees who choose to smoke will exercise good judgment as to when and where they smoke.

## Workplace Violence Policy

Our Company has a zero tolerance policy for violent acts or threats of violence against our employees, applicants, customers or vendors.

We do not allow fighting, threatening words or bad conduct. Weapons of any kind are strictly prohibited and not permitted on Company premises.

No employee should commit or threaten to commit any violent act against a co-worker, applicant, customer or vendor. This includes discussions of the use of dangerous weapons, even in a joking manner.

Any employee who is subjected to or threatened with violence by a co-worker, customer or vendor, or is aware of another individual who has been subjected to or threatened with violence, is to report this information to his/her supervisor or manager as soon as possible.

All threats should be taken seriously. Please bring all threats to our attention so that we can deal with them appropriately.

All threats will be thoroughly investigated, and all complaints which are reported to management will be treated with as much confidentiality as possible.

## Job Performance

### Performance Evaluations

Each supervisor is responsible for the evaluation of all employees under his/her supervision. Evaluations will be conducted periodically as follows:

Probationary employees will receive performance evaluations within three months of being hired.

Regular full-time employees will receive performance evaluations after successful completion of the probationary period, and then annually in the first month of each subsequent calendar year

thereafter.

An employee will receive a performance evaluation upon completion of a disciplinary probation period to determine what, if any, further action may be required.

### Meetings and Seminars

Employees shall be required to attend any meetings scheduled by SYLABS and with an agenda solely determined by SYLABS.

## Open Door Policy

Employees are encouraged to discuss any problems, questions, or complaints with their immediate supervisors. If an employee feels that he or she cannot talk to his or her supervisor or has made an attempt to talk to his or her supervisor and failed, the employee may discuss the matter with the Human Resources Department.

## Outside Employment

No employee shall have outside employment which interferes with the efficient performance of his/her duties at SYLABS. "Outside employment" is any employment performed by an employee in addition to his/her job with SYLABS. Such employment shall not occur during the employee's regular or assigned working hours.

If an employee engages in such outside employment, the employee shall be subject to the following specific conditions and restrictions. The employee cannot use SYLABS facilities, equipment, or supplies. The employee cannot conduct outside business while doing SYLABS work. The employee cannot use Sylabs name or phone number in soliciting or conducting said outside employment. The hours must not interfere with the employee's job performance at SYLABS.

# CHANGES IN STATUS

## Changes in Personnel Records

To keep your personnel records up to date, to ensure that our Company has the ability to contact you, and to ensure that the appropriate benefits are available to you, employees are expected to notify our Company promptly of any change of name, address, phone number, number of dependents, or other applicable information.

## Outside Inquiries Concerning Employees

All inquiries concerning employees from outside sources should be directed to Our Internal HR Contact. No information should be given regarding any employee by any other employee or manager to an outside source.

## Notice of Resignation

In the event you choose to resign from your position, we ask that you give us at least two weeks' written notice. You are responsible for returning Company property in your possession or for which you are responsible.

## Exit Interview

Any employee leaving our Company may be required to attend an exit interview conducted by the employee's supervisor or Our Internal HR Contact. The purpose of the interview is to determine the reasons for termination and to resolve any questions of compensation, Company property or other matters related to the termination.

# TO SUM IT ALL UP

This handbook highlights your opportunities and responsibilities at our Company. By always keeping the contents of the handbook in mind, you should be successful and happy in your work at our Company. Once again, welcome you to our Company, and we look forward to working with you.

# EMPLOYEE HANDBOOK ACKNOWLEDGMENT AND AT-WILL AGREEMENT

By signing below, I acknowledge that I have received my copy of Sylabs, Inc. Handbook and that I will familiarize myself with its contents.

1. I understand that this Handbook represents the current policies, regulations, and benefits, and that except for employment at-will status and the Arbitration Agreement, any and all policies or practices can be changed at any time, although only changes in writing issued by an authorized representative are binding on Sylabs, Inc. and/or Trinet. Sylabs, Inc. retains the right to add, change, or delete wages, benefits, policies, and all other working conditions at any time. However, the policy of "at-will employment" (Paragraph 2) and the referenced Arbitration Agreement (Paragraph 4) may only be changed, altered, revised or modified through a written agreement signed by myself, an authorized representative of Sylabs, Inc. , and Trinet.

2. I further understand that nothing in the Employee Handbook creates or is intended to create a promise or representation of continued employment. I understand that my employment, position and compensation with Sylabs, Inc. are at will, and may be changed or terminated at the will of Sylabs, Inc.I understand that I have the right to terminate my employment with Sylabs, Inc. at any time, with or without cause or advance notice, and Sylabs, Inc. has the same right. I also understand that my at-will employment status may not be changed except in writing signed by me and an authorized representative of Sylabs, Inc. Similarly, my relationship with Trinet is "at- will," it may be terminated by me or Trinet with or without cause or advance notice, and only a written agreement between me and Trinet can change this at-will status. This document supersedes all prior agreements, understandings, and representations (whether written or oral) concerning my relationship with Sylabs, Inc. and Trinet.

3. Notwithstanding the foregoing, this document does not supersede executed written agreements

entered into with Sylabs, Inc. with respect to confidentiality of information, intellectual property, invention assignments, retention of documents, solicitation of customers or employees, and/or conflicts of interest guidelines. Furthermore, this document does not supersede agreements with Sylabs, Inc. for something other than at-will employment, so long as such agreements have been memorialized in a fully executed written agreement, signed by an authorized Sylabs, Inc. representative.

4. I further acknowledge that Sylabs, Inc. and Trinet utilize binding arbitration to resolve disputes, as set forth in the applicable Arbitration Agreement. I understand and agree that I will be required to execute the applicable Arbitration Agreement, which by this reference is incorporated into this Acknowledgment.

**MY SIGNATURE BELOW ATTESTS TO THE FACT THAT I HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS. DO NOT SIGN UNTIL YOU HAVE READ THE ABOVE ACKNOWLEDGMENT AND AGREEMENT.**

EMPLOYEE SIGNATURE NAME (PRINT)

DATE