

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com
_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 56

| Name | Amount | Apr-2020 | May-2020 | Jun-2020 | Jul-2020 | Aug-2020 | Sep-2020 | Oct-2020 | Nov-2020 | Dec-2020 | Jan-2021 | Feb-2021 | Mar-2021 | Apr-2021 | May-2021 | Jun-2021 | Jul-2021 | Aug-2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NewCo** | | | | | | | | | | | | | | | | | | |
| **Current Revenue** | | | | | | | | | | | | | | | | | | |
| **NON-ARR** | | | | | | | | | | | | | | | | | | |
| DOD Babelfish2 | $125,000.00 | | | $20,833.33 | $20,833.33 | $20,833.33 | $20,833.33 | $20,833.33 | $20,833.33 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **ARR** | | | | | | | | | | | | | | | | | | |
| LLNL - Spack Collaboration | $351,000.00 | | | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 | $29,250.00 |
| Genentech | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RStor - ABCI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Qualcomm | $74,000.00 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 | $6,166.67 |
| Lawrence Livermore National Laboratory | $50,000.00 | | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 |
| Federal Reserve Bank | $20,000.00 | | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 |
| RStor - RIKEN (Singularity Enterprise) | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| University of Florida | $5,000.00 | | | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 |
| San Diego Supercomputing Center | $5,000.00 | | | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 | $416.67 |
| Pfizer | $20,000.00 | | | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 |
| PacificTeck - NCHC | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sandia National Laboratory | $67,130.00 | | | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 | $5,594.17 |
| Applied Materials (AMAT) | $23,750.00 | | | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 | $1,979.17 |
| Lawrence Berkeley National Laboratory | $20,000.00 | | | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 | $1,666.67 |
| MythicAI | $960.00 | | | | | | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Oak Ridge National Laboratory | $78,500.00 | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **Total Current Bookings** | **$840,340.00** | **$6,166.67** | **$12,000.00** | **$64,583.33** | **$73,823.33** | **$73,823.33** | **$73,823.33** | **$73,903.33** | **$73,903.33** | **$53,070.00** | **$53,070.00** | **$53,070.00** | **$53,070.00** | **$53,070.00** | **$53,070.00** | **$53,070.00** | **$53,070.00** | **$53,070.00** |
| | | | | | | | | | | | | | | | | | | |
| **Projected Revenue** | | | | | | | | | | | | | | | | | | |
| **NON-ARR** | | | | | | | | | | | | | | | | | | |
| EDF - SOW | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | | | | | | | | | | | | |
| Knowles | $0.00 | | $0.00 | $0.00 | $0.00 | | | | | | | | | | | | | |
| Teradici | $25,000.00 | | | | $12,500.00 | $12,500.00 | | | | | | | | | | | | |
| USAF SBIR Phase 1 | $50,000.00 | | | | | $30,000.00 | | $20,000.00 | | | | | | | | | | |
| USAF SBIR Phase 2 | $2,000,000.00 | | | | | | | | | | $142,857.14 | $142,857.14 | $142,857.14 | $142,857.14 | $142,857.14 | $142,857.14 | $142,857.14 | $142,857.14 |
| USAF SBIR Phase 3 | $5,000,000.00 | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **ARR** | | | | | | | | | | | | | | | | | | |
