

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**NEWPORT BEACH OFFICE**

# EXHIBIT 61

| | |
|---|---|
| **Subject:** | Fwd: Phase I SBIR Purchase Order FA8649-20-P-0729, San Antonio Phase I Contracting Sprint |
| **Date:** | Tuesday, March 10, 2020 at 12:49:17 PM Pacific Daylight Time |
| **From:** | Gregory M. Kurtzer |
| **To:** | David Buss, Robert Adolph, Marlin Prager |
| **Attachments:** | FA864920P0729_SIGNED.pdf |

Hi guys,

Here is the formal SBIR Phase1 Award.

Greg

--
Gregory M. Kurtzer
CEO, Sylabs Inc.
http://www.sylabs.io


---------- Forwarded message ---------
From: **BOTELHO, KRISTINA T CIV USAF AFMC AFLCMC/HBNK** <kristina.botelho@us.af.mil>
Date: Fri, Mar 6, 2020 at 11:25 AM
Subject: Phase I SBIR Purchase Order FA8649-20-P-0729, San Antonio Phase I Contracting Sprint
To: Matthew Hayden <matt@sylabs.io>, Gregory M. Kurtzer <g@sylabs.io>
Cc: SBIR@afwerx.af.mil <SBIR@afwerx.af.mil>, AFRL/SBRK Sprints <sbrk.sprints@us.af.mil>, LOCK, CANDICE L DO-02 USAF AFMC AFRL/SBRF <candice.lock.1@us.af.mil>, CROFOOT, MALISSA A NH-03 USAF USAFA 10 CONS/PKC <malissa.crofoot.2@us.af.mil>, SEWELL, ZACHARY L GS-12 USAF AFMC AFRL/SBRK <zachary.sewell.5@us.af.mil>, WEST, JONATHAN G CIV USAF AFMC AFRL/SBRK <jonathan.west.10@us.af.mil>


Good Afternoon,


Attached is a signed, properly executed copy of the subject contract.  Should exception be taken to any aspect or if your firm does not wish to accept the contract, please notify the Contract Specialist immediately.  If no exception is taken to the contract as written, 1) confirm receipt of the contract via email to the AFRL/SBRK Sprints account sbrk.sprints@us.af.mil and the Contract Specialist, Zack Sewell and 2) begin work in accordance with the approved Work Plan.

-Questions regarding the contract effort should be submitted as follows:

-Questions related to the contract document should be referred to Mr. Zack Sewell, Contract Specialist, zachary.sewell.5@us.af.mil; and John West, Contracting Officer, jonathan.west.10@us.af.mil

-Questions regarding the invoicing/payment process should be submitted to AFRL/SBRK Invoicing, AFRL.SBRK.SprintInvoicing@us.af.mil; and

-Questions regarding the invoicing/payment process should be submitted to AFRL/SBRK Invoicing, AFRL.SBRK.SprintInvoicing@us.af.mil; and

-Contract receipt and questions 1) not within the areas discussed above or 2) for which the correct recipient is unknown should be addressed to AFRL/SBRK Sprints, sbrk.sprints@us.af.mil

NOTE: Please DO NOT submit a question to more than one listed email address. This results in multiple AFRL/SBRK employees performing duplicative research and responses. As our team is small, maximum efficiency is critical to program success!

V/r,

Kristina Botelho

Contracting Officer

This message may contain competitive, sensitive or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the undersigned's office. If you received this message in error please notify the sender by return e-mail and delete all copies of this message.