

# LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

**NEWPORT BEACH OFFICE**

# EXHIBIT 62

| **Subject:** | Fwd: Phase I SBIR Purchase Order FA8649-20-P-0729, San Antonio Phase I Contracting Sprint |
|---|---|
| **Date:** | Tuesday, March 10, 2020 at 12:49:17 PM Pacific Daylight Time |
| **From:** | Gregory M. Kurtzer |
| **To:** | David Buss, Robert Adolph, Marlin Prager |
| **Attachments:** | FA864920P0729_SIGNED.pdf |

Hi guys,

Here is the formal SBIR Phase1 Award.

Greg

--
Gregory M. Kurtzer
CEO, Sylabs Inc.
http://www.sylabs.io


---------- Forwarded message ---------
From: **BOTELHO, KRISTINA T CIV USAF AFMC AFLCMC/HBNK**
<kristina.botelho@us.af.mil>
Date: Fri, Mar 6, 2020 at 11:25 AM
Subject: Phase I SBIR Purchase Order FA8649-20-P-0729, San Antonio Phase I Contracting Sprint
To: Matthew Hayden <matt@sylabs.io>, Gregory M. Kurtzer <g@sylabs.io>
Cc: SBIR@afwerx.af.mil <SBIR@afwerx.af.mil>, AFRL/SBRK Sprints
<sbrk.sprints@us.af.mil>, LOCK, CANDICE L DO-02 USAF AFMC AFRL/SBRF
<candice.lock.1@us.af.mil>, CROFOOT, MALISSA A NH-03 USAF USAFA 10 CONS/PKC
<malissa.crofoot.2@us.af.mil>, SEWELL, ZACHARY L GS-12 USAF AFMC AFRL/SBRK
<zachary.sewell.5@us.af.mil>, WEST, JONATHAN G CIV USAF AFMC AFRL/SBRK
<jonathan.west.10@us.af.mil>


Good Afternoon,


Attached is a signed, properly executed copy of the subject contract.  Should exception be taken to any aspect or if your firm does not wish to accept the contract, please notify the Contract Specialist immediately.  If no exception is taken to the contract as written, 1) confirm receipt of the contract via email to the AFRL/SBRK Sprints account sbrk.sprints@us.af.mil and the Contract Specialist, Zack Sewell and 2) begin work in accordance with the approved Work Plan.

-Questions regarding the contract effort should be submitted as follows:

-Questions related to the contract document should be referred to Mr. Zack Sewell, Contract Specialist, zachary.sewell.5@us.af.mil; and John West, Contracting Officer, jonathan.west.10@us.af.mil

-Questions regarding the invoicing/payment process should be submitted to AFRL/SBRK Invoicing, AFRL.SBRK.SprintInvoicing@us.af.mil; and

-Questions regarding the invoicing/payment process should be submitted to AFRL/SBRK Invoicing, AFRL.SBRK.SprintInvoicing@us.af.mil; and

-Contract receipt and questions 1) not within the areas discussed above or 2) for which the correct recipient is unknown should be addressed to AFRL/SBRK Sprints, sbrk.sprints@us.af.mil

NOTE: Please DO NOT submit a question to more than one listed email address.  This results in multiple AFRL/SBRK employees performing duplicative research and responses.  As our team is small, maximum efficiency is critical to program success!

V/r,

Kristina Botelho

Contracting Officer

This message may contain competitive, sensitive or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the undersigned's office. If you received this message in error please notify the sender by return e-mail and delete all copies of this message.



Gregory Kurtzer <g@sylabs.io>

# re additional ask for Joel/Bob/etc

1 message

**Robert Adolph** <r.adolph@opendrives.com>                    Fri, Mar 13, 2020 at 7:48 AM
To: David Buss <d.buss@opendrives.com>, Marlin Prager <m.prager@opendrives.com>, Gregory Kurtzer <g@sylabs.io>

Hi Dave, Marlin and Greg,

Per our conversation with Marlin regarding coming over the top with a short two pager to help with Joel's pitch to his partners.

Focused on time to value and the combination with hard facts and the greater vision coupled with why the go to market is compelling.

Please pick apart and enhance!

Have a good day,

**Robert Adolph** | OpenDrives
M:  714-768-1124
E:  r.adolph@opendrives.com

Page 1 of 1

Exhibit 62, Page 3



Gregory Kurtzer <g@sylabs.io>

## Fwd: [Non-DoD Source] Budgetary quotations for SingularityPRO

**Robert Adolph** <robert@sylabs.io>                                     Mon, Mar 16, 2020 at 3:40 PM
To: Marlin Prager <m.prager@opendrives.com>, David Buss <d.buss@opendrives.com>, Gregory Kurtzer <g@sylabs.io>

Hi Marlin and Dave,

This is the NewCo next SBIR...This is them asking for the Sylabs Edge Solution.

