1  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
2  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
3  TAYLOR L. BENNINGER (State Bar No. 344825)
   Taylor.Benninger@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendants
   JOEL WHITLEY AND IAG CAPITAL PARTNERS

8

9              UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12  SYLABS, INC., a Delaware corporation,      Case No. 5:23-cv-00849-SVK

13              Plaintiff,                      **[PROPOSED] ORDER GRANTING IAG
                                                INVESTORS' MOTION TO DISMISS**
14       v.

15  GREGORY ROSE a/k/a GREGORY M.
    KURTZER; JULIA ROSE a/k/a JULIA
16  KURTZER; ROBERT ADOLPH; MATTHEW
    HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a
17  CIQ; OPEN DRIVES, INC.; DAVID BUSS;
    MARLIN PRAGER; JOEL WHITLEY; IAG
18  FUND II, LP a/k/a IAG CAPITAL
    PARTNERS; IAG CAPITAL HOLDINGS II,
19  LCC a/k/a IAG CAPITAL PARTNERS; and
    DOES 1 through 50, inclusive,
20
                Defendants.
21

22

23

24

25

26

27

28

1   **[PROPOSED] ORDER GRANTING IAG INVESTORS' MOTION TO DISMISS**

2       For the reasons stated in the IAG Investors' Motion to Dismiss, the Court DISMISSES

3   Plaintiff Sylabs, Inc.'s Second Amended Complaint against Defendants Joel Whitley, IAG Fund

4   II, LP, and IAG Capital Holdings II, LLC WITHOUT LEAVE TO AMEND.

5

6   DATED: _____

7

8                                              _____

9                                              HON. SUSAN VAN KEULEN
                                               United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28