1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   SYLABS, INC., a Delaware corporation,        Case No. 5:23-cv-00849-SVK

12                 Plaintiff,                      **[PROPOSED] ORDER GRANTING CIQ
                                                   DEFENDANTS' AND OPEN DRIVES
13        v.                                       DEFENDANTS' NOTICE OF MOTION
                                                   AND MOTION TO DISMISS
14   GREGORY ROSE a/k/a GREGORY M.                 PURSUANT TO RULE 12(B)(6) AND
     KURTZER; JULIA ROSE a/k/a JULIA               STRIKE PURSUANT TO RULE 12(F)**
15   KURTZER; ROBERT ADOLPH; MATTHEW
     HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a
16   CIQ; OPEN DRIVES, INC.; DAVID BUSS;
     MARLIN PRAGER; JOEL WHITLEY; IAG
17   CAPITAL PARTNERS; and DOES 1 through
     50, inclusive,
18
                  Defendants.
19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      Pending before the Court is the Motion to Dismiss pursuant to Federal Rule of Civil

3  Procedure 12(b)(6) and Strike pursuant to Federal Rule of Civil Procedure ("Motion") filed by

4  Defendants Gregory Rose a/k/a Gregory M. Kurtzer, Julia Rose a/k/a Julia Kurtzer, Robert Adolph,

5  Erin Fong, Matthew Hayden, Marlin Prager, and CTRL IQ, Inc. d/b/a CIQ, Open Drives, Inc., and

6  David Buss.  Having considered the briefing and arguments relating to the Motion, the Court

7  GRANTS the Motion and DISMISSES Plaintiff Sylabs, Inc.'s Second Amended Complaint

8  ("SAC," Dkt. No. 82) pursuant to Federal Rule of Civil Procedure 12(b)(6) as follows:

9      1.      The Defend Trade Secrets Act and California Uniform Trade Secrets Act claims

10  (Counts I and III) are dismissed without leave to amend to the extent they are predicated on the

11  alleged misappropriation of Sylabs' "Corporate Assets" and "Data;" and

12      2.      The Computer Fraud and Abuse Act claim (Count II) is dismissed without leave to

13  amend.

14  The Court further STRIKES the following portions of the SAC pursuant to Rule 12(f).

15      1.      Allegations related to SingularityPRO and Singularity Enterprise (SAC ¶¶ 52-56,

16          62-67);

17      2.      Allegations regarding misappropriation by Ms. Kurtzer, Mr. Adolph, Ms. Fong,

18          Mr. Prager, Ms. Buss,  and Open Drives (*id.* ¶¶ 7, 27-28, 30-32, 34, 115, 135-136, 141, 145,

19          149, and 153; *id.* at 38:13-14, 41:5-6, 42:8-9, 43:15-16, 44:22-23);

20      3.      Allegations of "Cyber Intrusions," and "Corruption and Damage to Sylabs'

21          Computer Systems and Data" in asserted in connection with the trade secret claims (*id.*

22          ¶¶ 161-62, 165-68, 170-77, 246, 249, 251-52, 254-59, 265-66);

23      4.      Allegations summarizing the Court's prior orders (*id.* ¶¶ 6-13, 48, 80, 83, 98, 158-

24          159, 184, 230, 243-44);

25      5.      Allegations summarizing legislative history (*id.* ¶ 37);

26      6.      Allegations regarding the National Oceanic and Atmospheric Administration (*id.*

27          ¶¶ 50, 58);

28

1

1   7.   Allegations and exhibits regarding NDAs between Sylabs and Ms. Fong,

2   Mr. Adolph, and Open Drives, LLC (*id.* ¶ 89 & Exs. 50-52);

3   8.   Allegations of inequitable conduct and fraud (*id.* ¶¶ 100-02);

4   9.   Allegations that quote regulations (*id.* ¶¶ 101-02); and

5   10.   Requests for a special master (*id.* ¶ 217).

6   **IT IS SO ORDERED.**

7

8

    Dated:

9                                                          HON. SUSAN VAN KEULEN
                                                           U.S. MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CIQ'S AND OPEN DRIVES' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
CASE NO. 5:23-cv-00849-SVK