# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation, | Case No. **5:23-cv-00849-SVK** |
| Plaintiff, | [*PROPOSED*] **ORDER DENYING IAG INVESTORS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) [Dkt. 83]** |
| v. | |
| **GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al., | |
| Defendants. | |

## [*PROPOSED*] ORDER

IAG Investors' Motion to Dismiss Pursuant to Rule 12(b)(6), Dkt. 83, for an order dismissing Sylabs, Inc.'s Second Amended Complaint (the "SAC") came before the Court regularly.

The Court, having considered the Motion, Opposition to the Motion, and Evidence Submitted in Support and in Opposition, the Motion shall be and is hereby **DENIED**;

**IT IS HEREBY ORDERED** that defendants Joel Whitley, IAG Capital Fund, II, and IAG Capital Holdings II, LLC, shall have 30 days from the date of this Order to file an answer to the SAC.

**IT IS FURTHER ORDERED** that this Action is set for an initial Case Management Conference as follows:

Date: _____     Time: _____     Courtroom: 6

**IT IS SO ORDERED.**

Dated: _____.     _____
                                                          **SUSAN VAN KEULEN**
                                                          United States District/Magistrate Judge

[*PROPOSED*] ORDER DENYING CIQ DEFENDANTS' AND OPEN DRIVES DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) AND DENYING MOTION TO STRIKE PURSUANT TO RULE 12(f) [Dkt. 84]

**1**

LEPISCOPO & ASSOCIATES LAW FIRM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 17, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2024.

                                                LEPISCOPO & ASSOCIATES LAW FIRM

                                                By:  /s/ Peter D. Lepiscopo
                                                        PETER D. LEPISCOPO
                                                        *Counsel of Record*
                                                        Attorneys for Plaintiff, **SYLABS, INC.**