UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYLABS, INC.,

                Plaintiff(s)

v.

GREGORY ROSE et al.,

                Defendant(s)

CASE No C 23-cv-00849-SVK

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
    Private mediation (provider TBD)

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

☒ other requested deadline: January 30, 2025

Date: 10/22/2024          /s/ Peter Lepiscopo
                                      Attorney for Plaintiff

Date: 10/22/2024          /s/ Neel Chatterjee
                                      Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: October 23, 2024

                                                          /s/ Susan van Keulen
                                                          U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019