1   NEEL CHATTERJEE (SBN 173985)
    *NChatterjee@goodwinlaw.com*
2   ELIZABETH J. LOW (SBN 308098)
    *ELow@goodwinlaw.com*
3   DAVID SERATI (SBN 329811)
    *DSerati@goodwinlaw.com*
4   **GOODWIN PROCTER LLP**
    601 Marshall Street
5   Redwood City, California  94063
    Tel.: +1 650 752 3100
6   Fax: +1 650 853 1038

7   JENNIFER BRIGGS FISHER (SBN 241321)
    *JFisher@goodwinlaw.com*
8   MICHAELA C. OGDEN (SBN 324493)
    *MOgden@goodwinlaw.com*
9   **GOODWIN PROCTER LLP**
    Three Embarcadero Center
10  San Francisco, California 94111
    Tel.: +1 415 733 6000
11  Fax: +1 415 677 9041

12  Attorneys for Defendants
    CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a
13  GREGORY M. KURTZER; and MATTHEW
    HAYDEN
14

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17                   SAN JOSE DIVISION

18  SYLABS, INC., a Delaware corporation,      | Case No. 5:23-cv-00849-SVK

19              Plaintiff,                      | **STIPULATION TO VACATE THE
                                                | NOVEMBER 12, 2024 CASE
20       v.                                     | MANAGEMENT CONFERENCE**

21  GREGORY ROSE a/k/a GREGORY M.               | Date:      November 12, 2024
    KURTZER; JULIA ROSE a/k/a JULIA             | Time:      9:30 a.m.
22  KURTZER; ROBERT ADOLPH; MATTHEW             | Courtroom: 6
    HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a      | Judge:     Hon. Susan van Keulen
23  CIQ; OPEN DRIVES, INC.; DAVID BUSS;
    MARLIN PRAGER; JOEL WHITLEY; IAG            | Filed/Lodged Concurrently with:
24  CAPITAL PARTNERS; and DOES 1 through        |   1.  Declaration of Jennifer Briggs Fisher
    50, inclusive,                              |   2.  [Proposed] Order
25
                Defendants.
26

27

28

STIPULATION TO VACATE THE NOVEMBER 12, 2024 CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-cv-00849-SVK

1    Pursuant to Civil Local Rule 6-2 and 7-4(b), Plaintiff Sylabs, Inc. ("Sylabs") and

2    Defendants CTRL IQ, Inc. d/b/a CIQ; Gregory Rose a/k/a Gregory M. Kurtzer, and Matthew

3    Hayden (collectively, "Defendants") (together with Sylabs, the "Parties"), by and through their

4    respective counsel, stipulate as follows:

5        WHEREAS, on September 26, 2024, the Court issued an Order granting Defendants'

6    Motion to Dismiss and denied Defendants' Motion to Strike (Dkt. No. 90, "Sept. 26 Order");

7        WHEREAS, the September 26 Order also set a deadline to file a joint case management

8    conference statement ("CMC") on November 5, 2024, and scheduled a CMC for November 12,

9    2024;

10       WHEREAS, on October 10, 2024, Defendants filed an Answer to Sylabs' Second Amended

11   Complaint (Dkt. No. 93);

12       WHEREAS, on October 22, 2024, the Parties filed a stipulation selecting private ADR (Dkt.

13   No. 97), which the Court granted on October 23, 2024 (Dkt. No. 99);

14       WHEREAS, the Parties are discussing potential mediators and dates of mediation;

15       WHEREAS, the Parties have agreed to stay discovery pending mediation;

16       WHEREAS, for the sake of judicial economy, the Parties have agreed to continue the

17   November 12, 2024 CMC pending the outcome of the anticipated mediation; and

18       WHEREAS, the Parties agree to file a status report within 7 days of the mediation updating

19   the Court on the outcome thereof.

20       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to

21   the Court's approval:

22       1.    The November 5, 2024 deadline to file a joint case management conference

23   statement and the November 12, 2024 CMC shall be vacated.

24       2.    Discovery will be stayed pending the mediation.  For the avoidance of doubt, the

25   stay of discovery applies to the interrogatories, requests for production, requests for admission, and

26   notices of deposition that Sylabs served on October 15, 2024 (the "October 15 Discovery

27   Requests"), and any discovery that Defendants may serve.  Such stay does not waive the Parties'

28   rights to object to any discovery served by the other Party.  In the event mediation is not successful,

1

1    the Parties' responses and objections shall be due 30 days after the mediation.

2         3.    No later than 7 days following the completion of mediation, the Parties shall file a

3    joint status report as to whether the mediation was successful.  In the event the mediation is not

4    successful, the Parties shall propose next steps, including but not limited to, scheduling a CMC.

5         4.    This is the Parties' second joint request for an extension of time.  On January 29,

6    2024, the Parties stipulated to extend the briefing schedule on Defendants' motion to dismiss

7    Sylabs' First Amended Complaint.  Dkt. No. 62.  The Court granted that stipulation.  Dkt. No. 63.

8    Sylabs also twice unilaterally moved to continue the initial CMC.  Dkt. Nos. 15, 22.  The Court

9    granted both motions.  Dkt. Nos. 21, 23.

10

11   Dated: October 28, 2024                    GOODWIN PROCTER LLP

12

13                                              By: *Jennifer Briggs Fisher*
                                                    Neel Chatterjee
14                                                  *NChatterjee@goodwinlaw.com*
                                                    Jennifer Briggs Fisher
15                                                  *JFisher@goodwinlaw.com*
                                                    Elizabeth J. Low
16                                                  *ELow@goodwinlaw.com*
                                                    David Serati
17                                                  *DSerati@goodwinlaw.com*
                                                    Michaela C. Ogden
18                                                  *MOgden@goodwinlaw.com*

19                                              Attorneys for Defendants
                                                CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE
20                                              a/k/a GREGORY M. KURTZER; and
                                                MATTHEW HAYDEN
21

22   Dated: October 28, 2024                    LEPISCOPO & ASSOCIATES LAW FIRM

23

24                                              By: */s/ Peter D. Lepiscopo*
                                                    PETER D. LEPISCOPO
25                                                  *plepiscopo@att.net*

26                                              Attorneys for Plaintiff
                                                SYLABS, INC.

27

28

                                              2

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3    United States District Court for the Northern District of California by using the CM/ECF system

4    on October 28, 2024.  I further certify that all participants in the case are registered CM/ECF users

5    and that service will be accomplished by the CM/ECF system.

6      I certify under penalty of perjury that the foregoing is true and correct.  Executed on October

7    28, 2024.

8

9                           /s/ *Jennifer Briggs Fisher*
                                          Jennifer Briggs Fisher

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION TO VACATE THE NOVEMBER 12, 2024 CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-cv-00849-SVK

1

**ATTORNEY ATTESTATION**

2          I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing

3     of this document from the signatories indicated by the conformed signature (/s/).

4

5                                                            */s/ Jennifer Briggs Fisher*
                                                            Jennifer Briggs Fisher

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE THE NOVEMBER 12, 2024 CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-cv-00849-SVK