NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
DAVID SERATI (SBN 329811)
DSerati@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
JFisher@goodwinlaw.com
MICHAELA C. OGDEN (SBN 324493)
MOgden@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; and MATTHEW HAYDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**DECLARATION OF JENNIFER BRIGGS FISHER IN SUPPORT OF STIPULATION TO VACATE THE NOVEMBER 12, 2024 CASE MANAGEMENT CONFERENCE**<br><br>Date:         November 12, 2024<br>Time:        9:30 a.m.<br>Courtroom: 6<br>Judge:       Hon. Susan van Keulen<br><br>Filed/Lodged Concurrently with:<br>   1. Stipulation<br>   2. [Proposed] Order |

**DECLARATION OF JENNIFER BRIGGS FISHER**

I, Jennifer Briggs Fisher, declare as follows:

1. I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendants CTRL IQ, Inc. d/b/a CIQ; Gregory Rose a/k/a Gregory M. Kurtzer, and Matthew Hayden (collectively, "Defendants"). Pursuant to Civil Local Rule 6-2(a), I make this declaration in support of the Stipulation to Vacate the November 12, 2024 Case Management Conference filed by Plaintiff Sylabs, Inc. ("Sylabs") and Defendants (together, the "Parties"). I have personal knowledge of the matters stated in this declaration. I could and would testify competently to the matters stated herein if called to do so.

2. On September 26, 2024, the Court issued an Order granting Defendants' Motion to Dismiss and denied Defendants' Motion to Strike. Dkt. No. 90 ("Sept. 26 Order").

3. The September 26 Order also set a deadline to file a joint case management conference statement ("CMC") on November 5, 2024, and scheduled a CMC for November 12, 2024.

4. On October 10, 2024, Defendants filed an Answer to Sylabs' Second Amended Complaint. Dkt. No. 93.

5. On October 22, 2024, the Parties filed a stipulation selecting private ADR (Dkt. No. 97), which the Court granted on October 23, 2024 (Dkt. No. 99). The deadline to complete mediation is January 30, 2025.

6. The Parties are discussing potential mediators and dates of mediation, and have agreed to stay discovery pending mediation.

7. For the sake of judicial economy, the Parties have agreed to vacate the November 12, 2024 CMC pending the outcome of the anticipated mediation.

8. The Parties will file a status report within 7 days of the mediation updating the Court on the outcome thereof.

9. This is the Parties' second joint request for an extension of time. On January 29, 2024, the Parties stipulated to extend the briefing schedule on Defendants' motion to dismiss

1

FISHER DECLARATION ISO STIPULATION TO VACATE THE NOVEMBER 12, 2024 CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-cv-00849-SVK

Sylabs' First Amended Complaint. Dkt. No. 62. The Court granted that stipulation. Dkt. No. 63. Sylabs also twice unilaterally moved to continue the initial CMC. Dkt. Nos. 15, 22. The Court granted both motions. Dkt. Nos. 21, 23.

10. No other pretrial deadlines will be affected if the Court grants the Parties' request.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 28th day of October, 2024 in San Francisco, California.

                                                */s/ Jennifer Briggs Fisher*
                                                 Jennifer Briggs Fisher