UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER; JULIA ROSE a/k/a JULIA KURTZER; ROBERT ADOLPH; MATTHEW HAYDEN; ERIN FONG; CTRL IQ, INC. d/b/a CIQ; OPEN DRIVES, INC.; DAVID BUSS; MARLIN PRAGER; JOEL WHITLEY; IAG CAPITAL PARTNERS; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 5:23-cv-00849-SVK<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO VACATE THE NOVEMBER 12, 2024 CASE MANAGEMENT CONFERENCE |

# [PROPOSED] ORDER

Pending before the Court is the Stipulation to Vacate the November 12, 2024 Case Management Conference filed by Plaintiff Sylabs, Inc. ("Sylabs") and Defendants CTRL IQ, Inc. d/b/a CIQ; Gregory Rose a/k/a Gregory M. Kurtzer, and Matthew Hayden (collectively, "Defendants") (together with Sylabs, the "Parties"). Good cause appearing, the Court GRANTS the Stipulation and ORDERS as follows:

1. The November 5, 2024 deadline to file a joint case management conference statement and the November 12, 2024 case management conference statement are VACATED.

2. Discovery is STAYED pending the mediation. For the avoidance of doubt, the stay of discovery applies to the interrogatories, requests for production, requests for admission, and notices of deposition that Sylabs served on October 15, 2024 (the "October 15 Discovery Requests"), and any discovery that Defendants may serve. Such stay does not waive the Parties' rights to object to any discovery served by the other Party. In the event mediation is not successful, the Parties' responses and objections shall be due 30 days after the mediation.

3. No later than 7 days following the completion of mediation, the Parties shall file a joint status report as to whether the mediation was successful. In the event the mediation is not successful, the Parties shall propose next steps, including but not limited to, scheduling a case management conference statement.

**IT IS SO ORDERED.**

Dated: October 29, 2024

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING STIPULATION TO VACATE THE NOVEMBER 12, 2024 CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-cv-00849-SVK