UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>**GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al.,<br><br>  Defendants. | Case No. **5:23-cv-00849-SVK**<br><br>**JOINT STATUS REPORT RE: MEDIATION AND REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Paragraph 3 of the Court's Order Granting Stipulation to Vacate the November 12, 2024, Case Management Conference ("Order"), Dkt. 101, the Parties hereby apprise the Court as follows:

1. On January 15, 2025, the Parties attended a mediation at JAMS, San Jose Office, before the Honorable Ronald Sabraw, Superior Court Judge (Ret.). Mediation-related discussions concluded on January 21, 2025, and the parties were unable to reach a settlement in this matter; and

2. The Parties hereby request that the Court set an Initial Case Management Conference to set a schedule for this case.

**JOINT STATUS REPORT RE: MEDIATION AND REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE**
**1**

Dated: January 21, 2025.                **LEPISCOPO & ASSOCIATES LAW FIRM**

                                        By: /s/ Peter D. Lepiscopo
                                            **PETER D. LEPISCOPO**
                                            *Counsel of Record*
                                            Attorneys for Plaintiff, **SYLABS, INC.**

Dated: January 21, 2025.                **GOODWIN PROCTER, LLP**

                                        By: /s/ Neel Chatterjee
                                            **NEEL CHATTERJEE**
                                            *Counsel of Record*
                                            Attorneys for Defendants, CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; and MATTHEW HAYDEN

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on January 21, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2025.

               **LEPISCOPO & ASSOCIATES LAW FIRM**

               By: /s/ Peter D. Lepiscopo
                 **PETER D. LEPISCOPO**
                 *Counsel of Record*
                 Attorneys for Plaintiff, **SYLABS, INC.**