UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLABS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGORY ROSE, et al.,<br><br>        Defendants. | Case No. 23-cv-00849-SVK<br><br>**CASE MANAGEMENT ORDER** |

The Parties appeared for an initial case management conference on February 11, 2025. The Court discussed several issues with the Parties and issued several directives, including setting a case schedule. For the convenience of the Court and the Parties, the Court memorializes its discussion with the Parties in this Order.

**I.  2019.210 STATEMENT**

Defendants reported that they received Plaintiff's 2019.210 statement, which they are reviewing and for which they are preparing a response. Defendants must provide their response to Plaintiff by **February 18, 2025**. The Parties are to meet and confer—either in person or by video conference—with the guidelines provided at the hearing firmly in mind. If the Parties cannot come to terms on the statement, then by **February 24, 2025**, they must submit the dispute in accordance with the requirements for submitting discovery disputes of the undersigned's Civil and Discovery Referral Matters Standing Order. Discovery not impacted by the 2019.210 statement may proceed.

///

///

///

///

## II. THIRD-PARTY DEPOSITION

Plaintiff had noticed a third-party deposition to occur later in the day on February 11, 2025. Defendants requested a delay of the deposition because, *inter alia*, the Court had previously stayed discovery to allow for mediation. Plaintiff argued for the deposition to proceed as scheduled because, *inter alia*, the deponent's health risked the preservation of his testimony. The Court vacated the February 11 deposition date and ordered the Parties to conduct the deposition by **no later than February 14, 2025**. The Court admonishes the Parties to meet and confer in scheduling depositions and resolving logistics issues.

## III. CASE SCHEDULE

The Court set the following case schedule:

- Deadline to file stipulated protective order and ESI order: **February 21, 2025**
- Last day to amend pleadings and seek leave to file counterclaims: **March 13, 2025**
- Close of fact discovery: **December 31, 2025**
- Last day to exchange expert witness disclosures: **January 23, 2026**
- Last day to exchange rebuttal expert witness disclosures: **February 20, 2026**
- Deadline to conduct further mediation: **February 27, 2026**
- Close of expert discovery: **March 13, 2026**
- Last day to file dispositive motions: **March 31, 2026**
- Last day for hearing on dispositive motions: **May 12, 2026**
- Pretrial filing deadlines: **July 14, 2026, and July 21, 2026**
- Pretrial conference: **August 6, 2026**
- Trial: **August 17, 2026**

**SO ORDERED.**

Dated: February 11, 2025

SUSAN VAN KEULEN
United States Magistrate Judge