UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>GREGORY ROSE a/k/a GREGORY M. KURTZER et al.,<br><br>   Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL** |

# ORDER

Pending before the Court is the Motion to File Under Seal (the "Motion") filed by Defendants CTRL IQ, Inc. d/b/a CIQ, Gregory Rose a/k/a Gregory M. Kurtzer, and Matthew Hayden (collectively, "Defendants"). Having considered the Motion, the Court finds compelling reasons exist to **GRANT** the Motion as follows:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit 1 to Defendants' Motion For Leave to File First Amended Answer and Counterclaims (clean version of Defendants' First Amended Answer and Counterclaims) | Highlighted portions at 45:5-8; 49:18-20; 50:3-11; 50:17-51:3; 51:6-18; 51:25-52:8; 52:11-12; 53:5-6; 53:9-10; 53:20-21; 54:5-6; 54:9-11; 54:19-20; 54:22-23; & Exhibit A to First Amended Answer and Counterclaims in its entirety. | The highlighted portions of Exhibit 1 (clean version of Defendants' First Amended Answer and Counterclaims) quote or discuss Exhibit A attached thereto which contains a confidentiality provision that prohibits the public disclosure of its terms and contents. Exhibit A is a confidential Waiver, Release and Settlement Agreement, the disclosure of which might make other parties less willing to settle with Defendants, or insist on similar settlement terms, in future lawsuits. |
| Exhibit 2 to Defendants' Motion For Leave to File First Amended Answer and Counterclaims (redline version of Defendants' First Amended Answer and Counterclaims) | Highlighted portions at 47:18-22; 52:4-6, 16-25; 53:5-10, 16-25; 54:5-18; 54:21-55:10; 55:16-56:6; 56:28-57:7; 57:17-19; 58:4-11, 18-23; | The highlighted portions of Exhibit 2 (redline version of Defendants' First Amended Answer and Counterclaims) quote or discuss Exhibit A attached thereto which contains a confidentiality provision that prohibits the public disclosure of its terms and contents. Exhibit A is a confidential Waiver, Release and Settlement Agreement, the disclosure of which might make other parties less willing to settle with Defendants, or insist on similar settlement terms, in future lawsuits. |

| 1 | | & | |
|---|---|---|---|
| 2 | | Exhibit A to First Amended Answer and Counterclaims in its entirety. | |
| 3 | | | |

**IT IS SO ORDERED.**

Dated: May 7, 2025

_____
HON. SUSAN VAN KEULEN
U.S. MAGISTRATE JUDGE

2

ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL CASE NO. 5:23-cv-00849-SVK