UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLABS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY ROSE, et al.,<br><br>    Defendants. | Case No. 23-cv-00849-SVK<br><br>**ORDER APPROVING PLAINTIFF'S SECOND AMENDED 2019.210 STATEMENT**<br><br>Re: Dkt. Nos. 134, 138 |

The Court has received Plaintiff Sylabs Inc.'s Statement of Clarification (Dkt. 138) regarding its Second Amended Designation of Trade Secrets Under Cal. C. Civ. P. § 2019.210 (Dkt. 134-1 (the "Second Amended 2019.210 Statement")).  The Statement of Clarification complies with the Court's prior order (*see* Dkt. 137 at 2-3) and, accordingly, the Court **approves** Plaintiff's Second Amended 2019.210 Statement as follows:

For purposes of informing the scope of trade secret discovery in this matter, Plaintiff's operative 2019.210 Statement shall consist of the Second Amended 2019.210 Statement with 1) paragraphs 7, 9, 12 and 13 designating the Fuzzball trade secret's conceptual component, 2) paragraphs 16 and 18-29 informing the Fuzzball trade secret's functional component and 3) paragraphs 31-48, along with 4) the entirety of the source code in the three GitHub repositories identified in the Statement of Clarification, designating the Fuzzball trade secret's functional component.

The Court hereby **lifts the stay of discovery** ordered in its March 20, 2025 order.

**SO ORDERED.**

Dated: May 12, 2025

SUSAN VAN KEULEN
United States Magistrate Judge