PETER D. LEPISCOPO (SBN 139583
**LEPISCOPO & ASSOCIATES LAW FIRM**
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (619) 251-2428
Facsimile: (619) 330-2991
Email: plepiscopo@att.net

Counsel of Record for Plaintiff, SYLABS, INC.

NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
*JFisher@goodwinlaw.com*
MICHAELA C. OGDEN (SBN 324493)
*MOgden@goodwinlaw.com*
WENDELL LIN (SBN 329656)
*WLin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street
San Francisco, California 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a GREGORY M. KURTZER; and MATTHEW HAYDEN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **SYLABS, INC.**, a Delaware corporation,<br><br>　　Plaintiff,<br><br>　v.<br><br>**GREGORY ROSE** a/k/a **GREGORY M. KURTZER**, et al.,<br><br>　　Defendants. | Case No. **5:23-cv-00849-SVK**<br><br>**JOINT STIPULATION EXTENDING SYLABS, INC.'S TIME IN WHICH TO RESPOND TO COUNTERCLAIMS**<br><br>Judge: Hon. Susan van Keulen |

Pursuant to Civil Local Rule 6-1(a), the Parties hereby stipulate to extend Sylabs, Inc.'s time in which to file and serve a response to Defendants' Counterclaims, Dkt. 142, from June 17, 2025, through June 23, 2025, inclusive.

Dated: June 16, 2025.　　　　**LEPISCOPO & ASSOCIATES LAW FIRM**


By: /s/ *Peter D. Lepiscopo*　　　　
　　PETER D. LEPISCOPO
　　*Counsel of Record*

Attorneys for Plaintiff, SYLABS, INC.


Dated: June 16, 2025.　　　　**GOODWIN PROCTER LLP**


By: /s/ *Neel Chatterjee*
　　Neel Chatterjee
　　*NChatterjee@goodwinlaw.com*
　　Jennifer Briggs Fisher
　　*JFisher@goodwinlaw.com*
　　Michaela C. Ogden
　　*MOgden@goodwinlaw.com*
　　Wendell Lin
　　*WLin@goodwinlaw.com*

*Attorneys for Defendants*
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a
GREGORY M. KURTZER; and MATTHEW HAYDEN

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 16, 2025. I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2025.

                                                **LEPISCOPO & ASSOCIATES LAW FIRM**

                                                By:  /s/ Peter D. Lepiscopo
                                                         **PETER D. LEPISCOPO**
                                                         *Counsel of Record*
                                                         Attorneys for Plaintiff, **SYLABS, INC.**

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

**LEPISCOPO & ASSOCIATES LAW FIRM**

By: /s/ Peter D. Lepiscopo
     **PETER D. LEPISCOPO**
     *Counsel of Record*
     Attorneys for Plaintiff, **SYLABS, INC.**