UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLABS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GREGORY ROSE, et al.,<br><br>          Defendants. | Case No.  23-cv-00849-SVK<br><br>**REDACTION ORDER** |

The Court's August 4, 2025 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS (Dkt. 152) has been provisionally filed under seal.  By **August 11, 2025**, the Parties are to submit joint proposed redactions accompanied by an administrative motion to seal that complies with Civil Local Rule 79-5.  If proposed redactions are not received by the deadline, the Court will order that Dkt. 152 be filed on the public docket.

**SO ORDERED.**

Dated: August 4, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge