JENNIFER BRIGGS FISHER (SBN 241321)
*JFisher@goodwinlaw.com*
MICHAELA C. OGDEN (SBN 324493)
*MOgden@goodwinlaw.com*
WENDELL LIN (SBN 329656)
*Wlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street
San Francisco, California 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE a/k/a
GREGORY M. KURTZER; and MATTHEW
HAYDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLABS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGORY ROSE a/k/a GREGORY M.<br>KURTZER et al.,<br><br>        Defendants. | Case No. 5:23-cv-00849-SVK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COUNTERCLAIMS BY DEFENDANTS/COUNTERCLAIMANTS PURSUANT TO FED. R. CIV. P. 41(c)**<br><br>Courtroom: 6<br>Judge:    Hon. Susan van Keulen |

1    **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    Please take notice that, pursuant to Federal Rule of Civil Procedure 41(c),

3    Defendants/Counterclaimants CTRL IQ, Inc. d/b/a CIQ, Gregory Rose a/k/a Gregory M. Kurtzer,

4    and Matthew Hayden (collectively, "Defendants") hereby voluntarily dismiss without prejudice

5    their counterclaims (for breach of contract and breach of the implied covenant of good faith and

6    fair dealing) filed in this action on May 27, 2025.  Defendants will rely on their affirmative defenses

7    to address the core issues raised by their counterclaims.

8

9    Dated: August 18, 2025

     GOODWIN PROCTER LLP

10

11   By:  /s/  Jennifer Briggs Fisher
     Jennifer Briggs Fisher
     JFisher@goodwinlaw.com

12   Michaela C. Ogden
     MOgden@goodwinlaw.com

13   Wendell Lin
     WLin@goodwinlaw.com

14

15   Attorneys for Defendants
     CTRL IQ, INC. d/b/a CIQ; GREGORY ROSE

16   a/k/a GREGORY M. KURTZER; and
     MATTHEW HAYDEN

17

18

19

20

21

22

23

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 18, 2025.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on August 18, 2025.

*/s/  Jennifer Briggs Fisher*
Jennifer Briggs Fisher

2