UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLABS, INC.,

              Plaintiff,

      v.

GREGORY ROSE, et al.,

              Defendants.

Case No.  23-cv-00849-SVK

**CORRECTED AMENDED CASE SCHEDULING ORDER**

For the reasons set forth in the Court's accompanying discovery order and pursuant to the request of the Parties (*see* Dkt. 172), the Court **AMENDS** the case schedule as follows:

| Scheduled Event | Date |
| --- | --- |
| Close of fact discovery | March 2, 2026 |
| Initial expert disclosures | March 23, 2026 |
| Rebuttal expert disclosures | April 20, 2026 |
| Deadline to Conduct Further Mediation | May 1, 2026 |
| Close of expert discovery | May 15, 2026 |
| Dispositive motions | May 28, 2026 |
| Dispositive motion hearing | July 2, 2026 |
| Pretrial conference | October 29, 2026<br><br>Pretrial Filings due:<br>October 8 and 15, 2026 |
| Trial | November 9, 2026 |

////

**SO ORDERED.**

Dated: February 13, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge