UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY ROSE, et al., <br><br> Defendants. | Case No.  23-cv-00849-SVK <br><br> **ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY CUTOFF FOR COMPLETING PREVIOUSLY NOTICED DEPOSITONS AND CORRECTED CASE SCHEDULING ORDER** |

Pursuant to the Parties' Stipulation at Dkt. 178 and issues raised by the Parties, the Court hereby orders the following **CORRECTED** case schedule:

| Scheduled Event | Date |
|---|---|
| Close of fact discovery | March 2, 2026 <br><br> Except that the Parties shall have until March 29, 2026 to complete previously-noticed depositions of fact witnesses. |
| Initial expert disclosures | March 23, 2026 |
| Rebuttal expert disclosures | April 20, 2026 |
| Deadline to Conduct Further Mediation | May 1, 2026 |
| Close of expert discovery | May 15, 2026 |
| Dispositive motions | May 28, 2026 |
| Dispositive motion hearing | July 2, 2026 |
| Pretrial conference | October 29, 2026 |

United States District Court
Northern District of California

| | |
|---|---|
| | Pretrial Filings due: October 8 and 15, 2026 |
| Trial | November 9, 2026 |

**SO ORDERED.**

Dated: February 17, 2026

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2