| Facebook | $500,000.00 | | | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 | $41,666.67 |
| Samsung | $125,000.00 | | | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 |
| Nvidia | $125,000.00 | | | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 | $10,416.67 |
| ExxonMobil | $100,000.00 | | | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 |
| Shell | $100,000.00 | | | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 |
| Texas A&M University at Qatar | $3,600.00 | | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Max Planck | $50,000.00 | | | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 |
| KLA - Tencor | $50,000.00 | | | | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 |
| AGC - Pacific Teck | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pixar | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| EDF | $0.00 | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | | | |
| **New GTM Injection Points** | | Annual Growth | | | | | | | | | | | | | | | | | |
| Fuzzball licensing and support | 400.00% | | | $500.00 | $666.67 | $888.89 | $1,185.19 | $1,580.25 | $2,107.00 | $2,809.33 | $3,745.77 | $4,994.36 | $6,659.15 | $8,878.86 | $11,838.48 | $15,784.65 | $21,046.19 | $28,061.59 |
| FuzzStack | 200.00% | | | $2,500.00 | $2,916.67 | $3,402.78 | $3,969.91 | $4,631.56 | $5,403.49 | $6,304.07 | $7,354.74 | $8,580.53 | $10,010.62 | $11,679.06 | $13,625.57 | $15,896.50 | $18,545.92 | $21,636.90 |
| FuzzStack on hardware | 250.00% | | | $4,000.00 | $4,833.33 | $5,840.28 | $7,057.00 | $8,527.21 | $10,303.71 | $12,450.32 | $15,044.14 | $18,178.33 | $21,965.49 | $26,541.63 | $32,071.13 | $38,752.62 | $46,826.08 |
| FuzzCloud (SaaS) | 500.00% | | | | | $500.00 | $708.33 | $1,003.47 | $1,421.59 | $2,013.91 | $2,853.04 | $4,041.81 | $5,725.90 | $8,111.69 | $11,491.56 | $16,279.71 | $23,062.93 |
| FuzzSecure | 325.00% | | | | | | | $1,500.00 | $1,906.25 | $2,422.53 | $3,078.63 | $3,912.42 | $4,972.04 | $6,318.63 | $8,029.92 | $10,204.70 | $12,968.47 |
| FuzzEdge | 400.00% | | | | | | | | $5,000.00 | $6,666.67 | $8,888.89 | $11,851.85 | $15,802.47 | $21,069.96 | $28,093.28 | $37,457.70 | $49,943.61 |
| | | | | | | | | | | | | | | | | | | |
| **Total Projected Revenue** | **$8,128,620.75** | **$0.00** | **$0.00** | **$90,800.00** | **$107,883.33** | **$139,425.00** | **$99,295.37** | **$121,777.14** | **$106,341.16** | **$258,402.09** | **$265,311.08** | **$274,096.73** | **$285,311.33** | **$299,680.96** | **$318,163.10** | **$342,024.19** | **$372,943.99** | **$413,156.72** |
| | | | | | | | | | | | | | | | | | | |
| **Capital Investment** | | | | | | | | | | | | | | | | | | |
| OpenDrives | | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | | | | | | | | | | | |
| AIG / Joel | | | | | | | | | | | | | | | | | | |
| Kurtzer | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **Total Capital Investments** | | **$0.00** | **$125,000.00** | **$125,000.00** | **$125,000.00** | **$125,000.00** | **$125,000.00** | **$125,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | | | | | |
| **Trinet US** | | | | | | | | | | | | | | | | | | |
| Fong, Erin | $75,000.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 |
| Hayden, Matt | $50,000.00 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 |
| Hayden, Shara | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kaneshiro, Ian | $100,000.00 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 |