The current SBIR is just secure containers.

Plus, particular note is "Modeling and Simulation are becoming center pieces of everything" He is
imagining Sylabs Enterprise extended to the Sylabs Edge Solution.

We talked the SELinux piece through with a partner today, but the reality is Greg and Adam already have that piece
thought out as well.  Think AI applied to a container so that we know what should be interacting with the kernel then
embed that in the portable container and now you have all the way to the hardware secure, etc.

Just wanted to keep you updated on movement.  Clearly, OpenDrives plays in the HPC and Big Data piece once we
get Lustre Stack moving.

Dave, any insight from your knowledge you would be willing/able to offer for guidance please?

Have a good day,

**Robert Adolph** | Sylabs
M:  714-768-1124
E:  robert@sylabs.io
[Quoted text hidden]

Page 1 of 1

Exhibit 62, Page 4



Gregory Kurtzer <g@sylabs.io>

## Fwd: FW: Latest News from GigaIO

**David Buss** <d.buss@opendrives.com>                                    Thu, Mar 19, 2020 at 2:04 PM
To: Robert Adolph <robert.adolph@hotmail.com>, Robert Adolph <robert@sylabs.io>
Cc: "Gregory M. Kurtzer" <g@sylabs.io>, Marlin Prager <m.prager@opendrives.com>

Robert, thought you'd find this note from Alan Benjamin at GigaIO of interest. It arrived at my Cubic account.

There may be some connection with GigaIO that is worth exploring as continue to bring together a very cool ecosystem of emerging technologies!

Best,  Dave


---------- Forwarded message ---------
From: **Buss, David (US)** <David.Buss@cubic.com>
Date: Thu, Mar 19, 2020 at 1:57 PM
Subject: FW: Latest News from GigaIO
To: d.buss@opendrives.com <d.buss@opendrives.com>

---

**From:** Alan Benjamin <abenjamin@gigaio.com>
**Sent:** Tuesday, March 17, 2020 4:01 PM
**To:** Buss, David (US) <David.Buss@cubic.com>
**Subject:** Latest News from GigaIO


| |
|---|
| **CAUTION:** Email originated from outside of Cubic. |


View this email in your browser

Page 1 of 4

Hi,

GigaIO, the creators of the next-generation data center network architecture and connectivity solutions, today announced availability of FabreX for vScaler's management interface.  FabreX will bolster vScaler's cloud appliances and software for artificial intelligence (AI), deep learning, biotechnology and big data analytics.  FabreX for vScaler, built on OpenStack software, integrates with Slurm, a scalable, open-source management system for Linux clusters of all sizes.  Further, FabreX for vScaler supports all container technologies such as Docker and Kubernetes.

vScaler brings an elegant and straight forward way for customers to improve resource utilization and create highly-composable, unified infrastructures.  "The combination of

Exhibit 62, Page 6

FabreX and vScaler offers a flexible alternative paradigm where we can compose resources that efficiently map to applications, rather than providing static resources that are only partially-used," comments David Power, director and chief technology officer of vScaler. "It is this dynamic configurability that makes FabreX an ideal partner solution for our cloud platform."

For more information, please see our press announcement at GigaIO News.

Alan Benjamin
CEO, GigaIO
abenjamin@gigaio.com

**Connect with GigaIO**
LinkedIn: www.linkedin.com/company/gigaionet.com

*Copyright © 2020 GigaIO, All rights reserved.*
Personal contacts

**Our mailing address is:**

GigaIO

5924 Balfour Ct Ste 101

Carlsbad, CA 92008-7378

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

--

**David H. Buss** | CEO

10602 Virginia Avenue | Culver City, CA 90232

M: (619) 865-8792 | O: (310) 659-8999 x7001

www.opendrives.com



<div align="right">Gregory Kurtzer &lt;g@sylabs.io&gt;</div>

## Fwd: FW: Latest News from GigaIO

**Robert Adolph** <robert@sylabs.io>                    Thu, Mar 19, 2020 at 2:55 PM
To: David Buss <d.buss@opendrives.com>
Cc: Robert Adolph <robert.adolph@hotmail.com>, "Gregory M. Kurtzer" <g@sylabs.io>, Marlin Prager <m.prager@opendrives.com>

Absolutely Dave...Alan is a good friend and I have been helping them from a distance for awhile.

There new gen4 pcie fabric is impressive and operational.  They can't get beyond 3 racks today, so limited, but speed is something special.