| Name | Amount | Apr-2020 | May-2020 | Jun-2020 | Jul-2020 | Aug-2020 | Sep-2020 | Oct-2020 | Nov-2020 | Dec-2020 | Jan-2021 | Feb-2021 | Mar-2021 | Apr-2021 | May-2021 | Jun-2021 | Jul-2021 | Aug-2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kurtzer, Gregory | $150,000.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| Mahan, Jess | $100,000.00 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 |
| Rose, Gwendolyn | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rose, Westley | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Stein, Rose | $50,000.00 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 |
| Trudgian, David | $120,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Sales Hire | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total US** | **$645,000.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** | **$53,750.00** |
| **Total US + approximate overhead** | **$838,500.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** | **$69,875.00** |
| **Trinet Canada** | | | | | | | | | | | | | | | | | | |
| Hughes, Adam | $140,000.00 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 | $11,666.67 |
| Frisch, Mike | $120,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Wobito, Adrian | $75,000.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 | $6,250.00 |
| **Total Canada** | **$335,000.00** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** | **$27,916.67** |
| **Total Canada + approximate overhead** | **$402,000.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** | **$33,500.00** |
| **Contractors** | | | | | | | | | | | | | | | | | | |
| Clerget, Cedric | $200,400.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 | $16,700.00 |
| Culpo, Massimilliano | $225,516.00 | | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 | $18,793.00 |
| Rose, Julia | $120,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| **Total Contractors** | **$545,916.00** | **$26,700.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** | **$45,493.00** |
| **Hire Ramp** | | | | | | | | | | | | | | | | | | |
| Solutions Architect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Engineering | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Engineering | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administrative | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sales | $0.00 | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Engineering | $0.00 | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Engineering | $0.00 | | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sales | $0.00 | | | | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Engineering | $0.00 | | | | | | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Engineering | $0.00 | | | | | | | | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Engineering | $0.00 | | | | | | | | | | | | | | | | $0.00 | $0.00 |
| **Total Projected** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Total Employees | $1,786,416.00 | $130,075.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 | $148,868.00 |
| Software Licenses / Infrastructure | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 | $3,750.00 |
| Dining / Travel | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Bank Fees | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| **Total Expenses** | **$1,791,016.00** | **$134,675.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** |
| **Total Expenses w/o Hire Ramp** | | **$134,675.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** | **$153,468.00** |
| **No Sales Projections** | | | | | | | | | | | | | | | | | | |
| Total Gross Revenue | | $6,166.67 | $18,166.67 | $82,750.00 | $156,573.33 | $230,396.67 | $304,220.00 | $378,123.33 | $452,026.67 | $505,096.67 | $558,166.67 | $611,236.67 | $664,306.67 | $717,376.67 | $770,446.67 | $823,516.67 | $876,586.67 | $929,656.67 |
| Monthly Gross Revenue | | $6,166.67 | $12,000.00 | $64,583.33 | $73,823.33 | $73,823.33 | $73,823.33 | $73,903.33 | $73,903.33 | $53,070.00 | $53,070.00 | $53,070.00 | $53,070.00 | $53,070.00 | $53,070.00 | $53,070.00 | $53,070.00 | $53,070.00 |
| Monthly Net | | -$128,508.33 | -$141,468.00 | -$88,884.67 | -$79,644.67 | -$79,644.67 | -$79,644.67 | -$79,564.67 | -$79,564.67 | -$100,398.00 | -$100,398.00 | -$100,398.00 | -$100,398.00 | -$100,398.00 | -$100,398.00 | -$100,398.00 | -$100,398.00 | -$100,398.00 |
| Total Bank Balance | | -$3,508.33 | -$19,976.33 | $16,139.00 | $61,494.33 | $106,849.67 | $152,205.00 | $72,640.33 | -$6,924.33 | -$107,322.33 | -$207,720.33 | -$308,118.33 | -$408,516.33 | -$508,914.33 | -$609,312.33 | -$709,710.33 | -$810,108.33 | -$910,506.33 |
| **With Sales Projections** | | | | | | | | | | | | | | | | | | |
| Total Gross Revenue | | $6,166.67 | $18,166.67 | $173,550.00 | $355,256.67 | $568,505.00 | $741,623.70 | $937,304.18 | $1,117,548.68 | $1,429,020.76 | $1,747,401.84 | $2,074,568.58 | $2,412,949.91 | $2,765,700.87 | $3,136,933.97 | $3,532,028.16 | $3,958,042.14 | $4,424,268.86 |
| Monthly Gross Revenue | | $6,166.67 | $12,000.00 | $155,383.33 | $181,706.67 | $213,248.33 | $173,118.70 | $195,680.47 | $180,244.50 | $311,472.09 | $318,381.08 | $327,166.73 | $338,381.33 | $352,750.96 | $371,233.10 | $395,094.19 | $426,013.99 | $466,226.72 |
| Monthly Net | | -$128,508.33 | -$141,468.00 | $1,915.33 | $28,238.67 | $59,780.33 | $19,650.70 | $42,212.47 | $26,776.50 | $158,004.09 | $164,913.08 | $173,698.73 | $184,913.33 | $199,282.96 | $217,765.10 | $241,626.19 | $272,545.99 | $312,758.72 |
| Total Bank Balance | | -$3,508.33 | -$19,976.33 | $106,939.00 | $260,177.67 | $444,958.00 | $589,608.70 | $631,821.18 | $658,597.68 | $816,601.76 | $981,514.84 | $1,155,213.58 | $1,340,126.91 | $1,539,409.87 | $1,757,174.97 | $1,998,801.16 | $2,271,347.14 | $2,584,105.86 |

NEWCO Financial Model with Sales Pipeline

NEWCO Financial Model without Sales Pipeline