I firmly believe they are perfect for appliances of compute and over time might take the place of infiniband in an HPC infrastructure.

We need a network piece to our stack...not essential, but if we want performance, I haven't seen faster than them. Just can't scale and we need to build something that sits on top, like vscaler.

Really hopeful if you have time to maybe start talking with Alan, just in case we can figure that out.  But, I agree with your sentiments exactly!

Have a good day,

**Robert Adolph** | Sylabs
M:  714-768-1124
E:  robert@sylabs.io

[Quoted text hidden]

<div align="right">Page 1 of 1</div>



Gregory Kurtzer <g@sylabs.io>

**(no subject)**
3 messages

**David Buss** <d.buss@opendrives.com>                                Fri, Mar 27, 2020 at 10:14 AM
To: Marlin Prager <m.prager@opendrives.com>, Robert Adolph <robert.adolph@hotmail.com>, "Gregory M. Kurtzer"
<g@sylabs.io>

https://blog.executivebiz.com/2020/03/tom-keane-microsoft-azure-govt-secret-gets-new-certifications/

--

**David H. Buss** | CEO

10602 Virginia Avenue | Culver City, CA 90232

 M: (619) 865-8792 | O: (310) 659-8999 x7001

www.opendrives.com


**Robert Adolph** <robert.adolph@hotmail.com>                        Fri, Mar 27, 2020 at 11:27 AM
To: Marlin Prager <m.prager@opendrives.com>, "Gregory M. Kurtzer" <g@sylabs.io>, David Buss
<d.buss@opendrives.com>

Microsoft also pursues continued investments in support of its government customers.

Hmmmmm

Get Outlook for Android

---

**From:** David Buss <d.buss@opendrives.com>
**Sent:** Friday, March 27, 2020 10:14:37 AM
**To:** Marlin Prager <m.prager@opendrives.com>; Robert Adolph <robert.adolph@hotmail.com>; Gregory
M. Kurtzer <g@sylabs.io>
**Subject:**

https://blog.executivebiz.com/2020/03/tom-keane-microsoft-azure-govt-secret-gets-new-certifications/


--

**David H. Buss** | CEO

10602 Virginia Avenue | Culver City, CA 90232

Exhibit 62, Page 10

M: (619) 865-8792 | O: (310) 659-8999 x7001

www.opendrives.com

---

**Robert Adolph** <robert.adolph@hotmail.com>                    Fri, Mar 27, 2020 at 11:28 AM
To: Marlin Prager <m.prager@opendrives.com>, "Gregory M. Kurtzer" <g@sylabs.io>, David Buss
<d.buss@opendrives.com>

Btw... Just got this today

Mr. Adolph,
I hope you and your family are safe and healthy during these frightening times. I am reaching out to you
because we in IBM Federal would like to set up a call with you to discuss possible opportunities. You can
reach me directly at ron.hodges@us.ibm.com or on my cell at 301-775-7398.

Get Outlook for Android

---

**From:** Robert Adolph <robert.adolph@hotmail.com>
**Sent:** Friday, March 27, 2020 11:27:17 AM
**To:** Marlin Prager <m.prager@opendrives.com>; Gregory M. Kurtzer <g@sylabs.io>; David Buss
<d.buss@opendrives.com>
**Subject:** Re:

Microsoft also pursues continued investments in support of its government customers.

Hmmmmm

Get Outlook for Android

---

**From:** David Buss <d.buss@opendrives.com>
**Sent:** Friday, March 27, 2020 10:14:37 AM
**To:** Marlin Prager <m.prager@opendrives.com>; Robert Adolph <robert.adolph@hotmail.com>; Gregory
M. Kurtzer <g@sylabs.io>
**Subject:**

https://blog.executivebiz.com/2020/03/tom-keane-microsoft-azure-govt-secret-gets-new-certifications/

--

**David H. Buss** | CEO

10602 Virginia Avenue | Culver City, CA 90232

M: (619) 865-8792 | O: (310) 659-8999 x7001

www.opendrives.com



**Gregory Kurtzer <g@sylabs.io>**

# Navy SBIR

1 message

**David Buss** <d.buss@opendrives.com>                                    Sun, Mar 29, 2020 at 6:12 PM
To: "Gregory M. Kurtzer" <g@sylabs.io>, Marlin Prager <m.prager@opendrives.com>, Robert Adolph
<robert.adolph@hotmail.com>

Interesting. I just received a LinkedIn connection request from Matt Williams, who runs the Navy's SBIR program. Of course I said yes and connected. Will reach out to him.

Dave
--
David H. Buss
CEO, OpenDrives, LLC
mobile: 619.865.8792